AO 458 (Rev. 10/95) Appearance



FILED
NOV 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 1:13-mj-00231-SAB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_Adam Alan Henry_
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: 11-15-13

Signature

Daniel L. Harralson
Print Name

109322
State Bar Number

P.O. Box 26688
Address

Fresno, CA 93729-6688
City / Zip Code

(559) 486-4560
Phone Number

harralson_laura@sbcglobal.net
E-Mail Address

☒ Appointed
☐ Retained