AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Adam Alan Henry<br><br>*Defendant* | ) ) ) ) ) ) ) Case No.<br><br>1:13-mj-237-SAB |

**FILED NOV 8 2013 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK**

**ISSUED ORIGINAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Adam Alan Henry,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2252(a) – Receipt/Distribution of Child Pornography

Date: **Nov 8, 2013**

_____
*Issuing officer's signature*

City and state: Fresno, California

Stanley A. Boone, United States Magistrate Judge
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 11/8/13 | , and the person was arrested on *(date)* 11/13/13 |
| at *(city and state)* | |

Date: 11/13/13

_____
*Arresting officer's signature*

FBI
*Printed name and title*