1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

FILED

NOV 21 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADAM ALAN HENRY, <br><br> Defendant. | CASE NO. 1:13 CR 00409 AWI BAM <br><br> VIOLATIONS: 18 U.S.C. §§ 2251(a) AND (e) - SEXUAL EXPLOITATION OF A MINOR, CONSPIRACY AND ATTEMPT; 18 U.S.C. § 2252(a)(2) - RECEIPT OF A VISUAL DEPICTION OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. § 2253 - CRIMINAL FORFEITURE |

INDICTMENT

COUNT ONE: [18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor, Conspiracy and Attempt]

   The Grand Jury charges: T H A T

   ADAM ALAN HENRY,

defendant herein, beginning on an unknown date no later than in approximately May 2012, through approximately April 2013, in Stanislaus County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, or coerced a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce on in or affecting interstate commerce or mailed, or that the visual

INDICTMENT                                                  1

depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and conspired and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2252(a)(2) - Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct]

The Grand Jury further charges: T H A T

ADAM ALAN HENRY,

defendant herein, beginning no later than in February 2008, and continuing through approximately September 19, 2013, in Stanislaus County within the State and Eastern District of California, and elsewhere did knowingly receive and distribute via the internet, at least one visual depiction, the producing of which involved at least one minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, which depiction had been transported in interstate or foreign commerce, had been sent or received using any means or facility of interstate or foreign commerce, or which contained materials which had been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer, all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253 - Criminal Forfeiture]

Upon conviction of one or more of the offenses, alleged in Counts One or Two of this Indictment, defendant Adam Alan Henry, shall forfeit to the United States under 18 U.S.C. § 2253, his interest in any and all matters which contain any visual depiction(s) produced or possessed in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained from such offense(s); and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

Under 18 U.S.C. §§ 2253(a)(1), 2253(a)(2), 2253(a)(3), 2253(b), and 21 U.S.C. § 853, if any property subject to forfeiture, as a result of any act or omission of the defendant or upon direction by the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

INDICTMENT                          2

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture, including but not limited to a personal forfeiture money judgment, under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

/s/ Signature on file w/AUSA
───────────────────────
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By **Mark E. Cullers**
MARK E. CULLERS,
Assistant U.S. Attorney
Chief, Fresno Office

INDICTMENT                      3