*No.* _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*                 1: 1 3 CR 0 0 0 4 0 9 AWI BAM

### THE UNITED STATES OF AMERICA

*vs.*

### ADAM ALAN HENRY

**FILED**

**NOV 21 2013**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. §§ 2251(a) AND (e) - SEXUAL EXPLOITATION OF A MINOR,
CONSPIRACY AND ATTEMPT; 18 U.S.C. § 2252(a)(2) -
RECEIPT OF A VISUAL DEPICTION OF A MINOR
ENGAGED IN SEXUALLY EXPLICIT CONDUCT;
18 U.S.C. § 2253 - CRIMINAL FORFEITURE

*A true bill,*

_____ /5/ _____
              *Foreman.*

**AS PREVIOUSLY SET**

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ *day*

**ORDERED DETAINED**

*of* _ _ _ _ _ _ _ _ _ _ , *A.D. 20* _ _ _ _ _

11/22/13

_____
              *Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ _

_____ 11/21/13

GPO 863 525

___ YES: SAB conflict in USAO (Before 01/01/13) ___Yes: SKO conflict in USAO (Before 4/12/10     PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case

**OFFENSE CHARGED**
Coercion and Enticement

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

Place of offense
Stanislaus County

U.S.C.
18 U.S.C. § 2252 (a) (2) and § 2251 (a) (e)

Name of District Court, and/or Judge/Magistrate Judge
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT – – U.S. vs.**
**ADAM ALAN HENRY**

Address {

Birth Date

☐ Male    ☐ Alien
☐ Female   (if

(Optional unless a juvenile)

Name of Complainant Agency, or Person (& Title, if any)

Modesto FBI/Ceres PD Detective Britton Moore

☐ person is awaiting trial in another Federal or State Court, give of court

☐ this person/proceeding is transferred from another district per FRCr ☐ 20   ☐ 21   ☐ 40.   Show District

☐ this is a reprosecution of previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a case involving this same

SHOW
DOCKET NO.

☒ prior proceedings or before U.S. Magistrate Judge regarding this defendant were recorded under ➤

MAGISTRATE
JUDGE CASE NO.
1:13-MJ-237

Name and Office of Person Furnishing Information on
THIS FORM

Susan K. Sok

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)          DAVID L. GAPPA

**DEFENDAN**

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this
If not detained, give date any prior summons was served on above

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other       } ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
☐ No

|  | Mo. | Day | Year |

DATE OF ➤

Or . . . if Arresting Agency & Warrant were not Federal

| | Mo. | Day |

DATE TRANSFERRED

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR

☐ **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

Next court date is November 22, 2013 at 1:30 pm : Penalty- Please see penalty slip.

<u>                               </u>
AUSA INITIALS

## PENALTY SLIP

**DEFENDANT:**   ADAM ALAN HENRY

## COUNT ONE:

      **VIOLATION:**     18 USC §§ 2251 (a)(e) – Sexual Exploitation of a Minor, Conspiracy and Attempt.

      **PENALTY:**     15-30 years imprisonment
                             $250,000 fine
                             Lifetime supervised release
                             $100.00 penalty assessment

## COUNT TWO:

      **VIOLATION:**     18 USC §§ 2252 (a)(2) – Receipt/Distribution of Child Pornography

      **PENALTY:**     5-20 years imprisonment
                             $250,000 fine
                             Lifetime supervised release
                             $100.00 penalty assessment

## FORFEITURE ALLEGATION:

     18 USC § 2253 - Forfeiture