```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com
```

FILED
DEC 9 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorney for Defendant,
ADAM ALAN HENRY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ADAM ALAN HENRY,<br><br>　　　　Defendant. | Case No.: 1:13-CR-000409-AWI-BAM<br><br>CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |

Notice is hereby given that, subject to approval by the court, __ADAM ALAN HENRY__ substitutes ANTHONY P. CAPOZZI, State Bar No. 068525 as counsel of record in place of __DANIEL L. HARRALSON__.

Contact information for new counsel is as follows:

```
ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
```

- 1 -
SUBSTITUTION OF ATTORNEY

1  I consent to the above substitution.
2  Date: 12/5/13
3                                                    ADAM ALAN HENRY
4
5  I consent to being substituted.
6  Date: 12-9-13
7                                                    DANIEL L. HARRALSON
8
9  I consent to the above substitution.
10 Date: 12/5/13
                                                     ANTHONY P. CAPOZZI
11
12 The Substitution of attorney is hereby approved and so
13 ORDERED.
14
15 Date: 12/9/13
16                                                   United States District Judge

- 2 -
SUBSTITUTION OF ATTORNEY