ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ADAM ALAN HENRY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ADAM ALAN HENRY,<br><br>    Defendant. | ) Case No.: 1:13-CR-000409-AWI-<br>) BAM<br>)<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER TO VACATE TRIAL<br>) CONFIRMATION AND JURY TRIAL<br>)<br>)<br>) |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 23, 2013, at 1:30 p.m., Trial Confirmation on January 13, 2014, at 10 a.m., and Jury Trial on January 28, 2014, at 8:30 a.m.

2. By this stipulation, defendant now moves to vacate the Trial Confirmation and the Jury Trial. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The defendant did not agree to exclude time under the Speedy Trial Act at the status conference on December 9, 2013, and a trial was scheduled for January 28, 2014.

b. Current defense counsel had just been retained and had not had an opportunity to review the 290 pages of written discovery that had been provided to previously appointed counsel. Nor did current defense counsel realize that there was approximately 15 terabytes of data that is being made available for review at the Ceres Police Department or the Sacramento FBI office.

c. Given counsel's schedule, it will not be possible to effectively prepare for the trial as scheduled, especially since an expert in computer forensics will be needed to review evidence and/or assist in trial preparation, and the defendant would like an opportunity to thoroughly review all discovery that has been provided. The government has also indicated that it may be able to offer a resolution to the case as an alternative to the trial.

d. The parties will ask the court to vacate the trial date at the next status conference, but agree that time should be excluded under the Speedy Trial Act for continued defense investigation and preparation as well as to explore possible plea negotiations.

4. The parties request that the court issue the proposed order that excludes time under the Speedy Trial Act.

///

///

IT IS SO STIPULATED.

Dated: December 13, 2013          /s/ David L. Gappa
                                  Assistant United States
                                  Attorney


Dated: December 13, 2013          /s/ Anthony P. Capozzi
                                  Anthony P. Capozzi
                                  Attorney for
                                  ADAM ALAN HENRY

## ORDER

This case remains scheduled for a status conference on December 23, 2013, at 1:00 p.m. but time until then shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. sections 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: December ____, 2013        _____
                                  Honorable Barbara A. McAuliffe