ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ADAM ALAN HENRY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-000409-AWI-BAM |
| Plaintiff, | ) |
| vs. | ) APPEAL OF DETENTION ORDER |
| ADAM ALAN HENRY, | ) Date: February 3, 2014 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Hon. Anthony W. Ishii |

ADAM ALAN HENRY hereby appeals the Order of Detention by Magistrate Judge Gary S. Austin on November 22, 2013, and requests a hearing de novo before United States District Judge Anthony W. Ishii on February 3, 2014, at 10:00 a.m.

**ARGUMENT**

The Defendant was detained on the basis that by clear and convincing evidence that no conditions or combination of conditions will reasonably assure the safety of any other person and the community.

The Defendant's wife has been charged with similar crimes in the Superior Court of Stanislaus County and has been released on bond. She lives in Stanislaus County.

Proceedings are presently being pursued in Stanislaus County regarding the custody of the Defendant's child and his wife's children. The Defendant has not been able to effectively communicate with Child Protective Services or with the attorney appointed for him on the child custody matter.

The request is to have the Defendant released to the third party custody of his mother, Robin Martin, who lives in Fresno, California, and is a law school graduate of San Joaquin College of Law. Computers or access to computers will not be present in the home of Robin Martin.

The Defendant does not and will not present a danger to the community with Robin Martin acting as his third party custodian and with the Defendant residing with his mother in Fresno County.

Respectfully submitted,

Date: January 24, 2014         /s/*Anthony P. Capozzi*
                               ANTHONY P. CAPOZZI

- 2 -
MOTION TO RECONSIDER DETENTION
Case No.: 1:13-CR-00409-AWI