ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ADAM ALAN HENRY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-000409-AWI-BAM |
| Plaintiff, | ) |
| vs. | ) MOTION FOR RELEASE |
| ADAM ALAN HENRY, | ) Date: February 24, 2014 |
| Defendant. | ) Time: 1:00 p.m. </br> ) Hon. Barbara A. McAuliffe |

ADAM ALAN HENRY moves this court for an order that he be released from custody forthwith.

**ARGUMENT**

The Defendant was detained on the basis that by clear and convincing evidence that no conditions or combination of conditions will reasonably assure the safety of any other person and the community on November 22, 2013. (See Exhibit A).

The Defendant's wife has been charged with similar crimes in the Superior Court of Stanislaus County and has been

released on bond. She lives in Stanislaus County.

Proceedings are presently being pursued in Stanislaus County Superior Court Case Number 516916 regarding the custody of the Defendant's child and his wife's children. The Defendant has not been able to effectively communicate with Child Protective Services or with attorney, Thomas P. White. (See Exhibit B, Declaration of Thomas P. White).

At issue in the Stanislaus County Superior Court case is Mr. Henry's parental rights which are fundamental and cannot be removed without due process of law. Mr. White has requested that the Defendant be transported to the Stanislaus County Superior Court however, this request has been refused. (See Exhibit B, Declaration of Thomas P. White).

Mr. Henry has requested to be present at all court hearings in Stanislaus County but has not been able to attend any of the hearings. Mr. White has met with Mr. Henry on one occasion and due to his heavy caseload of over 260 active cases, he will not be able to meet with Mr. Henry for his next court date of February 24, 2014. (See Exhibit B, Declaration of Thomas P. White).

Mr. Henry's release from custody would allow him to more effectively work with his attorney, Thomas P. White, and attend the court proceedings in Stanislaus County.

The request is to have the Defendant released to the third party custody of his mother, Robin Martin, who lives in rural Fresno County, which does not have accessible public transportation. Ms. Martin is a law school graduate of San Joaquin College of Law. Computers or access to computers will

not be present in the home of Robin Martin. Further, Louise Reed, Mr. Henry's aunt and employer, who resides in Modesto, California, would assist Ms. Martin in any manner needed to insure the Defendant's presence in court. Mrs. Reed has informed this attorney that she would have Mr. Henry live with her and act as a third party custodian, but due to the fact that computers are needed in her business, she is not able to act as a third party custodian.

    Robin Martin lives alone in rural Fresno County and would insure Mr. Henry's presence and that he would not be a threat to anyone. Further, Mr. Henry has had continuous and painful problems with his leg that must be attended to. Mr. Henry's employer has kept him on the company's health insurance plan to enable him to have the needed medical care required.

    Mr. Henry will not be in the presence of any children, at any time without adult supervision.

    Further, his release would allow him to attend all court proceedings in Stanislaus County and insure his rights as a father.

    The Defendant does not and will not present a danger to the community with Robin Martin acting as his third party custodian. It is respectfully requested that Mr. Henry be released to the custody of his mother, Robin Martin.

Respectfully submitted,

Date: February 19, 2014  /s/*Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY