Thomas P. White, SBN 266918
Parent Advocates of Stanislaus
1020 Fifteenth Street, Suite 11
Modesto, CA 95350
(209) 526-3570
Fax: (209) 526-3480
e-mail: twhite@sacjd.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:13-cr-000409-AWI-BAM |
| Plaintiff, | ) DECLARATION OF THOMAS P. WHITE |
| vs. | ) |
| ADAM ALAN HENRY | ) |
| Defendant. | ) |

**DELCATION**

1. I am an attorney authorized to practice law in the State of California.

2. My business address is 1020 Fifteenth Street, Modesto, California, 95354, in Stanislaus County. I work for the firm Parents Advocates of Stanislaus.

3. I am court assigned counsel for Mr. Adam Henry, in a juvenile dependency case filed in the Superior Court of California, County of Stanislaus, as case number 516916.

4.  The California statutory scheme gives juvenile dependency proceedings priority over other types of cases; Cases must be heard in a short time period.

4.  At issue in the state court action is Mr. Henry's parental rights.

5.  Parental rights are fundamental rights and cannot be removed without due process of law.

6.  I have requested Mr. Henry be transported to Stanislaus Court to be present at the state court proceedings, pursuant to California Penal Code section 2625; the U.S. Marshal has not released Mr. Henry to be transported.

8.  Mr. Henry has not been present at any of the court proceedings to date.

9.  Mr. Henry requested to be present at all court hearings.

10. Mr. Henry is incarcerated in Fresno, which is about 100 miles from Modesto.

11. Because of the long distance, I have only been able to meet with Mr. Henry once to discuss his case.

12. I currently have a very heavy case load, with over 260 active cases, and I have a heavy trial calendar in the month of February and March.  I do not anticipate having another opportunity to visit Mr. Henry down in Fresno before his next hearing date.

13. Mr. Henry's release from custody would give him the ability to travel to Stanislaus County where we could meet to discuss his case and he could be present at all future court hearings, which is essential to competent representation.

I declare under penalty of perjury under the Laws of the State of California, and of the United States, that the foregoing is true and correct.

February 19, 2014

Thomas P. White, SBN 266918

DECLARATION OF THOMAS P. WHITE - 2