**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No.: 1:13-CR-00409-AWI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Date: **April 28, 2014**<br>Time: **1:00 p.m.**<br>Courtroom: **3**<br>**Hon. Barbara A. McAuliffe** |

**TO:   THE HONORABLE JUDGE BARBARA A. McAULIFFE, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY DAVID L. GAPPA:**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on April 28, 2014, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the Status Conference until **May 12, 2014, at 1:00 p.m.** and to exclude time between April 28, 2014, and May 12, 2014, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the

Court find the following:

    a. Additional time is needed for investigations review of an enormous amount of discovery.

    b. The government does not object to the continuance.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013, to May 12, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

DATED:    April 24, 2014        By:  /s/David Gappa
                                      DAVID L. GAPPA
                                      Assistant United States Attorney


Respectfully submitted,

DATED:    April 24, 2014        By:  /s/Anthony P. Capozzi
                                      ANTHONY P. CAPOZZI
                                      Attorney for Defendant ADAM ALAN HENRY

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 28, 2014, to, and including, May 12, 2014, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled for April 28, 2014, at 1:00 p.m. is continued to **May 12, 2014, at 1:00 p.m.**

IT IS SO ORDERED.


Dated:_____                    _____
                                          BARBARA A. McAULIFFE
                                          United States Magistrate Judge