**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409-AWI |
| Plaintiff, | *AMENDED* STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| ADAM ALAN HENRY, | Date: **April 28, 2014** <br> Time: **1:00 p.m.** <br> Courtroom: **3** <br> **Hon. Barbara A. McAuliffe** |
| Defendant. | |

**TO: THE HONORABLE JUDGE BARBARA A. McAULIFFE, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY DAVID L. GAPPA:**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on April 28, 2014, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the Status Conference until **May 27, 2014, at 1:00 p.m.** and to exclude time between April 28, 2014, and May 27, 2014, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

      a. Additional time is needed for investigations and review of an enormous amount of discovery.

      b. The government does not object to the continuance.

      c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013, to May 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

DATED: April 24, 2014      By: */s/David Gappa*
                                               DAVID L. GAPPA
                                               Assistant United States Attorney

Respectfully submitted,

DATED: April 24, 2014      By: */s/Anthony P. Capozzi*
                                               ANTHONY P. CAPOZZI
                                             Attorney for Defendant ADAM ALAN HENRY

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 28, 2014, to, and including, May 27, 2014, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the 5th Status Conference currently scheduled for April 28, 2014, at 1:00 p.m. is continued to **May 27, 2014, at 1:00 p.m. before Judge McAuliffe.**

IT IS SO ORDERED.

Dated:   **April 24, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE