**DECLARATION OF ANTHONY P. CAPOZZI**

I, ANTHONY P. CAPOZZI, DECLARE:

1.      I am the attorney of record for Defendant, Adam Alan Henry, in the above entitled case.

2. Since Mr. Henry's incarceration his health has rapidly deteriorated. I have attached to this declaration emails from his mother Robin Martin, to describe his condition. Also, attached is a picture of the Defendant, taken in August 2013.  This is submitted so that the court can see the dramatic weight loss of the Defendant since his arrest.

3.  Mr. and Mrs. Gary Reed, the Defendant's former employer and Aunt and Uncle are willing to post the remaining equity of $120,000 in their home for the release of Mr. Henry.

4.  The Defendant's Medical Records are being emailed to Pre-Trial Services and the United States Attorney.

5.  Counsel has spoken with the Assistant United States Attorney, David Gappa.  It was agreed that the hearing be set for Wednesday, July 2, 2014, or at the courts availability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 30 day of June 2014, at Fresno, California.

Respectfully submitted,

By:   */s/Anthony P. Capozzi*
        ANTHONY P. CAPOZZI
        Declarant

**Whitney Linder**

| | |
|---|---|
| **From:** | Robin Martin ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Friday, May 23, 2014 2:15 PM |
| **To:** | whitney@▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | FW: Adam - Today |

From: robinr.martin▮▮▮▮▮▮▮▮▮▮
To: capozzilaw▮▮▮▮▮▮
Subject: Adam - Today
Date: Mon, 19 May 2014 11:05:51 -0600

Tony,

I know you're busy, but here:

Adam was finally seen again by the doctor this morning after two weeks without medication.  The doctor prescribed (again) two weeks of Norco (for pain) and Neurontin (for neuropathy.)  Told Adam to ask for a refill on May 30th.  Adam said he did that last time, still went two weeks without meds, terrible pain. The doc said, "if I'm not here, they can't do anything."  So he can't count on refills at all.

Adam asked again about the ortho specialist referral.  Doc said, we'll wait a month and see.  Adam said, that's what you said a month ago.  Doc reiterated, wait another month and see.  Doc also said Adam likely needs physical therapy, but they can't do that there.  Also, he feels more movement of the leg would help, but can't order him to do that (thank God) without an ortho examining the leg first.  Said he doesn't think surgery will help (although he has the records from the ortho specialist last summer saying surgery was needed before the Fresno deputy injured it further.)

Adam asked why his attorney's office can't get the medical records from Kern that Whitney has told me she's been trying for a month to get for the judge in a hearing about the leg.  The doctor and the nurse were confused.  "We send records out all the time, on the same day as requested.  We've never had a problem with this.  Just call the main jail and request them from the Medical Records Clerk."

Tony, he needs help.  Medically, he is doing lousy and really suffering.  He can barely stand for short periods.  He is in constant pain, struggles to sleep and eat.  Struggles with walking even short distances.  What can we do here?  Anything?  Yes, he's desperate.

1

# Whitney Linder

**From:**                  Anthony P. Capozzi ████████████████
**Sent:**                  Monday, June 16, 2014 4:13 PM
**To:**                      whitney@████████████████
**Subject:**             Fwd: Update on Adam

-----Original Message-----
From: Robin Martin ████████████████████
To: Anthony Capozzi ████████████████
Sent: Mon, Jun 16, 2014 3:36 pm
Subject: Update on Adam

He is deteriorating. Even on meds now, skin is sloughing off the lower leg in
sheets. The neuropathy has returned and is spreading, despite taking the
Neurontin. The leg pain wakes him when he tries to sleep, even though he is on
Vicodin. His prescriptions will be running out in a couple of days so it will
get much worse then. The leg is pale and cold and does not blanche when pressed
which signifies further reduced blood circulation issues. The periodic bruising
is rising again from deep in the leg around the hardware despite the fact that
he stays in bed all the time because it is excruciating to move about.

Sent from my iPhone

## Whitney Linder

| | |
|---|---|
| **From:** | Anthony P. Capozzi ███████████████ |
| **Sent:** | Monday, June 30, 2014 5:00 PM |
| **To:** | whitney@███████████████ |
| **Subject:** | Fwd: Status on leg post-transport |

-----Original Message-----
From: Robin Martin ███████████████████
To: Anthony Capozzi ██████████████████
Sent: Sat, Jun 21, 2014 7:32 am
Subject: Status on leg post-transport

The leg is still so severely swollen there is no definition. The knee is as large as his calf. His pain levels even on Vicodin are still in the 8-9 range on the 1 to 10 scale. He says he can feel that what little time the leg had left was dramatically reduced by that day's events.

Deep hematomas have now risen to the surface. There was bleeding around the hardware during transport and now the bruises have risen to the surface. The muscles weakened dramatically also. He has difficulty getting dressed and there is a great deal of cramping and muscle spasms
When he must walk, to get meds, etc he keeps a hand on the wall for support and to prevent falls as the leg sometimes just gives out, despite him "locking" the knee. Otherwise, he is in bed. His calls to me are brief as he can't sit for more than a few minutes.

I don't tell him but the deep bleeding is a concern due to the clot risk, which would be potentially life threatening. We are honestly very afraid for him.

Please let me know as soon as there is progress on a hearing. He's quickly running out of time with the leg. Worst of all, I believe the "doctor" there is clueless. He's run no diagnostics except blood work and an X-ray which are useless on soft tissue. He either doesn't take this seriously or he simply doesn't care

Sent from my iPhone

Begin forwarded message:

> **From:** Robin Martin ██████████████████
> **Date:** June 18, 2014 at 12:50:28 PM PDT
> **To:** "capozzilaw████████████████████████
> ████████████████████
> **Subject: Adam and Yesterday**
>
> When Adam didn't call me last night for an update on the leg as planned, I was concerned.
>
> I just heard from him. As soon as the events were over last night, he wrote down notes so he could relay the info to me as accurately as possible. The following is what he just told me:
>
> June 17, 2014
>
> 4:00 a.m. (Note: all times are approximate except one, which will be noted.) As breakfast was served, a guard told him he was to be removed for a transport to an ortho doc, which Adam has repeatedly requested. He was placed in a holding cell. He was NOT given his medication.
>
> 5:00 a.m. A guard began to place leg chains on him as there is no order not to. Adam explained his leg, showed his scars, etc., and begged so finally they only handcuffed him, thankfully.

1

6:00 - 6:30 a.m.  He was taken from the holding cell and placed on the crowded bus.  The bench seat was very crowded, his leg was folded back under him and pressed against an air conditioning vent (cold is  terrible and damaging for that leg.)  There was a 20-30 minute drive.

7:00-7:30 a.m.  He was placed in a very crowded holding cell with no seating open until about 8:30 a.m., when he could finally get off the leg.

Over the next few hours, prisoners were taken back to the Farm and others brought in from the Farm.  Adam is still in the holding cell.  Guards were not responding to any inquiries.

2:00 p.m.  A prisoner coming in said the 3rd bus run would be leaving in 1 1/2 hours for the Farm.

5:00 p.m.  The bus ran late.  He was moved to a different holding cell.

5:30 p.m.  He was put on the bus, same painful conditions as before.

5:58 p.m.  (A guard told him the precise time)  they returned to the Farm.  He was placed in a holding cell and then returned to his cell by 6:30.  They took off the handcuffs, he told the guard and inquired as to what had happened and was told he must file a medical request to find out.

7:30 p.m.  Entire unit was on lock down.  The nurse came with the evening meds.  He begged for ice, an exam, anything.  Told her what happened, he was in agony with severe swelling.  She said no.  He asked if it would happen again the next day.  She did not answer.  He explained, he cannot withstand that again.

8:00 p.m.  Status of leg.  Took off the ACE bandage, which had cut into the badly swollen leg.  Virtually NO blanching in the leg from the knee down.  The only sensation was pins and needles from neuropathy and excruciating pain.  Leg was fish-belly white and very cold to the touch.  He pinched the calf hard enough for fingernails to dig in and leave marks, but could only feel vague pressure.  Nausea extreme.

9:00 p.m.  Wrote his notes down while fresh.

10:30 p.m.  Pain sharpened as blood tried to return to the lower leg with rest and elevation.


6/18/2014

11:30 a.m.  Severe swelling, leg pale white, minimal blanching in foot.  "Pins and needles" yet slightly deadened ("as if asleep and trying to wake up")  Pain is at 9-10 on a scale of 1-10.  Nausea.

End of notes

It is patently clear they cannot appropriately treat his injury there.  They cannot move him without injuring him.  Worse, he did NOT even see an ortho specialist.  I understand they were trying to comply with his ortho request (and, indeed, am grateful;) however, he wasn't seen and the form of transportation and lack of medical consideration and care during and after can be disastrous.  Even further interior damage can be/may have been caused by these types of actions.

He is "terrified" they will try and move him like that again and truly does not believe the leg or he can withstand it.

## Whitney Linder

| | |
|---|---|
| **From:** | Anthony P. Capozzi ███████████████ |
| **Sent:** | Monday, June 30, 2014 5:01 PM |
| **To:** | whitney@███████████████ |
| **Subject:** | Fwd: Adam Update |

-----Original Message-----
From: Robin Martin ████████████████████
To: capozzilaw ███████████████
Sent: Sun, Jun 29, 2014 6:43 pm
Subject: Adam Update

Tony,

I heard from Adam this afternoon.  He is continuing to decline.  They have denied his repeated requests for a cane, his repeated requests for increased medication, and his repeated requests to be weighed and speak to the nutritionist.  The weakness is worsening (I suspect malnutrition) and his muscle tone is almost gone from being in bed all the time.  Absent a cane or wheelchair, he really can't get out of bed except for rare moments, and even then it is a struggle; painful, with weakness and dizziness.  The hardware in the leg has loosened so that any movement of the leg results in movement of the hardware; increasing pain and inflammation as a result.  Worse, psychologically, he sounds about totally broken.  Constant and severe pain has taken an enormous toll.

I know how busy you are and how hard you're working, but it truly is dire that he get a hearing.  He's out of time health-wise. Other than giving him low dose painkillers at intervals, absolutely nothing is being done for him medically.  All they have done is injure him further with a fruitless, careless transport and forcing him to continue to use and damage the leg.  Frankly, should the request for release be denied, I fear for him not only physically, but psychologically as well.

I also know that you and your office are tired of hearing from me and for that, I'm truly sorry, I simply don't know what else to do.  I'm desperate.  Despite Whitney's admonishment that I should "just chill," I know in my heart that you understand my fear and desperation.  I've known you and Paula for many years and have seen what caring, loving parents you are.  I know if it were Julia or Nicco suffering like this, you would do anything to get them help also.  So, I have to hope you can forgive me for being a nuisance.  I assure you, were I not truly, deeply frightened for his health, of the irreparable probabilities, I wouldn't be doing this.  I fully grasp that you are battling an enormous bureaucracy, yet I cannot in good conscience just sit passively and quietly while his health is destroyed.  I cannot tell him I'm not even trying to find out who, what, when, and where.  Even if I have no answers for him, he needs to know he isn't forgotten.

 Since you have seen him, I am confident that you know my fears are not displaced.  The dramatic weight loss alone is just the tip of the iceberg, while indicative of the severe, chronic pain taking a toll after so many months.  So please, forgive my frequent inquiries; however, please, please, let me know as soon as possible about the hearing.  If there is anything I can provide or arrange to be provided to move it along, I will do all I can, as would any member of our family.


Sincerely,
Robin

1

