BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00409 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | RESPONSE TO MOTION FOR BAIL REVIEW |
| ADAM ALAN HENRY, | |
| Defendant. | |

The defendant has filed a motion to calendar a bail review hearing for July 2, 2014. The government does not oppose having the court consider the motion on July 2, 2014, but will take the position that the defendant should remain in custody.

Dated: July 1, 2014                                      BENJAMIN B. WAGNER
                                                        United States Attorney

                                                         /s/ DAVID L. GAPPA
                                                        DAVID L. GAPPA
                                                        Assistant United States Attorney