**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Claimants,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI |
| Plaintiff, | |
| v. | MOTION FOR RECONSIDERATION |
| ADAM ALAN HENRY, | Date: **July 7, 2014** |
| Defendant. | Time: **1:30 p.m.** |
| | **Hon. Anthony W. Ishii** |

TO: THE HONORABLE JUDGE ANTHONY W. ISHII, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY DAVID GAPPA:

ADAM ALAN HENRY hereby appeals the Order of Detention by Magistrate Judge Sheila K. Oberto on July 2, 2014, and requests an evidentiary hearing and hearing de novo before United States District Judge Anthony W. Ishii on July 7, 2014, at 1:30 p.m.

**ARGUMENT**

The Defendant was detained on the basis that by clear and convincing evidence that no conditions or combination of conditions will reasonably assure the safety of any other person and the community.

1       On November 13, 2013, defendant, ADAM HENRY initially appeared in the Eastern District of California, Fresno on the complaint filed, November 8, 2013, charging the Defendant with violations of 18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor, Conspiracy and Attempt.

The Detention Hearing held on November 15, 2013, was continued to November 18, 2013, pending completion of the pretrial services report.  A second Detention Hearing was held on and argued on November 18, 2013, and continued to November 22, 2013. On November 22, 2013, the Defendant was ordered detained finding that by clear and convincing evidence no condition or combination of conditions will reasonably assure the safety of any other person and the community. On February 24, 2014, a bail review hearing was held and argued in front of Judge Barbara A. McAuliffe.  Judge McAuliffe ordered the Defendant remain detained.

Due to changed circumstances, the Defendant moves for his release. The Defendant's aunt and uncle Louise and Gary Reed will offer the equity in their home of $120,000, located at 2375 El Capitan Drive, Turlock, CA 95380.

My Henry's circumstances have changed since his last appearance before this court.  He has had an injury to his left knee which has worsened during his confinement and now requires surgery.  The medical treatment has been woefully inept while incarcerated at the Lerdo Pre-Trial Facility. (Exhibit A, Declaration of Anthony P. Capozzi)  Attached to the Declaration of Anthony P. Capozzi are the emails from Mr. Henry's mother, Robin Martin, who is in constant communication with Mr. Henry.

On May 23, 2014, Robin Martin writes that the Defendant has gone for two weeks without medication.  He has repeatedly asked for an orthopedic specialist to examine his leg to no avail. Obtaining medical records from the Lerdo Facility has been a nightmare, no one at the facility was willing to take the responsibility to supply the records.

On June 16, 2014, Robin Martin writes "he is deteriorating, the neuropathy has returned and is spreading. Periodic bruising is appearing from deep in the leg around the metal that he already has in his leg."

On June 18, 2014, Robin Martin describes the attempt to take Mr. Henry to an

orthopedic surgeon. He was taken from the Lerdo Facility for an entire day without ever seeing an orthopedic doctor.

On June 21, 2014, Robin Martin describes the scale of pain being an 8-9 on a scale of 1-10.

On June 29, 2014, Robin Martin stated that his health is continuing to deteriorate.

On July 1, 2014, Robin Martin states that the Corrections Officers pulled Adam out at 5:00 a.m. for an 8:00 a.m. appointment at Kern Medical Center. His leg was put in leg irons again for the entire time. X-rays were taken and Adam saw only a nurse who relayed information back and forth with a doctor. He was given three options: 1) Exploratory surgery, which cannot be done while he's in custody; 2) Physical Therapy, which cannot be done at Lerdo Pre-Trial or Kern Medical Center; or 3) Wait until it gets worse and have it amputated above the knee. The nurse also noted arthritic changes in the leg. He was returned to the Pre-trial facility about 3:00 p.m. where the leg irons were finally removed. His medication prescription has run out, and has not been refilled, despite repeated requests.

A picture of the Defendant, Adam Henry, taken on or about August 10, 2013, is attached to this attorney's declaration for the court to compare to the Defendant's physical presence when he appears for this hearing. The court will note the severe loss of weight during the Defendant's incarceration.

It is requested that the Defendant be released to the third party custody of his mother, Robin Martin, who lives in rural Fresno County, which does not have accessible public transportation. Ms. Martin is a law school graduate of San Joaquin College of Law. Computers or access to computers will not be present in the home. Further, Louise and Gary Reed, Mr. Henry's aunt and uncle and employer, who resides in Turlock, California, would assist Ms. Martin in any manner needed to insure the Defendant's presence in court. Further, the Reeds' are willing to post the remaining equity in their home of $120,000 for the Defendant's release.

Robin Martin lives alone in rural Fresno County and would insure Mr. Henry's presence and that he would not be a threat to anyone. Mr. Henry's continuous and painful problems with his leg must be attended to. Mr. Henry's employer has kept him on the company's health

insurance plan to enable him to have the needed medical care required.

Mr. Henry will not be in the presence of any children, at any time without adult supervision.

The Defendant does not and will not present a danger to the community with Robin Martin acting as his third party custodian. It is respectfully requested that Mr. Henry be released to the custody of his mother, Robin Martin.

## **CONCLUSION**

For the foregoing reasons, it is respectfully requested that the Order of Detention imposed against ADAM ALAN HENRY be vacated and the defendant be released upon terms and conditions set by this court.

Respectfully submitted,

DATED:     July 3, 2014       By:  */s/ Anthony P. Capozzi*
                                   ANTHONY P. CAPOZZI
                                   Attorney for Defendant ADAM ALAN HENRY