1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERENY
   Assistant United States Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO.  1:13-CR-00409

12 |                                  |
   |              Plaintiff,          | APPEARANCE OF COUNSEL OF RECORD AND
13 |                                  | CHANGE IN DESIGNATION OF COUNSEL FOR
   |         v.                       | SERVICE
14 |                                  |
   | ADAM ALAN HENRY,                 |
15 |                                  |
   |              Defendant.          |
16

17

18      The United States of America, by and through Benjamin B. Wagner, United States Attorney, and

19 Michael G. Tierney, Assistant United States Attorney, hereby appears as counsel of record and requests a

20 change in designation of counsel for service.

21      Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph

22 B, I confirm my appearance as counsel of record in this case for the United States of America and designate

23 new counsel for service as follows:

24 ///

25 ///

26 ///

27 ///

28 ///

   Appearance and Designation of Counsel            1

1  
2  Michael G. Tierney
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
3  
4  

5      I hereby declare that I am admitted to practice law in this district.

6  

7  Dated: December 12, 2014      BENJAMIN B. WAGNER
United States Attorney

8  

9       */s/ Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney

10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28