BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00409-AWI-BAM-1 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE TRIAL |
| ADAM HENRY, | |
| Defendant. | |

## BACKGROUND

This matter is currently scheduled for trial on **June 16, 2015**. Defendant has retained Marcus Lawson of the firm Global CompuSearch, LLC, as a forensic expert in this case. Mr. Lawson is assisting the defense in reviewing the technically-complex computer evidence in this case. Recently, Mr. Lawson identified several evidence items that he was unable to analyze because he could not open the forensic copies that had been provided to him. The Government has made new copies of these items. However, Mr. Lawson will be unable to complete the required analysis in sufficient time for the defense to review the results, speak with the defendant, and consult with the Government regarding pretrial motions or potential resolution of the case prior to the currently scheduled trial date.

Defense and Government counsel have therefore conferred and jointly propose that the trial be continued to **August 4, 2015**, at 10:00 am. Counsel agree that time should be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel.

## **STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that trial currently set for June 16, 2015 be continued to August 4, 2015.  A trial confirmation hearing will be held on July 20, 2015.  Time shall be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel.  The parties agree that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 7, 2015           By:    /s/ Michael G. Tierney
                                      Michael G. Tierney
                                      Assistant United States Attorney


DATED: April 7, 2015           By:    /s/ Anthony P. Capozzi
                                      Anthony P. Capozzi
                                      Attorney Adam Henry

## **O R D E R**

The trial currently set for June 16, 2015, is continued to **August 4, 2015, at 8:30am**.  A trial confirmation hearing will be held on **July 20, 2015, at 10:00am**.  Time shall be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel.  The parties agree that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   April 8, 2015                         _____
                                               SENIOR  DISTRICT  JUDGE