BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM HENRY,<br><br>Defendant. | CASE NO. 1:13-CR-409-AWI<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL |

## BACKGROUND

This matter is currently scheduled for trial on **August 4, 2015**. Defendant has retained Marcus Lawson of the firm Global CompuSearch, LLC, as a forensic expert in this case. Mr. Lawson is assisting the defense in reviewing the technically-complex computer evidence in this case. On June 30, 2015, defendant requested that Mr. Lawson and defense counsel obtain forensic copies of three computers and multiple cellular phones belonging to himself and his wife. As the Government informed defense counsel by email on July 6, forensic imaging of these items will take extensive time, because the computers each included multiple hard drives linked together in a sophisticated array. It is also anticipated that review of these items will take extensive time. The Government and defense anticipate that Mr. Lawson will be unable to complete the required analysis in sufficient time for the defense to review the results, speak with the defendant, and consult with the Government regarding pretrial motions or potential resolution of the case prior to the currently scheduled trial date.

Defense and Government counsel have therefore conferred and jointly propose that the trial be continued to **December 15, 2015**, at 10:00 am, with a trial confirmation hearing on December 7, 2015. Counsel agree that time should be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that trial currently set for August 4, 2015 be continued to December 15, 2015. A trial confirmation hearing will be held on December 7, 2015. Time shall be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel. The parties agree that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 17, 2015              By:      /s/ Michael G. Tierney
                                           Michael G. Tierney
                                           Assistant United States Attorney

DATED: July 17, 2015              By:      /s/ Anthony P. Capozzi
                                           Anthony P. Capozzi
                                           Attorney Adam Henry

## O R D E R

**IT IS SO ORDERED.**

DATED: July ___, 2015

_____
ANTHONY W. ISHII
SENIOR UNITED STATES DISTRICT JUDGE