**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Claimants,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No.: 1:13-CR-00409 AWI-BAM<br><br>DEFENDANT, ADAM HENRY'S MOTION FOR BAIL REVIEW; DECLARATION OF ANTHONY P. CAPOZZI<br><br>Date: September 28, 2015<br>Time: 1:30 p.m.<br>Hon. Barbara A. McAuliffe |

**TO:   THE HONORABLE JUDGE BARBARA A. MCAULIFFE, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY MICHAEL TIERNEY:**

Defendant, ADAM HENRY, by and through his attorney, Anthony P. Capozzi hereby moves this court for his release.  Said motion is based on the Declaration of Anthony P. Capozzi.

## DECLARATION OF ANTHONY P. CAPOZZI

I, ANTHONY P. CAPOZZI, DECLARE:

1.    I am the attorney of record for Defendant, Adam Alan Henry, in the above entitled case.

2. The Defendant was charged by criminal complaint on November 8, 2013, (signed by Judge Stanley A. Boone) for a violation of 18 U.S.C. § 2252(a).

3. On November 21, 2013, the Defendant was charged by Indictment with violations of 18 U.S.C. § 2251(a) and (e); 18 U.S.C. § 2252(a)(2); and 18 U.S.C. § 2253.

4. The Defendant has been detained since the inception of this case. Release having been denied on November 22, 2013, February 14, 2014, and February 24, 2014 on the basis of clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

5. The Defendant's wife, Angele Christine Henry was arrested along with the Defendant in Stanislaus County and has been charged in Stanislaus County Superior Court with Lewd and Lascivious Acts under Penal Code § 288(c) and Use of an Underage Person for an Obscene Matter under Penal Code § 311.4(c) (Exhibit A)

6. Circumstances have changed in that the Defendant's wife, Angele Henry, has filed for divorce, moved from Stanislaus County to San Joaquin County, and is seeking full custody of their son, Liam (DOB 10/22/2013). A petition was filed under section 300(b)(d) and (g) in San Joaquin County. A report filed in that case by Michael Blalock of the San Joaquin County Human Services Agency / Children's Services Bureau is attached hereto as Exhibit B (Under Seal).

7. The report indicates that Angele Henry has not been forth coming in terms of minimizing her role in the child pornography she and Mr. Henry engaged in (page 16, paragraph 2).

A psychological evaluation of Ms. Henry on May 31, 2015 by Dr. Philip Trompetter, Ph.D. states that allegations were made that her former husband assaulted their son and sexually assaulted Ms. Henry. He was arrested and convicted but his convictions were later overturned. Ms. Henry now finds herself charged along with her present husband with sexual misconduct (page 16, paragraph 4).

Dr. Trompetter also found that Ms. Henry demonstrates the essential features of Exhibitionistic Disorder (page 17, paragraph 1). Ms. Henry is participating in Exhibitionistic

Disorder classes (page 17, paragraph 4).

8. A supplemental report was submitted by Mr. Blalock requesting that the child custody matter be continued for six months. Ms. Henry demanded an Evidentiary Hearing which is set for October 29, 2015. (Report to be submitted under seal when received)

9. Dr. Harold Seymour, Ph.D. has examined the Defendant after having evaluated close to 500 individuals in sex offenses cases and found that Mr. Henry does not present with many of the characteristics seen in pedophiles. (Exhibit C, page 9, paragraph 3; Under Seal)

Dr. Seymour went on to state that evidence exists that Ms. Henry was involved in grooming a minor female and had an interest in bondage (page 9, paragraph 3). Ms. Henry has a history of apparently lying about her former husband to an extent that he was criminally prosecuted, although eventually overturned (page 9, paragraph 3).

10. The Defendant has had a number of health problems and has lost approximately 85 pounds while in custody. A picture of the Defendant (Exhibit D), Adam Henry, taken on or about August 10, 2013, is attached for the court to compare to the Defendant's physical presence when he appears for this hearing. The court will note the severe loss of weight during the Defendant's incarceration.

It is requested that the Defendant be released to the third party custody of his mother, Robin Martin, who lives in rural Fresno County, which does not have accessible public transportation. Ms. Martin is a law school graduate of San Joaquin College of Law. Computers or access to computers will not be present in the home.

Further, Louise and Gary Reed, Mr. Henry's aunt and uncle and employer, who reside in Turlock, California, would assist Ms. Martin in any manner needed to insure the Defendant's presence in court. Further, the Reeds' are willing to post the remaining equity in their home of approximately $145,000 for the Defendant's release.

Robin Martin lives alone in rural Fresno County and would insure Mr. Henry's presence and that he would not be a threat to anyone. GPS monitoring would also insure that the Defendant would not present any danger to the public.

11. It is respectfully requested that Mr. Henry be released to help prepare for his

defense and to attend the next Child Custody hearing on October 29, 2015, in Stockton, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                  Respectfully submitted,

DATED:   September 18, 2015   By:   */s/ Anthony P. Capozzi*
                                                                       ANTHONY P. CAPOZZI
                                                                       Attorney for Defendant ADAM ALAN HENRY