# EXHIBIT A

USA v. Adam Henry
1:13-CR-000409 AWI

Skip to main content
Contact Us
Friday, September 18, 2015



Search
GO

- Home
- Online Services
    - Online Case Index
    - Court Calendar
    - Tentative Rulings
    - Court Reporter Transcripts
- Forms & Filing
    - Fax Filing
    - Drop Box Filing
    - Common Forms & Packets
- Self-Help
    - Family Law Facilitator Info
    - Self Help Center Info
    - Just for Kids
- Divisions
    - Civil
    - Criminal
    - Family Law
    - Grand Jury
    - Jury Services
    - Juvenile
    - Probate
    - Small Claims
    - Traffic
- General Info
    - ADA Information
    - Administration
    - Court Locations & Hours
    - Courts and Community
    - Human Resources
    - Interpreter Information
    - Judicial Assignments
    - Local Rules & Fee Schedule
    - News & Media
    - Public Information
    - Related Links
    - Vendor Resources

Home » Online Services

- Online Services
  - Online Case Index
  - Pay Traffic Tickets
  - Court Calendar
  - Tentative Rulings
  - Court Reporter Transcripts
  - Juror Postponement Request

Case information for case number 1465819

Case Number: 1465819
Case Caption: PEO VS HENRY, ANGELE CHRISTINE
Case Type: CR
Date Filed: 2013-12-05

## Party Information

| HENRY, ANGELE CHRISTINE | DEFENDANT | | | FOLEY STEPHEN L ESQ | |
|---|---|---|---|---|---|
| Count | Degree | Code | Description | | Outcome |
| 1 | Felony | PC 288(C)(1) | LEWD & LASCIVIOUS ACT W/CHILD 14/15:DEFENDANT 10 YRS OLDE | | |
| 2 | Felony | PC 311.4(C) | USE/ETC UNDERAGE PERSON FOR OBSCENE MATTER | | |
| 3 | Felony | PC 311.4(C) | USE/ETC UNDERAGE PERSON FOR OBSCENE MATTER | | |
| 4 | Felony | PC 311.11(A) | NO DESCR | | |

## Case Events

| Event Date | Event Type | Event |
|---|---|---|
| 10/19/2015 | Hearing | PRELIMINARY EXAM - DEPT 3 10/19/2015 01:30 PM |
| 06/22/2015 | Hearing | PRETRIAL - DEPT 3 06/22/2015 08:30 AM |
| 06/08/2015 | Hearing | PRETRIAL - DEPT 3 06/08/2015 08:30 AM |
| 06/01/2015 | Hearing | PRETRIAL - DEPT 3 06/01/2015 08:30 AM |
| 05/20/2015 | Hearing | PRETRIAL - DEPT10 05/20/2015 08:31 AM |
| 05/11/2015 | Hearing | PRETRIAL - DEPT 3 05/11/2015 08:30 AM |
| 04/20/2015 | Hearing | PRELIMINARY EXAM - DEPT 3 04/20/2015 09:30 AM |
| 02/02/2015 | Hearing | PRETRIAL - DEPT 3 02/02/2015 08:30 AM |

| Date | Type | Description |
|---|---|---|
| 01/05/2015 | Hearing | PRETRIAL - DEPT 3 01/05/2015 08:30 AM |
| 12/08/2014 | Hearing | PRELIMINARY EXAM - DEPT 3 12/08/2014 01:30 PM |
| 11/10/2014 | Hearing | PRETRIAL - DEPT 3 11/10/2014 08:30 AM |
| 09/30/2014 | Hearing | PRETRIAL - DEPT 3 09/30/2014 08:30 AM |
| 09/16/2014 | Hearing | PRETRIAL - DEPT 3 09/16/2014 08:30 AM |
| 08/26/2014 | Hearing | PRETRIAL - DEPT 3 08/26/2014 08:30 AM |
| 07/28/2014 | Hearing | PRETRIAL - DEPT 3 07/28/2014 08:30 AM |
| 06/30/2014 | Hearing | PRETRIAL - DEPT 3 06/30/2014 08:30 AM |
| 06/02/2014 | Hearing | PRETRIAL - DEPT 3 06/02/2014 08:30 AM |
| 05/12/2014 | Hearing | PRETRIAL - DEPT 3 05/12/2014 08:30 AM |
| 04/04/2014 | Hearing | PRETRIAL - DEPT 3 04/04/2014 08:30 AM |
| 03/19/2014 | Hearing | PRETRIAL - DEPT 3 03/19/2014 08:30 AM |
| 02/26/2014 | Hearing | OBTAIN COUNSEL - DEPT 3 02/26/2014 08:30 AM |
| 01/24/2014 | Report | CASE AGING STOPS |
| 01/24/2014 | Hearing | CONTINUED ARRAIGNMENT - DEPT 3 01/24/2014 08:30 AM |
| 01/02/2014 | Hearing | CONTINUED ARRAIGNMENT - DEPT 2 01/02/2014 08:31 AM |
| 01/02/2014 | Report | BAIL BOND |
| 12/31/2013 | Hearing | CONTINUED ARRAIGNMENT - DEPT 2 12/31/2013 08:31 AM |
| 12/24/2013 | Hearing | CONTINUED ARRAIGNMENT - DEPT 3 12/24/2013 08:30 AM |
| 12/23/2013 | Hearing | CONTINUED ARRAIGNMENT - DEPT 3 12/23/2013 08:30 AM |
| 12/20/2013 | Hearing | BAIL SET/REVIEW - DEPT 3 12/20/2013 09:30 AM |
| 12/20/2013 | Report | IN CUSTODY |
| 12/19/2013 | Hearing | BAIL SET/REVIEW - DEPT 3 12/19/2013 09:30 AM |
| 12/18/2013 | Hearing | BAIL SET/REVIEW - DEPT 3 12/18/2013 08:30 AM |
| 12/17/2013 | Hearing | BAIL SET/REVIEW - DEPT12 12/17/2013 01:30 PM |
| 12/13/2013 | Hearing | ARRAIGNMENT - DEPT12 12/13/2013 01:30 PM |
| 12/13/2013 | Report | PROBATION ORDER & TERMS FORM PRINT |
| 12/12/2013 | Report | ASSIGNED JUDGE |
| 12/06/2013 | Status | CASE INTAKE |
| 12/05/2013 | Status | COMPLAINT FILED |
| 11/15/2013 | Report | BAIL BOND |

Case 1:13-cr-00409-ADA-BAM   Document 47-1   Filed 09/21/15   Page 5 of 5

Submit Query

- Feedback
- Site Map
- Jobs
- ADA
- Disclaimer
- Privacy Policy

Copyright © 2014 Stanislaus County Superior Court. All Rights Reserved.