# EXHIBIT D

USA v. Adam Henry
1:13-CR-000409 AWI

