# EXHIBIT

# 1

(SEALED)