# EXHIBIT

# 4

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 1 of 5

## COMPUTER FORENSICS - ITEMS LOCATED AT LOCK-N-STITCH:

(Item # 1) (A+B) (Lock-N-Stitch) PC Tower "ASUS" Drives:
This item was a black in color, ANTEC computer tower. This computer was seized from the Lock-N-Stitch (1015 S. Soderquist Rd), IT Office. I visually inspected this item and did not locate any attached devices. I did not observe any obvious deficiencies. Inside the computer tower, I found there were two hard disk drives inside. One of the hard disk drives (Item#1A) was connected to the motherboard via a SATA (Serial Advanced Technology Attachment) connection. The other hard disk drive (Item#1B) was not connected to the motherboard or any other part of the computer. I separately analyzed the hard disk drives inside.

Item#1A (WD 500GB HDD Serial # WCAYUHC66813)
This item was a Western Digital, 500GB, SATA hard disk drive and appeared to be in working order. I initiated an image of this drive and conducted analysis on the imaged copy. Listed below is the analysis conducted on this item.

After reviewing the SOFTWARE registry file (\Windows\System32\config\SOFTWARE), I found the operating system was Windows 7 Professional, with Service Pack 1, and the registered owner was "A". The installation date for the operating system was 01-31-12.

I reviewed the user accounts for this operating system installation and I located a user account named "AdamHenry" (/Users/AdamHenry).

I located a folder used by the Shareaza program to store files. This folder was titled "Incomplete" and located under the following path. (/Users/AdamHenry/AppData/Local/Shareaza/Incomplete/). After reviewing the "Incomplete" folder, I found numerous partially downloaded files. This folder is used by the Shareaza program to store the partial files requested by the user, until they are completely downloaded. Once a file is completely downloaded, the files are moved to another folder designated by the user. Many of these files are still viewable even though they are not in the complete state.

Among these files, I located 40 Child Pornography Videos. I also located an additional 2 Child Pornography videos containing bondage. It should be noted these files were viewable and did contain depictions of children being sexually exploited. These files were copied to a Ceres Police hard disk drive and booked into Ceres Police Evidence. A copy of these files was later sent to the National Center for Missing and Exploited Children (NCMEC).

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO: D. More  DPS: ☐CHIEF ☐CMDR. ☒INV. ☐DRUG UNIT  ☐PATROL ☐INTEL ☒RECORDS ☐PROPERTY ☐CSO  ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS  COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH  ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.  ☒OTHER AUSA / FBI   10/31/13 ~ | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.  COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE  CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS  STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| RELATED FILE NUMBERS: | | | | | | Tran by: | Date Tran: |

US v. HENRY - 000547

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 2 of 5

### List of 40 child pornography videos

| ☑ | Name | Created | Modified |
|---|------|---------|----------|
| ☐ | bth_B6GSVDAIS3ICJVK3YXIPWZTRU7S45CTC.partial | 5/28/2013 1:20:12 PM (2013-05-28 20:20:12 UTC) | 9/18/2013 4:40:44 PM (2013-09-18 23:40:44 UTC) |
| ☐ | bth_MTBDWWNPJTPOTKDZWYBKNO7IOFH3OJ7U.partial | 5/28/2013 1:35:00 PM (2013-05-28 20:35:00 UTC) | 9/18/2013 8:10:20 PM (2013-09-19 03:10:20 UTC) |
| ☐ | ttr_PU5WO3BVYA8YW657PGWRM6T5SMSG67GIGIQRSPI.partial | 5/28/2013 1:35:01 PM (2013-05-28 20:35:01 UTC) | 9/19/2013 2:50:49 PM (2013-09-19 21:50:49 UTC) |
| ☐ | ttr_ZKUDGUS4VLDNMX74X4UHRUL6EYL4LB3IA72JDUY.partial | 5/28/2013 1:35:01 PM (2013-05-28 20:35:01 UTC) | 5/30/2013 1:05:22 PM (2013-05-30 20:05:22 UTC) |
| ☐ | sha1_MUACKABSAAYAARQAOUAGYADMAASQAMQA.partial | 5/28/2013 1:35:01 PM (2013-05-28 20:35:01 UTC) | 9/19/2013 2:00:21 PM (2013-09-19 21:00:21 UTC) |
| ☐ | ttr_MY7DUHGK2ATI7YQR4I7TQISTFKSBFS643CEQKLA.partial | 5/28/2013 1:35:01 PM (2013-05-28 20:35:01 UTC) | 9/19/2013 4:14:48 AM (2013-09-19 11:14:48 UTC) |
| ☐ | ttr_IIKZMTB6DWASRQKKG32MPPPX44OWHQFEVU35BAI.partial | 5/28/2013 1:35:01 PM (2013-05-28 20:35:01 UTC) | 9/19/2013 1:04:35 PM (2013-09-19 20:04:35 UTC) |
| ☐ | ed2k_96a415fef45be2eed0fa3d30cf93fed6.partial | 5/28/2013 1:35:01 PM (2013-05-28 20:35:01 UTC) | 9/19/2013 2:33:02 PM (2013-09-19 21:33:02 UTC) |
| ☐ | ttr_BTILLGHQVWY6S653MD6AG5CWIFCQITWXF3NORCY.partial | 5/28/2013 1:35:01 PM (2013-05-28 20:35:01 UTC) | 9/11/2013 2:55:58 AM (2013-09-11 09:55:58 UTC) |
| ☐ | ed2k_86772da87b9290122082470c8642b3a4.partial | 5/28/2013 1:35:01 PM (2013-05-28 20:35:01 UTC) | 8/21/2013 6:44:59 AM (2013-08-21 13:44:59 UTC) |
| ☐ | ttr_T3KPPAOLMRHCH7ZYWCFLWKRL7XHWSXZD5R73T7I.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/19/2013 3:13:40 PM (2013-09-19 22:13:40 UTC) |
| ☐ | ttr_RLJNYSTOLGYE2QYN3EK3ARLBV3VLAKKYKVZ2VFQ.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/19/2013 3:15:59 PM (2013-09-19 22:15:59 UTC) |
| ☐ | ed2k_312969bc16047ad10c7300073e9f8fb72.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/19/2013 3:18:55 PM (2013-09-19 22:18:55 UTC) |
| ☐ | ttr_YMKOMRB53CW6KON6RVVI2LGQSMFPVMS3HNV7KVQ.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/3/2013 1:14:32 PM (2013-09-03 20:14:32 UTC) |
| ☐ | ttr_OYVY3NAAM5PE6DLP6APJKCETIIRTGWAIC56A7CY.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 8/23/2013 11:27:24 AM (2013-08-23 18:27:24 UTC) |
| ☐ | ed2k_14c422ab291fbec5a81a1d57ca29fd6f.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/18/2013 5:18:51 PM (2013-09-19 00:18:51 UTC) |
| ☐ | ttr_RF7ATQCJBIAAO7C2EL3XFXC2KRXVA5BRFHZMXUQ.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/6/2013 12:25:32 AM (2013-09-06 07:25:32 UTC) |
| ☐ | ttr_E537FZTIGAFYVJEH2KM65IGVPBG3GM4EMBRCHBA.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 6/4/2013 8:45:19 PM (2013-06-05 03:45:19 UTC) |
| ☐ | ttr_Z7TGZ3EHDYUCEZMPCKOY5QEOEMBUS3D5KBKOEGI.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/5/2013 8:12:39 AM (2013-09-05 15:12:39 UTC) |
| ☐ | ed2k_62f5e6a6d1a5460977e7d865212fc0f7.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/7/2013 5:07:09 PM (2013-09-08 00:07:09 UTC) |
| ☐ | ed2k_b9fc562591302227236cd77edb2726ec.partial | 5/28/2013 1:35:03 PM (2013-05-28 20:35:03 UTC) | 5/29/2013 7:05:14 PM (2013-05-30 02:05:14 UTC) |
| ☐ | ed2k_c0097ced94e3feb83ff287c20622b7f7.partial | 5/28/2013 1:35:03 PM (2013-05-28 20:35:03 UTC) | 9/19/2013 3:24:29 PM (2013-09-19 22:24:29 UTC) |
| ☐ | ttr_UUVOCIUEGVXDVXB8556RVN4GLOHBH7O3PUEEWEQ.partial | 5/28/2013 1:35:03 PM (2013-05-28 20:35:03 UTC) | 8/18/2013 1:31:35 AM (2013-08-18 08:31:35 UTC) |
| ☐ | ed2k_214b9284dc8fba2d054cb47d160b652e.partial | 5/28/2013 1:37:06 PM (2013-05-28 20:37:06 UTC) | 9/19/2013 5:10:09 AM (2013-09-19 12:10:09 UTC) |
| ☐ | ttr_CFIXYEKUZXEUHFKML5CVICUGQUKMAO654P25DOA.partial | 5/28/2013 1:37:06 PM (2013-05-28 20:37:06 UTC) | 9/5/2013 10:27:50 AM (2013-09-05 17:27:50 UTC) |
| ☐ | ttr_BQ5IGLARD5RZJUJZ2PKDK3IWDG3FKMR6UJXN6MQ.partial | 5/28/2013 1:45:59 PM (2013-05-28 20:45:59 UTC) | 9/8/2013 11:50:53 PM (2013-09-09 06:50:53 UTC) |
| ☐ | ttr_EI4ZBJZTIL4WN6DYOULEEO8HSJMR3Y3ZVLBT76I.partial | 5/28/2013 1:45:59 PM (2013-05-28 20:45:59 UTC) | 8/21/2013 8:27:42 AM (2013-08-21 15:27:42 UTC) |
| ☐ | ttr_Y4PPCSMQ6S4KKI5YHK3ONY6LZ4CZWR7DMC4AT6A.partial | 5/28/2013 2:26:58 PM (2013-05-28 21:26:58 UTC) | 9/3/2013 5:37:50 PM (2013-09-04 00:37:50 UTC) |
| ☐ | ttr_7DKM7MS7CXA5CAHKA3INLUW7CZSLTORZX7N3EKI.partial | 5/28/2013 2:26:58 PM (2013-05-28 21:26:58 UTC) | 6/14/2013 9:09:02 PM (2013-06-15 04:09:02 UTC) |
| ☐ | ttr_OKZ3V4TBW5SH3THPWSDMZKKVNJCC7ULEGYLZGDI.partial | 5/28/2013 2:26:58 PM (2013-05-28 21:26:58 UTC) | 9/18/2013 6:44:50 PM (2013-09-19 01:44:50 UTC) |
| ☐ | ttr_OP22K7FGHQ6PNZIOZRGODGUWNL7OZCNUPOX2KAY.partial | 5/28/2013 2:27:00 PM (2013-05-28 21:27:00 UTC) | 9/6/2013 11:56:24 PM (2013-09-07 06:56:24 UTC) |
| ☐ | ttr_USWVGWXDYSO4KFZMAE4PHKSK33PK6XFPAU6OEGA.partial | 5/28/2013 2:27:00 PM (2013-05-28 21:27:00 UTC) | 5/30/2013 10:39:38 AM (2013-05-30 17:39:38 UTC) |
| ☐ | ttr_SC36JGEXD2CJEGI67IDCZRWH4XI7DKZ7F7W5SI.partial | 5/28/2013 2:27:01 PM (2013-05-28 21:27:01 UTC) | 6/4/2013 3:54:05 PM (2013-06-04 22:54:05 UTC) |
| ☐ | ttr_K3IYFPWNPRYSIMBMX6WKH32PSF37R67GTG4C54Q.partial | 5/28/2013 2:27:01 PM (2013-05-28 21:27:01 UTC) | 8/23/2013 6:23:00 AM (2013-08-23 13:23:00 UTC) |
| ☐ | ed2k_8a98909098f8e43b4b4b81a4e59365b2.partial | 5/28/2013 2:27:02 PM (2013-05-28 21:27:02 UTC) | 6/7/2013 2:19:08 PM (2013-06-07 21:19:08 UTC) |
| ☐ | sha1_GEADMABZAA2QAMAAGQADOABWAA3QALAA.partial | 5/28/2013 2:27:06 PM (2013-05-28 21:27:06 UTC) | 8/19/2013 7:22:59 AM (2013-08-19 14:22:59 UTC) |
| ☐ | ttr_HXWX4IFTDKC3FWEGLLZPVUY4T6DXEP2CYUBBNQI.partial | 5/28/2013 3:25:18 PM (2013-05-28 22:25:18 UTC) | 8/15/2013 8:39:26 AM (2013-08-15 15:39:26 UTC) |
| ☐ | ed2k_9474e5de747eaee9427800d6dd7a05aa.partial | 5/31/2013 7:33:45 AM (2013-05-31 14:33:45 UTC) | 8/18/2013 1:23:22 PM (2013-08-18 20:23:22 UTC) |
| ☐ | ed2k_469a2ae021ac573cb68783120b891928.partial | 6/3/2013 2:23:25 PM (2013-06-03 21:23:25 UTC) | 8/22/2013 7:18:29 PM (2013-08-23 02:18:29 UTC) |
| ☐ | ttr_UQ4V7ZEYZXW6SFJNIM2EN6VIOH26HTN424DTINA.partial | 6/3/2013 2:23:25 PM (2013-06-03 21:23:25 UTC) | 9/19/2013 3:35:08 AM (2013-09-19 10:35:08 UTC) |

### List of 2 child pornography videos containing bondage

| ☑ | Name | Created | Modified |
|---|------|---------|----------|
| ☐ | ttr_U6RZ4MKSH55X5WEL6GO5463GDEQPKS5UWWMZHGY.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/18/2013 8:30:18 PM (2013-09-19 03:30:18 UTC) |
| ☐ | bth_MJMTSUIBUOZ5GA7Y7DCMXSQXPEPEGSGH.partial | 5/28/2013 1:35:02 PM (2013-05-28 20:35:02 UTC) | 9/9/2013 7:34:28 AM (2013-09-09 14:34:28 UTC) |

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|

US v. HENRY - 000548

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 3 of 5

The Shareaza installation file was located in the following path.
/Users/AdamHenry/Downloads/Shareaza_2.6.0.0_x64.exe

The Shareaza installation path was
/Program Files/Shareaza

I also located the Shareaza installation GUID (Globally Unique Identifier) for this user.
d818e0be1217e24ab6279f5405912c90
This GUID was located in Profile.xml file, under the following path.
/Users/AdamHenry/AppData/Roaming/Shareaza/Data/Profile.xml
It should be noted, This was the original GUID being reported by the Law Enforcement portal, Child Protection System (CPS) and displayed by the Law Enforcement issued P2P program ShareazaLE during my initial investigation.

After reviewing the NTUSER.DAT file found under the "AdamHenry" user account (/Users/AdamHenry/NTUSER.DAT), I found the Shareaza program was installed by this user account.

In the software hive of the NTUSER.DAT registry file, I located the last 56 keyword searches entered into the program. Among these keyword searches were the following terms related to child pornography. Some of the other search terms appear to be related to adult pornography. Attached to this report is a list of the 56 search terms I was able to recover. (NTUSER.DAT/Software/Shareaza/Shareaza/Search)

mommy me
mom daughter
daughter mother
r@ygold
pthc
preteen
underage
teen
mother daughter fuck
mother daughter

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO:<br>DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT<br>☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO<br>☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS<br>COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH<br>☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.<br>☐OTHER ||||  EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.<br>COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE<br>CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS<br>STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV |||
| RELATED FILE NUMBERS: ||||||  Tran by: | Date Tran: |

US v. HENRY - 000549

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 4 of 5

In an attempt to determine if there were any viruses installed on this hard drive, I ran a full, up to date, virus scan against this hard drive using McAffee Virus Protection from the McAffee Security Center program. After the completion of the virus scan I found there were no viruses located on this drive.

I found evidence there was the following virus protection programs installed on the operating system of this hard drive.

Windows Defender (I located the program in the Program Files folder)
AVG Internet Security 2012 (I located a registry sub key in the /Users/AdamHenry/NTUSER.DAT file.)
AVG Internet Security 2013 (I located the deleted folder in the Programs Files folder)
AVG Internet Security 2014 (I located the installed program in Program Files folder and a registry key)

In the NTUSER.DAT file (/Users/AdamHenry/NTUSER.DAT), under the Software key, I also found evidence to show there were entries in the registry for AVG 2012.

AVG 2013 had at one point been deleted/uninstalled from the operating system.

AVG 2013 had a modified date of 09-11-13 and AVG 2014 had a created date of 09-11-2013. This is evidence to show the user had installed the updated version of this virus protection software, which in turn deleted the outdated program. This is further evidence to show the operating system was continually protected from viruses since 09-27-12.

| ☑ | ▲ Name | Created | Modified |
|---|---|---|---|
| ☑ | AVG2013 | 9/27/2012 9:51:26 AM (2012-09-27 16:51:26 UTC) | 9/11/2013 12:22:09 PM (2013-09-11 19:22:09 UTC) |
| ☑ | AVG2014 | 9/11/2013 12:09:59 PM (2013-09-11 19:09:59 UTC) | 9/19/2013 2:00:24 PM (2013-09-19 21:00:24 UTC) |

Based on this evidence it is very unlikely this hard drive was infected with viruses.

<u>Item#1B (WD 500GB HDD Serial # WCAYU7304232)</u>
This item was a Western Digital, 500GB, SATA hard disk drive and appeared to be in working order. I conducted analysis on the hard disk drive and did not locate any notable evidence.

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO: <br> DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT <br> ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO <br> ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS <br> COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH <br> ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. <br> ☐OTHER ||||  EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. <br> COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE <br> CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS <br> STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV |||
| RELATED FILE NUMBERS: ||||||  Tran by: | Date Tran: |

US v. HENRY - 000550

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 5 of 5

**(Item# 2) Apple iPhone, cell phone, IC:579C-E23808**
Refer to the Cell Phone Forensic Report for details.

**(Item# 3) Kodak, picture card**
This item was located on the desk in the IT office at Lock-N-Stitch. This was a Kodak picture card. Upon analysis, I did not locate any notable files.

**(Item# 4) Western Digital, 320GB, SN: 0508**
This item was located on the desk in the IT office at Lock-N-Stitch. This was a Western Digital 320GB hard disk drive serial number WMAV20090508. Upon analysis, I did not locate any notable files.

**(Item# 5) Western Digital 1TB drive, SN: 7344**
This item was located on the counter in the IT office at Lock-N-Stitch. This was a Western Digital 1 TB hard disk drive serial number WCATRC007344. Upon analysis, I did not locate any notable files.

## TOTAL CHILD PORNOGRAPHY FILES LOCATED THIS REPORT:

40  Child Pornography Videos.
2   Child Pornography videos containing bondage.

## HARDWARE / SOFTWARE TOOLS:

Access Data- Forensic Tool Kit v5
Access Data- FTK Imager
Access Data- Registry Viewer
Guidance Software EnCase v6 and v7
Tableau- Write Blockers
McAfee SecurityCenter v12.8 (update 10-30-13)
McAfee Anti-Virus and Anti-Spyware v16.8 (update 10-30-13)

## DISPOSITION:

Attach to original report.

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO: DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| RELATED FILE NUMBERS: | | | | | | Tran by: | Date Tran: |

US v. HENRY - 000551