# EXHIBIT

# 5

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 1 of 5

## COMPUTER FORENSICS - ITEMS LOCATED AT 1131 BURMAN DR:

**(Item # 1) (A+B) 2 Loose Hard Drives**
The analysis of these items was conducted by Detective HIVELY. Refer to his report for further details. Detective HIVELY later returned these items to Lock-N-Stitch with permission from O/HENRY, Adam. Refer to his report for further details.

**(Item # 2) Nexstar External Hard Disk Drive**
This item was located in the southwest bedroom on a bookshelf. This item was an external hard disk drive enclosure. Inside of the enclosure was a Western Digital 250GB hard disk drive serial number WCANK7608447. I conducted a preview of this device and did not locate any notable files.

**(Item# 3) Asus Tower, black, SN: 4962**
The analysis of this item was conducted by Detective HIVELY. Refer to his report for further details.

**(Item# 4) Asus Tower, Lancool**
The analysis of this item was conducted by Detective HIVELY. Refer to his report for further details.

**(Item# 5) Lian-Li tower**
The analysis of this item was conducted by Detective HIVELY. Refer to his report for further details.

**(Item# 6) Western Digital, loose hard drive, SN: 9478**
This item was located on a shelf in the master bedroom along the northwest wall near the entryway into the master bathroom. This item was a Western Digital 1TB hard disk drive, serial number WCATRA939478. Upon analysis, I did not locate any notable files.

**(Item# 7) AZIO, external hard drive**
The analysis of this item was conducted by Detective HIVELY. Refer to his report for further details.

**(Item# 8) Black computer tower**
The analysis of this item was conducted by Detective HIVELY. Refer to his report for further details.

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | 189 |
|---|---|---|---|---|---|---|---|
| COPIES TO: 3 move 11/12/13 | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. | | | |
| DPS: ☐CHIEF ☐CMDR. ☒INV. ☐DRUG UNIT | | | | COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE | | | |
| ☐PATROL ☐INTEL ☒RECORDS ☐PROPERTY ☐CSO | | | | CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS | | | |
| ☐COURT LIAISON ☐VIPS 11/12/13 ☐CHAPLAINS ☐COMPUTERS | | | | STATE/FED: ☐CII ☐ABC ☒FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH | | | | 11/12/13 | | | |
| ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. | | | | | | | |
| ☒OTHER AUSA 11/12/13 | | | | | | | |
| RELATED FILE NUMBERS: | | | | | | Tran by: | Date Tran: |

US v. HENRY - 000553

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 2 of 5

**(Item # 9) Netgear Media Storage Device:**
This device was a Netgear ReadyNAS, model # RNDP4000, Serial # 2HU427090063B. This device is used for networked attached storage (NAS). This device contained four 2TB hard disk drives. I accessed this device and found the hostname was "Pinklagoon". This device contained 4 folders.

Aurrora
C
home
media

The "media" folder was the only folder that was not password protected.

The folder titled "Aurrora" was password protected. After entering the login credentials, User "admin" and Password "Stitch@11", I was able to access the folder. I initiated a logical image of the folder structure and conducted analysis on the logical image. It should be noted, this folder was approximately 2.7 TB in size. The folder contained mostly video files and a significant amount of the files were of adult pornography. There were also video files containing a significant amount of bestiality type pornography, involving sex with various different live animals.

I also located numerous child pornography video files. It should be noted, some of these child pornography video files were stored in a folder titled "Kid". Some of the other child pornography video files were stored in folders titled, "aza", "aza1", and "aza2". I suspected this may have been an abbreviation for "Shareaza", the P2P file sharing program.

Upon analysis, I located 103 Child Pornography videos files and 7 Child Pornography video files containing bondage. These files were copied to a Ceres Police hard disk drive and booked into Ceres Police Evidence. A copy of these files was later sent to the National Center for Missing and Exploited Children (NCMEC).

I attached a list of these child pornography files and the file path to where these files resided on the NAS. It should be noted, that File #38 on the list of child pornography videos, is one of the files I had previously identified in my search warrant to Charter Communications. This file was being advertised as being available for download from the suspected IP Address 71.94.43.84. This is evidence to show that this file

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO:<br>DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT<br>☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO<br>☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS<br>COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH<br>☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.<br>☐OTHER | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.<br>COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE<br>CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS<br>STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| RELATED FILE NUMBERS: | | | | | | Tran by: | Date Tran: |

US v. HENRY - 000554

Case 1:13-cr-00409-ADA-BAM   Document 50-5   Filed 09/24/15   Page 4 of 6

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 3 of 5

was most likely downloaded through the peer to peer program at the IP Address at Lock-N-Stitch, and then moved to O/HERNY, Adam's residence where he stored it on his NAS device (Item #9).

The "C" folder on the NAS was password protected. After entering the login credentials, User "admin" and Password "Stitch@11", I was able to access the folder. I previewed the folder structure and found that it contained the duplicates of the "Aurrora" folder.

The "home" folder did not contain any notable files.

The "media" folder was not password protected. Upon analysis, it appeared to be the same content which was contained within the password protected "Aurrora" folder, including the videos and images of V/CONFIDENTIAL. However, the P2P Child Pornography was not stored on the unprotected "media" folder. I suspected the user had purposefully moved the Child Pornography files to the password protected are of the drive (Aurrora folder) and intentionally kept those files off of the unprotected area (media folder).

**(Item# 10) HP, laptop envy**
The analysis of this item was conducted by Detective HIVELY. Refer to his report for further details. Detective HIVELY later returned this item to Lock-N-Stitch with permission from O/HENRY, Adam. Refer to his report for further details.

**(Item# 11) (A+B) Disk Secure thumbdrive and PNY thumbdrive**
The analysis of these items was conducted by Detective HIVELY. Refer to his report for further details.

**(Item# 12A+B) Loose hard drives**
The analysis of these items was conducted by Detective HIVELY. Refer to his report for further details. Detective HIVELY later returned these items to Lock-N-Stitch with permission from O/HENRY, Adam. Refer to his report for further details.

**(Item# 13) Black computer tower**
The analysis of this item was conducted by Detective HIVELY. Refer to his report for further details.

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER
EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

RELATED FILE NUMBERS: | Tran by: | Date Tran:

US v. HENRY - 000555

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 4 of 5

**(Item# 14) White computer tower**
This item was located in the garage. This item was a white computer tower. Inside the tower was a Quantum 15GB hard disk drive, unknown serial number. Upon analysis of the hard drive, I did not locate any notable files.

**(Item# 15) Black computer tower**
This Item was located in the garage. This item was a black computer tower. Inside of the tower was a Seagate 80GB hard disk drive, serial number 3JV1PW6Q. Upon analysis of the hard drive, I did not locate any notable files.

**(Item# 16) Asus black computer tower**
The analysis of this item was conducted by Detective HIVELY. Refer to his report for further details.

**(Item# 17) iPhone, Model A1303**
Refer to the Cell Phone Forensics Report for details.

**(Item# 18) Western Digital, 500GB**
This item was located in the living room desk drawer. This item was a Western Digital 500GB hard disk drive, serial number WCAV93915756. This was a SATA hard disk drive and appeared to be used for file storage. There were numerous files stored on this drive and most of these files contained Adult Pornography videos. There were also numerous Child Pornography videos on this hard drive.

Upon analysis, I located 45 Child Pornography videos and 3 Child Pornography videos containing bondage, under the following paths.

\New Folder\kid\
\New Folder (2)\New Folder\no\

These files were copied to a Ceres Police hard disk drive and booked into Ceres Police Evidence. A copy of these files was later sent to the National Center for Missing and Exploited Children (NCMEC).

Some of these child pornography videos appeared to be duplicates of the child pornography videos I had located on the Netgear ReadyNAS (Item#9). This is evidence to show the user had copied these files to different media devices.

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO: <br> DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT <br> ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO <br> ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS <br> COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH <br> ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. <br> ☐OTHER ||||  EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. <br> COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE <br> CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS <br> STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV ||||
| RELATED FILE NUMBERS: |||||| Tran by: | Date Tran: |

US v. HENRY - 000556

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 5 of 5

### TOTAL CHILD PORNOGRAPHY FILES LOCATED THIS REPORT:

<u>148</u>   Child Pornography videos.
<u>10</u>   Child Pornography videos containing bondage.

### HARDWARE / SOFTWARE TOOLS:

Access Data- Forensic Tool Kit v5
Access Data- FTK Imager
Access Data- Registry Viewer
Guidance Software- EnCase v6 and v7
Tableau- Write Blockers

### DISPOSITION:

Attach to original report.

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|