# EXHIBIT 6

**103 Child Pornography Video Files Located on 213-004554 (Item#9) Aurrora Folder**

1. /Copy/Copy/New folder (6)/pedololita.com ##### Frifam Pedo New Serie 2011 (Pthc) Julia 8Yo Lisa 4Yo Mike 7Yo Lara 8Yo Rape Suck Fuck Cumshot 30Min Nice Have More Flv Xvid.mpg
2. /Copy/Copy/New folder (6)/Pedo Mom Fucking Hot 3Yo Daughter Rim And Finger Job.mpg
3. /Copy/Copy/New folder (6)/(Pthc Pedo) Laura - 12-yo, daughter, ptsc).mpg
4. /Copy/Copy/New folder (6)/(洋ロリ小学生)PTHC mylola Info Nelia 1 Couch-Bunt Dildo-Schwarz-Gold.avi
5. /Copy/Copy/New folder (6)/Fixed(Kinderkutje) pthc Pedoland Frifam 2010 Goldberg Trailer-14 - 9Yo Sucking, Trying Vaginal & Anal Fuck, Final Cum Up Ass (24m25S).avi
6. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/Porn - Lolitas -Underage - Dee & Desi.mpg
7. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/BAMBINA-Collection_01-Real_Child_Porn!!!(illegal_preteen_underage_lolita_kiddy_incest_little_girl_rape_anal_cum_sex_lesb(1).mpg
8. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/colombia prostitute ((Hussyfan)) PTHC 520.mpg
9. /Copy/Copy/Sorted/Bad/New folder/New folder/no/- Best little girl in a pink dress, r@ygold hello video (illegal underage lolita preteen pedo).mpg
10. /Copy/Copy/Sorted/Bad/New folder/New folder/no/Colombia Prostitute ((Hussyfan)) Pthc 520.mpg
11. /Copy/Copy/Sorted/Bad/New folder/New folder/no/- Best 2 underage lolitas play with whips and a young boy toy joins in (r@ygold reelkiddymov pedo underage illegal preteen).mpg
12. /New Misc/New folder/aza1/(Children-sf-1man) Pthc - Kleuterkutje (Bimba (09Yr) f pompini e vergate finali) - [Tenny Film][D][00.37.53].mpg
13. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/Real 13 Years Old Girl Ashley Having Fun And Masturbate In Front Of Her Webcam! Extremly Hott Iamcatgirl200.avi

14. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/pjk_brothers 13YearOld and 12YearOld Having Wild HusbandWife Sex -- kiddie pedo boy lolita R@ygold underage.mpg

15. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/((hussyfan)) pthc lolita8-famex_617.777.300 (mom licks 11yo, dad fucks 13yo daugh creampie).mpg

16. /Copy/Copy/Sorted/Bad/New folder/New folder/no/Kiddy Sex - Alicia_NOBULL__shes about 7 dk hair and eyes_ dad is a fat hairy pig- and oh what fun they have  PTHC PEDO1.mpg

17. /ElitePornPass/aza/2013 Pthc - Play With Dad Slidemovie.avi

18. /ElitePornPass/aza/(LI)Pthc 10Yo Little Sisley.mpg

19. /ElitePornPass/aza/__ (Pthc) - 2009 My fucking pedo day Kristin 10_mpeg2video.mpg

20. /New Misc/New folder/aza/A Family Affair Pt 3 - Mom,Son,Dad,Daughter Share More Mom And Kids (Pthc Incest Family Sex Pedo).avi

21. /New Misc/New folder/aza/(Pthc Family) Mom did oral sex with her son and was also the son anal masturbation.mpg

22. /New Misc/New folder/aza1/(~pthc center~)(opva)(2012) HCB2-vhs-05.avi

23. /New Misc/New folder/aza1/2 [ R@Ygold - Pthc - Sup Slave Russian Rape GIrl-1.avi

24. /New Misc/New folder/aza1/6yr Girl  Best Vicky BJ & Handjob with sound (r@ygold pedo reelkiddymov underage illegal lolita daughter incest xxx oral handjob).mpg

25. /New Misc/New folder/aza2/PTHC - Sweet Lil' 11 Webcam Collection - Mixed Girls 6 (eyecan).avi

26. /Copy/Copy/Sorted/Bad/New folder/New folder/no/12 years old masturbate.avi

27. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/(Pthc) Izzy Anal On Webcam (With Sound).avi

28. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/Pthc - Family 1-Mom, 16Yo Son & 6Yo Daughter Have Orgy.mpg

29. /Copy/Copy/Sorted/Bad/New folder/New folder/no/(((KINGPASS))) Preteen bisex orgy - 2 boys & 2 girls.mpg

30. /Copy/Copy/Sorted/Bad/New folder/New folder/no/Babysitter Abuse g3Yo Lez Yw -Pthc r@ygold Pedo 3yr 3yo baby preteen kiddie kiddy.mpg

31. /Copy/Copy/Sorted/Bad/New folder/New folder/no/4yo Neighbor Girl #1-3.mpg

32. /ElitePornPass/aza/R@Ygold - Babyj-Little-Shot (aka Pedoland Babyj-Mine.avi 9yr_old_hard_sex.mpeg aka hardsex).mpeg

33. /ElitePornPass/aza/_____ Pthc R@Ygold Hussyfan __ Kid.mpg

34. /mov/Russian Lolita 15Yo (Original Complete) (Hc d38 Shots, Preteen Young Russnai Rape, Porn Sex Xxx Teen Amateur) (Vhs-Rip).avi

35. /New Misc/New folder/aza/(~pthc center~)(opva)(2013)(hh) Mel 5yo anal and footjob.mp4

36. /New Misc/New folder/aza/Child - !!!!!!!!!! - PTHC - family fun dad teaches bro and sis abt 9,10 kid sex incest pedophilia boy girl 12.38.mpg

37. /New Misc/New folder/aza1/2013 Pthc - Brtape Slidemovie.avi

38. /New Misc/New folder/aza1/(~pthc center~)(opva)(2012) Asian cambodian SVAY001 (snd)_xvid.avi

39. /New Misc/New folder/aza1/incest Family 2(pthc)__color, better res -man woman boy and girl 7.59 (1).mpg

40. /New Misc/New folder/aza2/pthc Pedoland Frifam 2010 --- meine Wichsvorlagen --- Videos in denen 7yo 8yo 9yo 10yo Mädchen voll sichtbar durchgefi.avi

41. /Copy/Copy/Sorted/Bad/New folder/New folder/no/(Pthc) Webcam - New Sexy lil bitch 11 yo.avi

42. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/Webcam - 13yo_Boy&Two Girls.avi

43. /Copy/Copy/Sorted/Bad/New folder/New folder/no/12y webcam new - 10yo girl masturbation with sound (Pthc).mpg

44. /Copy/Copy/Sorted/Bad/New folder/New folder/no/(Pthc) Private Pae 2 - (Mother & Daughter 3Yo).mpg

45. /Copy/Copy/Sorted/Bad/New folder/New folder/no/((hussyfan)) pthc lolita8-famex_617.777.300 (mom licks 11yo, dad fucks 13yo daugh creampie).mpg

46. /ElitePornPass/aza/(pthc) Father & Daughter 12yo mirror mirror girl(59m11s).mpg

47. /ElitePornPass/aza/(Pthc)R@Ygold-Mom Rape Her Daughter(Set-Family 1).mpg

48. /mov/teen Prostitute Teaching 14-16Yo Boys.avi

49. /New Misc/New folder/aza1/(Children-sf-1man) Pthc - Katrina (10Yr) - Defloration - [New 2007-Lolifuck][RU][00.13.53].avi
50. /New Misc/New folder/aza1/(~pthc center~)(opva)(2012) Private Cute Melissa - Bed Stripping -Cixx202009.mp4
51. /New Misc/New folder/aza1/(Pthc) - 2009 My Fucking Pedo Day Kristin 10.mpg
52. /New Misc/New folder/aza2/R@Ygold Pthc Hussyfan 11Y Tina Stripping Model Child Pedo Kid Nude Nake Slut Suck Fuck Rape Namorada Vizinha Girl Teen Hentai Manga.avi
53. /Copy/Copy/Sorted/Bad/New folder/New folder/no/(Pthc) Izzy Anal On Webcam (With Sound).avi
54. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/(Pthc) Webcam - New Sexy lil bitch 11 yo.avi
55. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/Babysitter Abuse g3Yo Lez Yw - Pthc r@ygold Pedo 3yr 3yo baby preteen kiddie kiddy.mpg
56. /Copy/Copy/Sorted/Bad/New folder/New folder/no/! (Pthc) Composite 01 - Father And His 10Yo Twins Daughters - 13m19s.mpg
57. /Copy/Copy/Sorted/Bad/New folder/New folder/no/16yo gets raped, hymen visibly penetrated little girl young porn real child sex baby.mpg
58. /Copy/Copy/Sorted/Bad/New folder/New folder/no/Young Teen, Laura, Strips.mpg
59. /ElitePornPass/aza/(Pthc) 2011 FamilyBed (MFf 9yo) AWESOME MOM DAUGHTER DAD.avi
60. /ElitePornPass/aza/((Hussyfan)) Pthc Lolita8-Famex 617.777.300 (Mom Licks 11Yo, Dad Fucks 13Yo Daugh Creampie).mpg
61. /ElitePornPass/aza/Nablot (Pthc) 4Yo 8Yo 11Yo Girls Compilation Babyj Ptsc Frifam Hussyfan Pedo.mpg
62. /New Misc/New folder/aza/PTHC BumYum Diaper Beauty01_Finding my girls hot lil' button!pthc babj babyshivid pedo 1yo 2yo 3yo 4yo 5yo private incest toddler.2.avi
63. /New Misc/New folder/aza/23Pedo Little Preteen Incest Hidden Cam Pedofilia Child Kiddy Kid Real Underage Early Lolita Rape Dad Daughter 62.mpg
64. /New Misc/New folder/aza1/Female Babysitter And 11Yo Boy Fuck- Pedo Pthc.avi

65. /New Misc/New folder/aza1/(~Pthc Center~)(Opva)(2012) In-Tube-Girls&Boy2 (No Snd).avi

66. /New Misc/New folder/aza1/[pthc 2013] 11yo Little Prostitute -- by Nibra Productions.mp4

67. /New Misc/New folder/aza1/Pedo Mom Fucking Hot 3Yo Daughter Rim And Finger Job.mpg

68. /New Misc/New folder/aza2/Pthc Moscow 45 long version (01.41.08)(Loli) (((Kingpass))) Moskow45 - Kids Anal - Part4 tara great dad and mom and daughter multi cumshots 153 Jho - Ma.avi

69. /Copy/Copy/Sorted/Bad/New folder/New folder/no/zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest_3m8s_exQ_sound_36,798KB pthc underage r@ygold preteen ille.avi

70. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/pthc - Girl Moscow 7yo sex - Quite good - Free fam protecting shy little friend.avi

71. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/(Pthc) Private Pae 2 - (Mother & Daughter 3Yo).mpg

72. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/16yo gets raped, hymen visibly penetrated little girl young porn real child sex baby.mpg

73. /Copy/Copy/Sorted/Bad/New folder/New folder/no/pjk_brothers 13YearOld and 12YearOld Having Wild HusbandWife Sex -- kiddie pedo boy lolita R@ygold underage.mpg

74. /Copy/Copy/Sorted/Bad/New folder/New folder/no/(Pthc) Father Seduces 7Yo Daughter.mpg

75. /ElitePornPass/aza/Pthc - 10Yo Girl Fucks Older Man (With Sound).avi

76. /ElitePornPass/aza/(pthc) JhO - Small Wonders of the World (48m47s).mpg

77. /New Misc/New folder/aza/pthc Pedoland Frifam twins.little.girl.new.0606.x264.avi

78. /New Misc/New folder/aza/[PTHC] A2A (Mom & daughter sex).mpg

79. /New Misc/New folder/aza1/(~pthc center~)(opva)(2012) Russian 11yo boy and girl at home pool (house -Photo of test &84703).avi

80. /New Misc/New folder/aza1/(pthc) moskow-russian-nablot - moskow 10 part1(jho - takingemhome moscow peter boil) (70m16s).avi

81. /New Misc/New folder/aza1/Pedofilia Babysitter And Girl 8Yo - 10Yo Having Sex With Older Sister (Anal Toys!!) Incest - Pedo Mom Helps Dad Fuck His Tiny Daughter(B) (Pthc - 20m15S).mpg
82. /New Misc/New folder/aza2/pedololita.com ##### Frifam Pedo New Serie 2011 (Pthc) Julia 8Yo Lisa 4Yo Mike 7Yo Lara 8Yo Rape Suck Fuck Cumshot 30Min Nice Have More Flv Xvid.mpg
83. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest_3m8s_exQ_sound_36,798KB pthc underage r@ygold preteen ille.avi
84. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/12y webcam new - 10yo girl masturbation with sound (Pthc).mpg
85. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/- Best little girl in a pink dress, r@ygold hello video (illegal underage lolita preteen pedo).mpg
86. /Copy/Copy/Sorted/Bad/New folder/New folder/no/Pthc - Family 1-Mom, 16Yo Son & 6Yo Daughter Have Orgy.mpg
87. /Copy/Copy/Sorted/Bad/New folder/New folder/no/hussyfan - Babysitter and Girl 8yo.mpg
88. /ElitePornPass/aza/(pthc) the ultimate collection pae cbaby babyj kelly ets(2).avi
89. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/PTHC - webcam - Laura 12yo Girl 04 - 2007.avi
90. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/R@ygold style BabyJ meikko & her sister.mpg
91. /Copy/Copy/Sorted/Bad/New folder/New folder/kid/[R@ygold style] - R3T3 - many girls from 12yo to 14yo having sex experiences kiddie pedo boy lolita R@ygold underage.mpg
92. /Copy/Copy/Sorted/Bad/New folder/New folder/no/12Yr Old Puebla Mexicana Girl Pthc Pedo Naked Fuck 25.42(250Mb).mpg
93. /Copy/Copy/Sorted/Bad/New folder/New folder/no/pedo - pthc 08 yo rides grandpa babyj r@ygold.mpg
94. /ElitePornPass/aza/Pthc Asian_8yo girl on bed-full_rape!!_New.avi
95. /ElitePornPass/aza/(Pthc) R@Ygold - Thefamily 3 - Mom And Daughter.mpg

96. /ElitePornPass/aza/(Pthc)4Yo Boy With Mom And Sister.mpg

97. /New Misc/New folder/aza/!!New[MB] 9yo_GUTE_Guma-gold tongue-compl7,30.avi

98. /New Misc/New folder/aza/(Hussyfan) (pthc) (r@ygold) Preteen Asian ALICA, 11yo Philippine ( Filipina ) child prostitute XXX HC Pedo ptsc(2).mpg

99. /New Misc/New folder/aza1/Fixed(Kinderkutje) pthc Pedoland Frifam 2010 Goldberg Trailer-14 - 9Yo Sucking, Trying Vaginal & Anal Fuck, Final Cum Up Ass (24m25S).avi

100. /New Misc/New folder/aza1/(洋ロリ小学生)PTHC mylola Info Nelia 1 Couch-Bunt Dildo-Schwarz-Gold.avi

101. /New Misc/New folder/aza1/(Pthc Pedo) Laura - 12-yo, daughter, ptsc).mpg

102. /New Misc/New folder/aza1/Pedo (Pthc) - 2 8Yo Mexicans Preteens With Male (Hussyfan) (r@ygold) (babyshivid) - music, sound.mpg

103. /New Misc/New folder/aza2/XXX - Pthc - 12yo & 8yo pedo - real kids fucking - creampie, loads of cum (no blood), interracial child sex, fucks like rabbits.mpg