# EXHIBIT 7

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 1 of 3

### INTERVIEW WITH CONFIDENTIAL VICTIM #1:

After V/TODD, Robert had identified his 15 year old daughter as one of the people who had been secretly filmed showering and undressing by a hidden camera; I asked him if I could interview her. He gave me permission to pick her up from school. He had his wife call the school and notified them that Detective HIVELY and I would be arriving to meet with her.

I told V/TODD, Robert not to tell V/CONFIDENTIAL #1 why we were meeting with her and he agreed.

On 10-03-13, at approximately 0930 hours, Detective HIVELY and I went to Turlock High School and met with V/CONFIDENTIAL #1. We transported her to the Ceres Police Department and escorted her to an interview room. The interview was digitally recorded. A copy of the interview was placed on a DVD and later booked into Ceres Police Evidence. V/CONFIDENTIAL #1 told me the following summarized information.

During this investigation, Detective HIVELY located several videos on the suspect's computers and other digital media devices containing hidden videos of V/CONFIDENTIAL #1. He created two screenshots from two those videos and printed the screenshots for me to show V/CONFIDENTIAL #1 in interview.

I showed V/CONFIDENTIAL #1 the two screen shots from the hidden videos. One screen shot was of her inside of the HENRY's bedroom being coaxed by S/HENRY, Angele to undress. The other screenshot was of V/CONFIDENTIAL #1 in the HENRY's bathroom prior to undressing in front of the hidden camera. V/CONFIDENTIAL #1 positively identified herself in both of the screenshots.

I asked her if she knew where these images were captured from, and she told me S/HENRY, Angele and O/HENRY, Adam's house. She recognized one image as S/HENRY, Angele and O/HENRY, Adam bedroom. I asked her if she knew that she was being filmed while she was at their house, and she told me, "No". She suspected the incident occurred sometime last year. She suspected it was around summertime of last year (2012). She suspected she was 14 years old when the incident occurred. When describing the incident, she told me she had come back from "Art in the Park" with S/HENRY, Angele. They had talked about going to a renaissance fair and S/HENRY, Angele told her she might have a corset that would fit her as a costume. She had no reason not to trust S/HENRY, Angele, so she agreed to try on the clothing at S/HENRY, Angele's house. While in S/HENRY, Angele's bedroom, she tried on two different items of clothing. She did not remember seeing a camera in the bedroom. Since V/CONFIDENTIAL #1 was now

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO:<br>DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT<br>☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO<br>☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS<br>COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH<br>☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.<br>☐OTHER | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.<br>COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE<br>CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS<br>STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| RELATED FILE NUMBERS: | | | | | | Tran by: | Date Tran: |

US v. HENRY - 000500

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 2 of 3

able to view the screenshot, she suspected the camera was most likely positioned on a built-in bedroom shelf near the master bathroom. She could not remember S/HENRY, Angele directing her to the specific area; she just thought she was trying on clothes. She was never told she was being filmed and never gave them permission to film her.

She identified the background from the second screenshot as being the "front bathroom" of the HENRY residence. She remembered changing her swimsuit in that bathroom. She had changed there many times and gave an example of when she sometimes watched their dogs while they were on vacation. She also used the hot tub; which was located in the backyard. She could not remember the timeframe for the bathroom video. Sometimes her parents were in the house, other times she was there alone with S/HENRY, Angele.

When asked about her involvement with S/HENRY, Angele. She told me they had the "Art in the Park" thing together. S/HENRY, Angele would often ask her if she would help out. She would also help with babysitting S/HENRY, Angele's children.

Most of the communicating between her and S/HENRY, Angele was through text message. She spent the most time with S/HENRY, Angele during the summertime, since that was when S/HENRY, Angele was running "Art in the park". Art in the park is a community event for children run by S/HENRY, Angele.

Usually S/HENRY, Angele would pick her up for from home and take her to "Art in the Park". Then they would usually go to lunch together. Then they would go to S/HENRY, Angele residence and watch TV. Later, her mother would pick her up and take her home.

She considered S/HENRY, Angele a close friend. She described S/HENRY, Angele as often acting like she was her own age (teenager). I asked her if she remembered any incidents of inappropriate behavior with S/HENRY, Angele and she could not recall an incident.

She had very little interaction with O/HENRY, Adam. She described O/HENRY, Adam as a "homebody". She told me O/HENRY, Adam started "wierding her out after a while" he would be "touchy" and she would move away and go somewhere else. She told me of one incident while she was at O/HENRY, Adam's house, she was at the computer and her neck started to hurt. O/HENRY, Adam approached her and would start rubbing her shoulders. She asked him what he was doing, and he said "Oh your neck hurts". The incident made her feel uncomfortable and said it "weirded her out". At times, O/HENRY, Adam would

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO:<br>DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT<br>☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO<br>☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS<br>COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH<br>☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.<br>☐OTHER | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.<br>COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE<br>CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS<br>STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| RELATED FILE NUMBERS: | | | | | | Tran by: | Date Tran: |

# CERES
## DEPARTMENT OF PUBLIC SAFETY

213-004554

Page 3 of 3

also tickle her, causing her to feel uncomfortable so she would move away from him. She thought it was "weird" because O/HENRY, Adam was an "older guy". She claimed these incidents started occurring more recently.

I brought a laptop into the interview room and showed her two videos provided by Detective HIVELY.

Video Title:  00101.MTS
Video Title:  00102.MTS

These files were hidden camera videos of S/HENRY, Angele coaxing V/CONFIDENTIAL #1 to change clothing and undress in front of the camera. I showed her portions of the video and she remembered the incident happening. She denied having any knowledge there was a camera and that she was being filmed. She was unable to determine the exact day this incident happened. I asked her if this (dress up) was something they did often and she told me this was the only time.

This concluded the interview. A copy of the interview was placed on a DVD and later booked into Ceres Police Evidence.

Detective HIVELY transported V/CONFIDENTIAL #1 to her residence and released her to her Mother.

## ADDITIONAL EVIDENCE:

1. (1) DVD, containing interview with V/CONFIDENTIAL #1, booked into Ceres Police Evidence.

## DISPOSITION:

Attach to original report.

| OFFICER: | MOORE | ID #: | 652 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO: <br> DPS: ☐CHIEF ☐CMDR.  ☐INV.  ☐DRUG UNIT <br> ☐PATROL  ☐INTEL  ☐RECORDS ☐PROPERTY ☐CSO <br> ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS <br> COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH <br> ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. <br> ☐OTHER | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. <br> COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE <br> CITY HALL: ☐CITY MNGR.  ☐CITY ATTY ☐PUBLIC WORKS <br> STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| RELATED FILE NUMBERS: | | | | | | Tran by: | Date Tran: |

US v. HENRY - 000502