**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>      Defendant. | Case No.: 1:13-CR-00409 AWI-BAM<br><br>DEFENDANT, ADAM HENRY'S MOTION TO CONTINUE TRIAL CONFIRMATION DATE OF DECEMBER 7, 2015, AND JURY TRIAL DATE OF DECEMBER 15, 2015<br><br>**Date: November 23, 2015**<br>**Time: 10:00 a.m.**<br>**Hon. Anthony W. Ishii** |

**TO:   THE HONORABLE JUDGE ANTHONY W. ISHII, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY MICHAEL TIERNEY:**

Defendant, ADAM HENRY, by and through his attorney, Anthony P. Capozzi, requests a continuance of the Trial Confirmation currently set for December 7, 2015, and the Jury Trial currently set for December 15, 2015. Said request is based on the Declaration of Anthony P. Capozzi.

**DECLARATION OF ANTHONY P. CAPOZZI**

I, ANTHONY P. CAPOZZI, DECLARE:

1.   I have been the attorney of record for Defendant, Adam Alan Henry, in the above entitled case since December 9, 2013.

2. A forensic computer expert, Marcus Lawson of Global CompuSearch has been retained to review the discovery.

3. Attempts have been made to resolve this case without the necessity of a jury trial, however all endeavors have failed.

4. The jury trial is presently set for December 15, 2015.

5. This office contacted Mr. Lawson's office and has been informed that Mr. Lawson has gone through his third rotator cup surgery on November 9, 2015. It is unknown when he will return to work.

6. Mr. Lawson is now not available for the jury trial preparation nor for the jury trial in the month of December 2015.

7. This office has notified the Assistant United States Attorney Michael Tierney of Mr. Lawson's unavailability.

8. The Government cannot agree to a continuance, however, if the case is to be continued, both the Government and the Defense would request a new jury trial date of February 16, 2016.

9. The continuance of the jury trial date is needed for the defense to be able to confer with the expert, Marcus Lawson, and to adequately prepare for trial.

10. The defense requires this continuance in order to be able to adequately prepare for trial with the assistance of its forensic expert and the need of the expert as a witness at the time of trial.

11. The defense agrees that this continuance will serve the ends of justice which outweighs the best interest of the public and the defendant to a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted,

DATED: November 16, 2015   By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ADAM ALAN HENRY