**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ADAM ALAN HENRY,<br><br>        Defendant. | Case No.: 1:13-CR-00409-AWI-BAM<br><br>**STIPULATION TO WITHDRAW AS ATTORNEY OF RECORD; REQUEST CRIMINAL JUSTICE ACT APPOINTMENT AND ORDER** |

**TO:   THE HONORABLE JUDGE ANTHONY W. ISHII, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY MICHAEL TIERNEY:**

Anthony P. Capozzi, attorney for Defendant, Adam Henry, and Michael Tierney, attorney for the United States, hereby stipulate that Anthony P. Capozzi be allowed to withdraw as attorney of record and request that the Federal Defender appoint an attorney pursuant to the Criminal Justice Act to represent the Defendant in the upcoming Jury Trial set for February 17, 2016.

Said request is based on the Declaration of Anthony P. Capozzi.

///

///

///

---

1
STIPULATION TO WITHDRAW AS ATTORNEY OF RECORD
CASE NO.: 1:13-CR-00409-AWI-BAM

Respectfully submitted,

DATED: December 31, 2015    By:  /s/ Anthony P. Capozzi
                                 ANTHONY P. CAPOZZI
                                 Attorney for Defendant ADAM ALAN HENRY

DATED: December 31, 2015    By:  */s/ Michael Tierney*
                                 MICHAEL TIERNEY
                                 Assistant United States Attorney

## **DECLARATION OF ANTHONY P. CAPOZZI**

I, ANTHONY P. CAPOZZI, DECLARE:

1. I am an attorney licensed to practice law in the State of California and in good standing. I am counsel of record for Defendant, Adam Henry. I have personal knowledge of the facts stated below and could testify competently to them if required.

2. Counsel has represented the Defendant since December 9, 2013.

3. The Jury Trial is set for February 17, 2016, which has been specifically set by both the Government and Defense.

4. Mr. Henry's funds for his defense have been depleted. A Financial Affidavit has been forwarded to the Federal Defender's Office.

5. It is respectfully requested that this attorney be allowed to withdraw as attorney of record and that another attorney be appointed for the Defendant.

6. AUSA Michael Tierney has no objection to this request and has agreed to stipulate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 31st day of December 2015, at Fresno, California.

By:  */s/ Anthony P. Capozzi*
     ANTHONY P. CAPOZZI
     Declarant

## **ORDER**

For the reasons set forth above, the Request to Withdraw as Attorney of Record is granted and counsel is to be appointed by the Federal Defender's Office forthwith.

IT IS SO ORDERED.

Dated:   January 4, 2016                             _____
                                                                    SENIOR  DISTRICT  JUDGE