**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No.: 1:13-CR-00409-AWI<br><br>*AMENDED* STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MOTIONS HEARING AND JURY TRIAL<br><br>Date: **March 28, 2016**<br>Time: **10:00 a.m.**<br>Courtroom: **2** |

**TO: THE HONORABLE JUDGE ANTHONY W. ISHII, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY MICHAEL TIERNEY:**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Motions Hearing on March 28, 2016, at 10:00 a.m. and a Jury Trial on April 5, 2016, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the Motions Hearing to **June 13, 2016, at 10:00 a.m.** and the Jury Trial to **July 19, 2016, at 8:30 a.m.** and to exclude time between March 28, 2016, and July 19, 2016, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Additional time is needed for investigations review of an enormous amount of discovery.

    b. The government does not object to the continuance.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2016, to July 19, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

DATED:  March 14, 2016          By:  */s/Michael Tierney*
                                                                            MICHAEL TIERNEY
                                                                            Assistant United States Attorney

Respectfully submitted,

DATED:  March 14, 2016          By:  */s/Anthony P. Capozzi*
                                                                            ANTHONY P. CAPOZZI
                                                                            Attorney for Defendant ADAM ALAN HENRY

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from March 28, 2016, to, and including, July 19, 2016, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Motions Hearing currently scheduled for March 28, 2016, at 10:00 a.m. is continued to **June 13, 2016, at 10:00 a.m.** and the Jury Trial currently scheduled for April 5, 2016, at 8:30 a.m. is continued to **July 19, 2016, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:_____                    _____
                                          ANTHONY W. ISHII
                                          United States District Court Judge