**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No.: 1:13-CR-00409-AWI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MOTIONS HEARING AND JURY TRIAL**<br><br>Date: **June 13, 2016**<br>Time: **10:00 a.m.**<br>Courtroom: **2**<br>**Hon. Anthony W. Ishii** |

**TO: THE HONORABLE JUDGE ANTHONY W. ISHII, AND TO ASSISTANT UNITED STATES ATTORNEY MICHAEL TIERNEY:**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Motions Hearing on June 13, 2016, at 10:00 a.m. and a Jury Trial on July 26, 2016, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the Motions Hearing to **August 8, 2016, at 10:00 a.m.** and the Jury Trial to **August 10, 2016, at 8:30 a.m.** and to exclude time between June 13, 2016, and August 10, 2016, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the

Court find the following:

    a.    Additional time is needed for investigations review of an enormous amount of discovery and the fact that the defense expert witness is not available until August 16, 2016.  It is anticipated that the Government's case will be completed by August 12, 2016, and case would resume on August 16, 2016.  It is necessary to complete the entire case by August 19, 2016, since defense counsel is not available the week of August 22, 2016.

    b.    The government does not object to the continuance.

    c.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 13, 2016, to August 16, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

DATED:   May 13, 2016          By:   */s/Michael Tierney*
                                              MICHAEL TIERNEY
                                              Assistant United States Attorney

Respectfully submitted,

DATED:   May 13, 2016          By:   */s/Anthony P. Capozzi*
                                              ANTHONY P. CAPOZZI
                                              Attorney for Defendant ADAM ALAN HENRY

# ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from June 13, 2016, to, and including, August 10, 2016, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Motions Hearing currently scheduled for June 13, 2016, at 10:00 a.m. is continued to **August 8, 2016, at 10:00 a.m.** and the Jury Trial currently scheduled for July 26, 2016, at 8:30 a.m. is continued to **August 10, 2016, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:_____                    _____
                                           ANTHONY W. ISHII
                                           United States District Court Judge