**CAED 435** (Rev. 8/14)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

PLEASE *Read Instruction Page* (attached):

| | | | |
|---|---|---|---|
| 1. YOUR NAME<br>Anthony P. Capozzi | 2. EMAIL<br>whitney@capozzilawoffices.com | 3. PHONE NUMBER<br>559-221-0200 | 4. DATE<br>6/29/2016 |
| 5. MAILING ADDRESS<br>1233 W. Shaw Ave., Ste. 102 | | 6. CITY<br>Fresno | 7. STATE CA  8. ZIP CODE 93711 |
| 9. CASE NUMBER<br>1:13-cr-00409 | 10. JUDGE<br>Austin, McAuliffe, Oberto | DATES OF PROCEEDINGS<br>11. FROM 11/22/2013 | 12. TO 10/5/2015 |
| 13. CASE NAME<br>USA v. Adam Alan Henry | | LOCATION OF PROCEEDINGS<br>14. CITY Fresno | 15. STATE California |

16. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [x] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | | | |
| [x] MOTION HEARING | 2/24/2014 | ECRO | [x] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | Detention Hearing | 11/22/2013 | ECRO |
| [ ] CHANGE OF PLEA | | | Bail Review | 7/2/2014 | ECRO |
| [ ] PRE-TRIAL PROCEEDING | | | Bail Review | 10/5/2015 | ECRO |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE /s/Anthony P. Capozzi

PROCESSED BY

20. DATE 6/29/2016

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |