| CAED 435 (Rev. 8/14) | United States District Court, Eastern District of California | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |

PLEASE *Read Instruction Page* (attached):

| 1. YOUR NAME Anthony P. Capozzi | 2. EMAIL whitney@capozzilawoffices.com | 3. PHONE NUMBER 559-221-0200 | 4. DATE 6/29/2016 |
|---|---|---|---|
| 5. MAILING ADDRESS 1233 W. Shaw Ave., Ste. 102 | | 6. CITY Fresno | 7. STATE CA  8. ZIP CODE 93711 |
| 9. CASE NUMBER 1:13-cr-00409 | 10. JUDGE Oberto and Ishii | DATES OF PROCEEDINGS | |
| | | 11. FROM 11/18/2013 | 12. TO 7/7/2014 |
| 13. CASE NAME USA v. Adam Alan Henry | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Fresno | 15. STATE California |

16. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [x] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  You ***must*** provide the name of the Reporter.

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | | | |
| [x] MOTION HEARING | 7/7/2014 | Thomas | [x] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | Detention Hearing | 11/18/2013 | Hooven |
| [ ] CHANGE OF PLEA | | | | | |
| [ ] PRE-TRIAL PROCEEDING | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/Anthony P. Capozzi | PROCESSED BY |
|---|---|
| 20. DATE 6/29/2016 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |