PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM HENRY,<br><br>Defendant. | CASE NO. 1:13-CR-409-AWI<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL |

## BACKGROUND

This matter is currently scheduled for trial on **August 10, 2016**. Assistant United States Attorney Daniel Griffin, co-counsel for the Government in this matter, is a member of the United States Army Reserve. He has received military orders that require his travel outside the state from July 21, 2016 until August 12, 2016. Defense counsel is unable to continue the case to the week of August 15, 2016 due to numerous scheduling matters. The parties do not anticipate making any further requests for continuance in this matter.

Defense and Government counsel have therefore conferred and jointly propose that the trial be continued to **September 13, 2016**, at 8:30 am, with a trial confirmation hearing on September 12, 2016. Counsel agree that time should be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel.

1

### STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that trial currently set for August 10, 2016 be continued to September 13, 2016. A trial confirmation hearing will be held on September 12, 2016. Time shall be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel. The parties agree that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: July 20, 2016      By:   /s/ Michael G. Tierney_____
                                Michael G. Tierney
                                Assistant United States Attorney

DATED: July 20, 2016      By:   /s/ Anthony P. Capozzi_____
                                Anthony P. Capozzi
                                Attorney for Adam Henry

### O R D E R

**IT IS SO ORDERED.**

DATED: July \_\_\_, 2016

_____
ANTHONY W. ISHII
SENIOR UNITED STATES DISTRICT JUDGE