**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No.: 1:13-CR-00409-AWI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MOTIONS HEARING AND JURY TRIAL**<br><br>Date: **September 12, 2016**<br>Time: **10:00 a.m.**<br>Courtroom: **2**<br>**Hon. Anthony W. Ishii** |

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Motions Hearing on September 12, 2016, at 10:00 a.m. and a Jury Trial on September 13, 2016, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the Motions Hearing to **November 14, 2016, at 10:00 a.m.** and the Jury Trial to **December 13, 2016, at 8:30 a.m.** and to exclude time between September 12, 2016, and December 13, 2016, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Additional time is needed for Defendant's expert witness to review the voluminous discovery.

  b. The parties agree to file motions in limine by October 11, 2016, file responses by October 25, 2016, and file replies by November 8, 2016.

  c. The government does not object to the continuance or the motions schedule.

  d. It is also agreed that there will be no further continuances.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2016, to December 13, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

         Respectfully submitted,

DATED: September 1, 2016  By: */s/Michael Tierney*
           MICHAEL TIERNEY
           Assistant United States Attorney

         Respectfully submitted,

DATED: September 1, 2016  By: */s/Anthony P. Capozzi*
           ANTHONY P. CAPOZZI
           Attorney for Defendant ADAM ALAN HENRY

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from September 12, 2016, to, and including, December 13, 2016, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that motions in limine are due by October 11, 2016, responses due by October 25, 2016, and replies are due by November 8, 2016.  The Motions Hearing currently scheduled for September 12, 2016, at 10:00 a.m. is continued to **November 14, 2016, at 10:00 a.m.** and the Jury Trial currently scheduled for September 13, 2016, at 8:30 a.m. is continued to **December 13, 2016, at 8:30 a.m.**

IT IS SO ORDERED.


Dated:_____                    _____
                                           ANTHONY W. ISHII
                                           United States District Court Judge