IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ADAM HENRY,<br><br>            Defendant. | CASE NO.  1:13-CR-00409-AWI<br><br>[PROPOSED] ORDER ON STIPULATION TO CONTINUE TRIAL AND MOTION HEARING DATES AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

**ORDER**

Per the parties' stipulation, IT IS HEREBY ORDERED that the hearing on motions in limine and trial confirmation for this case is moved from November 21, 2016, to January 9, 2017, at 10:00 am.

IT IS FURTHER ORDERED that the trial in this case is moved from December 13, 2016, to February 14, 2017, at 8:30 a.m.

IT IS FURTHER ORDERED that the time period of December 13, 2016, through February 14, 2017, inclusive, is deemed excludable under 18 U.S.C. § § 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   November 17, 2016

_____
SENIOR  DISTRICT  JUDGE

1