PHILIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-409 AWI-BAM |
|---|---|
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| ADAM ALAN HENRY, | |
| Defendants. | |

    The United States of America, by and through Philip A. Talbert, United States Attorney, and David L. Gappa, Assistant U.S. Attorney, hereby appears as counsel of record and requests a change in designation of counsel for service.

    Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Park VI, paragraph B, I confirm my appearance as counsel of record on this case for the United States of America and designate new counsel for services as follows:

>  DAVID L. GAPPA
>  Assistant U.S. Attorney
>  4401 Federal Building
>  2500 Tulare Street
>  Fresno, CA  93721
>  Telephone: 559/497-4000
>  brian.enos@usdoj.gov

I hereby declare that I am admitted to practice law in this district.

Dated:  November 30, 2016                         PHILIP A. TALBERT
                                                  United States Attorney

                                           By:   /s/ DAVID L. GAPPA
                                                  DAVID L. GAPPA
                                                  Assistant United States Attorney

DESIGNATION OF COUNSEL                          2