PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00409 AWI |
|---|---|
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| ADAM ALAN HENRY, | |
| Defendants. | |

Plaintiff, UNITED STATES OF AMERICA, hereby designates the following attorney as counsel for service in this action:

    ROSS PEARSON
    Assistant United States Attorney
    U.S. Attorney's Office
    2500 Tulare Street, Suite 4401
    Fresno, CA 93721
    Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
    E-mail: ross.pearson@usdoj.gov

Dated: December 23, 2016
                                                 PHILLIP A. TALBERT
                                                 United States Attorney

                                         By:  /s/ ROSS PEARSON
                                                  ROSS PEARSON
                                                   Assistant United States Attorney