**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAM ALAN HENRY,<br><br>  Defendant. | Case No.: 1:13-CR-00409-AWI<br><br>**OPPOSITION TO GOVERNMENT'S 404(B) OFFER**<br><br>Date: **January 9, 2017**<br>Time: **10:00 a.m.**<br>Courtroom: **2**<br>Hon. Anthony W. Ishii |

**TO THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

The defense objects to the Government's use of 404(B) evidence.

**ARGUMENT**

**I.**

The Government seeks to introduce evidence that the Defendant surreptitiously recorded women on other occasions before meeting Angele Henry.

Any recordings of women made prior to Angele Henry is too remote in time and were of adult women not children and not done surreptitiously.

These recordings are unrelated to the allegations herein and should be excluded as its prejudicial effect outweighs any probative value. An evidentiary hearing is requested.

///

**II.**

The Government seeks to introduce evidence that the Defendant photographed and discussed his sexual interest in young girls with Angele Henry.

The pictures taken do not exhibit the Defendant's sexual interest in young girls and are unrelated to the allegations herein. There is no evidence that the Defendant recorded any young girls changing clothes or that the Defendant downloaded any child pornography. Such evidence is too remote in time and its prejudicial effect for outweighs any probative value.

**III.**

The Government seeks to introduce evidence that the Defendant downloaded child pornography prior to the time frame alleged in the indictment.

Evidence does not exist that the Defendant downloaded child pornography before the time of the incident. Any such evidence, if it exists is too remote in time and the prejudicial effect far outweighs any probative value.

Respectfully submitted,

Date: December 29, 2016  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ADAM ALAN HENRY