**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ADAM ALAN HENRY,<br><br>            Defendant. | Case No.: 1:13-CR-00409-AWI<br><br>**DEFENDANTS RESPONSE TO GOVERNMENTS IN LIMINE MOTIONS**<br><br>Date: January 9, 2017<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Hon. Anthony W. Ishii |

**TO THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Adam Alan Henry, by and through his attorney, Anthony P. Capozzi, hereby responds to the In Limine Motions of the United States of America.

    **I.**    **Testimony of Angele Henry.**

If the defense is notified that Angele Henry would invoke the Fifth Amendment, she will not be called as a witness.  If communication is not forthcoming from Angele Henry, an evidentiary hearing would be necessary, outside the presence of the jury, to determine whether she would invoke her Fifth Amendment privilege.

    **II.**    **Reference to Penalty or Punishment.**

The defense is in agreement that reference to penalty or punishment is not relevant during the trial of this matter.  Accordingly, reference will not be made to either penalty or

punishment.

### III. Opinions on Guilt or Innocence.

The defense agrees with the Government that opinion on guilt or innocence is not relevant during the trial of this matter. Accordingly, reference will not be made to either guilt or innocence.

### IV. Hearsay Statements of Defendant Offered by Defendant.

The Defendant does not intend to offer through other witnesses his own prior statements.

### V. Plea Negotiations Between the United States and Defendant.

Plea negotiations will not be introduced by the Defendant or defense witnesses.

### VI. Reciprocal Discovery.

Defendant is aware of the obligation of reciprocal discovery.

### VII. Exclusion of Witnesses.

Defendant agrees that witnesses should be excluded while other witnesses are testifying.

### VIII. Defendant's Notification of Defenses.

Defendant has notified the United States of America pursuant to Rule 12.2(b) of the Federal Rules of Criminal Procedures.

The Defendant does contend that the alleged crimes set out in the indictment were not committed by the Defendant, but rather by Angele Henry.

It is anticipated that David Silva will testify that Angele Henry was in the Defendant's office at Lock-N-Stitch at the Defendant's computer from approximately May 1, 2013, through June 18, 2013.

The witnesses information has been supplied to the Government.

Respectfully submitted,

Date: December 29, 2016   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ADAM ALAN HENRY