**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM ALAN HENRY,<br><br>    Defendant. | Case No.: 1:13-CR-00409-AWI<br><br>**NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION PURSUANT TO RULE 12.2(b) OF THE FEDERAL RULES OF EVIDENCE** |

**TO THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Adam Alan Henry, pursuant to Rule 12.2(b) of the Federal Rules of Evidence hereby notifies the United States of America that the Defendant intends to introduce expert evidence relating to the mental condition of the Defendant and Angele Henry which bears on the issue of guilt with the following witnesses:

   1.   Harold L. Seymour, Ph.D.,

   2.   Howard B. Terrell, M.D.,

   3.   Hy Malinek, Ph.D., and

   4.   Philip S. Trompetter, Ph.D., ABPP.

///

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated:   December 29, 2016 | By: | */s/Anthony P. Capozzi* |
|   |   | ANTHONY P. CAPOZZI |
|   |   | Attorney for Defendant ADAM ALAN HENRY |