**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM ALAN HENRY,<br><br>　　　　Defendant. | Case No.: 1:13-CR-00409-AWI<br><br>**DEFENDANT'S IN LIMINE MOTION PURSUANT TO RULE 16(a)(1)(F) FOR NAMES OF EXPERTS AND REPORTS OF EXAMINATIONS AND TESTS**<br><br>Date: January 9, 2017<br>Time: 10:00 a.m.<br>Court: 2<br>Hon. Anthony W. Ishii |

**TO THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

　　　　Defendant, Adam Alan Henry, pursuant to Rule 16(a)(1)(F) of the Federal Rules of Criminal Procedure, requests that the Government reveal to the defense the names of any expert witnesses it intends to use at trial and a copy of their reports.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　Dated:　December 29, 2016　　　　By:　*/s/Anthony P. Capozzi*
　　　　　　　　　　　　　　　　　　　　　　　ANTHONY P. CAPOZZI
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant ADAM ALAN HENRY