# EXHIBIT A

**GLOBAL COMPUSEARCH, LLC**

*E-Discovery & Digital Forensics*

509.449.9293
225 W. Main Street, STE 100
Spokane, WA 99201
info@gcsforensics.com

Palm Springs, CA 760.459.2122 | Sacramento, CA 916.760.7362 | Portland, OR
503.542.7448

**Curriculum Vitae**
**Marcus Lawson J.D.**

## ACADEMIC TRAINING

**Pepperdine University School of Law:** Juris Doctor, 1983

**Portland State University: Bachelors of Science:** Administration of Justice, 1980

**Portland State University: Adjunct Professor:** Administration of Justice, 1988/89

## POST ACADEMIC TRAINING

Special Agent Basic Training: Federal Law Enforcement Training Center: Glynco, GA
U.S. Secret Service Special Agent Academy: Beltsville,MD
Drug Enforcement Administration Special Agent Academy: Quantico, VA
U.S. Customs Service Special Agent Academy: Marana, AZ
Clandestine Lab School: Drug Enforcement Administration: San Diego, CA
Special Agent Undercover School: Federal Law Enforcement Training Center: Glynco, GA
Internet Crime & Computer Forensics School: National Consortium for Justice Information and
Statistics: Sacramento, CA
Computer Forensics Training Courses (modules 1 through 4): Key Computer Services, Inc.
Computer Futures Inc/Mindleaders Inc.
Sun Microsytems Inc. Sun Learning Center
Knowledge Solutions LLC
T3i Inc.
Intense School, CCE Boot Camp: Applied Computer Forensics/FTK Tool Kit
Computer and Enterprise Investigations Conference

1

**President, Global CompuSearch LLC** (Spokane WA, Portland OR, Sacramento CA, Palm Springs CA offices)

Provides forensics investigations, consulting and training on legal issues related to digital evidence in the areas of family law, business litigation, criminal issues and employment matters. Clients include the United States Army, Navy, Air Force, Marine Corps, Coast Guard, Federal and State Public Defender Offices throughout the United States and private attorneys throughout the United States. Drafts affidavits and declarations in support of client motions for access to digital evidence.  Testifies on behalf of client motions for access to digital evidence.  Responsible for the overall supervision and forensic findings of examiners employed by the company. Offers expert testimony in areas of expertise in state, military and federal court.

Maintains an updated knowledge of Internet applications, Internet technologies and forensic tools in support of client needs. Maintains an updated knowledge of case and statutory law relevant to client needs.  Provides training to family law, criminal and other attorney groups in the areas of digital evidence and digital forensics.


**Senior Special Agent, Department of Homeland Security,** Astoria, OR and Spokane, WA Resident Agents Office

Investigated and performed undercover in cases of fraud, narcotics, weapons violations, terrorism and child pornography. Specialization in the investigation of child exploitation cases for 11 years. Coordinated investigations with the Royal Canadian Mounted Police,Scotland Yard, German Polizei, Naval Investigative Service, Army Criminal Intelligence Division, Federal Bureau of Investigations and state and local police agencies. Recognized state, federal and international expert witness in the following areas: Internet undercover techniques, Internet child exploitation investigations, Internet investigations, computer evidence in child pornography cases, pedophiles and pedophile behavior. Received and provided training on issues related to Internet crime, child pornography and child sexual abuse. Coordinated training seminars training state and local law enforcement personnel. Assisted in the creation of the (now) Department of Homeland Security Cyber Smuggling Center in planning. Testified before the Oregon legislature on issues pertaining to the drafting of child pornography legislation.

Represented U.S. Customs child pornography investigative efforts in numerous print media and television interviews including NBC Nightly News, MSNBC, The Montel Williams Show and BBC Television.

2

Conducted and coordinated criminal investigations resulting in arrests and prosecutions for violations of federal narcotics laws. Acted as an undercover agent and acted as case agent in cases where others acted as undercover agents in high level narcotics transactions. Wrote affidavits for search and arrest warrants and testified as both case agent and witness in federal prosecutions for narcotics violations.


**Special Agent, United States Secret Service,** Los Angeles, CA Field Office

Provided Executive Protection to the President and Vice President of the United States and their families as well as visiting foreign heads of state. Coordinated as case agent criminal cases in the area of counterfeit negotiable instruments, credit cards, and identifications. Wrote affidavits for search and arrest warrants and testified as both case agent and witness in federal prosecutions.


**PROFESSIONAL PRESENTATIONS:**

CA Public Defender's Association, Scientific Evidence Seminar, Berkeley CA- July 2014

Solano County Public Defender CLE Seminar, Fairfield CA- July 2014

Magistrate Judges Conference, Boise ID - May 2013

District Judges Conference, Boise ID - January 2013

Federation of State Medical Boards Conference, New Orleans LA - October 2012

Federal Public Defenders CJA Panel Conference, San Diego CA - May 2012

Eastern District of California CJA Panel Training, Sacramento CA - October 2011

Annual Connecticut Judicial Conference, West Haven CT - June 2011

Idaho Association Criminal Defenders Lawyers, Sun Valley ID - March 2011

Defense Counsel of the Marine Corps Conference, Miramar AFB CA - February 2011

WSSDA Annual Conference, Seattle WA - October 2010

Washington Society of CPA's, Spokane WA - October 2010

Air Force Judge Advocate General School, Maxwell AFB AL - October 2010

3

Federal Public Defender District of Oregon, Eugene OR - April 2010

Federal Public Defender District of Oregon, Medford OR - April 2010

Federal Public Defender District of Oregon, Portland OR - February 2010

Federal Public Defender District of Oregon, Portland OR - February 2009

Washington School District Personnel Conference, Spokane WA - June 2009

Oregon Chapter of the American Academy of Matrimonial Lawyers, Portland OR - April 2009

Washington Association of Legal Investigators (WALI) Spokane Chapter - 2007, 2008, 2009

Naval Justice School, Newport, RI.  - May 2008 & 2009

Spokane Bar Association - January 2008 & 2009

OCDLA - Oregon Criminal Defense Lawyers Association - 2008 & 2009

Conference of The American Institute of Certified Public Accountants & American Academy of

Matrimonial Lawyers, Las Vegas NV - May 2008

WestLaw CLE Seminars - May 2007- 2010

Association of Certified Fraud Examiners - November 2006

National Association of Legal Professionals - October 2006

South Bay Bar Association - September 2006

Idaho Criminal Defenders Association Sun Valley ID - March 2006

Department of the Air Force, AFLSA, Circuit/Area Defense Counsel, San Antonio, TX - 2004, 2005,

2006.

Criminal Defense Attorneys of Michigan – 2004

Missouri State Public Defender System, Lake Ozark, MO – 2002

National Child Abuse Defense & Resource Center Conference, New Orleans, LA - October 2002

4

**Curriculum Vitae**
**Josiah P. Roloff, EnCE, CCE, CCLO, CCPA**

**Whitworth University:** B.A. Program Management, 2007 - Present

**Spokane Community College:** A.A.S. Network Engineering, 2004

**Oregon State University:** Professional Certificate in Computer Forensics, 2003

**Cellebrite:** Cellebrite Certified Physical Analyst (CCPA), 2014

**Cellebrite:** Cellebrite Certified Logical Operator (CCLO), 2014

**International Society of Forensic Computer Examiners:** Certified Computer Examiner #1403 (CCE), 2011, 2014

**Guidance Software:**  EnCase Certified Examiner (EnCE), 2007

**Oregon State University:** Professional Certificate in Computer Forensics, 2003


**PRE/POST ACADEMIC TRAINING**


Washington State Association for Justice, e-Discovery - Beyond Files and Folders, 2014
Cellebrite 5 Day Mobile Examination (CCLO/CCPA) Course, 2014
Computer and Enterprise Investigations Conference, 2013
Computer and Enterprise Investigations Conference, 2010
Computer and Enterprise Investigations Conference, 2008
Mobile Forensics World Conference, 2008
Global CompuSearch, LLC: Understanding Undercover Investigations & Internet Chatting, 2008
Computer and Enterprise Investigations Conference, 2007
Intense School, CCE Boot Camp: Applied Computer Forensics
T3i Inc.: Information Forensics
New Technologies Inc (NTI): Computer Forensics and Computer Security Risk Management
Global CompuSearch, LLC: Computer Forensics Training
Bank of America, Merchant Services: Technical, eStores, PCN, Sr. Representative Training

5

**President and Director of Forensic Operations, Global CompuSearch LLC,** (Spokane, WA, Portland OR, Sacramento CA, Palm Springs CA offices)

Provides consulting, forensics and investigative support on legal issues related to digital devices and the Internet.  Provides investigative and consulting services with a special emphasis on cellular phones/mobile devices and network intrusions.Drafts affidavits and declarations in support of client motions for access to digital evidence.Provides case re-creation using case specific Operating Systems and Internet applications as used by clients with specialized knowledge in Linux and Unix servers and systems.  Offers expert testimony in state, federal and military courts including the creation of exhibits in support of conclusions drawn.  Maintains an updated working knowledge of Internet applications, new Internet technologies and forensic tools in support of clients' future needs with a special emphasis on cellular phones/mobile devices, network intrusions and server security breaches.Provides digital forensics and investigative services to clients for use in civil litigation with special emphasis on business litigation.Provides review and consulting on forensic reports and testimony given by law enforcement/private forensic examiners in criminal cases.  Provides data recovery services for clients in cases of severe data corruption, virus introduction and system crashes.

**Senior Technical Representative, Bank of America, Merchant Services,** Spokane, WA

Assisted associates with escalated troubleshooting of hardware, communications, and software problems.  Assisted government agencies with troubleshooting of hardware, communications, and software issues.  Worked within eStores department troubleshooting web based scripting languages and connecting them to Bank of America's payment gateway.

**System Administrator, BlueZebra Inc,** Spokane, WA

Technical support of network, hardware, and software related problems. Trained clients in areas related to network systems, hardware issues, and software usage.

**PROFESSIONAL PRESENTATIONS:**

Oregon State Bar, Tigard, OR- July 2014

Benton & Franklin Counties Office of Public Defense, Kennewick, WA- July 2014

 Washington State Association for Justice, Seattle, WA- June 2014

Arizona Public Defender Association, Tempe, AZ- June 2014

Office of Special Investigations, Fairchild AFB, WA - May 2013

6

District Judges Conference, Boise ID - January 2013

Hart Wagner, LLC, Portland OR - October 2012

Judge Advocate General's School, Maxwell AFB AL - September 2012

Judge Advocate General's School, Maxwell AFB AL - January 2012

Eastern District of California CJA Panel Training, Sacramento CA - October2011

Judge Advocate General's School, Maxwell AFB AL - September 2011

Idaho Association of Criminal Defense Lawyers (IACDL), Sun Valley ID - March 2011

Judge Advocate General's School, Maxwell AFB AL - January 2011

Washington State School Directors' Association Conference, Spokane WA - November 2010

Washington Society of CPAs, Spokane WA - October 2010

Judge Advocate General's School, Maxwell AFB AL - September 2010

Washington Association of Legal Investigators, Spokane WA - April 2010

Spokane Bar Association, Spokane WA - December 2009

Spokane County Defenders, Spokane WA - December 2009

Spokane Community College - Evidence Class, Spokane WA - December 2008

Spokane County Bar Association, Spokane WA - September 2008

Washington Association of Legal Investigators, Spokane WA - December 2007

Association of Certified Fraud Examiners, Spokane WA - January 2007

South Bay Bar Association, Costa Mesa CA - November 2006

NALS of Washington, Association for Legal Professionals, Spokane WA - August 2006

Air Force JAG Officers/Legal Personnel Conference, San Antonio TX - April 2006

Idaho Defense Bar Association, Sun Valley ID - March 2006

**Curriculum Vitae**
**Jesse Shelley**

**ACADEMIC TRAINING**

**ITT Technical Institute: Associate of Applied Science:** Information Technology, 2007

**ITT Technical Institute: Information Systems Security:** Bachelors of Science, 2009

**PROFESSIONAL EXPERIENCE**

**Director of Information Security, Global CompuSearch, LLC, Spokane, WA**

Complex server acquisitions with expertise in Windows and Linux environments.

Digital forensic acquisition of Windows, Macintosh, iOS, Android, and Linux based digital media using devices and software by Logicube, AccessData, Guidance Software, and VOOM Technologies, among other publishers.

Reverse engineering of Windows, Linux, and Macintosh password authentication systems. Reverse engineering of authentication systems found in software published by LexisNexis and other database and item management software.

Cellular phone and GPS device acquisition, analysis, and data extraction using the most current mobile forensics suites (Cellebrite UFED) and written scripts. Consults on mobile device forensics with GCS digital forensic examiners

Project Coordinator: Penetration Testing Services. Develops and implements industry standard protocols for vulnerability testing of small business network systems with particular emphasis on financial management services, medical clinics, accounting firms and law offices. Develops and monitors practices and policies which reduce risk of unauthorized access to information systems.

Project Coordinator: Post Intrusion Response Team (PIRT). Develops and implements industry standard protocols for post intrusion response for intrusion incidents occurring among small businesses. Coordinates and conducts investigations to their natural conclusions.

8

**Senior Forensic Technician, Global CompuSearch, LLC, Spokane, WA**

Maintained GCS digital forensics lab environment with up to date technology, tools, and training. Developed and employed reverse engineering and data extraction techniques. Continued support of GCS forensic examiners using EnCase Forensic, FTK, and custom scripting. Data parsing large data sets with special expertise in SQL. Performed acquisitions of Windows, Macintosh and Linux based digital devices. Windows and Linux server acquisitions and accompanying data mining for mid-size eDiscovery projects. Cellular phone and GPS device acquisition, analysis and data extraction.

9

**Curriculum Vitae**
**Brandon L. Jelinek, MCP**

## ACADEMIC TRAINING

**Whitworth University:** Bachelor of Arts, 1994

## PRE/POST EDUCATIONAL TRAINING DETAILS

Consultation services highly focused on client/membership information databases; Intranet and extranet databases to drive web development and small business client/server network engineering.

Client/membership databases were created for a mix of Microsoft Access, SQL Server, ASP.Net and Visual Basic; using all four technologies, built local UI's with secured web access to data. Custom writing modules for the access of databases to increase the functionality of Microsoft Access while using SQL server for security and stability to control tables.

Internet and extranet database applications written using open source project DotNetNuke (DNN) written in most current tool, ASP 4.0; Modules written for this project are used by client web sites and consultations in the DotNetNuke environment deal with programming issues and module needs.

Developed a plethora of programs from simple single modules to secured client databases within the DNN environment. Developed intranet solutions using Microsoft SharePoint and the SQL server; from the SharePoint environment, design and develop data integration and custom form of programming. Consulted small businesses and implemented client/server networks. Devise cost-effective systems that provide security, backups and remote access.

## PROFESSIONAL EXPERIENCE

**Database & Software Analyst**, Global CompuSearch LLC, Spokane WA

Corporate data database collection/prep and embezzlement discovery/data prep for forensic accountants using Microsoft SQL Server, Microsoft Access, Oracle, MySQL. Other proprietary databases include Systems Data Collation from business computer networks to reconstruct small to large server networks to evaluate systems. Analyze the flow of data on the network for discovery such as Relational Databases (SQL, Oracle, etc), and others such as:

o        Exchange Server Data Store
o        Web Systems  (ASP, PHP)
o        Tracking of Custom Programming (C++, C#, VB, Scripting Languages)

10

Review the security of systems, find back doors and hidden malicious software, recover lost deleted data from backups and collate with current data; review software for function, security, data; review software for potential deposit of false data, review software for security leaks that would allow misuse or false validation, locate data that has been deleted by users or administrators on networked systems; review for hidden data, breaks in incremental order, timestamps and logs not evident to end users; locate and review log files indicating when software was used and by whom; review suspect stolen and copied code, compare against standard training and proprietary code; review technologies for misuse potentially infringing on civil liberties; track client and employee communication through network systems to show cause and effect of claims and solutions.

## Owner, Jelpro

Consult and assist technology based legal companies with SQL discovery, software evaluation, and network reconstruction.  Engineer and administer four physical servers and eight virtual servers used for web and e-mail hosting.   Program and design web sites using the DotNetNuke system.  Utilize Mail Enable and Microsoft Server for e-mail solutions. Implement Symantec SMTP filtering software for e-mail filtering while maintaining 60+ web sites.  Troubleshoot and repair software programming issues as a result of open source solution errors.  Oversee web/e-mail solutions for the Synod of Alaska Northwest which consists of six governing bodies and 100+ churches. Develops and implements SharePoint solutions for small and medium sized businesses.

## Communications IT Director, Presbytery of the Inland Northwest

Installed and maintained local LAN with 8 workstations and Microsoft Server.  Kept abreast of new technologies and advised church of equipment needs. Wrote and provided troubleshooting of MS Access databases used to track church programs/membership.  Conducted computer training classes for staff and compiled basic needs assessment list. Programmed web site modules in ASP2.0 and Visual Basic. Used ghosting systems and remote desktop to provide quick and accurate support.

## Network Engineer, Southside Christian Church

Installed and maintained the local LAN with 32 workstations and Microsoft Server.  Kept abreast of new technologies and advised church of equipment needs. Wrote and provided troubleshooting of MS Access databases used to track church programs/membership.  Conducted computer training classes for staff. Programmed Web site modules in ASP2.0 and Visual Basic. Compiled needs assessment lists. Use of ghosting systems and remote desktop to provide quick and accurate support.

## Network Administrator/Technologies Advisor, Whitworth Community Presbyterian Church

Installed and maintained the local LAN with 16 workstations and NT Server.  Kept abreast of new technologies and advised church of equipment needs.  Developed SharePoint site for project management. Wrote and provided troubleshooting of MS Access databases used to track church

programs/membership. Conducted computer training classes for staff. Compiled needs assessment lists. Use of ghosting systems and remote desktop to provide quick and accurate support.

**Associate Pastor, New Horizons Community Church**

Primary responsibility was the strategic management and development of the Youth Program. In addition, setup and maintained Windows 95 based network; Counseled other churches on networking options and software implementations; Instructed staff members and volunteers in computer use; Designed flyers, brochures and other publications using Corel Draw 6; Used video editors to splice and apply visual effects for instructional videos.

**PROFESSIONAL SOFTWARE DEVELOPMENT**

GUI Design – Basic

Programming Translation – Basic to Machine Language

Basic Database Design – Access 2.0 – Intel 286

Basic Programming – Visual Basic

Membership Database – Access 2.0

Class/Curriculum Database – Access 95

Client Database/Employee Tracking – Access 97

Client/Billing Database – Access 97

Membership/Donations – Access 97, 2000

Committees/Leadership Database – Access 97, 2000, 2003, 2008

Web Site Design/Programming – HTML, PHP, ASP.Net 1.1, 2.0, 3.0, Visual Basic, MSSQL,

Sharepoint 2.0, 2003, SOAP, DotNetNuke, PHP Nuke, Flash Macromedia

Database Synchronization Software – Sharepoint 2003, SOAP, ASP.Net 2.0, Access 2003, 2007

Committees/Leadership Database – ASP.Net 1.1, 2.0, Visual Basic, MSSQL Module

DotNetNuke, ASP.Net 2.0, Visual Basic, C#, SQL

Professional Witness – SQL Server, H.I.T.S. Database

SQL Consultant, SQL Server large database discovery

User/Domain Creation - PowerScripts, Exchange 2007, Server 2008, Active Director

12

**Curriculum Vitae**
Joshua L. Michel

## ACADEMIC TRAINING

**Eastern Washington University:** Economics & Computer Science 2005 – Present

**Northwest University:** Philosophy & Religion 1998-1999

**Montana State University:** Architecture & Graphic Design 1994-1995


## PRE/POST EDUCATIONAL TRAINING

**Global CompuSearch, LLC:** Digital Forensic Examiner, 2013 –Present.

**Computer and Enterprise Investigations Conference**, 2013

**J.Michel Photography:** Small business management, event planning and coordination, advanced DSLR techniques, digital video/image analysis and manipulation, data management and archiving, 2008-Present.

**Merchant e-Solutions:** Sr. Technical Representative, e-Commerce, product development, account setup, quality control and risk management, 2005-2013.

**Bank of America, Merchant Services:** Credit card terminal and PC technical support, eStores, PCN, Sr. Representative, 1999-2005.


## PRE/POST EDUCATIONAL TRAINING DETAILS

**Global CompuSearch, LLC.**
Raw Data Carving, examining volume shadow copies, correlating forensic results from multiple operating systems, new forensic highlights of windows 8, protected file analysis in practice using EnCase with Passware, social media and Cloud computing artifacts on smart phones and tablets, SSD Forensics, vehicle system forensics, memory forensics. Understanding digital forensics, understanding EnScript, advanced 'Tips and Tricks' for Encase Forensics, automating the forensic process with advanced pre-processing, understanding the value of link files in digital forensics, EnCe preparation, CCE preparation, forensic tracking of USB devices.

13

Advanced troubleshooting techniques for credit card terminals, software, servers and e-commerce. Software installation, training and follow-up for small business clients, research and analyze processor competitors to offer best product solutions. Development and test modules for e-commerce, merchant account creation, maintenance and support. Creating and maintaining quality control practices for merchant account setup.


**Bank of America, Merchant Services**
Understanding BAMS and workflow process. Credit card network design and workflow. Advanced troubleshooting techniques. Plastic Card Network (PCN) and agencies involved; process of PCN network flow. E-Stores payment processing workflow. Variables and advanced troubleshooting techniques.


## PROFESSIONAL EXPERIENCE

**Merchant e-Solutions,** Provide escalated technical support for PC software, e-commerce and credit card terminals. Analyze new applications for credit card services and build appropriate file for all processing types including: terminal, payment gateway, web login, and PC software. Coordinate with sales and banking representatives to offer best solution for clients. Create audit processes to ensure account setups are error free. Create audit process manual for training purposes. Product development and beta testing web based credit card processing. Compare and contrast products and services to offer best solutions and exceed industry standards.

**Owner/Operator, J.Michel Photography,** Understanding the creative process in photography. Pre-visualization and event photography. Photographic services including; weddings, corporate events, birthdays, graduations, high school seniors, professional modeling, families, infants and pets. Understanding portraiture and the art of photographing people. Product, landscape and macro photography techniques and procedures. Understanding light in digital photography. Advanced DSLR techniques and procedures. High Dynamic Range (HDR) photography techniques. Digital image analysis processing and manipulation using Adobe Creative Suite 6, Adobe Lightroom 4, Canon Digital Photo Professional. Post processing analysis and workflow. Understanding digital file formats (TIFF, JPG, GIF, CR2, DNG, etc.). RAW image processing and conversions. Understanding EXIF data tracking, manipulation and restriction.

**Sr. Technical Representative, Bank of America, Merchant Services, Spokane WA,** Assisted associates with escalated troubleshooting of hardware, communications, and software problems. Assisted government agencies with troubleshooting of hardware, communications, and software issues. Worked within the e-Stores department, troubleshooting an assortment of web based scripting languages in order to connect them to Bank of America's payment gateway.

14

**PRESENTATIONS/SPEAKING ROLES**

**Association/Group:** Benton & Franklin Counties Office of Public Defense
Lecture topic: Digital Forensics an Overview, July 2014

**Association/Group:** Spokane Community College, Paralegal Program, LA 225- Trial Preparation & Procedures.
Lecture topic: Digital Forensics & The Expert Witness, May 2014

**Association/Group:** Office of Special Investigations, Fairchild AFB,
Lecture topic: Mobile Forensics and Cellebrite Acquisitions, May 2013

15

**Curriculum Vitae**
**James A. Goldman, CCLO, CCPA**

## ACADEMIC TRAINING / CERTIFICATIONS

**Spokane Falls Community College:** Associate of Applied Science: Information Technology, 2013

**University of Washington:** Bachelor of Arts: Psychology, 2007

**Cellebrite:** Cellebrite Certified Physical Analyst (CCPA), 2014

**Cellebrite:** Cellebrite Certified Logical Operator (CCLO), 2014

## EDUCATIONAL TRAINING

### Computer Forensics - IS234

Learn to present a secure digital environment and study methods for gathering and analyzing computer-related evidence. Investigative procedures for the analysis of computer evidence in criminal and civil cases; procedures for the preservation and acquisition of computer media for investigative examination; proper procedures for the storage and handling of electronic media; data recovery techniques and issues with various computer forensics tools, including EnCase and FTK.

### Network Security II - IS245

Development of network systems defense and countermeasures. Learn the steps utilized to respond to techniques used to compromise networks. Network security, firewall implementation and intrusion detection, virtual private networks, and encryption.

### Computer Ethics & Law - IS132

Applying law to cyberspace in areas such as intellectual property, privacy, computer crime, and the bounds of jurisdiction.

### UNIX/Linux - CS121

UNIX/Linux operating system administration. Software installation, using Linux applications, security and servers. Apache administration with PHP and MySQL implementation.

Principles of programming and scripting, and presenting unique visual and object-oriented features. Programming assignments include procedural techniques and event-driven processing.

**Network Management - IS262**

Technical management of computer networks including servers and workstations. Install, manage and maintain a network. Microsoft and Linux being the primary software used. Telecommunications processes, principles, protocols and media discussed in depth.


**POST EDUCATIONAL TRAINING**

**Cellebrite 5 Day Mobile Examination (CCLO/CCPA) Course,** 2014


**POST EDUCATIONAL TRAINING DETAILS**

Cellebrite Certified Logical Operator: Mobile device technology overview, mobile device trends, forensic handling of mobile devices, UFED Touch overview, logical, password, SIM extractions, SIM cloning (safety SIMs), logical analyzer overview, instant search, filtering, advanced filtering, bookmarking, watch lists (keyword searching), project analytics, timeline analysis, reporting on technical findings, UFED Reader. Cellebrite CCLO 2014


Cellebrite Certified Physical Analyst: File system and media encoding, UFED touch overview, file system, physical extractions, password bypass, UFED physical analyzer overview, data carving, watch lists (keyword searching), timeline analysis, project analytics, malware scanning, instant search, filtering, advanced filtering, advanced search technologies, find (strings, bytes, dates, SIM), Regex (GREP), 7 Bit SMS PDU, pattern, code, manual extractions from unallocated space, verification and validation of findings, hand scroll analysis, database verification, 3rd party tools, reporting on technical findings, plug-in chain manager, smart device overview and challenges. Cellebrite CCPA 2014


**PROFESSIONAL EXPERIENCE**

Forensic Examiner, Global CompuSearch, LLC, Spokane, WA

Responsible for performing digital forensics and mobile device media analysis. Analyze various digital media using a wide range of computer forensic tools and software. Recover damaged and erased digital

17

media to collect relevant evidence and information. Maintain an updated working knowledge of digital technology and applicable digital forensic tools.

**Experience in Computer Forensics and Data Recovery:**

•       Acquire and safeguard computer information in both a lab environment and from onsite information seizure. Acquisition of  Microsoft, Macintosh and Linux digital devices using technologies by FTK Imager, EnCase Forensic, Voom Technologies and Logicube.

•       Recover data from damaged and erased computer hard drives in to attempt to collect evidence and information. Perform data recovery, including both file, email, and SMS (text) on various electronic media.

•       Search for evidence of reformatting, dates of reformatting, and technologies utilized to erase or duplicate data from digital media.

•       Acquire and analyze various mobile phone and GPS devices. Analysis and data extraction using mobile forensics software and hardware by Cellebrite and UFED Physical Analyzer.

**PRESENTATIONS/SPEAKING ROLES**

**Association/Group:** Office of Special Investigations, Fairchild AFB Lecture topic: Mobile Forensics and Cellebrite Acquisitions, May 2013

18

# REFERENCES

Mr. Jerome Flynn, Esq.
Federal Public Defender for the
Northern District of Indiana
Hammond, IN
(219) 937-8020
Jerry_Flynn@fd.org


Mr. Robert Boyce or
Ms. Laura Schaefer
Boyce & Schaefer
San Diego, CA
(619) 232-3320
reboyce@pacbell.net


Mr. Whitney Boise, Esq. or
Ms. Celia Howes, Esq.
Hoever Boise & Olsen, P.C.
(503) 228-0497
wboise@hoevet-boise.com


Ms. Susan Russell, Esq.
Office of the Federal Public Defender
District of Oregon
(503) 326-2789
Susan_russell@fd.org


Mr. Stephen Houze, Esq.
Law Office of Stephen A. Houze, Esq.
Portland, OR
(503) 299-6426
Stephen@shouze.com


Mr. Kevin McCoy, Esq.
Assistant Federal Public Defender for the District of Alaska
Anchorage, AK
(787) 764-0814
Kevin_McCoy@fd.org

Ms. Pamela Mackey, Esq.
Haddon, Morgan & Foreman, P.C.
Denver, CO
(303) 831-7364
prmackey@hmflaw.com


Mr. Reese Norris, Esq.
Butler, Norris & Gold
Hartford, CT
(860) 236-6951
rnorris@bnglaw.com


Mr. John Ekberg, Esq.
Schoonmaker, George & Colin, P.C.
Greenwich, CT
(203) 862-5023
jekberg@sgcfamlaw.com


Ms. Lexi Negin, Esq.
Assistant Federal Public Defender for the
Eastern District of California
Sacramento, CA
(916) 498-5700
Lexi_negin@fd.org


Ms. Judith Berkan, Esq.
Berkan/Mendez
San Juan, PR USA
(787) 764-0814
berkanj@microjuris.com


Mr. Geoffrey Spofford, Esq.
Lian, Zarrow, Eynon& Shea
Worcester, MA
(508) 799-4461
gspoffard@lzes.com

20

###

21