**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| | **DEFENDANT, ADAM HENRY'S MOTION TO CONTINUE JURY TRIAL DATE OF FEBRUARY 14, 2017** |
| v. | |
| | Date: January 9, 2017 |
| ADAM ALAN HENRY, | Time: 10:00 a.m. |
| | Court: 2 |
| Defendant. | Hon. Anthony W. Ishii |

TO:   THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:

Defendant, ADAM HENRY, by and through his attorney, Anthony P. Capozzi, moves this court for a continuance of the jury trial date of February 14, 2017.  Said request is based on the declaration of Anthony P. Capozzi.

## DECLARATION OF ANTHONY P. CAPOZZI

I, ANTHONY P. CAPOZZI, DECLARE:

1.   This attorney received the Government's In Limine motions and has responded thereto.

2.   It has become apparent in reviewing the Government's motions that text messages between the Defendant, Adam Henry, and Angele Henry may be an important aspect

1. of this case as well as text messages between Angele Henry and the confidential victim A.T.

2. 3. The cellebrite records, which consists of the text messages, were turned over to the defense on or about November 17, 2016. The PDF reports provided within the records are in excess of 10,000 pages, which does not include emails, photos, applications, etc.

3. 4. In meeting with the Defendant and our investigator, it was determined there are large periods of time where text messages are not provided. For example there is a gap without any text messages from June 4, 2013, through September 30, 2013, from Angele Henry to Adam Henry. There is also a gap from June 18, 2013 through August 14, 2013, without text messages from Adam Henry to Angele Henry.

4. 5. The defense has not had the opportunity to review and examine all the text messages during the time period of indictment.

5. 6. An evidentiary hearing will be required in order to determine whether 404(b) evidence is to be admitted.

6. 7. The defense will be requesting additional time in which to file a 404(b) motion setting out other acts of Angele Henry which will establish her motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident in committing the crimes alleged in both counts of the indictment. (Fed. R. Evid. 404(b)(2))

7. 8. It is alleged that Angele Henry was involved in a similar incident with her then husband, Adam Pearce, in Toronto, Ontario, Canada with allegations similar to those alleged in this indictment. Court records indicate that Angele Henry had not been truthful in her testimony and the allegations she made against her husband, which were the basis of his conviction, were found to be untrue and Mr. Pearce's conviction was reversed.

8. 9. Mr. Adam Pearce is a university professor who lives in Toronto, Ontario, Canada, and is willing to be deposed but not willing to appear at a court trial in this matter.

9. 10. Official Canadian court documents need to be located and authenticated as evidence in this case.

10. 11. The defense is also awaiting an evaluation of a psychologist concerning the Defendant which will be turned over to the Government as soon as it's available.

12. The defense believes there is good cause for a continuance of this case in that additional telephone records and reports are needed as well as additional evidence from Canada in order to be properly prepared for jury trial in this matter.

13. This attorney has not been able to speak to the Assistant United Stated Attorney concerning this request.

It is respectfully requested that the court grant the Defendant's request for a continuance of this jury trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted,

DATED: December 30, 2016   By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ADAM ALAN HENRY