PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
MAR 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | CASE NO. 1:13CR00409AWI BAM<br><br>VIOLATIONS: VIOLATIONS: 18 U.S.C. §§ 2251(a) AND (e) – CONSPIRACY TO SEXUALLY EXPLOIT A MINOR; 18 U.S.C. § 2252(a)(2) – RECEIPT AND DISTRIBUTION OF A VISUAL DEPICTION OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. § 2253 - CRIMINAL FORFEITURE |

SUPERSEDING INDICTMENT

COUNT ONE: [18 U.S.C. §§ 2251(a) and (e) – Conspiracy to Sexually Exploit a Minor]

The Grand Jury charges: T H A T

ADAM ALAN HENRY,

defendant herein, beginning on an unknown date no later than in approximately May 2012, and continuing through approximately September 19, 2013, in Stanislaus County, within the State and Eastern District of California, and elsewhere, knowingly conspired with others known and unknown to the grand jury to employ, use, persuade, induce, entice, or coerce a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing or having reason to know that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in

SUPERSEDING INDICTMENT                                      1

1  or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18,
2  United States Code, Sections 2251(a) and (e).
3  COUNT TWO:  [18 U.S.C. § 2252(a)(2) – Receipt and Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct]
4
5  The Grand Jury further charges:  T H A T

ADAM ALAN HENRY,

6  defendant herein, beginning no later than in approximately November 2005, and continuing through
7  approximately September 19, 2013, in Stanislaus County within the State and Eastern District of California,
8  and elsewhere did knowingly receive and distribute via the internet, at least one visual depiction, the
9  producing of which involved at least one minor engaging in sexually explicit conduct and which depiction
10  was of such conduct, as defined in Title 18, United States Code, Section 2256, which depiction had been
11  transported in interstate or foreign commerce, had been sent or received using any means or facility of
12  interstate or foreign commerce, or which contained materials which had been mailed, shipped, or transported
13  in interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United
14  States Code, Section 2252(a)(2).
15
16  FORFEITURE ALLEGATION:  [18 U.S.C. § 2253 - Criminal Forfeiture]
17      Upon conviction of one or more of the offenses, alleged in Counts One or Two of this Indictment,
18  defendant Adam Alan Henry, shall forfeit to the United States under 18 U.S.C. § 2253, his interest in any and
19  all matters which contain any visual depiction(s) produced or possessed in violation thereof; any property,
20  real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained from such
21  offense(s); and any property, real or personal, used or intended to be used to commit or to promote the
22  commission of such offense(s) or any property traceable to such property.
23      Under 18 U.S.C. §§ 2253(a)(1), 2253(a)(2), 2253(a)(3), 2253(b), and 21 U.S.C. § 853, if any
24  property subject to forfeiture, as a result of any act or omission of the defendant or upon direction by the
25  defendant:
26      a.   cannot be located upon the exercise of due diligence;
27      b.   has been transferred or sold to, or deposited with, a third party;
28      c.   has been placed beyond the jurisdiction of the court;

SUPERSEDING INDICTMENT                    2

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture, including but not limited to a personal forfeiture money judgment, under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

By /s/
KIRK E. SHERRIFF,
Assistant U.S. Attorney
Chief, Fresno Office

SUPERSEDING INDICTMENT      3