No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*


MAR 16 2017


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF C...

THE UNITED STATES OF AMERICA

vs.

ADAM ALAN HENRY      1:13 CR 0409 AWI BAM

### S U P E R S E D I N G  I N D I C T M E N T

VIOLATION(S): VIOLATIONS: 18 U.S.C. §§ 2251(a) AND (e) – CONSPIRACY TO SEXUALY EXPLOIT A MINOR; 18 U.S.C. § 2252(a)(2) – RECEIPT AND DISTRIBUTION OF A VISUAL DEPICTION OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. § 2253 – CRIMINAL FORFEITURE

A true bill,

/S/
_____
Foreman.

Filed in open court this _____ day

of _____, A.D. 20 _____

_____
Clerk.

Bail, $ **AS PREVIOUSLY SET**

_/s/ Sheila K. Oberto_____

GPO 863 525

AO 257 (Rev. 9/92)

__X__ YES: SAB conflict in USAO (Before 01/01/13)   ___Yes: SKO conflict in USAO (Before 4/12/10)    PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
    ☒ SUPERSEDING 1:13CR409

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: STANISLAUS COUNTY

U.S.C. Citation: 18/2251(a) & (e); 2252(a)(2); 18/2253

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT – – U.S. vs.**
ADAM ALAN HENRY

Address:

Birth Date: (Optional unless a juvenile)

☐ Male   ☐ Alien
☐ Female  (if applicable)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Det. Art Hively – Ceres PD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: NORA A. McBRIDE
☐ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DAVID L. GAPPA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
     If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
     If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

X  **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**Trial Confirmation 5/8/17 @ 10 am AWI (IC)**

## INDICTMENT PENALTY SLIP –

## ADAM HENRY

_____
AUSA Initial

**COUNT ONE:**

    VIOLATION: 18 USC – 2251(a) and (e) – Conspiracy to Sexually Exploit a Minor

    PENALTY: 15-30 years maximum term of imprisonment
$250K Fine
Lifetime supervised release
$100 special assessment

**COUNT TWO:**

    VIOLATION: 18 USC – 2252(a)(2) – Receipt / Distribution of Child Pornography

    PENALTY: 5-20 years maximum term of imprisonment
$250K Fine
Lifetime supervised release
$100 special assessment