**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM ALAN HENRY,<br><br>    Defendant. | Case No.: 1:13-CR-00409 AWI-BAM<br><br>**MOTION TO DISMISS SUPERSEDING INDICTMENT FILED MARCH 16, 2017**<br><br>Date: May 8, 2017<br>Time: 10:00 a.m.<br>Court: 2<br>Hon. Anthony W. Ishii |

**TO:   THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, ADAM HENRY, by and through his attorney, Anthony P. Capozzi, hereby moves this court to dismiss the Superseding Indictment filed on March 16, 2017. (Exhibit A)

The Government filed a Superseding Indictment on March 16, 2017, expanding count one of the original Indictment (Exhibit B) alleging a violation of 18 U.S.C. § 2251(a) and (e) from May 2012 to April 2013 and alleging the same violations from May 2012 to September 19, 2013.

On count two the Government expanded the violation of 18 U.S.C. § 2252(a)(2) from February 2008 to September 19, 2013 to a period from November 2005 to September 19, 2013.

The Defendant must now prepare for trial on the expanded dates.  Additional time will

be needed to do so in order to adequately prepare for trial.

Count two of the Superseding Indictment alleges a violation during a period of time which is excluded by the statute of limitations i.e. from November 2005 to September 19, 2013. The Government must establish that the conduct for which it seeks to convict the Defendant occurred in the applicable statute of limitations.  At the time of the conduct alleged in the Superseding Indictment, knowing receipt and distribution of child pornography was governed by the general five year statute of limitations set forth in 18 U.S.C. § 3282 for non-capital offenses.  On July 27, 2006, after the conduct alleged in the Superseding Indictment occurred, Congress promulgated 18 U.S.C. § 3299 which eliminated the statute of limitations for possession, receipt, and distribution of child pornography. (Pub. L. 109-248 Title II, § 211(a), July 27, 2006, 120 Stat. 616.)

"Prosecution under a statute that purports to revive a limitations period after it has run would fall afoul of the Ex Post Facto Clause." (*United States v. Bischel,* 61 F.3d 1429, 1434 (9th Cir. 1995) Congress can extend the statute of limitations after an offense is committed, however, without violating the Ex Post Facto Clause, so long as it enacts the extension before the original limitations period has expired. (*Clements v. United States,* 266 F.2d 397, 399 (9th Cir. 1959)

In the Superseding Indictment count two is extended to November 2005 for the receipt and distribution charge.  Since the 18 U.S.C. § 3299 statute of limitation extension was not effective until July 27, 2006, which is prior to the new date of November 2005, this count should be dismissed.

Respectfully submitted,

DATED:     May 3, 2017     By: */s/ Anthony P. Capozzi*
                                ANTHONY P. CAPOZZI
                                Attorney for Defendant ADAM ALAN HENRY

# EXHIBIT A

1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID L. GAPPA
   ROSS PEARSON
3  Assistant United States Attorneys
   2500 Tulare Street
4  Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6

7
   Attorneys for Plaintiff
8  United States of America

9
                IN THE UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,                CASE NO. 1:13CR00409AWI BAM
13
                    Plaintiff,              VIOLATIONS: VIOLATIONS: 18 U.S.C. §§ 2251(a)
14                                           AND (e) – CONSPIRACY TO SEXUALLY EXPLOIT
           v.                                A MINOR; 18 U.S.C. § 2252(a)(2) – RECEIPT AND
15                                           DISTRIBUTION OF A VISUAL DEPICTION OF A
   ADAM ALAN HENRY,                          MINOR ENGAGED IN SEXUALLY EXPLICIT
16                                           CONDUCT; 18 U.S.C. § 2253 - CRIMINAL
                    Defendant.               FORFEITURE
17

18
                          S U P E R S E D I N G   I N D I C T M E N T
19

20 COUNT ONE: [18 U.S.C. §§ 2251(a) and (e) – Conspiracy to Sexually Exploit a Minor]

21    The Grand Jury charges:  T H A T

22                ADAM ALAN HENRY,

23 defendant herein, beginning on an unknown date no later than in approximately May 2012, and continuing

24 through approximately September 19, 2013, in Stanislaus County, within the State and Eastern District of

25 California, and elsewhere, knowingly conspired with others known and unknown to the grand jury to

26 employ, use, persuade, induce, entice, or coerce a minor to engage in any sexually explicit conduct for the

27 purpose of producing any visual depiction of such conduct knowing or having reason to know that the visual

28 depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in

SUPERSEDING INDICTMENT               1

FILED
MAR 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
   DEPUTY CLERK

or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2252(a)(2) – Receipt and Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct]

The Grand Jury further charges: T H A T

ADAM ALAN HENRY,

defendant herein, beginning no later than in approximately November 2005, and continuing through approximately September 19, 2013, in Stanislaus County within the State and Eastern District of California, and elsewhere did knowingly receive and distribute via the internet, at least one visual depiction, the producing of which involved at least one minor engaging in sexually explicit conduct and which depiction was of such conduct, as defined in Title 18, United States Code, Section 2256, which depiction had been transported in interstate or foreign commerce, had been sent or received using any means or facility of interstate or foreign commerce, or which contained materials which had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253 - Criminal Forfeiture]

Upon conviction of one or more of the offenses, alleged in Counts One or Two of this Indictment, defendant Adam Alan Henry, shall forfeit to the United States under 18 U.S.C. § 2253, his interest in any and all matters which contain any visual depiction(s) produced or possessed in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained from such offense(s); and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

Under 18 U.S.C. §§ 2253(a)(1), 2253(a)(2), 2253(a)(3), 2253(b), and 21 U.S.C. § 853, if any property subject to forfeiture, as a result of any act or omission of the defendant or upon direction by the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

SUPERSEDING INDICTMENT     2

1     d.     has been substantially diminished in value; or

2     e.     has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture, including but not limited to a personal forfeiture money judgment, under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

By /s/
KIRK E. SHERRIFF,
Assistant U.S. Attorney
Chief, Fresno Office

SUPERSEDING INDICTMENT                     3

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

FILED
MAR 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

### THE UNITED STATES OF AMERICA
vs.
### ADAM ALAN HENRY

1:13 CR 0409 AWI BAM

## S U P E R S E D I N G  I N D I C T M E N T

**VIOLATION(S):** VIOLATIONS: 18 U.S.C. §§ 2251(a) AND (e) – CONSPIRACY TO SEXUALY EXPLOIT A MINOR; 18 U.S.C. § 2252(a)(2) – RECEIPT AND DISTRIBUTION OF A VISUAL DEPICTION OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. § 2253 – CRIMINAL FORFEITURE

*A true bill,*

/S/
_____
Foreman.

Filed in open court this _____ day

of _____, A.D. 20_____

_____
Clerk.

Bail, $ **AS PREVIOUSLY SET**

GPO 863 525

AO 257 (Rev. 9/92)

Case 1:13-cr-00409-DAD-BAM Document 111 Filed 05/03/17 Page 8 of 16
Case 1:13-cr-00409-AWI-BAM Document 110-1 Filed 05/16/17 Page 2 of 16

__X__ YES: SAB conflict in USAO (Before 01/01/13)   ___Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
    ☒ SUPERSEDING 1:13CR409

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
STANISLAUS COUNTY

U.S.C. Citation
18/2251(a) & (e); 2252(a)(2); 18/2253

**DEFENDANT – – U.S. vs.**
ADAM ALAN HENRY

Address

Birth Date
(Optional unless a juvenile)

☐ Male   ☐ Alien
☐ Female  (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Det. Art Hively – Ceres PD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

Name and Office of Person Furnishing Information on THIS FORM
NORA A. McBRIDE
☐ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
DAVID L. GAPPA

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
[X] **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)
**Trial Confirmation 5/8/17 @ 10 am AWI (IC)**

# INDICTMENT PENALTY SLIP –

# ADAM HENRY

_____
AUSA Initial

**COUNT ONE:**

    VIOLATION:     18 USC – 2251(a) and (e) – Conspiracy to Sexually Exploit a Minor

    PENALTY:     15-30 years maximum term of imprisonment
$250K Fine
Lifetime supervised release
$100 special assessment

**COUNT TWO:**

    VIOLATION:     18 USC – 2252(a)(2) – Receipt / Distribution of Child Pornography

    PENALTY:     5-20 years maximum term of imprisonment
$250K Fine
Lifetime supervised release
$100 special assessment

# EXHIBIT B

1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America
8

FILED

NOV 21 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

9           IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,         | CASE NO. 1:13 CR 00409 AWI BAM
13 |           Plaintiff,              | VIOLATIONS: 18 U.S.C. §§ 2251(a) AND (e) -
   |                                   | SEXUAL EXPLOITATION OF A MINOR,
14 |      v.                           | CONSPIRACY AND ATTEMPT; 18 U.S.C. §
   |                                   | 2252(a)(2) - RECEIPT OF A VISUAL DEPICTION OF
15 | ADAM ALAN HENRY,                  | A MINOR ENGAGED IN SEXUALLY EXPLICIT
   |                                   | CONDUCT; 18 U.S.C. § 2253 - CRIMINAL
16 |           Defendant.              | FORFEITURE

17

18                    INDICTMENT

19
   COUNT ONE: [18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor, Conspiracy and Attempt]
20
       The Grand Jury charges: T H A T
21
                       ADAM ALAN HENRY,
22
   defendant herein, beginning on an unknown date no later than in approximately May 2012, through
23
   approximately April 2013, in Stanislaus County, within the State and Eastern District of California, and
24
   elsewhere, knowingly employed, used, persuaded, induced, enticed, or coerced a minor to engage in any
25
   sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing or
26
   having reason to know that the visual depiction would be transported or transmitted using any means or
27
   facility of interstate or foreign commerce on in or affecting interstate commerce or mailed, or that the visual
28

INDICTMENT                              1

depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and conspired and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2252(a)(2) - Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct]

The Grand Jury further charges: T H A T

ADAM ALAN HENRY,

defendant herein, beginning no later than in February 2008, and continuing through approximately September 19, 2013, in Stanislaus County within the State and Eastern District of California, and elsewhere did knowingly receive and distribute via the internet, at least one visual depiction, the producing of which involved at least one minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, which depiction had been transported in interstate or foreign commerce, had been sent or received using any means or facility of interstate or foreign commerce, or which contained materials which had been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer, all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253 - Criminal Forfeiture]

Upon conviction of one or more of the offenses, alleged in Counts One or Two of this Indictment, defendant Adam Alan Henry, shall forfeit to the United States under 18 U.S.C. § 2253, his interest in any and all matters which contain any visual depiction(s) produced or possessed in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained from such offense(s); and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

Under 18 U.S.C. §§ 2253(a)(1), 2253(a)(2), 2253(a)(3), 2253(b), and 21 U.S.C. § 853, if any property subject to forfeiture, as a result of any act or omission of the defendant or upon direction by the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

INDICTMENT     2

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture, including but not limited to a personal forfeiture money judgment, under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By **Mark E. Cullers**
_____
MARK E. CULLERS,
Assistant U.S. Attorney
Chief, Fresno Office

INDICTMENT                     3

Case 1:13-cr-00409-AWI-BAM   Document 10-1   Filed 11/21/13   Page 4 of 36

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

1: 1 3 CR 0 0 0 4 0 9 AWI BAM

THE UNITED STATES OF AMERICA

*vs.*

ADAM ALAN HENRY

**FILED**

NOV 21 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. §§ 2251(a) AND (e) - SEXUAL EXPLOITATION OF A MINOR, CONSPIRACY AND ATTEMPT; 18 U.S.C. § 2252(a)(2) - RECEIPT OF A VISUAL DEPICTION OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. § 2253 - CRIMINAL FORFEITURE

*A true bill,*

/s/
_____
*Foreman.*

**AS PREVIOUSLY SET**

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* _____

_____
*Clerk.*

**ORDERED DETAINED**

11/22/13

*Bail, $* _____

_____

11/21/13

GPO 863 525

AO 257 (Rev. 9/92)

___YES: SAB conflict in USAO (Before 01/01/13)  ___Yes: SKO conflict in USAO (Before 4/12/10)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING: Case

Name of District Court, and/or Judge/Magistrate Judge
EASTERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
Coercion and Enticement

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

**DEFENDANT -- U.S. vs.**
ADAM ALAN HENRY

Address

Birth Date

☐ Male ☐ Alien
☐ Female (if

(Optional unless a juvenile)

Place of offense: Stanislaus County

U.S.C.
18 U.S.C. § 2252 (a) (2) and § 2251 (a)(e)

Name of Complainant Agency, or Person (& Title, if any)
Modesto FBI/Ceres PD Detective Britton Moore

☐ person is awaiting trial in another Federal or State Court, give of court

☐ this person/proceeding is transferred from another district per FRCr ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a case involving this same

☒ prior proceedings or before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO. 1:13-MJ-237

**DEFENDAN**
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this If not detained, give date any prior summons was served on above
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed

Mo. Day Year

DATE OF
Or... if Arresting Agency & Warrant were not Federal
Mo. Day

DATE TRANSFERRED

Name and Office of Person Furnishing Information on THIS FORM: Susan K. Sok

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DAVID L. GAPPA

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR
☐ **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)
Next court date is November 22, 2013 at 1:30 pm : Penalty- Please see penalty slip.

_(signature)_
AUSA INITIALS

PENALTY SLIP

DEFENDANT: ADAM ALAN HENRY

COUNT ONE:

    VIOLATION: 18 USC §§ 2251 (a)(e) - Sexual Exploitation of a Minor, Conspiracy and Attempt.

    PENALTY: 15-30 years imprisonment
    $250,000 fine
    Lifetime supervised release
    $100.00 penalty assessment

COUNT TWO:

    VIOLATION: 18 USC §§ 2252 (a)(2) - Receipt/Distribution of Child Pornography

    PENALTY: 5-20 years imprisonment
    $250,000 fine
    Lifetime supervised release
    $100.00 penalty assessment

FORFEITURE ALLEGATION:

    18 USC § 2253 - Forfeiture