**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No.: 1:13-CR-00409 AWI-BAM<br><br>**MOTION PURSUANT TO RULE 15 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE TO TAKE DEPOSITION OF ADAM PEARCE**<br><br>Date: May 8, 2017<br>Time: 10:00 a.m.<br>Court: 2<br>Hon. Anthony W. Ishii |

**TO:   THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, ADAM HENRY, by and through his attorney, Anthony P. Capozzi, hereby moves this court to allow the taking of the deposition of Adam Pearce.

Rule 15 states in pertinent part:

> **Rule 15. Depositions**
>   (a) When Taken.
>     (1) *In General.* A party may move that a prospective witness de deposed in order to preserve testimony for trial. The court may grant the motion because of exceptional circumstances and in the interest of justice. If the court ordered the deposition to be taken, it may also require the deponent to produce at the deposition any designated material that is not privileged, including any book, paper, document, record, recording, or data.

Pursuant to Rule 15(c)(1)(A) the Defendant will waive in writing the right to be present.

The defense will attempt to establish that Angele Henry knowingly received and distributed child pornography and used a minor to record video scenes in various locations.

The witness to be deposed is Adam Pearce who lives in Toronto, Canada. He is the ex-husband of Angele Henry. Together they have two children ages 11 and 9. Mr. Pearce has sole custody of the children. Mr. Pearce's father is 80 years old and is presently in the hospital in the Intensive Care Unit (ICU) on a ventilator. Mr. Pearce is employed full time and cannot leave his job or Canada to attend a trial in this case.

Mr. Pearce is a material witness for the defense in that he will establish Angele Henry's interest in young children; including working in early childhood education and as a Sunday School Teacher; youth leader; her accusations of Mr. Pearce of having child pornography on his laptop computer, none having been found; her willingness to make false allegations, and her role playing.

It is respectfully requested that the defense be allowed to take the deposition of Adam Pearce in Toronto, Canada for use in the trial of this case.

Respectfully submitted,

DATED:     May 3, 2017     By:  */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ADAM ALAN HENRY