**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAM ALAN HENRY,<br><br>  Defendant. | Case No.: 1:13-CR-00409 AWI-BAM<br><br>**DEFENDANT, ADAM HENRY'S MOTION FOR A SHORT CONTINUANCE OF THE JURY TRIAL DATE OF JUNE 14, 2017**<br><br>Date: May 8, 2017<br>Time: 10:00 a.m.<br>Court: 2<br>Hon. Anthony W. Ishii |

**TO:   THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, ADAM HENRY, by and through his attorney, Anthony P. Capozzi, hereby moves this court for a continuance of the jury trial date of June 14, 2017. Said request is based on the declaration of Anthony P. Capozzi.

### DECLARATION OF ANTHONY P. CAPOZZI

I, ANTHONY P. CAPOZZI, DECLARE:

1. I am the attorney of record for Defendant, Adam Henry.

2. This attorney has been diligently preparing for trial set on June 14, 2017, having met with the Defendant on a number of occasions and having been in constant contact with the

Defendant's Expert Witness Marcus Lawson.  Mr. Lawson's testimony is important in explaining to the jury the understanding of computer systems and how information is downloaded and/or copied between computers and how this relates to the present case.

3. On May 3, 2017, in a telephone conference with Mr. Lawson he advised that he was not able to be prepared to testify in the jury trial currently set for June 14, 2017 for the following reasons:

 a. He had just been informed that his 50% partner in Global CompuSearch LLC (GCS) left the business without any notice leaving a number of cases in limbo.

 b. That a female employee of GCS had allegedly been sexually assaulted by another employee of GCS.

 c. Mr. Lawson, who has offices in Sacramento, California and Spokane, Washington, informed this attorney on May 3, 2017, that he had to fly up to Spokane to resolve these issues immediately.

 d. That he would not be able to arrange a meeting to review a number of the computers with the FBI in Sacramento before the start of the jury trial.

4. This attorney, after having conversed with Mr. Henry and Mr. Lawson, has determined that a review of a number of the computers in this case is essential for the adequate preparation of this case for trial.

5. Mr. Lawson and this attorney would make themselves available either in the month of July or August for a jury trial.

6. A short continuance is essential for this attorney to adequately prepare for trial.

7. It is respectfully requested that the court grant the Defendant's request for a continuance of this jury trial.

///
///
///
///
///

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted,

DATED:      May 3, 2017      By:  */s/ Anthony P. Capozzi*
                                   ANTHONY P. CAPOZZI
                                   Attorney for Defendant ADAM ALAN HENRY