PHILLIP A. TALBERT
United States Attorney
DAVID GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00409 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | OPPOSITION TO MOTION TO CONTINUE JURY TRIAL |
| ADAM ALAN HENRY, | |
| Defendant. | |

    The defendant has filed a motion to continue the trial date that was agreed upon on in mid-January 2017.  The stated reason is that the designated defense expert in computer forensics has had to attend to issues that recently developed with his office.  The government has made the items that the defense wishes to review available in Sacramento and Ceres California for more than three years, beginning in early 2014.  It was not until May 3, 2017, that the defendant requested that some of those items be made available again for review at the FBI office.

    In addition, this case was initially set – at the defendant's request – for trial on January 28, 2014. Current defense counsel took over on December 9, 2013, and a new trial date was set for June 16, 2015. That trial date has been vacated and reset more than seven times.  Each time witnesses clear relevant dates, prepare themselves for the trial process, and then learn that the trial has been continued.  The

government does not wish to further inconvenience these witnesses; nor has it been able to confirm their availability for a future date.

Dated:  May 5, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney