**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| | **DEFENDANT OBJECT'S TO RULE 404(b) EVIDENCE RELATED TO ADULT PORNOGRAPHY** |
| v. | |
| | Date: May 30, 2017 |
| ADAM ALAN HENRY, | Time: 1:30 p.m. |
| | Court: 2 |
| Defendant. | Hon. Anthony W. Ishii |

**TO:   THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, ADAM HENRY, by and through his attorney, Anthony P. Capozzi, hereby objects to the Government's playing videos of any adult pornography related to the Defendant.

In *United States v. Miller,* 527 F.3d 54 (3rd Cir. 2008), reversed on sentencing grounds in *United States v. Miller,* 594 F.3d 172 (3rd Cir. 2016), the court held that a Defendant's interest in adult pornography is not material to a Defendant's interest in child pornography. (*Id.* at 79-80.)

///

///

## CONCLUSION

Accordingly, it is requested that the Government be precluded from playing any videos of adult pornography.

                                          Respectfully submitted,

DATED:     May 19, 2017     By: */s/ Anthony P. Capozzi*
                                          ANTHONY P. CAPOZZI
                                          Attorney for Defendant ADAM ALAN HENRY