PHILLIP A. TALBERT
United States Attorney
DAVID GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADAM ALAN HENRY, <br><br> Defendant. | CASE NO. CR-F-13-00409 AWI <br><br> STIPULATIONS <br><br> DATE: May 30, 2017 <br> TIME: 1:30 p.m. <br> COURT: Hon. Anthony W. Ishii |

The United States of America, by and through Assistant United States Attorneys David Gappa and Ross Pearson, along with defendant Adam Alan Henry, through defense counsel Tony Capozzi, have agreed to the following facts as they relate to count two of the superseding indictment and ask that the court find them true.

If called as a witness, Richland (Washington) County Sheriff's Detective Roy Shepherd would testify that he has reviewed a copy of some image files that were recovered from a computer seized at the defendant's residence at 1131 Burman Drive in Turlock, California. He can confirm that the images depict a female who, when the videos were recorded in the states of Washington and/or Oregon, was between the ages of 8 and 11. Two of the video files had the following titles:

Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg

6yr Girl Best Vicky BJ & Handjob with sound (r@ygold pedo reelkiddymov underage illegal lolita daughter incest xxx oral handjob).mpg

If called as a witness, Retired Stephens County (Georgia) Sheriff's Major Michael Crozier would testify that he has reviewed a copy of some image files that were recovered from a computer seized at the defendant's residence at 1131 Burman Drive in Turlock, California. He can confirm that the images depict a female who was between the ages of 4 and 5 when the videos were created. The images were created in and distributed outside the state of Georgia. Two of the video files had the following titles:

(pthc) the ultimate collection paecbaby babyj kelly ets(2).avi (26:44)

ed2k_86772da87b9290122082470c8642b3a4.partial

The parties also agree that the child pornography files that were recovered from the Lock-n-Stitch computer in the defendant's office were received from use of a peer-to-peer software program called Shareazza and an internet connection that was supplied by Charter Communications which has servers located outside the state of California.

Dated: May 18, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ DAVID GAPPA
DAVID GAPPA
Assistant United States Attorney

Ross Pearson
Assistant United States Attorney

/s/ TONY CAPOZZI
Tony Capozzi
Attorney for Adam Alan Henry