CAED 435 (Rev. 8/14)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| # | Field | Value |
|---|---|---|
| 1 | YOUR NAME | Anthony P. Capozzi |
| 2 | EMAIL | whitney@capozzilawoffices.com |
| 3 | PHONE NUMBER | 559-221-0200 |
| 4 | DATE | 5/31/2017 |
| 5 | MAILING ADDRESS | 1233 W. Shaw Ave., Ste. 102 |
| 6 | CITY | Fresno |
| 7 | STATE | CA |
| 8 | ZIP CODE | 93711 |
| 9 | CASE NUMBER | 1:13-cr-00409 |
| 10 | JUDGE | Anthony W. Ishii |
| 11 | FROM | 5/30/2017 |
| 12 | TO | 5/30/2017 |
| 13 | CASE NAME | USA v. Adam Alan Henry |
| 14 | CITY | Fresno |
| 15 | STATE | California |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [x] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | | | |
| [x] MOTION HEARING | 5/30/2017 | Crawford | [ ] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | | | |
| [ ] CHANGE OF PLEA | | | | | |
| [ ] PRE-TRIAL PROCEEDING | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | |

**CERTIFICATION (19 & 20)** By signing below, I certify I will pay all charges (deposit plus additional).

19. SIGNATURE: /s/Anthony P. Capozzi
20. DATE: 5/31/2017

PROCESSED BY:
PHONE NUMBER:

| | DATE | BY | | | |
|---|---|---|---|---|---|
| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | | |
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |