# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM ALAN HENRY,<br><br>　　　　Defendant. | Case No.: 1:13-CR-00409-AWI<br><br>**STIPULATION AND ORDER TO SET JURY TRIAL**<br><br>Date: **November 7, 2017**<br>Time: **10:00 a.m.**<br>Courtroom: **2**<br>**Hon. Anthony W. Ishii** |

　　　　Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, the Jury Trial set for June 14, 2017, was vacated and a motions hearing was scheduled for June 26, 2017, at 1:30 p.m.

　　　　2.　　By this stipulation, defendant now moves to set a new trial date of **November 7, 2017, at 8:30 a.m.** and a Trial Confirmation on **October 10, 2017, at 10:00 a.m.** and to exclude time between June 26, 2017, and November 7, 2017, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a.　　Additional time is needed for Defendant's expert witness to review the voluminous discovery.

b. The parties agree to file motions in limine by September 10, 2017, file responses by September 25, 2017, and file replies by October 2, 2017.

c. The government does not object to the continuance or the motions schedule.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 26, 2017, to November 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

DATED: June 22, 2017  By: */s/David L. Gappa*
DAVID L. GAPPA
Assistant United States Attorney


Respectfully submitted,

DATED: June 22, 2017  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ADAM ALAN HENRY

| | |
|---|---|
| 1 | |
| 2 | **<u>ORDER</u>** |
| 3 | For reasons set forth above, the continuance requested by the parties is granted for |
| 4 | good cause and time is excluded under the Speedy Trial Act from June 26, 2017, to, and |
| 5 | including, November 7, 2017, based upon the Court's finding that the ends of justice outweigh |
| 6 | the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A). |
| 7 | However, the motions schedule is modified as follows: any motions the parties wish to |
| 8 | file are due by August 28, 2017, responses due by September 1, 2017, and replies are due by |
| 9 | September 18, 2017. The hearing on any motions filed will be on September 25, 2017, at 1:30 |
| 10 | p.m. The Trial Confirmation is scheduled for **October 10, 2017, at 10:00 a.m.** and the Jury |
| 11 | Trial is scheduled for **November 7, 2017, at 8:30 a.m.** |

IT IS SO ORDERED.

Dated: June 27, 2017

_____
SENIOR DISTRICT JUDGE