**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No.: 1:13-CR-00409 AWI-BAM<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND [PROPOSED] ORDER** |

**TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, hereby requests that the reports of expert witnesses Drs. Harold L. Seymour, Howard B. Terrell, Hy Malinek, and Philip Trompetter, and computer forensics expert Marcus Lawson be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that the reports of expert witnesses Drs. Harold L. Seymour, Howard B. Terrell, Hy Malinek, and Philip Trompetter, and computer forensics expert Marcus Lawson be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated: August 7, 2017   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY

**ORDER**

For reasons set forth above, the Defendants request to have the reports of expert witnesses Drs. Harold L. Seymour, Howard B. Terrell, Hy Malinek, and Philip Trompetter, and computer forensics expert Marcus Lawson be filed Under Seal is granted.

IT IS SO ORDERED.

Dated:

Honorable Anthony W. Ishii