**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409-AWI |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF EXPERT WITNESSES** |
| ADAM ALAN HENRY, | |
| Defendant. | |

**TO THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Adam Alan Henry, hereby notifies the United States of America that the Defendant intends to introduce expert evidence from the following witnesses:

**1.     Harold L. Seymour, Ph.D.,**

**2.     Howard B. Terrell, M.D., and**

**3.     Hy Malinek, Psy.D.**

Experts, Dr. Harold Seymour, Dr. Howard Terrell, and Dr. Hy Malinek would testify as to the traits of one who collects child pornography and as to whether the Defendant displays those traits. (Reports to follow under seal.)

///

**4.     Philip S. Trompetter, Ph.D., ABPP.**

Dr. Trompetter would testify to the traits of one who collects child pornography and as to whether Angele Henry displays those traits. (Report to follow under seal.)

**5.     Marcus Lawson**

Mr. Lawson would testify as to count one regarding the allegations therein. Mr. Lawson is also being utilized as an expert in preparing this case for trial and in the cross-examination of the Government's expert witnesses. He would only testify as to any rebuttal or clarification of the Government's experts. (Report to follow under seal.)

Respectfully submitted,

Dated:   August 7, 2017          By:   */s/Anthony P. Capozzi*
                                       ANTHONY P. CAPOZZI
                                       Attorney for Defendant ADAM ALAN HENRY