PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
DAVID L. GAPPA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ADAM ALAN HENRY,<br><br>　　　　　　　Defendant. | CASE NO. 1:13-CR-409-AWI<br><br>GOVERNMENT EXPERT WITNESS NOTICE<br><br>DATE: November 7, 2017<br>TIME: 8:30 a.m.<br>COURT: Hon. Anthony W. Ishii |

　　　The United States of America, by and through Assistant United States Attorneys DAVID GAPPA and ROSS PEARSON, provides notice under Federal Rule of Evidence 702 to 705 and Federal Rule of Criminal Procedure 16(a)(1)(G) that it might elicit testimony from witnesses who, because of specialized knowledge, skill, and experience, could be considered experts. A witness who is "qualified as an expert by knowledge, skill and experience" may present expert testimony if his or her specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue. Fed. R. Evid. 702; *United States v. Espinosa*, 827 F.2d 604, 612 (9th Cir. 1987). The admission of expert testimony is a matter within the sound discretion of the trial court. *United States v. Alatorre*, 222 F.2d 1098 (9th Cir. 2000).

　　　The government anticipates calling Detectives Arthur Hively and Britton Moore as experts to assist the jury in understanding the evidence and determining the facts in this case. The government previously provided notice to defense counsel that Detective Moore would testify about how computers operate, how the internet and internet service providers function, what peer-to-peer file-sharing is, and

how file-sharing programs operate. Detective Moore will also testify about concepts relevant to computer forensics such as how data can be recovered from computers or phones.

Detective Hively will also explain how some computer forensics programs work as well as how he used different forensic tools to recover digital evidence from computers, servers, and phones that were seized and/or examined as part of the investigation and prosecution of this case. The government has provided detailed reports of findings from both witnesses, but as a courtesy to counsel and an aid to the court, the government is providing summaries of anticipated testimony from each witness as well as a summary of the qualifications for each witness as part of this filing. Detective Moore's statement of qualifications, resume, and reports are attached as Attachment A. Detective Hively's resume and reports are attached as Attachment B.

Dated: August 7, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

GOVERNMENT EXPERT WITNESS NOTICE            2