# POLYGRAPH PROFESSIONALS

(559) 434-4141

www.polygraphpros.com   -   contact@polygraphpros.com

2377 West Shaw Avenue, Suite #208          Fresno, California 93711

## CURRICULUM VITAE
### MELVIN W. KING

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| Polygraph Examiner | 01/1976 - Present |
| Started Fresno Police Department Pre-employment Polygraph Program | 04/1977 - Present |
| Private Investigator License #28020 | 08/1982 - Present |
| Expert Witness – Polygraph – Fresno Superior Court | 07/1996 - NA |
| Fresno City Police Lieutenant | 07/1968 - 12/2002 |
| Adjunct Professor – Fresno City College | 09/1995 - 06/2002 |
| Adjunct Professor – CSU, Fresno | 09/1995 - 05/2002 |
| Taught Polygraph – State Center Police Academy | 09/1995 – 05/2002 |
| Deputy Chief of Training, Baghdad, Iraq (Police Contractor) | 06/2007 -  02/2010 |

**EDUCATION**

| | |
|---|---|
| Associate of Science Degree - Fresno City College | 09/1968 - 05/1972 |
| Bachelor of Science Degree – CSU, Fresno | 09/1972 - 05/1975 |
| (Graduated Cumma Sum Laude 3.97 GPA) | |
| Gormac School of Polygraphy – Certificate | 01/1976 – 02/1976 |
| Master of Science Degree – CSU, Fresno | 09/1990 - 05/1995 |
| (Graduated with Honors 4.0 GPA) | |
| Numerous Polygraph Seminars/Training in | |
| Psychology, physiology, chart interpretation, | |
| Polygraph methodology, question formulation, | |
| Chart scoring. | 01/1976 – Present |
| Post Convicted Sex Offender Training- On going seminars | 03/2013 – Present |

**POICE OFFICER STANDARDS OF TRAINING CERTIFICATES/CERTIFICATIONS**

POST Basic, Intermediate, Advanced, Supervision & Management
Certified - Polygraph Post Convicted Sex Offender Test
Full Member American Polygraph Association
Full Member/Certified/California Association of Polygraph Examiners
Full Member National Polygraph Association
Community College Life Time Teaching Credential
CBEST-ID #E0538517