ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

FILED
SEP 15 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |
| ADAM ALAN HENRY, | |
| Defendant. | |

**TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, hereby requests that the confidential report of Melvin W. King, MS be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that the confidential report of Melvin W. King, MS be Sealed with a copy served electronically upon the United States Attorney.

1
REQUEST TO SEAL DOCUMENTS
CASE NO.: 1:13-CR-00409 AWI

Respectfully submitted,

Dated: September 15, 2017   By: /s/*Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY

## ORDER

For reasons set forth above, the Defendants request to have the confidential report of Melvin W. King, MS be filed Under Seal is granted.

IT IS SO ORDERED.

Dated: 9-15-17

_____
Honorable Anthony W. Ishii