1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID L. GAPPA
   ROSS PEARSON
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                       IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,       | CASE NO. 1:13-CR-00409-AWI
12 |                       Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST TO SEAL DOCUMENTS
13 |                 v.              |
14 | ADAM ALAN HENRY                 | **UNDER SEAL**
15 |                       Defendant.|

16
17     The United States of America submits this notice that it has applied to the Court for an order
18 permitting it to file its Ex Parte Submission for In Camera Review, an application to seal and the
19 proposed order under seal.

20
21 Dated: September 19, 2017                    PHILLIP A. TALBERT
                                                United States Attorney
22
                                           By:  /s/ DAVID L. GAPPA
23                                              DAVID L. GAPPA
                                                Assistant United States Attorney
24
25
26
27
28

NOTICE OF REQUEST TO SEAL                     1