**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| v. | **DEFENDANT'S OBJECTION TO GOVERNEMNT'S NOTICE OF REQUEST TO SEAL DOCUMENTS** |
| ADAM ALAN HENRY, | |
| Defendant. | |

**TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, hereby objections to the Government's Request to file its Ex Parte Submission for In Camera Review without service on the defense of the contents of the ex parte request.

Respectfully submitted,

Dated:     September 19, 2017     By:   */s/Anthony P. Capozzi*
                                         ANTHONY P. CAPOZZI
                                         Attorney for ADAM ALAN HENRY