**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S PROPOSED JURY INSTRUCTIONS** |
| ADAM ALAN HENRY, | Date: November 7, 2017 |
| Defendant. | Time: 8:30 a.m. |
| | **Anthony W. Ishii** |

Defendant, ADAM ALAN HENRY, by and through his attorney of record, Anthony P. Capozzi, submits the attached proposed jury instructions for use at trial in this case. Pursuant to Fed. R. Crim. P. 30 and Local Rule 163, the Defendant requests that the Court include the following instructions in its charge to the jury.

Respectfully submitted,

Dated:     October 6, 2017     By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY

**DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 1**

**VOYEURISM**

Voyeurism is defined as the capturing of an image of a private area of an individual without their consent, and knowingly does so under circumstances in which the individual has a reasonable expectation of privacy.

"Capture" means with respect to an image, means to videotape, photograph, film, record by any means.

"Private area of the individual" means the naked or undergarment clad genitals, pubic area, buttocks, or female breast of that individual.

"Female breast" means any portion of the female breast below the top of the areola.

"Under circumstances in which the individual has a reasonable expectation of privacy" means –

A. circumstances in which a reasonable person would believe that he or she could disrobe in privacy, without being concerned that an image of a private area of the individual was being captured; or

B. circumstances in which a reasonable person would believe that a private area of the individual would not be visible to the public, regardless of whether that person is in a public or private place.

*See* 18 U.S. Code § 1801 (modified)

GIVEN ____

GIVEN AS MODIFIED ____

REFUSED ____

WITHDRAWN ____

**DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 2**

**LASCIVIOUS EXHIBITION**

In determining whether the depiction includes lascivious exhibition of the genitals or pubic area of any person, you may consider the following factors:

1. Whether the focal point of the visual depiction is on the child's genitalia or pubic area;

2. Whether the setting of the visual depiction is sexually suggestive, i.e., in a place or pose generally associated with sexual activity;

3. Whether the child is depicted in an unnatural pose, or in inappropriate attire, considering the age of the child;

4. Whether the child is fully or partially clothed, or nude;

5. Whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity;

6. Whether the visual depiction is intended or designed to elicit a sexual response in the viewer.

*United States v. Dost* 636 F.Supp. 828, 832 (S.D. Cal 1986), aff'd sub. nom. *United States v. Wiegand* 812 F.2d 1239 (9th Cir. 1987)

These factors are neither exclusive nor conclusive, but operate as a starting point for determining whether a particular image is so presented by the photographer as to arouse or satisfy the sexual cravings of a voyeur (citation omitted.). The factors are merely general principals as guides for analysis. *United States v. Overton* 567 F.3d 1148, 1151 (9th Cir. 2009)

*See United States v. Overton* 567 F.3d 1148, 1151 (9th Cir. 2009)

GIVEN ____

GIVEN AS MODIFIED ____

REFUSED ____

WITHDRAWN ____