**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | **DEFENDANT'S OBJECTIONS TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS** |
| v. | |
| ADAM ALAN HENRY, | Date: October 16, 2017 |
| Defendant. | Time: 1:30 p.m. Courtroom: 2 |

**TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, objects to the Government's Proposed Jury Instructions as follows:

**1.    Jury Instruction No. 16 and No. 30.**

Any other act evidence is not relevant.

**2.    Jury Instruction No. 17.**

Ninth Circuit Jury Instruction 2.14 deals with a co-defendant who had been dismissed from the case. Angele Henry has not been dismissed nor has she been charged by the Government.

This instruction is argumentative and submitted to undermine the Defendant's theory of the case.

**3.      Jury Instruction No. 33.**

The offense of Sexual Exploitation should state that it is alleged in Count 1.

**4.      Jury Instruction No. 36.**

Instruction should state that it is related to Count 1.

**5.      Jury Instruction No. 37.**

Instruction is argumentative and does not accurately reflect *United States v. Overton* 567 F.3d 1148, 1151 (9th Cir. 2009).

Respectfully submitted,

Dated:      October 6, 2017      By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY