**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| v. | **ORDER RE: REQUEST TO FILE UNDER SEAL** |
| ADAM ALAN HENRY, | |
| Defendant. | |

**TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, hereby requests that the confidential addendum report of Harold L. Seymour, Ph.D. be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that the confidential addendum report of Harold L. Seymour, Ph.D. be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:        October 10, 2017        By:    /s/Anthony P. Capozzi
                                              ANTHONY P. CAPOZZI
                                              Attorney for ADAM ALAN HENRY

## **ORDER**

For reasons set forth above, the Defendants request to have the confidential addendum report of Harold L. Seymour, Ph.D. be filed Under Seal is granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated:   October 11, 2017        _____

                                    SENIOR  DISTRICT  JUDGE