**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | **MEMORANDUM REGARDING ADMISSION OF DR. HAROLD SEYMOUR'S TESTIMONY** |
| v. | |
| ADAM ALAN HENRY, | Date: October 16, 2017 |
| Defendant. | Time: 1:30 p.m.<br>Courtroom: 2 |

**TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Throughout this case it has been the Government's position through the investigating officers Britton Moore and Arthur Hively that the Defendant was a predator. Indeed Det. Britton Moore is seen in a videotaped interview of the Defendant's wife, Angele Henry, screaming at her that the Defendant is a pedophile.

Further, one of the videos the Government intends to introduce at trial has the name pedophilia in the title.

Dr. Harold Seymour's first report of August 19, 2015, regarding the Defendant, dealt with the circumstances of the alleged offense, Defendant's personal history, his sexual developmental history, mental status, and the doctor's diagnostic impression with regard to pedophilia and his relation to children.

1    In the October 5, 2017, Addendum Report, Dr. Seymour dealt with circumstances of
2 the alleged offenses, discussed child pornography offenders and summarized his analysis.
3    In discussing child pornography offenders, Dr. Seymour pointed out their relation to
4 children, in terms of having an interest in children at an early age, their frequent contact with
5 children, often using social media for purposes of exploitation.  Dr. Seymour also discussed
6 females who view child pornography are often sexually abused in childhood.
7    Dr. Seymour discussed the characteristics of Mr. Henry that fit men who possess child
8 pornography and those characteristics that do not.
9    The Government will attempt to argue that this addendum is too late and beyond the
10 court's cutoff date to submit expert testimony.
11   The purpose of a discovery cutoff date is to protect the parties from a continuing
12 burden of producing evidence to assure them adequate time to prepare immediately before
13 trial. (*L.A. News Serv. v. CBS Broad, Inc.*, 305 F.3d 924, 933 (9th Cir. 2002).)  It does not
14 necessarily preclude admission.
15   The addendum to Dr. Seymour's first report does not constitute a major change in his
16 position or present new evidence of which the Government was not aware from the first
17 report; nor of the Defendant's position throughout this case.
18   Dr. Seymour's addendum does not present a position starkly different than presented
19 in his first report and should not be a surprise to the Government.
20
21                                CONCLUSION
22   The Defendant has denied the allegations of the Superseding Indictment and is
23 precluded from calling the person he is alleged to have conspired with.  For some unknown
24 reason Angele Henry, who is the alleged co-conspirator **has not** even been arraigned on her
25 charges of violating Penal Code section 288(c)(1), Lewd and Lascivious Acts, which were
26 first filed on December 5, 2013, in the Stanislaus County Superior Court.
27   Dr. Seymour is the one witness who can explain to the jury the traits of one who
28 collects Child Pornography and as to whether the Defendant displays those traits as set out in

the Defendant's noticed expert witnesses on August 7, 2017.

                                              Respectfully submitted,

Dated:      October 12, 2017      By:  */s/Anthony P. Capozzi*
                                                  ANTHONY P. CAPOZZI
                                                  Attorney for ADAM ALAN HENRY