**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER AUTHORIZING THE DEPOSITION OF DEFENSE WITNESS UNDER RULE 15(h)** |
| ADAM ALAN HENRY, | |
| Defendant. | |

    **IT IS HEREBY STIPULATIONED** by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, Counsel for Plaintiff, and attorney Anthony P. Capozzi, Counsel for Defendant Adam Alan Henry, that upon agreement of the parties the Court may grant leave under Federal Rule of Criminal Procedure 15(h) for the parties to dispose prospective defense witness: David Silva.

    It is further stipulated that the deposition may be taken on **October 25, 2017** at **9:30 a.m.**

    The location will be:  1233 West Shaw Avenue, Suite 102, Fresno California  93711.

    This action is set for a jury trial on November 7, 2017.  This stipulation and notice is made primarily because prospective witness David Silva is unable to attend the trial in this action. This witness' deposition is necessary to preserve the testimony for trial, to protect the

Defendant's right to call witnesses on his behalf (U.S. Const. Amend. VI). The witness' unavailability creates an exceptional circumstance under Rule 15(a)(1); however, upon agreement by the parties, this Court can authorize the taking of a deposition even absent exceptional circumstances.

Respectfully submitted,

Dated:        October 16, 2017        By:   */s/David Gappa*
                                            DAVID GAPPA
                                            Assistant United States Attorney


Respectfully submitted,

Dated:        October 16, 2017        By:   */s/Anthony P. Capozzi*
                                            ANTHONY P. CAPOZZI
                                            Attorney for ADAM ALAN HENRY


## ORDER

For the reasons set forth above, the stipulation by the parties is accepted.  The Court hereby GRANTS leave for the parties to take the deposition of defense witness David Silva. The time and place of the deposition shall be October 25, 2017, at 9:30 a.m., at the Law Offices of Anthony P. Capozzi, 1233 West Shaw Avenue, Suite 102, Fresno, California.  Based upon this Court's prior finding of the Defendant's indigent status and pursuant to Federal Rule of Criminal Procedure 15(d), the government is hereby ordered to pay any reasonable travel and subsistence expenses of the Defendant and the costs of the deposition transcript.

**IT IS SO ORDERED**.


Dated:                                By:   _____
                                            HON. ANTHONY W. ISHII
                                            Senior United States District Judge