**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF STIPULATION AND ORDER AUTHORIZING THE DEPOSITION OF DEFENSE WITNESS UNDER RULE 15(h)** |
| ADAM ALAN HENRY, | |
| Defendant. | |

PLEASE TAKE NOTICE, Defendant, Adam Henry, hereby withdraws his Stipulation Authorizing the Deposition of Defense Witness Under Rule 15(h) because it was filed in error.

Respectfully submitted,

Dated:    October 17, 2017    By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY