**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No.: 1:13-CR-00409 AWI-BAM<br><br>**REQUEST AND [PROPOSED] ORDER PURSUANT TO RULE 15 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE TO TAKE DEPOSITION OF DAVID SILVA** |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, ADAM HENRY, by and through his attorney, Anthony P. Capozzi, hereby moves this court to allow the taking of the deposition of David Silva.

Rule 15 states in pertinent part:

> **Rule 15. Depositions**
> (a) When Taken.
> (1) *In General.* A party may move that a prospective witness de deposed in order to preserve testimony for trial. The court may grant the motion because of exceptional circumstances and in the interest of justice. If the court ordered the deposition to be taken, it may also require the deponent to produce at the deposition any designated material that is not privileged, including any book, paper, document, record, recording, or data.

Pursuant to Rule 15(c)(1)(A) the Defendant will waive in writing the right to be present.

Rule 17(b) states:

> (b) Defendant Unable to Pay.  Upon a defendant's ex parte application, the court must order that a subpoena be issued for a named witness if the defendant shows an inability to pay the witness's fees and the necessity of the witness's presence for an adequate defense. If the court orders a subpoena to be issued, the process costs and witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.

The Guide to Judiciary Policy Vol. 7A, Ch. 3 section 320.40.20(d)

Depositions states in pertinent part:

> (d) Reasonable travel and subsistence expenses incident to attendance of counsel and the defendant at the deposition are paid by the DOJ (1) if the government is the requesting party, or (2) if the defendant is the requesting party and is unable to bear the deposition expenses, based on resources that would be used to determine financial eligibility for appointed counsel. However, it should be noted that the presence of the defendant is not essential to defense depositions since the confrontation clause only requires the defendant's presence if the depositions are intended to be used against the defendant.

Mr. Silva is a material witness to Count 2 in that Mr. Silva, a co-worker of Defendant, Adam Henry, witnessed alleged co-conspirator in Count 1, Angele Henry utilizing the Defendant's office computer on a number of occasions without the Defendant's permission.

Based upon information and belief, Mr. Silva will be out of the country from November 7, 2017 through November 17, 2017.  The government was advised of this at the time the November 7th trial date was agreed upon.  The deposition is set for October 25, 2017, at 9:30 a.m. in defense counsel's office.

The Defendant is unable to pay for any costs and has an attorney appointed under the Criminal Justice Act (CJA).

It is respectfully requested that the court issue an order allowing for the depo to be taken and that the costs be born as required pursuant to Federal Rules of Criminal Procedure 15(d).

Respectfully submitted,

DATED:   October 17, 2017   By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ADAM ALAN HENRY

**ORDER**

It is hereby ordered that pursuant to Rule 15(d) of the Federal Rules of Criminal Procedure the costs of the deposition transcript is to be paid by the Department of Justice.

**IT IS SO ORDERED.**

DATED: _____   By: _____
ANTHONY W. ISHII
Senior United States District Court

3
REQUEST AND ORDER PURSUANT TO RULE 15 OF FEDERAL RULES OF CRIMINAL PROCEDURE
CASE NO.: 1:13-CR-00409 AWI