PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADAM ALAN HENRY,<br><br>　　　　　　Defendant. | CASE NO. 1:13-CR-409-AWI<br><br>GOVERNMENT RESPONSE TO REQUEST TO IMPOSE DEPOSITION COSTS ON U.S. ATTORNEY'S OFFICE<br><br>COURT: Hon. Anthony W. Ishii |

　　　The United States of America, by and through Assistant United States Attorneys DAVID GAPPA and ROSS PEARSON, opposes the defendant's request that the United States Attorney's Office be ordered to pay the costs of a deposition that the defendant has requested. The defense has cited Federal Rule of Criminal Procedure 15(d) as support for the request, but that rule applies "[i]f the deposition was requested by the government." That is not the situation here, as the defendant has requested the deposition. In addition, the cited rule addresses "reasonable travel and subsistence expenses of the defendant and the defendant's attorney." But here, the defendant will not attend the deposition, and counsel scheduled it for his office. So there should not be any travel or subsistence expenses. The rule also covers the cost of the deposition transcript. The government is certainly willing to pay for its copy of any transcript, but the rule does not provide that the government must pay for the costs of the court reporter, videographer, or other fees when the defendant requests the deposition.

1  The defense knew about the witness's unavailability from the time the trial was scheduled on June
2  26, 2017, and the government had requested that the deposition not be put off until just before the trial.
3  Now there is a need for extra fees to expedite transcripts.

4  The government does not object to the deposition (but reiterates it does not necessarily concede
5  that any admissible testimony will be elicited), but it does not believe that it should bear the costs of the
6  defendant's request.  It would seem that Criminal Justice Act funding would be available to cover the
7  costs of the deposition if the court approves the request.

Dated: October 17, 2017

PHILLIP A. TALBERT
United States Attorney

By:  /s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney