**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADAM ALAN HENRY, <br><br> Defendant. | Case No.: 1:13-CR-00409 AWI-BAM <br><br> **DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO REQUEST TO IMPOSE DEPOSITION COSTS ON U.S. ATTORNEY'S OFFICE; DECLARATION OF ANTHONY P. CAPOZZI** |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, ADAM HENRY, by and through his attorney, Anthony P. Capozzi, contends that the United States Attorney's Office is not required to pay anything more than the cost of a deposition transcript, if requested, which is no different than ordering a transcript of any court proceeding.

Rule 15(d) refers to the travel and subsistence expenses of a witness. These expenses are paid by the United States Marshals Office for Defendants who are represented pursuant to the Criminal Justice Act, as is the case with Defendant, Adam Henry. (Exhibit A – Guide to Judiciary Policy, page 17)

No costs are being requested of the United States Attorney's Office other than the cost

of the deposition transcript, again, which is no different than requesting the cost of a court transcript.

The deposition transcript is not being expedited. The cost of the transcript is $3.95/page as set out in the Context Legal Services Court Reporting Rate Schedule. (Exhibit B) The transcript will be available on November 7, 2017. (Exhibit C)

Both the defense and the government have already interviewed this witness and discovery has been presented to the Government with relation to this witness. The testimony of this witness is not a surprise to either side. This is merely another attempt by the Government to prevent the defense from presenting its side of the case.

It is respectfully requested that the court authorize the deposition to be taken on October 25, 2017, at 9:30 a.m. with the United States Marshals covering the cost of the witness' attendance and the United States Attorney's Office covering the cost of the transcript, if requested.

Respectfully submitted,

DATED:   October 20, 2017   By:   */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ADAM ALAN HENRY

# DECLARATION

I, ANTHONY P. CAPOZZI, DECLARE:

1. I am an attorney licensed to practice law in the State of California and in good standing. I have been counsel of record for Defendant, Adam Alan Henry, since December 2013.

2. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 20th day of October 2017, at Fresno, California.


By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Declarant

# EXHIBIT A

## § 320.40 Fact Witnesses and Depositions

### § 320.40.10 Fees and Expenses of Fact Witnesses

(a) Generally speaking, fees and expenses of fact witnesses for defendants proceeding under the CJA are paid by the DOJ.  **See:**  Fed. R. Crim. P., Rule 17(b); 28 U.S.C. § 1825.

(b) Section 1825 of 28 U.S.C. specifically provides for the payment of witness fees by the DOJ in all federal criminal proceedings, and in proceedings for a writ of habeas corpus or in proceedings under section 2255 of that title upon certification of a federal public defender or assistant federal public defender, or clerk of court upon the affidavit of other counsel appointed under the CJA.

(c) If advance witness travel funds are required, the court should issue the subpoena order, so stating, to authorize the travel advance by the marshal.  These expenses will not be paid from CJA funds.

### § 320.40.20 Depositions

Depositions are covered by Fed. R. Crim. P., Rule 15, rather than 18 U.S.C. § 3503 (repealed).

(a) Expenses incurred in the taking of fact witness depositions (notarial fees, interpreters, transcripts, etc.) are paid by the DOJ, regardless of which party requested the deposition.

(b) The costs of attendance of fact witnesses for either party at the deposition are paid by the DOJ under Rule 17 (b).

(c) The costs of attendance of expert witnesses for the defense at the deposition are paid under the CJA.

(d) Reasonable travel and subsistence expenses incident to attendance of counsel and the defendant at the deposition are paid by the DOJ (1) if the government is the requesting party, or (2) if the defendant is the requesting party and is unable to bear the deposition expenses, based on resources that would be used to determine financial eligibility for appointed counsel.  However, it should be noted that the presence of the defendant is not essential to defense depositions since the confrontation clause only requires the defendant's presence if the depositions are intended to be used against the defendant.

# EXHIBIT B

# LAW OFFICES OF ANTHONY P. CAPOZZI

## COURT REPORTING RATE SCHEDULE
OCTOBER 17, 2017

### FRESNO

**Original & One Copy**
| | |
|---|---|
| Personal Injury | $3.75/page |
| Business/Standard Litigation | $3.95/page |
| Technical/Expert Litigation | $4.25/page |
| Per Diem (Hourly) | $30.00/hour |
| Videotape/Interpreter/VTC Surcharge | $0.45/page |
| Waiting Time (First 30 minutes no charge) | $50.00/hour |
| Early/Late hours (Before 8 a.m./After 5 p.m.) | $50.00/hour |
| Late Cancellation/Appearance Fee (After 5 p.m. the business day prior) | $160.00 |
| Certified Non-Appearance | $185.00 |
| Rough Draft | $1.25/page |
| Interactive Real-time | $1.50/page |

### COMPLIMENTARY CLIENT SERVICES

- **CentextWEB** gives you quick access to your deposition calendar, invoices, transcripts and more
- Luxurious conference and mediation suites with wireless internet and available break-out rooms when utilizing Centext Legal Services at our offices
- Daily luncheon buffet and refreshments for in-house depositions and mediations
- All exhibits are linked to the transcript

| EXHIBITS | | EXPEDITES | |
|---|---|---|---|
| B&W 8.5 x 11 (Scanned/Digitized) | $0.55/page | Same Day | 110% |
| Linked to transcript | No Charge | Next Day | 100% |
| | | 2-Day | 90% |
| Parking | At Cost | 3-Day | 80% |
| Shipping & Handling | $35.00 | 4-Day | 70% |
| Centext CD (ASCII, PDF, and scanned exhibits) | $20.00 | 5-Day | 60% |
| | | 6-Day | 50% |
| | | 7-Day | 40% |
| | | 8-Day | 30% |
| | | 9-Day | 20% |

*Standard Transcript turnaround time is 10 business days.*
*Rates are subject to change and are to remain confidential.*
*Rates are valid for one year from the date of this proposal.*

# EXHIBIT C



**Centext Legal Services**
8050 North Palm Avenue
Suite 106
Fresno, CA  93711
Telephone: 559.691.4700
Fax: 559.691.4701

**Acknowledgment of Scheduling**

| Job No. | 75576 | **Deposition Date** | 10/25/2017 |
|---|---|---|---|
| **Attorney** | Anthony Capozzi | **Start Time** | 09:30 AM (GMT-08:00) Pacific Time (US & Canada) |
| **Ordered By** | Whitney Linder | **Ordered Date** | 10/16/2017 5:36:01 PM |
| **Firm** | Law Offices of Anthony P. Capozzi<br>1233 West Shaw Avenue, Suite 102<br>Fresno, CA 93711<br>Phone: 559.221.0200<br>Fax: 559.221.7997 | | |

This email is being sent as confirmation of the following scheduled deposition:

| **Case Name** | USA v. Adam Alan Henry | | |
|---|---|---|---|
| **Witness(es)** | David Silva | | |
| **Deposition Date** | 10/25/2017 | **Start Time** | 09:30 AM  (GMT-08:00) Pacific Time (US & Canada) |
| **Location** | Law Offices of Anthony P. Capozzi<br>1233 West Shaw Avenue, Suite 102<br>Fresno, CA  93711<br>Phone: 559.221.0200<br>Room No.:<br>Detail: | | |
| **Services** | Service Item<br>Videographer<br>Court Reporter | Units<br>1.00<br>1.00 | |
| **Notes** | Court Reporter and Video<br><br>Time- TBD<br><br>Final transcript needed no later than 11/7, that is when trial starts 10/16 (jr)<br><br>Rescheduled from 10/26/2017 | | |

Acknowledgment of Scheduling:  We will confirm this assignment the business day prior to the scheduled time.  The terms and conditions listed below will be deemed as acceptable unless notice is given to Centext Legal Services.

Cancellation Policy:  A fee may apply for any assignment cancelled after 5:00pm the business day prior to the scheduled time.