# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ADAM ALAN HENRY | ) | Case No. 1:13-CR-00409 AWI |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CRIMINAL CASE**

To: DAVID SILVA

  **YOU ARE COMMANDED** to appear at the time, date, and place set out below to testify at a deposition in a criminal case. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set out in an attachment:

| Place: | 1233 W. Shaw Ave., Suite 102<br>Fresno, California 93711 | Date and Time:<br>10/25/2017 9:30 am |
|---|---|---|

  You must also bring with you to this deposition the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

                *CLERK OF COURT*

Date: _____            _____
                           *Signature of Clerk or Deputy Clerk*

This subpoena has been issued on application of an attorney whose name, address, e-mail and telephone number are:
Anthony P. Capozzi      (559) 221-0200
1233 W. Shaw Ave., Ste. 102  anthony@capozzilawoffices.com
Fresno, CA 93711

Case No. 1:13-CR-00409 AWI

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)* David Silva
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: