**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com
ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>ADAM ALAN HENRY,<br><br>　　　　Defendant. | Case No.: 1:13-CR-00409 AWI-BAM<br><br><br>**ORDER FOR SERVICE OF SUBPOENA AND COSTS OF WITNESS FEES FOR DAVID SILVA** |

　　　　Upon application of Defendant, Adam Henry for the service of subpoena issued to fact witness David Silva for the taking of his deposition on October 25, 2017, at 9:30 a.m. at 1233 West Shaw Ave., Ste. 102, Fresno, California 93711:

　　　　IT IS HEREBY ORDERED pursuant to Federal Rules of Criminal Procedure 17(b); 28 U.S.C. § 1825 that the U.S. Marshals Service shall serve the attached subpoena and reimburse the witness David Silva for the costs of attending said deposition.

IT IS SO ORDERED.

Dated: ___October 24, 2017___　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE