CAED 435
(Rev. 03/15)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
**DUE DATE:**

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| 5. MAILING ADDRESS | | 6. CITY | 7. STATE | 8. ZIP CODE |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM | 12. TO |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY | 15. STATE |

16. ORDER FOR

- APPEAL No.      CRIMINAL      CRIMINAL JUSTICE ACT      BANKRUPTCY
- NON-APPEAL      CIVIL      IN FORMA PAUPERIS      OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | TGRQTVGT | HEARINGS | DATE(S) | TGRQTVGT |
|---|---|---|---|---|---|
| ENTIRE TRIAL | | | OTHER (Specify Below) | | |
| O JURY SELECTION | | | | | |
| O OPENING STATEMENTS | | | | | |
| C CLOSING ARGUMENTS | | | | | |
| C JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

| 18. ORDER | | | (Grey Area for Court Reporter Use) | |
|---|---|---|---|---|

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | | | NO. OF COPIES | | |
| 14-Day | | | NO. OF COPIES | | |
| EXPEDITED | | | NO. OF COPIES | | |
| DAILY | | | NO. OF COPIES | | |
| HOURLY | | | NO. OF COPIES | | |
| REALTIME | | | | | |

| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | ESTIMATE TOTAL |
|---|---|

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| 20. DATE | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |