**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com


ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| v. | *AMENDED* **STIPULATIONS** |
| ADAM ALAN HENRY, | Date:  November 7, 2017<br>Time: 8:30 a.m.<br>Courtroom: 2 |
| Defendant. | **Hon. Anthony W. Ishii** |

The United States of America, by and through Assistant United States Attorneys David Gappa and Ross Pearson, along with Defendant, Adam Henry, through defense counsel Anthony P. Capozzi, have agreed to the following facts as they relate to count two of the superseding indictment and ask that the court find them true.

If called as a witness, Richland County (Washington) Sheriff's Detective Roy Shepherd would testify that he has reviewed a copy of some image files that were recovered from a computer seized at the Defendant's residence at 1131 Burman Drive, Turlock, California.  He can confirm that the images depict a female who, when the videos were recorded in the states of Washington and/or Oregon, was between the ages of 8 and 11.  Two of the video files had the following titles:

        Vicky – 13 anos [preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg

6yr Girl Best Vicky BJ & Handjob with sound (r@ygold reelkiddymov underage illegal lolita daughter incest xxx oral handjob).mpg

If called as a witness, Retired Stephens County (Georgia) Sheriff's Major Michael Crozier would testify that he has reviewed a copy of some image files that were recovered from a computer seized at the Defendant's residence at 1131 Burman Drive, Turlock, California. He can confirm that the images depict a female who was between the ages of 4 and 5 when the videos were created. The images were created in and distributed outside the state of Georgia. Two of the video files had the following titles:

(pthc) the ultimate collection paecbaby babyj kelly ets(2).avi (26:44)

Ed2k_86772da87b9290122082470c8642b3a4.partial

The parties also agree that the child pornography files that were recovered from the Lock-N-Stitch computer in the Defendant's office were received from use of a peer-to-peer software program called Shareazza and an internet connection that was supplied by Charter Communications which has servers located outside of the state of California.

Respectfully submitted,

Dated:    October 25, 2017    By:   */s/David Gappa*
DAVID GAPPA
Assistant United States Attorney

Dated:    October 25, 2017    By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY