**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| v. | **IN LIMINE MOTION TO EXLCUDE AND REDACT TITLE AND CONTENT OF PEDOPHILIA FROM VIDEOS** |
| ADAM ALAN HENRY, | Date:  November 6, 2017 |
| Defendant. | Time: 1:30 p.m. |
| | **Courtroom: 2** |
| | **Hon. Anthony W. Ishii** |

Defendant, Adam Henry, by and through his attorney of record, Anthony P. Capozzi, hereby moves to exclude and redact from the title and content in any video all reference to "pedophilia," pedophile," or pedophilic disorder."

On October 16, 2017, the court stated that any reference to "pedophilia," "pedophilic disorder" or "pedophile" be redacted.  Whether or not the Defendant is a pedophile is not relevant to this case. (RT 6:13-25)

Numerous titles of videos and search terms utilized have the pedophilia terms included as well as the content of the videos which includes pedophilic activity.

The parties have conferred on this issue but have not been able to resolve the issue.

///

1  It is respectfully requested that a hearing be held on November 6, 2017, at 10:00 a.m. to resolve the issue.

Respectfully submitted,

Dated:  November 2, 2017  By:  */s/Anthony P. Capozzi*
       ANTHONY P. CAPOZZI
       Attorney for ADAM ALAN HENRY