PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br>             v. <br><br> ADAM ALAN HENRY, <br><br>                    Defendant. | CASE NO. 1:13-CR-409-AWI <br><br> GOVERNMENT EXHIBIT LIST <br><br> DATE: November 7, 2017 <br> TIME: 1:30 p.m. <br> COURT: Hon. Dale A. Drozd |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OBJECTION OTHER |
|---|---|---|---|---|
| 1 | Computer Tower from Lock-n-Stitch | | | |
| 1A | Hard Drive from Lock-n-Stitch | | | |
| 1A.1 | Forensic Report Created from 1A Showing Location of Child Pornography Files | | | |
| 1A.2 | Forensic Report Created from 1A Showing Presence of Antivirus Software | | | |
| 1A.3 | Child Pornography Video from Incomplete Folder on 1A | | | |
| 1A.4 | Report on Shareaza Search Terms Extracted from 1A | | | |
| 1A.5 | Report on Creation Dates and Times for 1A User Accounts | | | |
| 2 | Network Activity Report | | | |
| 2.1 | ShareazaLE Files Downloaded to Lock-n-Stitch Address | | | |
| 3.1 | Lock-n-Stitch Search Warrant Photo - Overhead | | | |
| 3.2 | Lock-n-Stitch Search Warrant Photo - Front | | | |
| 3.3 | Lock-n-Stitch Search Warrant Photo - Entryway | | | |

| | | | | |
|---|---|---|---|---|
| 3.4 | Lock-n-Stitch Search Warrant Photo – Main Hallway | | | |
| 3.5 | Lock-n-Stitch Search Warrant Photo – Door to IT Room | | | |
| 3.6 | Lock-n-Stitch Search Warrant Photo – Door to IT Room | | | |
| 3.7 | Lock-n-Stitch Search Warrant Photo – Computer Tower that Contained Hard Drive (Exs. 1 and 1A) | | | |
| 3.8 | Lock-n-Stitch Search Warrant Photo – Loose External Hard Drive | | | |
| | | | | |
| 4 | Defendant's Apple iPhone seized at Lock-n-Stitch | | | |
| 5.1 | Ceres PD Burman Drive Search Warrant Photo – Black Asus Tower in Living Room (Ceres Item 3) | | | |
| 5.2 | Ceres PD Burman Drive Search Warrant Photo – Living Room | | | |
| 5.3 | Ceres PD Burman Drive Search Warrant Photo – Dining Room Table – Computer Tower with RAID | | | |

| | | | | |
|---|---|---|---|---|
| 5.4 | Ceres PD Burman Drive Search Warrant Photo – Computers and RAID on Kitchen Table (different angle) | | | |
| 5.5 | Ceres PD Burman Drive Search Warrant Photo – Bedroom (showing computer monitor) | | | |
| 5.6 | Ceres PD Burman Drive Search Warrant Photo – Bedroom (showing wires going to bathroom and Exhibit 9) | | | |
| 5.7 | Ceres PD Burman Drive Search Warrant Photo – Bathroom (shows Exhibits 8 and 9) | | | |
| 5.8 | Ceres PD Burman Drive Search Warrant Photo – Bedroom (shows where Canon Vixia camera was hidden) | | | |
| 5.9 | Ceres PD Burman Drive Search Warrant Photo – Bathroom (shows macramé hanging plant holder) | | | |
| 5.10 | Ceres PD Burman Drive Search Warrant Photo – Living Room (shows main computer – Ceres PD item 3) | | | |

| | | | | |
|---|---|---|---|---|
| 5.11 | Ceres PD Burman Drive Search Warrant Photo – garage (zoomed out) | | | |
| 5.12 | Ceres PD Burman Drive Search Warrant Photo – garage (shows Ceres PD item 13) | | | |
| 5.13 | Ceres PD Burman Drive Search Warrant Photo – garage (shows Ceres PD item 16) | | | |
| 5.14 | Ceres PD Burman Drive Search Warrant Photo – garage (shows Ceres PD item 18) | | | |
| | | | | |
| 6 | Presentation on Computers | | | |
| 7 | | | | |
| 8 | Black Computer Tower from Bathroom Closet | | | |
| 9 | Netgear Ready NAS | | | |
| 9.1 | Forensic Analysis Report on Partitions on Exhibit 9 | | | |
| 9.2 | Folder Structure for Exhibit 9 – Media side | | | |
| 9.3 | Folder Structure for Exhibit 9 – Aurrora side | | | |
| 9.4 | Report Showing File Paths for Child Pornography Videos Found on Exhibit 9 | | | |

| | | | | |
|---|---|---|---|---|
| 9.5 | (Edited) CP Video – correlates with Item 38 in Activity Report – (~pthc center~)(opva)(2012)Asian . . . | | | |
| 9.7 | Report on User Accounts on Item 9 | | | |
| 10.1 | FBI Burman Drive Search Warrant Photo – Front of Residence | | | |
| 10.2 | FBI Burman Drive Search Warrant Photo – Hanging Macramé Plant | | | |
| 10.3 | FBI Burman Drive Search Warrant Photo – Hanging Macramé Plant (close up) | | | |
| 10.4 | FBI Burman Drive Search Warrant Photo – Bathroom (hook to hang plant) | | | |
| 10.5 | FBI Burman Drive Search Warrant Photo – Bathroom (plant is hanging) | | | |
| 10.6 | FBI Burman Drive Search Warrant Photo – Canon Vixia Camcorder on Shelf | | | |

| | | | | |
|---|---|---|---|---|
| 10.7 | FBI Burman Drive Search Warrant Photo – Canon Vixia Camcorder on Shelf (close up) | | | |
| 11 | Hanging Macramé Plant Holder | | | |
| 12 | Canon Vixia Camcorder | | | |
| 13.1 | Small Cameras from Garage | | | |
| 13.2 | Small Cameras from Garage | | | |
| 13.3 | Small Cameras from Garage | | | |
| 13.4 | Small Cameras from Garage | | | |
| 14.1 | Additional Cameras from Garage | | | |
| 14.2 | Additional Cameras from Garage | | | |
| 14.3 | Additional Cameras from Garage | | | |
| 15 | | | | |
| 16 | Computer Tower from Garage | | | |
| 17 | Defendant's Apple iPhone (Model A1303) seized by Ceres PD at Burman Drive | | | |
| 18 | Loose Hard Drive | | | |
| 19 | Angele Henry's Cell Phone seized by FBI at Burman Drive | | | |
| 20 | | | | |
| 21 | Audio interview of Defendant | | | |
| 22 | Video interview of Defendant | | | |
| 23 | Miranda Waiver of Rights Form Signed by Defendant | | | |
| 24 | | | | |

| | | | | |
|---|---|---|---|---|
| 25.1 | Video of Defendant Setting up Hidden Video Camera Above Shower at Defendant's Fresno Residence (2008-05-02-0) | | | |
| 25.2 | Video of Defendant Setting up Hidden Video Camera Above Shower at Defendant's Fresno Residence (2-2008-05-03-0) | | | |
| 25.3 | Video of Defendant Setting up Hidden Video Camera Above Shower at Defendant's Fresno Residence (2-2008-05-03-1) | | | |
| 25.4 | Video of Defendant Setting up Hidden Video Camera Above Shower at Defendant's Fresno Residence (2-2008-05-03-12) | | | |
| 25.5 | Video of Defendant Setting up Hidden Video Camera Above Shower at Defendant's Fresno Residence (4-2008-05-03-0) | | | |
| 25.6 | Video of Defendant Setting up Hidden Video Camera Above Shower at Defendant's Fresno Residence (4-2008-05-03-01) | | | |

| | | | | |
|---|---|---|---|---|
| 25.7 | Video of Defendant Setting up Hidden Video Camera Above Shower at Defendant's Fresno Residence (2008-05-03-0) | | | |
| 25.8 | Video of Defendant Setting up Hidden Video Camera Above Shower at Defendant's Fresno Residence (2008-05-03-1) | | | |
| 25.9 | Surreptitious Video of Mother of Defendant's Girlfriend Taking Shower at Defendant's Fresno Residence (2008-05-03-0) | | | |
| 25.10 | Surreptitious Video of Defendant's Girlfriend Taking Shower at Defendant's Fresno Residence (3-2009-12-13) | | | |
| 25.11 | Defendant Setting Up Camera in Shower at Defendant's Fresno Residence (3-2009-12-13-0) | | | |
| 25.12 | Surreptitious Video of Defendant's Girlfriend Taking Shower at Defendant's Fresno Residence (KCRA_3_Report_at_5_30AM-2008-12-11-0 | | | |

| | | | | |
|---|---|---|---|---|
| 26.1 | Defendant and Angele Henry Setting up Camera in Burman Drive Bathroom (2013_4_7_13_49_43.mp4)) | | | |
| 26.2 | Defendant and Angele Henry Setting up Camera in Burman Drive Bathroom (5-2012-02-20-0) | | | |
| 26.3 | Defendant and Angele Henry Make Test Recording in Burman Drive Bathroom (5-2012-02-20-1) | | | |
| 26.4 | Defendant Adjusting Camera in Burman Drive Bathroom (Locknstitch-2012-04-17-0) | | | |
| 27.1 | Surreptitious Recording of AT in Burman Drive Bathroom (2013_4_8_12_15_8) | | | |
| 27.2 | Surreptitious Recording of AT in Burman Drive Bathroom (5-2012-05-26-0) | | | |
| 27.3 | Defendant and Angele Henry Removing Shower Curtain in Bathroom in Burman Drive Bathroom (5-2012-06-12-0) | | | |

| | | | | |
|---|---|---|---|---|
| 27.4 | Surreptitious Recording of AT in Burman Drive Bathroom (5-2012-06-12-3) | | | |
| 27.5 | Surreptitious Recording of AT in Burman Drive Bathroom (5-2012-06-21-0) | | | |
| 27.6 | Surreptitious Recording of AT in Burman Drive Bathroom (5-2012-06-21-1) | | | |
| 27.7 | Surreptitious Recording of AT in Burman Drive Bathroom (2013_4_8_12_15_8) | | | |
| 27.8 | Surreptitious Recording of AT in Burman Drive Bathroom (2013_4_8_12_31_56) | | | |
| 27.9 | Surreptitious Recording of AT in Burman Drive Bathroom (2013_4_8_12_36_49) | | | |
| 27.10 | Surreptitious Recording of AT in Burman Drive Bathroom (5-2012-07-29-0) | | | |
| 27.11 | Surreptitious Recording of AT in Burman Drive Bathroom | | | |
| 28.1 | Screen Capture of AT (changing top in bedroom) | | | |
| 28.2 | Screen Capture of AT (putting on swimsuit bottom) | | | |

| | | | | |
|---|---|---|---|---|
| 28.3 | Screen Capture of AT (putting on swimsuit bottom – right leg lifted) | | | |
| 28.4 | Screen Capture of AT (putting on swimsuit bottom) | | | |
| 28.5 | Screen Capture of AT (Angele removing top – AT's right breast exposed) | | | |
| 28.6 | Screen Capture of AT (Angele removing top – AT's left breast exposed) | | | |
| 28.7 | Screen Capture of AT (AT trying on bustier - AT's left breast exposed) | | | |
| 28.8 | Screen Capture of AT (AT topless – back to camera) | | | |
| 28.9 | Screen Capture of AT (AT putting on bra – left breast exposed – facing away from camera) | | | |
| 28.10 | Screen Capture of AT (AT putting on bra – more of left breast exposed – facing away from camera) | | | |
| 28.11 | Screen Capture of AT (from video of AT changing clothes in bathroom) | | | |

| | | | | |
|---|---|---|---|---|
| 28.12 | Screen Capture of AT (from video of AT changing clothes in bathroom) | | | |
| 28.13 | Screen Capture of AT – from Defendant's Bathroom (AT standing fully naked facing camera) | | | |
| 29.1 | Folder Structure of Aurrora share | | | |
| 29.2 | Folder Structure of Aurrora share (kid subfolder) | | | |
| 29.3 | Folder Structure of Aurrora share (no subfolder) | | | |
| 29.3.1 | Folder Structure of Aurrora share (no subfolder) | | | |
| 29.4 | Folder Structure of Aurrora share (New folder aza, aza1, aza2) | | | |
| 29.4.1 | Folder Structure of Aurrora share (New folder aza, aza1, aza2) | | | |
| 29.5 | Folder Structure of Aurrora share (aza) | | | |
| 29.6 | Folder Structure of Aurrora share (aza1) | | | |
| 29.7 | Folder Structure of Aurrora share (aza2) | | | |

| | | | | |
|---|---|---|---|---|
| 29.8 | Comparison of Aurrora and Media shares (differences in number of files in Teeny Bopper Sites folder) | | | |
| 30 | Summary of USB Drive(s) Information | | | |
| 31.1 | Access Data NTUSER.DAT report | | | |
| 31.2 | Access Data NTUSER.DAT report | | | |
| 31.3 | Access Data NTUSER.DAT report | | | |
| 32 | | | | |
| 33 | File Transfer Analysis Report | | | |
| 33.1 | CP Video – Transferred from Exhibit 1A to Exhibit 9 | | | |
| 34.1 | Folder Structure Showing Location of AT videos and screen captures | | | |
| 34.2 | Folder Structure Showing Location of AT videos and screen captures | | | |
| 34.3 | Folder Structure Showing Location of AT videos and screen captures | | | |

| | | | | |
|---|---|---|---|---|
| 34.4 | Folder Structure Showing Location of AT videos and screen captures | | | |
| 34.5 | Folder Structure Showing Location of AT videos and screen captures | | | |
| 34.6 | Folder Structure Showing Location of AT videos and screen captures | | | |
| 34.7 | Folder Structure Showing Location of AT videos and screen captures | | | |
| 34.8 | Folder Structure Showing Location of AT videos and screen captures | | | |
| 35.1 | Defendant and Angele Discuss Mandi / Mandy | | | |
| 35.2 | Defendant and Angele Exchange Multimedia Messages with Photos of Girls | | | |
| 35.3 | Defendant and Angele Discuss AT and another Girl | | | |
| 35.4 | Angele and Alyssa Text Messages with Photos | | | |
| 35.5 | Angele to Defendant MMS Message with Photo of AT | | | |

| | | | | |
|---|---|---|---|---|
| 35.6 | Images Exchanged between Defendant and Angele | | | |
| 35.7 | Angele and AT SMS messages | | | |
| 35.8 | Defendant and Angele Text Messages About other Women | | | |
| 36.1 | List of Videos from Exhibit 16 (Computer from Defendant's Garage) | | | |
| 36.2 | Guidance Software Forensic Report on Videos in Exhibit 16 (shows file paths) | | | |
| 36.3 | Child Pornography Video from Exhibit 16 | | | |
| 36.4 | Child Pornography Video from Exhibit 16 | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40.1 | Stipulations | | | |
| 40.2 | Child Pornography Video Referenced in Exhibit 40.1 (Vicky - ▇ 13 anos [▇ preteen 13yo lolita BDSM bondage ropes] 15m32s) | | | |

| | | | | |
|---|---|---|---|---|
| 40.3 | Child Pornography Video Referenced in Exhibit 40.1 (6yr Girl Best Vicky BJ & Handjob with sound (r@ygold ▮ reelkiddymov underage illegal Lolita) | | | |
| 40.4 | Child Pornography Video Referenced in Exhibit 40.1 ((pthc) the ultimate collection pae cbaby babyj kelly ets(2)) | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |

Dated:  November 3, 2017

PHILLIP A. TALBERT
United States Attorney

By:  /s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney