1

2   **ANTHONY P. CAPOZZI, CSBN: 068525**
    **LAW OFFICES OF ANTHONY P. CAPOZZI**
3   1233 W. SHAW AVE., SUITE 102
    FRESNO, CALIFORNIA 93711
    PHONE: (559) 221-0200
4   FAX: (559) 221-7997
    EMAIL: Anthony@capozzilawoffices.com
5   www.capozzilawoffices.com

6   ATTORNEY FOR Defendant,
    ADAM ALAN HENRY
7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

                            * * * * * *

11  UNITED STATES OF AMERICA,          Case No.: 1:13-CR-00409 AWI-BAM

12              Plaintiff,

13       v.                            **NOTICE OF REQUEST AND REQUEST**
                                       **TO SEAL DOCUMENTS AND**
14  ADAM ALAN HENRY,                   **[PROPOSED] ORDER**

15              Defendant.

16  _____

17  **TO: THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES**
    **ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**
18

19          Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi,

20  hereby requests that the motion in limine to Exclude Statements and Text Messages from

21  Baseball Game filed on November 2, 2017, as document 195, be filed under seal with a copy

22  being served upon the United States Attorney.

23          This request is made pursuant to Local Rule 141(a) which states that documents can be

24  sealed only by written order of the United States District Court.  Under the Local Rule access to

25  all documents filed under seal is restricted to the Court and authorized court personnel.

26          The conditions and terms of release set out confidential and sensitive information that is

27  subject to the Defendant's privacy rights.

28          Accordingly, it is requested that the motion in limine to Exclude Statements and Text

Messages from Baseball Game filed on November 2, 2017, as document 195, be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:        November 3, 2017        By:   */s/Anthony P. Capozzi*
                                            ANTHONY P. CAPOZZI
                                            Attorney for ADAM ALAN HENRY

**<u>ORDER</u>**

For reasons set forth above, the Defendants request to have the motion in limine to Exclude Statements and Text Messages from Baseball Game filed on November 2, 2017, as document 195, be filed Under Seal is granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated:   _____        _____
                                 Honorable Anthony W. Ishii