PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-0409-AWI |
|---|---|
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | DATE: November 7, 2017 |
| ADAM ALAN HENRY, | TIME: 1:00 p.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

The following persons may be called as witnesses or may be referred to by other witnesses during the course of trial:

| | **WITNESS** | **DESCRIPTION** |
|---|---|---|
| 1. | Britton Moore | Expert Witness, Detective, Mountain View Police Department |
| 2. | Arthur Hively | Expert Witness, Detective, Ceres Police Department |
| 3. | Gary Reed | Fact Witness |
| 4. | A.T. | Fact Witness |

UNITED STATES' WITNESS LIST                1

| | | |
|---|---|---|
| 5. | Tim Kotman | Special Agent, Homeland Security Investigations |
| 6. | Greg Wenning | Special Agent, Federal Bureau of Investigations |
| 7. | Antonio Ruezga | Fact Witness |
| 8. | Rebecca Jackson | Fact Witness |
| 9. | Jessica Casaday | Fact Witness |
| 10. | Laura Wharff | Fact Witness |
| 11. | Robert Todd | Fact Witness |

Dated:  November 3, 2017　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:  /s/ ROSS PEARSON
　　　　　　　　　　　　　　　　　　ROSS PEARSON
　　　　　　　　　　　　　　　　　　DAVID L. GAPPA
　　　　　　　　　　　　　　　　　　Assistant United States
　　　　　　　　　　　　　　　　　　Attorneys