Government Exhibit 29.2 – Files in Folders on Computer Network in Defendant's Residence



Government Exhibit 36.2 – Files from Computer in Defendant's Garage

**CP Videos From Item 16 Five Disk RAID**

**1) pthc 16yo babysitter Edina fucks 3 underage teen boys 12.02.mpg**
| | |
|---|---|
| Name | pthc 16yo babysitter Edina fucks 3 underage teen boys 12.02.mpg |
| File Ext | mpg |
| Logical Size | 62,428,594 |
| File Created | 12/19/07 16:52:19 |
| Last Accessed | 08/20/10 10:10:24 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\pthc 16yo babysitter Edina fucks 3 underage teen boys 12.02.mpg |

**2) (Pthc) Izzy Anal On Webcam (With Sound).avi**
| | |
|---|---|
| Name | (Pthc) Izzy Anal On Webcam (With Sound).avi |
| File Ext | avi |
| Logical Size | 14,163,968 |
| File Created | 07/12/09 12:46:25 |
| Last Accessed | 08/20/10 10:49:48 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\(Pthc) Izzy Anal On Webcam (With Sound).avi |

**3) (Pthc) Webcam - New Sexy lil bitch 11 yo.avi**
| | |
|---|---|
| Name | (Pthc) Webcam - New Sexy lil bitch 11 yo.avi |
| File Ext | avi |
| Logical Size | 20,254,882 |
| File Created | 07/12/09 12:46:38 |
| Last Accessed | 08/20/10 10:50:48 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\(Pthc) Webcam - New Sexy lil bitch 11 yo.avi |

**4) 12y webcam new - 10yo girl masturbation with sound (Pthc).mpg**
| | |
|---|---|
| Name | 12y webcam new - 10yo girl masturbation with sound (Pthc).mpg |
| File Ext | mpg |
| Logical Size | 111,149,948 |
| File Created | 07/12/09 12:47:05 |
| Last Accessed | 08/20/10 10:10:21 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\12y webcam new - 10yo girl masturbation with sound (Pthc).mpg |

**5) - Best 2 underage lolitas play with whips and a young boy toy joins in (r@ygold reelkiddymov pedo underage illegal preteen).mpg**
| | |
|---|---|
| Name | - Best 2 underage lolitas play with whips and a young boy toy joins in (r@ygold reelkiddymov pedo underage illegal preteen).mpg |
| File Ext | mpg |
| Logical Size | 216,227,844 |
| File Created | 04/06/07 22:21:01 |
| Last Accessed | 08/20/10 10:10:21 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\- Best 2 underage lolitas play with whips and a young boy toy joins in (r@ygold reelkiddymov pedo underage illegal preteen).mpg |

**6) - Best little girl in a pink dress, r@ygold hello video (illegal underage lolita preteen pedo).mpg**
| | |
|---|---|
| Name | - Best little girl in a pink dress, r@ygold hello video (illegal underage lolita preteen pedo).mpg |
| File Ext | mpg |
| Logical Size | 51,277,651 |
| File Created | 04/06/07 22:21:04 |
| Last Accessed | 08/20/10 10:10:21 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\- Best little girl in a pink dress, r@ygold hello |

video (illegal underage lolita preteen pedo).mpg

### 7) 4yo Neighbor Girl #1-3.mpg
| | |
|---|---|
| Name | 4yo Neighbor Girl #1-3.mpg |
| File Ext | mpg |
| Logical Size | 9,833,009 |
| File Created | 10/12/07 17:08:38 |
| Last Accessed | 08/20/10 10:10:22 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\4yo Neighbor Girl #1-3.mpg |

### 8) ! (Pthc) Composite 01 - Father And His 10Yo Twins Daughters - 13m19s.mpg
| | |
|---|---|
| Name | ! (Pthc) Composite 01 - Father And His 10Yo Twins Daughters - 13m19s.mpg |
| File Ext | mpg |
| Logical Size | 113,286,860 |
| File Created | 04/25/07 14:07:16 |
| Last Accessed | 08/20/10 10:10:20 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\! (Pthc) Composite 01 - Father And His 10Yo Twins Daughters - 13m19s.mpg |

### 9) (((KINGPASS))) Preteen bisex orgy - 2 boys & 2 girls.mpg
| | |
|---|---|
| Name | (((KINGPASS))) Preteen bisex orgy - 2 boys & 2 girls.mpg |
| File Ext | mpg |
| Logical Size | 109,513,400 |
| File Created | 04/25/07 14:10:05 |
| Last Accessed | 08/20/10 10:10:20 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\(((KINGPASS))) Preteen bisex orgy - 2 boys & 2 girls.mpg |

### 10) pedo - pthc 08 yo rides grandpa babyj r@ygold.mpg
| | |
|---|---|
| Name | pedo - pthc 08 yo rides grandpa babyj r@ygold.mpg |
| File Ext | mpg |
| Logical Size | 7,740,288 |
| File Created | 05/02/07 20:20:34 |
| Last Accessed | 08/20/10 10:10:24 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\pedo - pthc 08 yo rides grandpa babyj r@ygold.mpg |

### 11) 12 years old masturbate.avi
| | |
|---|---|
| Name | 12 years old masturbate.avi |
| File Ext | avi |
| Logical Size | 58,871,808 |
| File Created | 10/25/07 18:36:14 |
| Last Accessed | 08/20/10 10:51:18 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\12 years old masturbate.avi |

### 12) (Pthc) Father Seduces 7Yo Daughter.mpg
| | |
|---|---|
| Name | (Pthc) Father Seduces 7Yo Daughter.mpg |
| File Ext | mpg |
| Logical Size | 159,580,164 |
| File Created | 06/01/07 16:51:06 |
| Last Accessed | 08/20/10 10:10:20 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\(Pthc) Father Seduces 7Yo Daughter.mpg |

**13) zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest_3m8s_exQ_sound_36,798KB pthc underage r@ygold preteen ille.avi**

| | |
|---|---|
| Name | zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest_3m8s_exQ_sound_36,798KB pthc underage r@ygold preteen ille.avi |
| File Ext | avi |
| Logical Size | 37,681,152 |
| File Created | 12/05/07 17:05:00 |
| Last Accessed | 08/20/10 11:11:28 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest_3m8s_exQ_sound_36,798KB pthc underage r@ygold preteen ille.avi |

**14) 12Yr Old Puebla Mexicana Girl Pthc Pedo Naked Fuck 25.42(250Mb).mpg**

| | |
|---|---|
| Name | 12Yr Old Puebla Mexicana Girl Pthc Pedo Naked Fuck 25.42(250Mb).mpg |
| File Ext | mpg |
| Logical Size | 262,590,468 |
| File Created | 06/01/07 17:03:54 |
| Last Accessed | 08/20/10 10:10:21 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\12Yr Old Puebla Mexicana Girl Pthc Pedo Naked Fuck 25.42(250Mb).mpg |

**15) (pthc) CUM INSIDE 1YO.mpg**

| | |
|---|---|
| Name | (pthc) CUM INSIDE 1YO.mpg |
| File Ext | mpg |
| Logical Size | 1,415,172 |
| File Created | 06/20/07 16:38:54 |
| Last Accessed | 08/20/10 10:10:20 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\(pthc) CUM INSIDE 1YO.mpg |

**16) Dutch Teenboys - Maik and Friend -42.00.avi**

| | |
|---|---|
| Name | Dutch Teenboys - Maik and Friend -42.00.avi |
| File Ext | avi |
| Logical Size | 397,901,010 |
| File Created | 06/20/07 16:45:11 |
| Last Accessed | 08/20/10 11:02:58 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\Dutch Teenboys - Maik and Friend -42.00.avi |

**17) PTHC-14yo prostitute in motel room.mpg**

| | |
|---|---|
| Name | PTHC-14yo prostitute in motel room.mpg |
| File Ext | mpg |
| Logical Size | 169,017,548 |
| File Created | 07/30/07 17:42:17 |
| Last Accessed | 08/20/10 10:10:25 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\PTHC-14yo prostitute in motel room.mpg |

**18) (Pthc) Private Pae 2 - (Mother & Daughter 3Yo).mpg**

| | |
|---|---|
| Name | (Pthc) Private Pae 2 - (Mother & Daughter 3Yo).mpg |
| File Ext | mpg |
| Logical Size | 308,492,288 |
| File Created | 08/24/07 09:40:51 |
| Last Accessed | 08/20/10 10:19:42 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\(Pthc) Private Pae 2 - (Mother & Daughter 3Yo).mpg |

**19) Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg**
| | |
|---|---|
| Name | Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg |
| File Ext | mpg |
| Logical Size | 199,817,520 |
| File Created | 11/20/07 13:46:50 |
| Last Accessed | 08/20/10 11:10:58 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg |

**20) Kiddy Sex - Alicia_NOBULL__shes about 7 dk hair and eyes_ dad is a fat hairy pig- and oh what fun they have PTHC PEDO1.mpg**
| | |
|---|---|
| Name | Kiddy Sex - Alicia_NOBULL__shes about 7 dk hair and eyes_ dad is a fat hairy pig- and oh what fun they have  PTHC PEDO1.mpg |
| File Ext | mpg |
| Logical Size | 140,132,356 |
| File Created | 07/26/08 10:06:48 |
| Last Accessed | 08/20/10 10:10:24 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\Kiddy Sex - Alicia_NOBULL__shes about 7 dk hair and eyes_ dad is a fat hairy pig- and oh what fun they have  PTHC PEDO1.mpg |

**21) Pthc - Family 1-Mom, 16Yo Son & 6Yo Daughter Have Orgy.mpg**
| | |
|---|---|
| Name | Pthc - Family 1-Mom, 16Yo Son & 6Yo Daughter Have Orgy.mpg |
| File Ext | mpg |
| Logical Size | 40,980,480 |
| File Created | 06/03/08 01:02:17 |
| Last Accessed | 08/20/10 10:10:24 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\Pthc - Family 1-Mom, 16Yo Son & 6Yo Daughter Have Orgy.mpg |

**22) ((hussyfan)) pthc lolita8-famex_617.777.300 (mom licks 11yo, dad fucks 13yo daugh creampie).mpg**
| | |
|---|---|
| Name | ((hussyfan)) pthc lolita8-famex_617.777.300 (mom licks 11yo, dad fucks 13yo daugh creampie).mpg |
| File Ext | mpg |
| Logical Size | 617,777,300 |
| File Created | 04/06/07 23:43:28 |
| Last Accessed | 08/20/10 10:19:41 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\((hussyfan)) pthc lolita8-famex_617.777.300 (mom licks 11yo, dad fucks 13yo daugh creampie).mpg |

**23) [pthc] - realdoll creampie_Best Korean schoolgirl fuck clip!!!.mpeg**
| | |
|---|---|
| Name | [pthc] - realdoll creampie_Best Korean schoolgirl fuck clip!!!.mpeg |
| File Ext | mpeg |
| Logical Size | 61,943,812 |
| File Created | 04/13/09 21:08:32 |
| Last Accessed | 08/20/10 11:11:38 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\New Folder\no\[pthc] - realdoll creampie_Best Korean schoolgirl fuck clip!!!.mpeg |

**24) pthc - Girl Moscow 7yo sex - Quite good - Free fam protecting shy little friend.avi**
| | |
|---|---|
| Name | pthc - Girl Moscow 7yo sex - Quite good - Free fam protecting shy little friend.avi |
| File Ext | avi |
| Logical Size | 83,283,968 |
| File Created | 07/12/09 12:38:16 |
| Last Accessed | 08/20/10 09:56:45 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\pthc - Girl Moscow 7yo sex - Quite good - Free fam protecting shy little friend.avi |

### 25) Pthc - Webcam - Bmshottie07 12Yo And 14Yo Sisters 2 - Lovely Pussy(1).avi

| | |
|---|---|
| Name | Pthc - Webcam - Bmshottie07 12Yo And 14Yo Sisters 2 - Lovely Pussy(1).avi |
| File Ext | avi |
| Logical Size | 22,759,936 |
| File Created | 07/12/09 12:38:19 |
| Last Accessed | 08/20/10 09:56:48 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Pthc - Webcam - Bmshottie07 12Yo And 14Yo Sisters 2 - Lovely Pussy(1).avi |

### 26) PTHC - webcam - Laura 12yo Girl 04 - 2007.avi

| | |
|---|---|
| Name | PTHC - webcam - Laura 12yo Girl 04 - 2007.avi |
| File Ext | avi |
| Logical Size | 46,484,172 |
| File Created | 07/12/09 12:38:20 |
| Last Accessed | 08/20/10 09:56:49 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\PTHC - webcam - Laura 12yo Girl 04 - 2007.avi |

### 27) R@ygold style BabyJ meikko & her sister.mpg

| | |
|---|---|
| Name | R@ygold style BabyJ meikko & her sister.mpg |
| File Ext | mpg |
| Logical Size | 68,606,439 |
| File Created | 07/12/09 12:38:51 |
| Last Accessed | 08/20/10 09:22:50 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\R@ygold style BabyJ meikko & her sister.mpg |

### 28) Real 13 Years Old Girl Ashley Having Fun And Masturbate In Front Of Her Webcam! Extremly Hott Iamcatgirl200.avi

| | |
|---|---|
| Name | Real 13 Years Old Girl Ashley Having Fun And Masturbate In Front Of Her Webcam! Extremly Hott Iamcatgirl200.avi |
| File Ext | avi |
| Logical Size | 31,436,522 |
| File Created | 07/12/09 12:39:54 |
| Last Accessed | 08/20/10 09:57:48 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Real 13 Years Old Girl Ashley Having Fun And Masturbate In Front Of Her Webcam! Extremly Hott Iamcatgirl200.avi |

### 29) (Pthc) Young 15Yo Bitch vidéo porno sexe teens Webcam Strip Fuck bonnasse beau seins nichon gode.avi

| | |
|---|---|
| Name | (Pthc) Young 15Yo Bitch vidéo porno sexe teens Webcam Strip Fuck bonnasse beau seins nichon gode.avi |
| File Ext | avi |
| Logical Size | 13,696,000 |
| File Created | 07/12/09 12:46:38 |
| Last Accessed | 08/20/10 09:07:12 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\(Pthc) Young 15Yo Bitch vidéo porno sexe teens Webcam Strip Fuck bonnasse beau seins nichon gode.avi |

### 30) (pthc) CUM INSIDE 1YO.mpg

| | |
|---|---|
| Name | (pthc) CUM INSIDE 1YO.mpg |
| File Ext | mpg |
| Logical Size | 1,415,172 |
| File Created | 04/13/09 18:18:18 |
| Last Accessed | 08/20/10 10:15:21 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\(pthc) CUM INSIDE 1YO.mpg |

### 31) (Pthc) Private Pae 2 - (Mother & Daughter 3Yo).mpg
| | |
|---|---|
| Name | (Pthc) Private Pae 2 - (Mother & Daughter 3Yo).mpg |
| File Ext | mpg |
| Logical Size | 308,492,288 |
| File Created | 04/13/09 18:18:18 |
| Last Accessed | 08/20/10 10:15:21 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\(Pthc) Private Pae 2 - (Mother & Daughter 3Yo).mpg |

### 32) (pthc) webcam - 13yo innocent Klara in a great show [by OBW].avi
| | |
|---|---|
| Name | (pthc) webcam - 13yo innocent Klara in a great show [by OBW].avi |
| File Ext | avi |
| Logical Size | 353,749,376 |
| File Created | 09/11/07 16:53:09 |
| Last Accessed | 01/22/10 14:24:20 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\(pthc) webcam - 13yo innocent Klara in a great show [by OBW].avi |

### 33) 12y webcam new - 10yo girl masturbation with sound (Pthc).mpg
| | |
|---|---|
| Name | 12y webcam new - 10yo girl masturbation with sound (Pthc).mpg |
| File Ext | mpg |
| Logical Size | 111,149,948 |
| File Created | 04/13/09 18:20:34 |
| Last Accessed | 04/13/10 07:20:22 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\12y webcam new - 10yo girl masturbation with sound (Pthc).mpg |

### 34) Dutch Teenboys - Maik and Friend -42.00.avi
| | |
|---|---|
| Name | Dutch Teenboys - Maik and Friend -42.00.avi |
| File Ext | avi |
| Logical Size | 397,901,010 |
| File Created | 04/13/09 18:40:02 |
| Last Accessed | 08/20/10 09:39:33 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Dutch Teenboys - Maik and Friend -42.00.avi |

### 35) (pthc) webcam - 13yo innocent Klara in a great show [by OBW].avi
| | |
|---|---|
| Name | (pthc) webcam - 13yo innocent Klara in a great show [by OBW].avi |
| File Ext | avi |
| Logical Size | 353,749,376 |
| File Created | 09/11/07 16:53:09 |
| Last Accessed | 07/05/09 23:55:25 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\(pthc) webcam - 13yo innocent Klara in a great show [by OBW].avi |

### 36) Part 1. 15yo Vicky pleasuring her pretty child cunt! masturbation, preteen sex pedo lolita @ygold.mpg
| | |
|---|---|
| Name | Part 1. 15yo Vicky pleasuring her pretty child cunt! masturbation, preteen sex pedo lolita @ygold.mpg |
| File Ext | mpg |
| Logical Size | 29,810,688 |
| File Created | 04/06/07 22:58:03 |
| Last Accessed | 01/22/10 10:35:39 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Part 1. 15yo Vicky pleasuring her pretty child cunt! masturbation, preteen sex pedo lolita @ygold.mpg |

### 37) Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg
| | |
|---|---|
| Name | Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg |
| File Ext | mpg |
| Logical Size | 199,817,520 |
| File Created | 07/26/08 11:04:31 |
| Last Accessed | 01/22/10 10:40:44 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg |

### 38) [pthc] - realdoll creampie_Best Korean schoolgirl fuck clip!!!.mpeg

| | |
|---|---|
| Name | [pthc] - realdoll creampie_Best Korean schoolgirl fuck clip!!!.mpeg |
| File Ext | mpeg |
| Logical Size | 61,943,812 |
| File Created | 04/06/07 23:21:28 |
| Last Accessed | 08/20/10 13:11:08 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\[pthc] - realdoll creampie_Best Korean schoolgirl fuck clip!!!.mpeg |

### 39) [R@ygold style] - R3T3 - many girls from 12yo to 14yo having sex experiences kiddie pedo boy lolita R@ygold underage.mpg

| | |
|---|---|
| Name | [R@ygold style] - R3T3 - many girls from 12yo to 14yo having sex experiences kiddie pedo boy lolita R@ygold underage.mpg |
| File Ext | mpg |
| Logical Size | 133,785,604 |
| File Created | 04/06/07 23:21:29 |
| Last Accessed | 04/13/10 06:27:11 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\[R@ygold style] - R3T3 - many girls from 12yo to 14yo having sex experiences kiddie pedo boy lolita R@ygold underage.mpg |

### 40) milk-012-pregnant-20 Days After Given Birth Mother Milk-04-Breastfeeding.mpg

| | |
|---|---|
| Name | milk-012-pregnant-20 Days After Given Birth Mother Milk-04-Breastfeeding.mpg |
| File Ext | mpg |
| Logical Size | 10,053,624 |
| File Created | 04/19/07 16:46:20 |
| Last Accessed | 08/20/10 17:09:43 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\milk-012-pregnant-20 Days After Given Birth Mother Milk-04-Breastfeeding.mpg |

### 41) 13 or 14 yr teen girl masturbates in front of webcam, hairless cutie from germany - r@ygold qwert.avi

| | |
|---|---|
| Name | 13 or 14 yr teen girl masturbates in front of webcam, hairless cutie from germany - r@ygold qwert.avi |
| File Ext | avi |
| Logical Size | 8,181,656 |
| File Created | 04/23/07 19:12:14 |
| Last Accessed | 08/20/10 09:11:02 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\13 or 14 yr teen girl masturbates in front of webcam, hairless cutie from germany - r@ygold qwert.avi |

### 42) (Pthc) Young 15Yo Bitch Webcam Strip Fuck.avi

| | |
|---|---|
| Name | (Pthc) Young 15Yo Bitch Webcam Strip Fuck.avi |
| File Ext | avi |
| Logical Size | 13,696,000 |
| File Created | 07/26/08 11:48:11 |
| Last Accessed | 08/20/10 12:53:54 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\(Pthc) Young 15Yo Bitch Webcam Strip Fuck.avi |

### 43) zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest_3m8s_exQ_sound_36,798KB pthc underage r@ygold preteen ille.avi

| | |
|---|---|
| Name | zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest_3m8s_exQ_sound_36,798KB pthc underage r@ygold preteen ille.avi |
| File Ext | avi |
| Logical Size | 37,681,152 |
| File Created | 07/26/08 11:55:55 |
| Last Accessed | 08/20/10 16:25:41 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest_3m8s_exQ_sound_36,798KB pthc underage r@ygold preteen ille.avi |

### 44) 12 years old masturbate.avi
| | |
|---|---|
| Name | 12 years old masturbate.avi |
| File Ext | avi |
| Logical Size | 58,871,808 |
| File Created | 07/26/08 10:52:04 |
| Last Accessed | 08/20/10 13:34:03 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\12 years old masturbate.avi |

### 45) pthc 16yo babysitter Edina fucks 3 underage teen boys 12.02.mpg
| | |
|---|---|
| Name | pthc 16yo babysitter Edina fucks 3 underage teen boys 12.02.mpg |
| File Ext | mpg |
| Logical Size | 62,428,594 |
| File Created | 07/26/08 11:14:58 |
| Last Accessed | 08/20/10 18:04:51 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\pthc 16yo babysitter Edina fucks 3 underage teen boys 12.02.mpg |

### 46) Pthc - Family 1-Mom, 16Yo Son & 6Yo Daughter Have Orgy.mpg
| | |
|---|---|
| Name | Pthc - Family 1-Mom, 16Yo Son & 6Yo Daughter Have Orgy.mpg |
| File Ext | mpg |
| Logical Size | 40,980,480 |
| File Created | 07/26/08 10:27:27 |
| Last Accessed | 08/20/10 18:04:31 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Pthc - Family 1-Mom, 16Yo Son & 6Yo Daughter Have Orgy.mpg |

### 47) (Pthc) Izzy Anal On Webcam (With Sound).avi
| | |
|---|---|
| Name | (Pthc) Izzy Anal On Webcam (With Sound).avi |
| File Ext | avi |
| Logical Size | 14,163,968 |
| File Created | 09/18/08 20:12:06 |
| Last Accessed | 08/20/10 09:25:43 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\(Pthc) Izzy Anal On Webcam (With Sound).avi |

### 48) 12y webcam new - 10yo girl masturbation with sound (Pthc).mpg
| | |
|---|---|
| Name | 12y webcam new - 10yo girl masturbation with sound (Pthc).mpg |
| File Ext | mpg |
| Logical Size | 111,149,948 |
| File Created | 04/13/09 18:20:34 |
| Last Accessed | 08/20/10 10:15:25 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\12y webcam new - 10yo girl masturbation with sound (Pthc).mpg |

### 49) Kirsten 15yo dutch girl webcam.avi
| | |
|---|---|
| Name | Kirsten 15yo dutch girl webcam.avi |
| File Ext | avi |
| Logical Size | 8,984,064 |
| File Created | 07/12/09 12:58:47 |
| Last Accessed | 08/20/10 09:46:37 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Kirsten 15yo dutch girl webcam.avi |

### 50) Pedo Webcam (Pthc) Children Kids Hard -2 New 2006!!!.mpg
| | |
|---|---|
| Name | Pedo Webcam (Pthc) Children Kids Hard -2 New 2006!!!.mpg |
| File Ext | mpg |
| Logical Size | 251,514,884 |
| File Created | 07/12/09 13:04:15 |
| Last Accessed | 08/20/10 09:53:42 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Pedo Webcam (Pthc) Children Kids Hard -2 New 2006!!!.mpg |

### 51) Webcam - 13yo_Boy&Two Girls.avi
| | |
|---|---|
| Name | Webcam - 13yo_Boy&Two Girls.avi |
| File Ext | avi |
| Logical Size | 6,131,716 |
| File Created | 07/12/09 13:11:25 |
| Last Accessed | 08/20/10 10:06:35 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Webcam - 13yo_Boy&Two Girls.avi |

### 52) Kirsten 15yo dutch girl webcam.avi
| | |
|---|---|
| Name | Kirsten 15yo dutch girl webcam.avi |
| File Ext | avi |
| Logical Size | 8,984,064 |
| File Created | 07/12/09 12:58:47 |
| Last Accessed | 04/13/10 08:00:22 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Kirsten 15yo dutch girl webcam.avi |

### 53) Pedo Webcam (Pthc) Children Kids Hard -2 New 2006!!!.mpg
| | |
|---|---|
| Name | Pedo Webcam (Pthc) Children Kids Hard -2 New 2006!!!.mpg |
| File Ext | mpg |
| Logical Size | 251,514,884 |
| File Created | 07/12/09 13:04:15 |
| Last Accessed | 08/20/10 09:20:11 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Pedo Webcam (Pthc) Children Kids Hard -2 New 2006!!!.mpg |

### 54) PTHC-14yo prostitute in motel room.mpg
| | |
|---|---|
| Name | PTHC-14yo prostitute in motel room.mpg |
| File Ext | mpg |
| Logical Size | 169,017,548 |
| File Created | 04/13/09 18:56:19 |
| Last Accessed | 08/20/10 10:17:29 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\PTHC-14yo prostitute in motel room.mpg |

### 55) Part 1. 15yo Vicky pleasuring her pretty child cunt! masturbation, preteen sex pedo lolita @ygold.mpg
| | |
|---|---|
| Name | Part 1. 15yo Vicky pleasuring her pretty child cunt! masturbation, preteen sex pedo lolita @ygold.mpg |
| File Ext | mpg |
| Logical Size | 29,810,688 |
| File Created | 04/06/07 22:58:03 |
| Last Accessed | 08/20/10 10:13:58 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Part 1. 15yo Vicky pleasuring her pretty child cunt! masturbation, preteen sex pedo lolita @ygold.mpg |

### 56) Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg
| | |
|---|---|
| Name | Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg |
| File Ext | mpg |
| Logical Size | 199,817,520 |
| File Created | 07/26/08 11:04:31 |
| Last Accessed | 08/20/10 10:11:53 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s.mpg |

### 57) - Best 2 underage lolitas play with whips and a young boy toy joins in (r@ygold reelkiddymov pedo underage illegal preteen).mpg

| | |
|---|---|
| Name | - Best 2 underage lolitas play with whips and a young boy toy joins in (r@ygold reelkiddymov pedo underage illegal preteen).mpg |
| File Ext | mpg |
| Logical Size | 216,227,844 |
| File Created | 04/13/09 21:02:22 |
| Last Accessed | 08/20/10 12:41:48 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\- Best 2 underage lolitas play with whips and a young boy toy joins in (r@ygold reelkiddymov pedo underage illegal preteen).mpg |

### 58) - Best little girl in a pink dress, r@ygold hello video (illegal underage lolita preteen pedo).mpg

| | |
|---|---|
| Name | - Best little girl in a pink dress, r@ygold hello video (illegal underage lolita preteen pedo).mpg |
| File Ext | mpg |
| Logical Size | 51,277,651 |
| File Created | 04/13/09 21:02:30 |
| Last Accessed | 08/20/10 12:41:48 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\- Best little girl in a pink dress, r@ygold hello video (illegal underage lolita preteen pedo).mpg |

### 59) [R@ygold style] - R3T3 - many girls from 12yo to 14yo having sex experiences kiddie pedo boy lolita R@ygold underage.mpg

| | |
|---|---|
| Name | [R@ygold style] - R3T3 - many girls from 12yo to 14yo having sex experiences kiddie pedo boy lolita R@ygold underage.mpg |
| File Ext | mpg |
| Logical Size | 133,785,604 |
| File Created | 04/06/07 23:21:29 |
| Last Accessed | 08/20/10 10:12:16 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\[R@ygold style] - R3T3 - many girls from 12yo to 14yo having sex experiences kiddie pedo boy lolita R@ygold underage.mpg |

### 60) Webcam - 13yo_Boy&Two Girls.avi

| | |
|---|---|
| Name | Webcam - 13yo_Boy&Two Girls.avi |
| File Ext | avi |
| Logical Size | 6,131,716 |
| File Created | 07/12/09 13:11:25 |
| Last Accessed | 04/13/10 08:12:58 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\Webcam - 13yo_Boy&Two Girls.avi |

### 61) (Pthc) Webcam - New Sexy lil bitch 11 yo.avi

| | |
|---|---|
| Name | (Pthc) Webcam - New Sexy lil bitch 11 yo.avi |
| File Ext | avi |
| Logical Size | 20,254,882 |
| File Created | 09/18/08 20:12:18 |
| Last Accessed | 08/20/10 09:25:45 |
| Item Path | Strip 1,2,3,4,5 64KB R\C\New Folder\(Pthc) Webcam - New Sexy lil bitch 11 yo.avi |