**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| v. | **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS** |
| ADAM ALAN HENRY, | Date: November 7, 2017<br>Time: 1:00 p.m.<br>Court: 5 |
| Defendant. | Hon. David A. Drozd |

Defendant, ADAM ALAN HENRY, by and through his attorney of record, Anthony P. Capozzi, respectfully requests that the Court ask the following voir dire questions in addition to the standard voir dire questions. Further, Mr. Henry reserves the right to request additional voir dire questions if such should become necessary based upon answers given to these requested questions.

Respectfully submitted,

Dated:  November 3, 2017    By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY

**ADAM HENRY'S PROPOSED VOIR DIRE INSTRUCTIONS**

1. Do you know any of the parties in this case?

2. Do you know either of the attorneys in this case? Have they or their firms ever represented you or any members of your immediate family?

3. Do you know anything about this case, other than what you heard this morning?

4. A few minutes ago you were provided a list of witnesses who may or may not be called to testify during this trial. Please take a moment and review the names on the list...Do you know any of these witnesses?

5. Are you or any member of your immediate family employed by the federal government (with the exception of military service)?

6. Are you or any member of your immediate family employed by any law enforcement agency?

7. Do you have any difficulty accepting the legal concept that the government is required by law to prove a defendant guilty beyond a reasonable doubt of the exact offenses charged in the indictment, and if the government fails to meet the burden of proving each and every element of the offenses charged beyond a reasonable doubt, you must find the defendant not guilty?

8. Do you have any difficulty accepting the legal concept that the defendant does not have to testify at trial, and that nothing can be inferred from his not doing so?

9. Do you have any difficulty accepting the legal concept that although the defendant has been charged with a crime by the United States, that fact does not mean that he is guilty of that crime; and that right now he is innocent, despite the fact that he has been accused in an indictment?

10. In this case some of the evidence and testimony will be presented by the United States, that is the prosecution, and some of the evidence and testimony will be presented on behalf of the defendant. Do you have any difficulty accepting the legal concept that you should not believe the evidence and testimony presented on behalf of the United States over the evidence and testimony presented on behalf of the defendant merely because the United States

is the prosecution and the defendant is accused of having committed certain crimes?

11. Do you or any member of your immediate family belong to any group or organization which is primarily concerned with issues and concerns related to the rights of victims?

12. Do you have strong feelings about the criminal justice system or the prosecution of criminal cases that would affect your ability to render a fair and impartial verdict in this case?

13. This case involves an accusation concerning child pornography. During this trial, you will be shown child pornography, including graphic images, and hear descriptions of computer files, including graphic and offensive file names which will certainly be disturbing to most, if not all of you. Regardless of your feelings on this subject matter and the graphic nature of the material presented, are you unable to render a fair and impartial verdict based solely on the evidence presented in court and the Court's instructions on the law?

14. What is your present occupation?

15. Who is your employer?

16. If you are retired, who was your last employer and what was your occupation?

17. Are you married? If so, what is your spouse's occupation and who is your spouse's employer?

18. Do you have any children? What is their employment?

19. Have you or any member of your immediate family ever been a witness or defendant in a criminal case, or been arrested or charged with a crime?

20. Have you or any member of your immediate family ever been the victim of a crime?

21. Have you or any member of your immediate family ever served on a jury before?

22. Do you understand that the testimony of a law enforcement officer is not entitled to special weight over the testimony of the defendant or any other witness merely because he or she is a law enforcement officer?

23. Have you or any member of your immediate family ever been affected by the enforcement of child pornography laws, obscenity laws, or the laws that govern and criminalize the sexual exploitation of children?

24. Do you have beliefs about privacy or free speech that would make it difficult for you to convict a person for possessing material that depicts minors engaged in sexually explicit conduct?

25. Do you have any views related to computers, the internet or technology that would make it difficult for you to consider forensic evidence or testimony about online activity?

26. Do you understand that you must determine whether the government has proven its case beyond a reasonable doubt?

27. Each juror must decide the case for him or herself and only be guided by fellow jurors in terms of reasonable argument, discussions and review during deliberations. Do you understand that you may not vote for a guilty verdict unless you are personally convinced that the defendant is guilty beyond a reasonable doubt?

28. Will you be able to stand up for your beliefs even if the other eleven jurors vote the other way?

29. Do you understand that you are to decide this case solely on the evidence presented in this courtroom and that you are to follow the law as instructed by the Court? Do you agree to do so?