**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| v. | **DEFENDANT'S WITNESS LIST** |
| ADAM ALAN HENRY, | Date: November 7, 2017<br>Time: 1:00 p.m.<br>Court: 5 |
| Defendant. | Hon. David A. Drozd |

**TO: THE HONORABLE ANTHONY W. ISHII OF THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY:**

Defendant, ADAM ALAN HENRY, by and through his attorney of record, Anthony P. Capozzi, hereby gives notice to the Government and above entitled court of those witnesses who may be called to testify in the above entitled case.  This list is not intended to include every potential witness, and the defense does not represent that every witness on this list may be called to testify.

     1.    Gary Reed

     2.    Louise Reed

     3.    David Silva

     4.    Brandi Rollins

5. Robin Martin

6. Robert Gonzalez

7. Marcus Lawson

Respectfully submitted,

Dated: November 3, 2017   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY