**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S EXHIBIT LIST** |
| ADAM ALAN HENRY, | Date: November 7, 2017<br>Time: 1:00 p.m.<br>Court: 5 |
| Defendant. | Hon. David A. Drozd |

Defendant, ADAM ALAN HENRY, by and through his attorney of record, Anthony P. Capozzi, hereby submits the following list of exhibits it intends to introduce with leave to amend:

### INDEX OF EXHIBITS

| Exhibit # | Description | Admitted In Evidence | Objection Foundation | Other Objection |
|---|---|---|---|---|
| A | Bathroom videos (Burman Dr.) | | | |
| B | Bedroom videos (Burman Dr.) | | | |
| C | Text messages between Angele Henry and Confidential Victim | | | |
| D | Lock-N-Stitch Work Schedule | | | |

| Exhibit # | Description | Admitted In Evidence | Objection Foundation | Other Objection |
|---|---|---|---|---|
| E | Text messages between Angele Henry and Adam Henry | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Respectfully submitted,

Dated:   November 3, 2017   By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY