**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 AWI-BAM |
| Plaintiff, | |
| v. | **DEFENDANT'S SECOND *AMENDED* PROPOSED JURY INSTRUCTIONS** |
| ADAM ALAN HENRY, | Date: November 7, 2017 |
| | Time: 1:00 p.m. |
| Defendant. | **Hon. David A. Drozd** |

Defendant, ADAM ALAN HENRY, by and through his attorney of record, Anthony P. Capozzi, submits the attached proposed jury instructions for use at trial in this case. Pursuant to Fed. R. Crim. P. 30 and Local Rule 163, the Defendant requests that the Court include the following instructions in its charge to the jury.

Respectfully submitted,

Dated:   November 6, 2017   By:   */s/Anthony P. Capozzi*
                                  ANTHONY P. CAPOZZI
                                  Attorney for ADAM ALAN HENRY

## DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 1

## VOYEURISM

Voyeurism is defined as the capturing of an image of a private area of an individual without their consent, and knowingly does so under circumstances in which the individual has a reasonable expectation of privacy.

"Capture" means with respect to an image, means to videotape, photograph, film, record by any means.

"Private area of the individual" means the naked or undergarment clad genitals, pubic area, buttocks, or female breast of that individual.

"Female breast" means any portion of the female breast below the top of the areola.

"Under circumstances in which the individual has a reasonable expectation of privacy" means –

A. circumstances in which a reasonable person would believe that he or she could disrobe in privacy, without being concerned that an image of a private area of the individual was being captured; or

B. circumstances in which a reasonable person would believe that a private area of the individual would not be visible to the public, regardless of whether that person is in a public or private place.

*See* 18 U.S. Code § 1801 (modified)

GIVEN ____

GIVEN AS MODIFIED ____

REFUSED ____

WITHDRAWN ____

# DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 2

## LASCIVIOUS EXHIBITION

In determining whether the depiction includes lascivious exhibition of the genitals or pubic area of any person, you may consider the following factors:

1. Whether the focal point of the visual depiction is on the child's genitalia or pubic area;

2. Whether the setting of the visual depiction is sexually suggestive, i.e., in a place or pose generally associated with sexual activity;

3. Whether the child is depicted in an unnatural pose, or in inappropriate attire, considering the age of the child;

4. Whether the child is fully or partially clothed, or nude;

5. Whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity;

6. Whether the visual depiction is intended or designed to elicit a sexual response in the viewer.

*United States v. Dost,* 636 F.Supp. 828, 832 (S.D. Cal 1986), aff'd sub. nom. *United States v. Wiegand,* 812 F.2d 1239 (9th Cir. 1987); *United States v. Perkins,* 580 F.3d 1109, 1121 (9th Cir. 2017)

These factors are neither exclusive nor conclusive and any other factor may be considered that may be relevant in this particular case. The factors are merely general principals as guides for analysis. *United States v. Overton,* 573 F.3d 697, 686-687 (9th Cir. 2009)

*See United States v. Overton,* 573 F.3d 697 (9th Cir. 2009)

GIVEN ____

GIVEN AS MODIFIED ____

REFUSED ____

WITHDRAWN ____

**DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 3**

**RECEIPT**

To receive means to knowingly accept an object and to have the ability and intention to control the object. *United States v. Dobbs,* 629 F.3d 1199, 1204 (10th Cir. 2011); *United States v. Romm,* 455 F.3d 990, 1002 (9th Cir. 2006)

GIVEN \_\_\_\_

GIVEN AS MODIFIED \_\_\_\_

REFUSED \_\_\_\_

WITHDRAWN \_\_\_\_

# DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 4

## ADULT PORNOGRAPHY

Possession of adult pornography is legal. *United States v. Gnirke,* 775 F.3d 1155, 1164 (9th Cir. 2015); *United States v. Krupa,* 658 F.3d 1174, 1184 (9th Cir. 2011); *United States v. Daniels*, 541 F.3d 915, 927 (9th Cir. 2008)

GIVEN ____

GIVEN AS MODIFIED ____

REFUSED ____

WITHDRAWN ____

# DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 5

## CHARACTER EVIDENCE – REPUTATION OF THE DEFENDANT

The Defendant has offered evidence of his good general reputation for truthfulness. The jury should consider this evidence along with all the other evidence in the case in reaching its verdict.

Evidence of a defendant's reputation, inconsistent with those traits of character ordinarily involved in the commission of the crimes charged, may give rise to a reasonable doubt since the jury may think it improbable or unlikely that a person of good character would commit such crimes.

Federal Jury Practice and Instructions, Sec. 15.15, Devitt, Blackmar, Wolff and O'Malley, Fourth Edition. (*United States v. Pujana-Mena,* 949 F.2d 24, 29 (2nd Cir. 1991).)

GIVEN \_\_\_\_

GIVEN AS MODIFIED \_\_\_\_

REFUSED \_\_\_\_

WITHDRAWN \_\_\_\_

## DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 6

## CONSPIRACY – EXISTENCE OF AN AGREEMENT

A criminal conspiracy is an agreement or a mutual understanding knowingly made or knowingly entered into by at least two people to violate the law by some joint or common plan or course of action. A conspiracy is, in a very true sense, a partnership in crime.

A conspiracy or agreement to violate the law, like any other kind of agreement or understanding, need not be formal, written, or even expressed directly in every detail.

To prove the existence of a conspiracy or an illegal agreement, the government is not required to produce a written contract between the parties or even produce evidence of an express oral agreement spelling out all of the details of the understanding.  To prove that a conspiracy existed, moreover, the government is not required to show that all of the people named in the indictment as members of the conspiracy were, in fact, parties to the agreement, or that all of the members of the alleged conspiracy were named or charged, or that all of the people whom the evidence shows were actually members of a conspiracy agreed to all of the means or methods set out in the indictment.

The government must prove that the defendant Adam Alan Henry and at least one other person knowingly and deliberately arrived at some type of agreement or understanding that they, would sexually exploit _____ by means of some common plan or course of action as alleged in Count 1 of the indictment.  It is proof of this conscious understanding and deliberate agreement by the alleged members that should be central to your consideration of the charge of conspiracy.

Unless the government proves beyond a reasonable doubt that a conspiracy, as just explained, actually existed, then you must find the defendant not guilty.

///

///

///

///

///

<u>Federal Jury Practice and Instructions</u>, Sec. 28.04, Devitt, Blackmar, Wolff and O'Malley, Fourth Edition.

GIVEN \_\_\_\_

GIVEN AS MODIFIED \_\_\_\_

REFUSED \_\_\_\_

WITHDRAWN \_\_\_\_

# DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 7

## CONSPIRACY – MEMBERSHIP IN AN AGREEMENT

Before the jury may find that defendant Adam Alan Henry, or any other person, became a member of the conspiracy charged in Count 1 or the indictment, the evidence in the case must show beyond a reasonable doubt that the defendant Adam Alan Henry, knew the purpose or goal of the agreement intending, in some way, to accomplish the goal or purpose by this common plan or joint action.

If the evidence establishes beyond a reasonable doubt that the defendant Adam Alan Henry knowingly and deliberately entered into an agreement to sexually exploit _____, the fact that the defendant did not join the agreement at its beginning, or did not participate in each act of the agreement, or did not play a major role in accomplishing the unlawful goal is not important to your decision regarding membership in the conspiracy.

Merely associating with others and discussing common goals, mere similarity of conduct between or among such person, merely being present at the place where a crime takes place or is discussed, or even knowing about criminal conduct does not, of itself, make someone a member of the conspiracy or a conspirator.

Federal Jury Practice and Instructions, Sec. 28.05, Devitt, Blackmar, Wolff and O'Malley, Fourth Edition.

GIVEN ____

GIVEN AS MODIFIED ____

REFUSED ____

WITHDRAWN ____

# DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 8

## ACTS AND DECLARATIONS OF CO-CONSPIRATORS

Evidence has been received in this case that certain persons, who are alleged in Count 1 of the indictment to be co-conspirators of defendant Adam Alan Henry, have done or said things during the existence or life of the alleged conspiracy in order to further or advance its goals(s).

Such acts and statements of these other individuals may be considered by you in determining whether or not the government has proven the charges in Count 1 of the indictment against Adam Alan Henry.

Since these acts may have been performed and these statements may have been made outside the presence of defendant Adam Alan Henry and even done or said without the defendant's knowledge, these acts or statements should be examined with particular care by you before considering then against the defendant who did not do the particular act or make the particular statement.

Acts done or statements made by an alleged co-conspirator before a defendant joined a conspiracy may also be considered by you in determining whether the government has sustained its burden of proof in Count 1 of the indictment. Acts done or statements made before an alleged conspiracy began or after an alleged conspiracy ended, however, may only be considered by you regarding the person who performed that act or made that statement.

<u>Federal Jury Practice and Instructions</u>, Sec. 28.06, Devitt, Blackmar, Wolff and O'Malley, Fourth Edition.

GIVEN \_\_\_\_

GIVEN AS MODIFIED \_\_\_\_

REFUSED \_\_\_\_

WITHDRAWN \_\_\_\_

# DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 9

## "OVERT ACT" – DEFINED

In order to sustain its burden of proof on Count 1 of the indictment, the government must prove beyond a reasonable doubt that one of the members to the agreement knowingly performed at least one overt act and that this overt act was performed during the existence or life of the conspiracy and was done to somehow further the goal(s) of the conspiracy or agreement.

The term "overt act" means some type of outward objective action performed by one of the parties to or one of the members of the agreement or conspiracy which evidences that agreement.

Although you must unanimously agree that the same overt act was committed, the government is not required to prove more than one of the overt acts charged.

The over act may, but for the alleged illegal agreement, appear totally innocent and legal.

Federal Jury Practice and Instructions, Sec. 28.07, Devitt, Blackmar, Wolff and O'Malley, Fourth Edition.

GIVEN \_\_\_\_

GIVEN AS MODIFIED \_\_\_\_

REFUSED \_\_\_\_

WITHDRAWN \_\_\_\_

# DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 10

## SINGLE OR MULTIPLE CONSPIRACIES

Count 1 of the indictment charges that defendant Adam Alan Henry knowingly and deliberately entered into a conspiracy to sexually exploit _____.

In order to sustain its burden of proof for this charge, the government must show that the single overall conspiracy alleged in Count 1 of the indictment existed. Proof of separate or independent conspiracies is not sufficient.

In determining whether or not any single conspiracy has been shown by the evidence in the case you must decide whether common, master, or overall goals or objectives existed which served as the focal point for the efforts and actions of any members to the agreement. In arriving at this decision you may consider the length of time the alleged conspiracy existed, the mutual dependence or assistance between various persons alleged to have been its members, and the complexity of the goal(s) or objectives(s) shown.

A single conspiracy may involve various people at differing levels and may involve numerous transactions which are conducted over some period of time and at various places. In order to establish a single conspiracy, however, the government need not prove that an alleged co-conspirator knew each of the other alleged members of the conspiracy nor need it establish that an alleged co-conspirator was aware of each of the transactions alleged in the indictment.

Even if this evidence in the case shows that defendant Adam Alan Henry was a member of some conspiracy, but that this conspiracy is not the single conspiracy charged in the indictment, you must find the defendant not guilty.

Unless the government proves the existence of the single overall conspiracy described in the indictment beyond a reasonable doubt, you must find the defendant not guilty.

///

///

///

///

///

<u>Federal Jury Practice and Instructions</u>, Sec. 28.09, Devitt, Blackmar, Wolff and O'Malley, Fourth Edition.

GIVEN ____

GIVEN AS MODIFIED ____

REFUSED ____

WITHDRAWN ____