# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>ADAM ALAN HENRY,<br><br>　　　　　Defendant | **OLD CASE NO. 1:13-CR-0409 AWI-1**<br>**NEW CASE NO. 1:13-CR-0409 DAD-1**<br><br>**ORDER REASSIGNING THIS MATTER TO DISTRICT COURT JUDGE DALE A. DROZD** |

　　　The court finds it necessary to reassign this action from the docket of District Court Judge Anthony W. Ishii to the docket of District Court Judge Dale A Drozd. <u>See</u> Local Rule Appendix A(f)(1). Therefore, the Clerk of the Court is DIRECTED to reassign this action to District Court Judge Drozd.

IT IS SO ORDERED.

Dated: November 7, 2017 　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE