PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-0409-AWI |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | DATE: November 7, 2017 |
| ADAM ALAN HENRY, | TIME: 1:00 p.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

The parties have agreed to the following joint statement of the case:

The government has charged the defendant with two crimes. One crime is receipt of child pornography on dates ranging from approximately November 2005 through approximately September 19, 2013. The other crime is conspiracy to sexually exploit a minor on dates ranging from approximately May 2012 through approximately September 19, 2013. Both crimes are alleged to have occurred within the Eastern District of California in or near Turlock and Ceres, California. The court will provide you a more detailed explanation of what the law is at a later time, and you should know that the defendant is presumed not guilty as we begin the trial.

JOINT STATEMENT OF THE CASE          1

| | | |
|---|---|---|
| Dated:  November 7, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | By: | /s/ ROSS PEARSON<br>ROSS PEARSON<br>DAVID L. GAPPA<br>Assistant United States Attorneys |