CAED 435 (Rev. 03/15)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
DUE DATE:

PLEASE Read Instruction Page (attached):

| # | Field | Value |
|---|---|---|
| 1. | YOUR NAME | Anthony P. Capozzi |
| 2. | EMAIL | whitney@capozzilawoffices.com |
| 3. | PHONE NUMBER | (559) 221-0200 |
| 4. | DATE | 11/13/2017 |
| 5. | MAILING ADDRESS | 1233 W. Shaw Ave., Ste. 102 |
| 6. | CITY | Fresno |
| 7. | STATE | CA |
| 8. | ZIP CODE | 93711 |
| 9. | CASE NUMBER | 1:13-CR-00409 |
| 10. | JUDGE | Drozd |
| 11. | FROM | 11/8/2017 |
| 12. | TO | 11/9/2017 |
| 13. | CASE NAME | USA v. Adam Alan Henry |
| 14. | CITY | Fresno |
| 15. | STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL No. _____
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [✓] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Det. Britton Moore Testimony | 11/8/2017-11/9/2017 | Espinoza |
| [✓] OPENING STATEMENTS | 11/8/2017 | Espinoza | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [✓] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE: /s/Anthony P. Capozzi
20. DATE: 11/13/2017

PROCESSED BY:
PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | DATE | BY | COURT ADDRESS | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |