1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   ADAM ALAN HENRY
7

8

9  UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11 * * * * * *

12 UNITED STATES OF AMERICA,            Case No.: 1:13-CR-00409 DAD-BAM

13         Plaintiff,

14    v.                                 **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND [PROPOSED] ORDER**

15

16 ADAM ALAN HENRY,

17         Defendant.

18

19 **TO:   THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**
20

21    Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi,

22 hereby requests that the Stanislaus County Community Services Agency / Child and Family

23 Services Reports dated November 13, 2013, and December 9, 2013, be filed under seal with a

24 copy being served upon the United States Attorney.

25    This request is made pursuant to Local Rule 141(a) which states that documents can be

26 sealed only by written order of the United States District Court.  Under the Local Rule access to

27 all documents filed under seal is restricted to the Court and authorized court personnel.

28    The conditions and terms of release set out confidential and sensitive information that is

subject to the Defendant's privacy rights.

Accordingly, it is requested that the Stanislaus County Community Services Agency / Child and Family Services Reports dated November 13, 2013, and December 9, 2013, be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:   November 16, 2017   By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY

## **ORDER**

For reasons set forth above, the Defendants request to have the Stanislaus County Community Services Agency / Child and Family Services Reports dated November 13, 2013, and December 9, 2013, be filed Under Seal is granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated:

Honorable David A. Drozd
United States District Court Judge