**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409-DAD-BAM |
| Plaintiff, | |
| v. | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |
| ADAM ALAN HENRY, | |
| Defendant. | |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, hereby requests that the Stanislaus County Community Services Agency / Child and Family Services Reports dated November 13, 2013, and December 9, 2013, be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is

subject to the Defendant's privacy rights.

Accordingly, it is requested that the Stanislaus County Community Services Agency / Child and Family Services Reports dated November 13, 2013, and December 9, 2013, be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated: November 16, 2017    By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY

### **ORDER**

For reasons set forth above, the Defendants request to have the Stanislaus County Community Services Agency / Child and Family Services Reports dated November 13, 2013, and December 9, 2013, be filed Under Seal is granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated: **November 16, 2017**       _____
UNITED STATES DISTRICT JUDGE