

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:13-cr-00409-DAD-BAM |
| Plaintiff, | |
| vs. | |
| ADAM ALAN HENRY, | |
| Defendant. | |

### NOTE FROM THE JURY

___ The jury has reached a unanimous verdict. Time:_____

___ The jury requests the following: Time:_____

_____

_____

_____

_____

_____

_____

X  The jury has the following question(s): Time: From Juror #12

I was in an auto accident last night. May I have permisson to stand by the wall if needed? My lower back is paining

DATED: 11·15·2017

**COURT'S EXHIBITS**
CASE NO._____
EXHIBIT NO. 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:13-cr-00409-DAD-BAM |
| Plaintiff, | |
| vs. | |
| ADAM ALAN HENRY, | |
| Defendant. | |
| _____/ | |

### NOTE FROM THE JURY

✓ ___ The jury has reached a unanimous verdict. Time: 9:30 AM

___ The jury requests the following: Time:_____

_____

_____

_____

_____

___ The jury has the following question(s): Time:_____

_____

_____

_____

_____

DATED: 11/17/2017

**COURT'S EXHIBITS**
CASE NO. _____
EXHIBIT NO. 2