FILED
NOV 17 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAM ALAN HENRY,<br><br>　　　　　Defendant. | No.  1:13-cr-00409-DAD-BAM<br><br><br>VERDICT FORM |

**VERDICT**

*Please answer the following questions:*

We, the jury, unanimously find the following verdict:

**COUNT ONE:**　　[18 U.S.C. § 2251(a) and (e) – Conspiracy to Sexually Exploit a Minor]

WE, THE JURY, FIND as to the First Count of the Indictment, that the defendant, Adam Alan Henry, is:

　　　Not Guilty _____　　　　　　　　　　　　Guilty __X__

/////

/////

/////

/////

1

1 | **COUNT TWO:** [18 U.S.C. § 2252(a)(2) – Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct]

WE, THE JURY, FIND as to the Second Count of the Indictment, that the defendant, Adam Alan Henry, is:

Not Guilty _____          Guilty __X__

DATED: 11/17/2017

FOREPERSON: Julie C. Faiman (signature)