AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>ADAM ALAN HENRY | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:   1:13-cr-00409-DAD-BAM |
|---|---|

| PRESIDING DISTRICT JUDGE<br>DALE A. DROZD | GOVERNMENT'S ATTORNEYS<br>David Gappa and Ross Pearson | DEFENDANT'S ATTORNEY<br>Anthony Capozzi |
|---|---|---|
| TRIAL DATES<br>11/8/2017-11/15/2017 | COURT REPORTER<br>Rachael Espinoza and Karen Hooven | COURTROOM DEPUTY<br>Reneé Gaumnitz |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 11/8/17 |  |  |  |
| ✔ |  |  |  |  | **Britton Moore (designated as expert) sworn and testified** |
| 6 |  |  | ✔ |  | Demonstrative presentation on computers by Britton Moore |
| 2.1 |  |  |  | ✔ | ShareazaLE files downloaded to Lock-n-Stitch address |
| 3.1-3.7 |  |  |  | ✔ | Lock-n-Stitch search warrant photos |
| 1A |  |  |  | ✔ | Hard drive from Lock-n-Stitch |
| 1A.1 |  |  |  | ✔ | Forensic report created from 1A showing location of child pornography filed |
| 1A.3 |  |  |  | ✔ | Child pornography video from incomplete folder on 1A |
| 2 |  |  |  | ✔ | Network activity report (page 1 ONLY) |
| 1A.6 |  |  |  | ✔ | Screenshot of forensic report, list of 40 CP pics from 1A |
| 5.1-5.14 |  |  |  | ✔ | Ceres PD Burman Drive search warrant photos |
| 9 |  |  |  | ✔ | Netgear Ready NAS |
| 16 |  |  |  | ✔ | Computer tower from Garage |
| 18 |  |  |  | ✔ | Loose hard drive |
| 4 |  |  |  | ✔ | Defendant's Apple iPhone seized at Lock-n-Stitch |
| 17 |  |  |  | ✔ | Defendant's Apple iPhone (Model A1303) seized by Ceres PD at Burman Drive |
| 1A.4 |  |  |  | ✔ | Report on Shareaza Search Terms Extracted from 1A |
| 9.1 |  |  |  | ✔ | Screen shot PINKLAGOON with 2 shares |

| | | | | | |
|---|---|---|---|---|---|
| 9.3 | | | | ✔ | Folder structure for Exhibit 9 – Aurrora side |
| 9.4 | | | | ✔ | Report showing file paths for CP videos found on Exhibit 9 |
| 9.5 | | | | ✔ | CP Video |
| 9.2 | | | | ✔ | Folder structure for Exhibit 9 – Media side |
| 10.1-10.7 | | | | ✔ | FBI Burman Drive search warrant photos |
| 12 | | | | ✔ | Cannon Vixia Camcorder |
| 13.1-13.4 | | | | ✔ | Small Cameras from Garage |
| | | 11/9/17 | | | |
| ✔ | | | | | **Britton Moore completed testimony** |
| 1 | | | | ✔ | Computer tower from Lock-n-Stitch |
| 1A.7 | | | | ✔ | Screen shot from forensic software |
| 13 | | | | ✔ | Computer tower from garage |
| 14.1-14.3 | | | | ✔ | Additional cameras from garage |
| 19 | | | | ✔ | Angele Henry's cell phone seized by FBI at Burman Drive |
| 11 | | | | ✔ | Hanging macramé plant holder |
| 8 | | | | ✔ | Black computer tower from bathroom closet |
| ✔ | | | | | **A.T. sworn and testified** |
| 28.12 | | | | ✔ | conditionally admitted pursuant to Rule 104 |
| ✔ | | | | | **Arthur Lawrence Hively (designated as expert) sworn and testified** |
| 21 | | | | ✔ | Audio Interview of Defendant (transcript not) |
| | | 11/13/17 | | | |
| ✔ | | | | | **Arthur Lawrence Hively continued testimony** |
| 29.2 | | | | ✔ | Folder Structure of Aurrora share (kid subfolder) |
| 29.3 | | | | ✔ | Folder Structure of Aurrora share (no subfolder) |
| 29.4 | | | | ✔ | Folder Structure of Aurrora share (New folder aza, aza 1, aza2) |
| 29.1 | | | | ✔ | Folder Structure of Aurrora share |
| 22 | | | | ✔ | Video interview of Defendant |
| 23 | | | | ✔ | Miranda Waiver of Rights Form |
| 29.6 | | | | ✔ | Folder structure of Aurrora share (aza) |
| 31.1-31.3 | | | | ✔ | Access Data NTUSER.DAT reports |

| 33 | | | | ✔ | File Transfer Analysis Report |
|---|---|---|---|---|---|
| 33.1 | | | | ✔ | CP video- transferred from Exhibit 1A to Exhibit 9 |
| 26.2 | | | | ✔ | Video of defendant in Burman Drive Bathroom After Setting Up Camera |
| 26.3 | | | | ✔ | Video of defendant and Angele Henry Make Test Recording |
| 26.4 | | | | ✔ | Video of defendant Adjusting Camera in Burman Drive Bathroom |
| 27.1-27.6 | | | | ✔ | Videos |
| 27.11 | | | | ✔ | Video A.T. in Burman Drive bedroom |
| 28.1-28.10 | | | | ✔ | Screen Captures of A.T. |
| 26.5 | | | | ✔ | Screen Capture of video defendant and Angele Henry installing Curtain in Burman Drive bathroom |
| | | 11/14/17 | | | |
| ✔ | | | | | **Arthur Lawrence Hively continued testimony** |
| 26.5 | | | | ✔ | Screen Capture of video defendant and Angele Henry installing Curtain in Burman Drive bathroom |
| 26.6 | | | | ✔ | Video Defendant and Angele Henry test recording in Burman Drive bathroom |
| 27.7 | | | | ✔ | Video someone using shower in Burman Drive bathroom |
| 27.8 | | | | ✔ | Video A.T. changing clothes in Burman Drive bathroom |
| 27.10 | | | | ✔ | Video defendant looking at clothing in Burman Drive bathroom |
| 27.9 | | | | ✔ | Video A.T. changing clothes in Burman Drive bathroom |
| 28.11-28.13 | | | | ✔ | Photographs (deft Brady objection to 28.13) |
| 35.2 | | | | ✔ | Defendant and Angele exchange multimedia messages with photos of girls |
| 35.3 | | | | ✔ | Defendant and Angele discuss A.T. and another girl |
| 35.5 | | | | ✔ | Angele to Defendant MMS message with photo of A.T. |
| 36.2 | | | | ✔ | Guidance software forensic report on videos in Exhibit 16 (shows file paths) |
| 25.5 | | | | ✔ | Video of defendant setting up hidden video camera above shower at defendant's Fresno residence |
| 25.7 | | | | ✔ | Video of defendant setting up hidden video camera above shower at defendant's Fresno residence |
| 25.11 | | | | ✔ | Defendant setting up camera in shower at defendant's Fresno residence |
| 40.1 | | | | ✔ | ECF # 191  Amended Stipulation by the parties regarding facts |

| | | | | | |
|---|---|---|---|---|---|
| 34.1-34.7 | | | | ✔ | Folder structure charts showing location of A.T. videos and screen captures |
| ✔ | | | | | **Rebecca Lee Jackson sworn and testified (out of order)** |
| ✔ | | | | | **Arthur Lawrence Hively continued testimony** |
| | F | | ✔ | | Photo taken by FBI agents during search |
| | G | | ✔ | | Photo taken by FBI agents during search |
| | H | | | ✔ | Photo taken by FBI agents during search |
| | I | | ✔ | | Photo taken by FBI agents during search |
| | J-U | | | ✔ | Photos taken by FBI agents during search |
| | V | | ✔ | | Transcript Grand Jury Testimony |
| | C | | | ✔ | Extraction Report by Detective Phillip Weber (23 pages) |
| | | 11/15/17 | | | |
| ✔ | | | | | **Arthur Lawrence Hively completed testimony** |
| | E | | | ✔ | Weber Report, admitted by stipulation (101 pages) |
| | | | | | GOVERNMENT RESTS |
| | ✔ | | | | **Video testimony of David Silva played for jury by stipulation of the parties** |
| | ✔ | | | | **Gary Jack Reed sworn and testified** |
| | D | | | ✔ | Work Schedules |
| | A.1-E.1 | | | ✔ | Photographs admitted during video testimony of David Silva (added ".1" to each letter) |
| | ✔ | | | | **Louise Ann Reed sworn and testified** |
| | ✔ | | | | **Adam Alan Henry sworn and testified** |
| | ✔ | | | | **Robin R. Martin sworn and testified** |
| | | | | | DEFENDANT RESTS |
| ✔ | | | | | **Antonio Ruezga (surrebuttal) sworn and testified** |
| | | | | | GOVERNMENT RESTS |
| | | | | | DEFENDANT NO SURREBUTTAL |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |