CAED 435 (Rev. 03/15)

**United States District Court, Eastern District of California**

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

PLEASE Read Instruction Page (attached):

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Anthony P. Capozzi | whitney@capozzilawoffices.com | (559) 221-0200 | 11/20/2017 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 1233 W. Shaw Ave., Ste. 102 | Fresno | CA | 93711 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 1:13-CR-00409 | Drozd | 11. FROM 11/15/2017 | 12. TO 11/16/2017 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| USA v. Adam Alan Henry | 14. CITY Fresno | 15. STATE CA |

16. ORDER FOR
- [ ] APPEAL No. _____
- [ ] CRIMINAL
- [x] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Antonio Ruezga | 11/15/17 | Hooven |
| [ ] OPENING STATEMENTS | | | Rule 29 motion | 11/15/17 | Hooven |
| [x] CLOSING ARGUMENTS | 11/16/17 | Hooven | Motion to strike | 11/15/17, 11/16/17 | Hooven |
| [ ] JURY INSTRUCTIONS | | | Motion for mistrial | 11/15/17, 11/16/17 | Hooven |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/Anthony P. Capozzi | PROCESSED BY |
|---|---|
| 20. DATE 11/20/2017 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |