**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>ADAM ALAN HENRY,<br><br>　　　　　Defendant. | Case No.: 1:13-cr-00409-DAD-BAM<br><br>**EX PARTE REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE MOTIONS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 29(c) AND RULE 33(b); ORDER** |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

　　　　Defendant, Adam Alan Henry, by and through his attorney of record Anthony P. Capozzi, requests that the court extend the time in which to file post-trial motions pursuant to Federal Rules of Criminal Procedure 29(c) and 33(b).  Said request is based upon the Declaration of Anthony P. Capozzi.

### DECLARATION OF ANTHONY P. CAPOZZI

I, ANTHONY P. CAPOZZI, DECLARE:

　　　　1.　　I am the attorney of record for Defendant, Adam Alan Henry and represented him throughout this proceeding.

2. The jury returned a verdict of guilty on Count 1, Conspiracy, and Count 2, Receipt of Child Pornography, on November 17, 2017.

3. The defense has 14 days within which to file post-trial motions pursuant to Federal Rules of Criminal Procedure Rules 29 and 33. In this case, 14 days is December 1, 2017.

4. An important issue occurred on the last day of trial, November 16, 2017, whereby a former employee of the State of California, Stanislaus County Community Services Agency / Child and Family Services, testified that the Defendant made a statement "that his wife was not involved." The defense had been throughout the jury trial was that the Defendant's wife, not the Defendant, committed these crimes.

5. The Defendant had previously retained an attorney prior to making this statement to the Child and Family Services employee and refused to waive his Miranda Rights prior to making the statement.

6. A request has been made for a transcript of the proceeding however the completion of the transcript and the necessary research cannot be completed by December 1, 2017.

7. This attorney has spoken to Assistant United Stated Attorney Ross Pearson and has been advised that the Government does not object to an extension of time to January 8, 2018, in which to file post-trial motions.

8. It is respectfully requested that the defense be granted an extension of time to January 8, 2018, to file motions pursuant to Federal Rules of Criminal Procedure 29(c) and 33(b).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 20th day of November 2017, at Fresno, California.

Respectfully submitted,

By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Declarant

**ORDER**

Good cause having been shown, it is hereby ORDERED that the time in which to file post-trial motions pursuant to Federal Rules of Criminal Procedure 29(c) and 33(b) be extended to January 8, 2018.  *See* Fed. Rule Crim. P. 45(b); *see also* Advisory Committee Notes to Fed. Rules Crim. P. 29 and 33.

IT IS SO ORDERED.

Dated: __**November 27, 2017**__     _____/s/ Dale A. Drozd_____
                                    UNITED STATES DISTRICT JUDGE