CAED 435
(Rev. 03/15)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Anthony P. Capozzi | 2. EMAIL<br>whitney@capozzilawoffices.com | 3. PHONE NUMBER<br>(559) 221-0200 | 4. DATE<br>12/1/2017 |
|---|---|---|---|

| 5. MAILING ADDRESS<br>1233 W. Shaw Ave., Ste. 102 | 6. CITY<br>Fresno | 7. STATE<br>CA | 8. ZIP CODE<br>93711 |
|---|---|---|---|

| 9. CASE NUMBER<br>1:13-CR-00409 | 10. JUDGE<br>Drozd | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. FROM 11/16/2017 | 12. TO 11/16/2017 |

| 13. CASE NAME   USA v. Adam Alan Henry | LOCATION OF PROCEEDINGS |
|---|---|
| | 14. CITY Fresno | 15. STATE CA |

**16. ORDER FOR**

| ☐ APPEAL No. _____ | ☐ CRIMINAL | ☑ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☐ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | | | |
| ☐ OPENING STATEMENTS | | | | | |
| ☑ CLOSING ARGUMENTS | 11/16/17 | Hooven | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

**18. ORDER**          (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☑ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19 & 20)<br>By signing below, I certify I will pay all charges (deposit plus additional). | ESTIMATE TOTAL |
|---|---|

| 19. SIGNATURE<br>/s/Anthony P. Capozzi | PROCESSED BY |
|---|---|
| 20. DATE<br>12/1/2017 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |

| DEPOSIT PAID | | DEPOSIT PAID | |
|---|---|---|---|
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |