**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ADAM ALAN HENRY,<br><br>            Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND [PROPOSED] ORDER** |

**TO:   THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, hereby requests that Exhibit A – Report of Mark Lucas, Exhibit B – Stanislaus County Superior Court Case Index, Exhibit C – Child Protect Services Report from November 2013, Exhibit D – *People of the State of New York v. Greene* Opinion, Exhibit E – Government Trial Exhibits 28.1-28.13, and Exhibit F – Report of Detective Hively, to the Motion for Judgement of Acquittal Pursuant to Rule 29(c) and Motion for New Trial Pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure be filed under seal with a copy being served upon the United States Attorney.

1  This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

Exhibits A – F to the Motion for Judgement of Acquittal Pursuant to Rule 29(c) and Motion for New Trial Pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure, be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:  January 8, 2018   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY

**ORDER**

For reasons set forth above, the Defendants request to have Exhibit A – Report of Mark Lucas, Exhibit B – Stanislaus County Superior Court Case Index, Exhibit C – Child Protect Services Report from November 2013, Exhibit D – *People of the State of New York v. Greene* Opinion, Exhibit E – Government Trial Exhibits 28.1-28.13, and Exhibit F – Report of Detective Hively, to the Motion for Judgement of Acquittal Pursuant to Rule 29(c) and Motion for New Trial Pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure be filed Under Seal is hereby granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated: 

Honorable David A. Drozd
United States District Court Judge