| | |
|---|---|
| 1 | **ANTHONY P. CAPOZZI, CSBN: 068525** |
| | **LAW OFFICES OF ANTHONY P. CAPOZZI** |
| 2 | 1233 W. SHAW AVE., SUITE 102 |
| | FRESNO, CALIFORNIA 93711 |
| 3 | PHONE: (559) 221-0200 |
| | FAX: (559) 221-7997 |
| 4 | EMAIL: Anthony@capozzilawoffices.com |
| | www.capozzilawoffices.com |
| 5 | |
| 6 | ATTORNEY FOR Defendant, |
| | ADAM ALAN HENRY |
| 7 | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409-DAD-BAM |
| Plaintiff, | |
| v. | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER GRANTING REQUEST IN PART** |
| ADAM ALAN HENRY, | |
| Defendant. | |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, hereby requests that Exhibit A – Report of Mark Lucas, Exhibit B – Stanislaus County Superior Court Case Index, Exhibit C – Child Protect Services Report from November 2013, Exhibit D – *People of the State of New York v. Greene* Opinion, Exhibit E – Government Trial Exhibits 28.1-28.13, and Exhibit F – Report of Detective Hively, to the Motion for Judgement of Acquittal Pursuant to Rule 29(c) and Motion for New Trial Pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

Exhibits A – F to the Motion for Judgement of Acquittal Pursuant to Rule 29(c) and Motion for New Trial Pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure, be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated: January 8, 2018 By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY

**ORDER**

For reasons set forth above, counsel for defendant Henry has requested that Exhibit A – Report of Mark Lucas, Exhibit B – Stanislaus County Superior Court Case Index, Exhibit C – Child Protect Services Report from November 2013, Exhibit D – *People of the State of New York v. Greene* Opinion, Exhibit E – Government Trial Exhibits 28.1-28.13, and Exhibit F – Report of Detective Hively, to the defendant's Motion for Judgement of Acquittal Pursuant to Rule 29(c) and Motion for New Trial Pursuant to Rule 33(a) of the Federal Rules of Criminal Procedure be filed Under Seal. The request is supported only by counsel's statement that "[t]he conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights." To the extent that this statement is a claim that each of the exhibits in question reflects confidential and sensitive information that should be filed under seal, it is sufficient only as to Exhibits C and E. As to those exhibits the request is granted and they may be filed under seal with a copy being served upon the government. However, with respect to Exhibits A, B, D & F, the request for sealing is denied without prejudice. Exhibit B is a docket of a state court proceeding and Exhibit D is a copy of a state court decision published by Westlaw. It would not appear that these exhibits could be

properly filed under seal. Exhibits A and F are law enforcement reports which do not appear to the court to reflect sensitive or confidential information. If they do, defendant has made no showing that redaction, as opposed to filing of the entire document under seal, would be insufficient to protect whatever privacy interests are implicated by the filing of the documents on the public record.

Accordingly, the request to file Exhibits A through F under seal in their entirety is granted in part and denied in part, without prejudice.

IT IS SO ORDERED.

Dated: **January 9, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE