**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br><br>ADAM ALAN HENRY,<br><br>    Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br>**MOTION TO PRODUCE SCREENSHOT IMAGES LABELED GOVERNMENT'S TRIAL EXHIBIT NUMBER 28.13 PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 16(a)(1)(E)**<br><br>Date: January 29, 2018<br>Time: 10:00 a.m.<br>Court: 5 |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

  Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, hereby requests that the Government produce the screenshot image and any police reports regarding Government's Trial Exhibit 28.13.

  Rule 16(a)(1)(E) states:

///

///

///

Rule 16. Discovery and Inspection
(a) GOVERNMENT'S DISCLOSURE.
    (1) *Information Subject to Disclosure.*
        (E) *Documents and Objects*. Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:
            (i) the item is material to preparing the defense;
            (ii) the government intends to use the item in its case-in-chief at trial; or
            (iii) the item was obtained from or belongs to the defendant.

Accordingly, the Defendant requests that said discovery be produced forthwith.

Respectfully submitted,

Dated:    January 10, 2018    By:  */s/Anthony P. Capozzi*
                                                ANTHONY P. CAPOZZI
                                                Attorney for ADAM ALAN HENRY