**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br><br>ADAM ALAN HENRY,<br><br>        Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br>**MOTION TO CONTINUE SENTENCING HEARING OF MARCH 5, 2018, SET EVIDENTIARY HEARING, AND REQUEST THAT GOVERNMENT PRODUCE WITNESSES**<br><br>Date: January 29, 2018<br>Time: 10:00 a.m.<br>Court: 5 |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, moves this court to continue the Sentencing date of March 5, 2018, and schedule an Evidentiary Hearing for March 5, 2018, to determine whether testimony of Jose Antonio Ruezga violated the Defendant's rights to due process.

It is requested that the following Government witnesses be produced:

1. Special Agent Mark Lucas, FBI;

2. Detective Arthur Hively, Ceres Police Department;

3. Detective Britton Moore, Ceres Police Department;

4. Jose Antonio Ruezga, former Stanislaus County Social Worker.

Respectfully submitted,

Dated: January 10, 2018  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY