**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM | 12. TO |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY | 15. STATE |

16. ORDER FOR
- APPEAL No.                  CRIMINAL                         CRIMINAL JUSTICE ACT                  BANKRUPTCY
- NON-APPEAL           - CIVIL                      - IN FORMA PAUPERIS                  - OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | TGRQTVGT | HEARINGS | DATE(S) | TGRQTVGT" |
|---|---|---|---|---|---|
| - ENTIRE TRIAL | | | OTHER (Specify Below) | | |
| O   JURY SELECTION | | | | | |
| O   OPENING STATEMENTS | | | | | |
| C   CLOSING ARGUMENTS | | | | | |
| C   JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER          (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | - | - | NO. OF COPIES | | |
| 14-Day | - | - | NO. OF COPIES | | |
| EXPEDITED | - | - | NO. OF COPIES | | |
| DAILY | - | - | NO. OF COPIES | | |
| HOURLY | - | - | NO. OF COPIES | | |
| REALTIME | - | - | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | |
|---|---|---|
| 19. SIGNATURE | PROCESSED BY | |
| 20. DATE | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |