| CAED 435<br>(Rev. 03/15) | United States District Court, Eastern District of California | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE | |
|---|---|---|---|---|
| 5. MAILING ADDRESS | | 6. CITY | 7. STATE | 8. ZIP CODE |
| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | | |
| | | 11. FROM | 12. TO | |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY | 15. STATE | |

16. ORDER FOR
- ˃ APPEAL No.           CRIMINAL                    CRIMINAL JUSTICE ACT            BANKRUPTCY
- ˃ NON-APPEAL        ˃ CIVIL                        ˃ IN FORMA PAUPERIS            ˃ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | TGRQTVGT | HEARINGS | DATE(S) | TGRQTVGT" |
|---|---|---|---|---|---|
| ˃ ENTIRE TRIAL | | | OTHER (Specify Below) | | |
| O  JURY SELECTION | | | | | |
| O  OPENING STATEMENTS | | | | | |
| C  CLOSING ARGUMENTS | | | | | |
| C  JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER           (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ˃ | ˃ | NO. OF COPIES | | |
| 14-Day | ˃ | ˃ | NO. OF COPIES | | |
| EXPEDITED | ˃ | ˃ | NO. OF COPIES | | |
| DAILY | ˃ | ˃ | NO. OF COPIES | | |
| HOURLY | ˃ | ˃ | NO. OF COPIES | | |
| REALTIME | ˃ | ˃ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).     ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| 20. DATE | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |