**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No.: 1:13-CR-00409-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING**<br><br>**Date: January 29, 2018**<br>**Time: 10:00 a.m.**<br>**Court: 5**<br>**Hon. David A. Drozd** |

     Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

     1.    By previous request a motions hearing was set for January 29, 2018, at 10:00 a.m.

     2.    By this stipulation, Defendant now moves to continue the motions hearing to **February 12, 2018, at 10:00 a.m.** Plaintiff does not oppose this request.

     3.    The parties agree and stipulate, and request that the Court find the following:

          a.    Additional time is needed for the Government to contact and verify information with case agent's currently outside of California.

          b.    The government does not object to the continuance.

1
STIPULATION AND ORDER TO CONTINUE
CASE NO.: 1:13-CR-00409 DAD

|   |   |   | Respectfully submitted, |
|---|---|---|---|

Dated: January 25, 2018    By: */s/David L. Gappa*
                                                        DAVID L. GAPPA
                                                        Assistant United States Attorney

                                                        Respectfully submitted,

Dated: January 25, 2018    By: */s/Anthony P. Capozzi*
                                                        ANTHONY P. CAPOZZI
                                                        Attorney for ADAM ALAN HENRY

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause. The motion to continue and motion produce discovery hearing currently set for January 29, 2018, is now continued to **February 12, 2018, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **January 25, 2018**                     /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE