1

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. DALE A. DRODZ

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:13-CR-409 DAD |
| | ) TRIAL DAY 3 |
| ADAM ALAN HENRY, | ) A.T. Testimony |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Fresno, California                    THURSDAY, NOVEMBER 9, 2017

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES OF COUNSEL:

For the Government:     **DAVID GAPPA and ROSS PEARSON**
                        Assistant U.S. Attorneys
                        2500 Tulare Street, Suite 4401
                        Fresno, CA 93721-1331


For the Defendant:      **ANTHONY CAPOZZI**
                        LAW OFFICE OF PATRICK CAPOZZI
                        1233 W. Shaw Avenue, Suite 102
                        Fresno, CA 93711-3718


REPORTED BY:  RACHAEL ESPINOZA, CSR #13815
Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

1                                  INDEX

2

3    EXAMINATION                                                    PAGE

4    DIRECT EXAMINATION BY MR. PEARSON                                 3

5    CROSS-EXAMINATION BY MR. CAPOZZI                                  7

6    REDIRECT EXAMINATION BY MR. PEARSON                              14

7    RECROSS-EXAMINATION BY MR. CAPOZZI                               15

8

9    GOVERNMENT'S EXHIBITS

10      NO.       DESCRIPTION                                        PAGE

11      28.12     Photograph of A.T.                                    7

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1  THURSDAY, NOVEMBER 9, 2017              Fresno, California
 2  3:29 p.m.
 3          THE COURT:  Government's next witness?
 4          MR. PEARSON:  The Government calls AT.
 5          COURTROOM DEPUTY:  Remain standing and raise your
 6  right hand to be sworn.  After I administrator the oath,
 7  please affirm by saying "I do."
 8                          ---oOo---
 9                            A.T.,
10             having been first duly sworn, was
11             examined and testified as follows:
12          COURTROOM DEPUTY:  Please have a seat.
13                     DIRECT EXAMINATION
14  BY MR. PEARSON:
15  Q.  Good afternoon.  Will you please say just your first name?
16  A.  ▇.
17  Q.  ▇, how old are you today?
18  A.  I'm 19.
19  Q.  So in 2012, how old were you?
20  A.  I'd be 14.
21  Q.  And 2013, I'm guessing you would have been 15?
22  A.  Correct.
23  Q.  Are you in school?
24  A.  Yes.
25  Q.  Where do you go to school?
```

1   **A.**   CSU Stanislaus.
2   **Q.**   And that's California State University?
3   **A.**   Yes.
4   **Q.**   What are you studying?
5   **A.**   I'm studying -- I'm majoring in liberal studies.
6   **Q.**   Do you know Adam Henry?
7   **A.**   Yes.
8   **Q.**   How do you know him?
9   **A.**   He was friends with my dad through work.
10  **Q.**   So how long have you known him?
11  **A.**   I do not remember meeting him for the first time, but
12  before I was 14.  I've known him for a while.
13  **Q.**   Okay.  What type of interactions would you have with
14  Adam Henry?
15  **A.**   Mostly just, I would go over to their house and babysit
16  their kids.
17          And I would help Angele with Art in the Park.  And
18  then I'd have dinner with them sometimes, or we'd go over with
19  my family and we'd have dinner.
20  **Q.**   Did you also know Angele Henry?
21  **A.**   Yes, I did.
22  **Q.**   Did you know her through Adam?
23  **A.**   Yes.
24  **Q.**   What type of interactions did you have with her?
25  **A.**   I'd help her with Art in the Park, and then I'd hang out

1 with her at the house after Art in the Park, and hanging out
2 with the kids and do arts and crafts and stuff like that.
3       MR. CAPOZZI:  Ross, have her speak into the
4 microphone.
5       THE COURT:  Ma'am, could I ask you to pull that
6 microphone a little bit closer to you, or you to just scoot up
7 a little bit so you're a little bit closer to it so the sound
8 system picks you up better.  Thank you.
9       THE WITNESS:  Yeah.
10 BY MR. PEARSON:
11 **Q.**  Was there ever a time that the Defendant -- the Defendant
12 gave you a shoulder massage?
13 **A.**  Uh-huh, yes.
14 **Q.**  Can you describe that.
15 **A.**  So I would be playing on the computer on, like, Facebook
16 games or something like that.  And my back would start to
17 hurt.  So I'd kind of, like, move my shoulders a little bit.
18 And he'd come up behind me and massage my shoulders.  And it'd
19 make me uncomfortable, so I'd sit there and go, Well, it's
20 okay.  And shrug him off.
21 **Q.**  Did this happen more than once?
22 **A.**  Yes.
23 **Q.**  Approximately, how old were you when this happened?
24 **A.**  Probably about 14.
25 **Q.**  Now, at some point were you told that there were pictures

1   of you on a computer at Adam Henry's house?
2   **A.**   After he was arrested and stuff.
3   **Q.**   Okay.  Were you asked to identity one of the pictures?
4   **A.**   Yes.
5   **Q.**   I'm going to show you what's been marked but not admitted
6   as Government's Exhibit 28.12.  Do you recognize that exhibit?
7   **A.**   Yes, that's me.
8   **Q.**   Do you know where this picture was taken?
9   **A.**   In the front bathroom of their house.
10  **Q.**   And did you know you were being photographed?
11  **A.**   Nope.
12              MR. PEARSON:  I have nothing further.
13              MR. CAPOZZI:  I'm sorry?  No more?  Okay.
14              THE COURT:  Hold on one moment.
15              MR. PEARSON:  Your Honor, under Rule 104, we would
16  move to conditionally admit this exhibit subject to foundation
17  being laid for it with the following witness.
18              THE COURT:  Any objection to the conditional
19  admission?
20              MR. CAPOZZI:  I didn't hear a thing.
21              MR. PEARSON:  We move to conditionally admit
22  Exhibit 28.12 subject to its foundation being laid with the
23  following witness.
24              MR. CAPOZZI:  Okay.  And that was one of the
25  screenshots we were talking about?

1       MR. PEARSON:  Yes.
2       MR. CAPOZZI:  No problem.
3       THE COURT:  It was one of the photographs?
4       MR. CAPOZZI:  Yes.
5       THE COURT:  28.12.
6       MR. CAPOZZI:  That's fine.
7       THE COURT:  Any objection?
8       MR. CAPOZZI:  No.
9       THE COURT:  28.12 is conditionally admitted.
10    (Government's Exhibit 28.12 was admitted into evidence
11 conditionally.)
12      THE COURT:  Anything further?
13      MR. PEARSON:  Move to publish.
14      THE COURT:  You're requesting publicly --
15      MR. PEARSON:  Yes, Your Honor.
16    (Exhibit 28.12 published to jury.)
17      MR. PEARSON:  Nothing further.
18      THE COURT:  Cross-examination?
19      MR. CAPOZZI:  Yes.  Thank you, Judge.
20                    **CROSS-EXAMINATION**
21 BY MR. CAPOZZI:
22 **Q.** Good afternoon, hi.  I represent Adam Henry.
23      Your relationship was mostly with Angele Henry; was
24 it not?
25 **A.** Right, correct.

1   Q.  Were you pretty -- try to speak into this.
2   A.  Sorry.
3           Yes.
4   Q.  Thank you.
5           Were you pretty close to her?
6   A.  Yes.
7   Q.  And did she -- when she interacted with you, was it like
8   she was a 14-year old?
9   A.  Yeah.
10  Q.  Okay.  Did you have any classes with her, go to any things
11  that she had, like --
12  A.  I went to the Art in the Park with her that she had, yeah.
13  Q.  That's what I'm referring to.
14          Tell me about the Art in the Park.  What is this?
15  A.  She would teach, like, little kids how to draw and stuff
16  like that, and I would just go to help her out and, like, help
17  carry the art supplies and stuff.
18  Q.  When would she do that?  In the afternoons?
19  A.  No.  It would be, like, mid-morning.  So, like,
20  ten o'clock-ish.
21  Q.  Summertime?
22  A.  Oh, yeah.
23  Q.  Okay.  And then, she would come by your house and pick you
24  up and take you there?
25  A.  Yes.

1  **Q.** Okay.  Were your mom and dad aware of it?
2  **A.** Yes.
3  **Q.** Did you see any problem with that?
4  **A.** No.
5  **Q.** Okay.  And then, one day did you come back to the house,
6  Adam and Angel's house?
7  **A.** Uh-huh.
8  **Q.** And then she showed you some corsets and renaissance
9  clothing?
10 **A.** Yes.
11 **Q.** Okay.  What was her interest in that, and your interest?
12 Why would that happen?
13 **A.** She was talking about taking me to a renaissance fair and
14 stuff like that with the family.  So she was, like, "Oh, this
15 is what they, kind of, wear.  This is what they dress up as."
16 **Q.** Did you --
17 **A.** So --
18 **Q.** -- go into her bedroom and try on some of the clothes?
19 **A.** Yes.
20 **Q.** Were you aware that you were being videotaped?
21 **A.** No.
22 **Q.** Tell us what happened in the bedroom.  Described what
23 happened.
24 **A.** She pulled out a bunch of different corsets.  And I was
25 just trying them on because she thought that maybe she would

1  have an old one, that would it fit me.
2  **Q.** Was this something you were going to wear at some
3  renaissance fair?
4  **A.** Uh-huh.
5  **Q.** Did you guys ever go to one?
6  **A.** No.
7  **Q.** No, okay.
8      Did you feel uncomfortable trying on those clothes?
9  **A.** At the time, no, I didn't see anything wrong with it.
10 **Q.** How often would you and Angele text each other?
11 **A.** I don't remember.
12 **Q.** Do you still have that same phone?
13 **A.** I have the same phone number.
14 **Q.** If I read you --
15 **A.** Uh-huh.
16 **Q.** -- that telephone number, would you tell me if this is it?
17 **A.** Uh-huh.
18 **Q.** 277-0087.
19 **A.** Yes, that's my telephone number.
20 **Q.** That's -- oh, okay.
21     How often in a day would you contact Angele, and how
22 often would she contact you?
23 **A.** I don't recall.
24 **Q.** Okay. How many times -- did you text Angele Henry?
25 **A.** I probably did, yeah, about Art in the Park, or if I was

1  going to babysit the kids.  But I don't remember how often.
2  **Q.**  Did she text you back --
3  **A.**  Yeah.
4  **Q.**  -- a lot?
5         How many times did you text Adam Henry?  If you
6  recall?
7  **A.**  I don't recall.
8  **Q.**  Did you ever talk to Adam Henry on the telephone?
9  **A.**  I think once or twice, like when we were at the store
10 getting food or something like that.
11 **Q.**  You said that Adam rubbed your shoulders?
12 **A.**  Yes.
13 **Q.**  You were working on the computer?
14 **A.**  Uh-huh.
15 **Q.**  At Adam's house?
16 **A.**  Yes.
17 **Q.**  Which computer was it, was it in the living room?
18 **A.**  No.  It was in the room right off from the entryway.
19 **Q.**  Was that Angele's room?
20 **A.**  Yeah.
21 **Q.**  Okay.  How many computers are in there?
22 **A.**  There was two, if I recall correctly.
23 **Q.**  Was Angele in a room?
24 **A.**  Yes.
25 **Q.**  Okay.  And isn't the fact that her shoulders were hurting

1  and he was rubbing her shoulders?
2  **A.**  I don't recall.
3  **Q.**  And from there Angele's shoulders were hurting, and then
4  did you say anything about your shoulders?
5  **A.**  No, I said nothing about my shoulders.
6  **Q.**  You don't remember saying anything?
7  **A.**  No.
8  **Q.**  What did he do, just come over and massage your shoulders?
9  **A.**  Uh-huh.
10 **Q.**  Was it a long time?
11 **A.**  Yeah -- well, I would get uncomfortable, and I'd kind of
12 shrug it off.
13 **Q.**  So was it pretty quick?
14 **A.**  Yeah, it was pretty quick.
15 **Q.**  Okay.  When you first met Adam, was it at the
16 Lock-N-Stitch office where your dad was working?
17 **A.**  I don't recall the first time I met Adam.
18 **Q.**  Did you go to Lock-N-Stitch to see your dad at work?
19 **A.**  Uh-huh.
20 **Q.**  Do you remember seeing Adam there?
21 **A.**  No, because my dad worked in the front office, and he
22 worked in the back.
23 **Q.**  In the back, okay.
24         Did you and your family visits the Henries and have
25 dinner there?

1  **A.**  Yes.
2  **Q.**  Was it very often?
3  **A.**  I don't recall if it was very often, but I do remember
4  going over there and having dinner as a whole family.
5  **Q.**  Were you ever alone with Adam in the house?
6  **A.**  In the house, no.
7  **Q.**  No.
8       Were you ever alone with Adam somewhere else?
9  **A.**  Yeah.
10 **Q.**  Tell us.
11 **A.**  I can't remember, like, if he picked me up or what had
12 happened.  But we went to KFC once and got, like, root beer,
13 and then went back to the house with Angele and the kids.
14 **Q.**  Were your parents there?
15 **A.**  No.
16 **Q.**  Did anything unusual happen there?
17 **A.**  No.
18 **Q.**  Most of your interaction was with Angele Henry, was it
19 not?
20 **A.**  Correct.
21      MR. CAPOZZI:  If I can have a moment, Judge.
22      THE COURT:  Yes.
23 BY MR. CAPOZZI:
24 **Q.**  Do you remember when that video was taken in the bedroom
25 trying on the corset?

```
1   A.   I don't remember a specific day, but I remember being in
2   the room and stuff like that, yeah.
3   Q.   Was Adam Henry there?
4   A.   No -- wait.
5   Q.   Do you know if he was at work --
6   A.   I don't remember if he was there or not.
7   Q.   That's fine.
8            Do you remember coming from Art in the Park and going
9   to the house to try these on?
10  A.   Yeah.
11           MR. CAPOZZI:  Thank you very much.
12           THE COURT:  Any redirect?
13           MR. PEARSON:  Briefly.
14                       REDIRECT EXAMINATION
15  BY MR. PEARSON:
16  Q.   ▮▮▮▮▮▮, did you talk to Angele about going to the
17  renaissance fair?
18  A.   Yes.
19  Q.   And was Adam there when you were talking to her about it?
20  A.   Yes.
21  Q.   What did she say about Adam?
22  A.   That he -- that they had gone before and how he had, like,
23  a specific shirt that he would wear.
24  Q.   Okay.
25  A.   And -- to go to the renaissance fairs.
```

```
1    Q.  Did she say anything else about him?
2    A.  How about he looked good in it.
3            MR. CAPOZZI:  Hearsay.
4            THE COURT:  Sustained.
5            MR. CAPOZZI:  And ask that the prior statement be
6    stricken.
7            THE COURT:  Too late.
8    BY MR. PEARSON:
9    Q.  So Adam went to the fair with Angele?
10   A.  Yeah, as far as I know.
11           MR. PEARSON:  I have nothing further, Your Honor.
12           THE COURT:  Any recross?
13           MR. CAPOZZI:  Just one quick question.
14                      RECROSS-EXAMINATION
15   BY MR. CAPOZZI:
16   Q.  At the Art in the Park with Angele, was Adam Henry ever
17   there for that?
18   A.  No.
19           MR. CAPOZZI:  Thank you.  No more questions.
20           THE COURT:  Any re-redirect?
21           MR. PEARSON:  No, Your Honor.
22           THE COURT:  May the witness be excused?
23           MR. PEARSON:  Yes, Your Honor.
24           THE COURT:  Thank you very much.
25       (The testimony of A.T. was concluded at 3:43 p.m.)
```

```
 1   STATE OF CALIFORNIA      )
                              )
 2   COUNTY OF FRESNO         )

 3

 4        I, RACHAEL ESPINOZA, Certified Shorthand Reporter, do

 5   hereby certify that the foregoing pages comprise a true, full

 6   and correct transcript of my shorthand notes and the

 7   proceedings had upon the hearing of the above-entitled matter.

 8        Date:   January 27, 2018
```

_____

RACHAEL ESPINOZA, CSR No. 13815