1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. DALE A. DRODZ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:13-CR-409 DAD |
| ) | Excerpt from Trial Day 5 |
| ADAM ALAN HENRY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Fresno, California          TUESDAY, NOVEMBER 14, 2017

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES OF COUNSEL:

For the Government:     **DAVID GAPPA and ROSS PEARSON**
                        Assistant U.S. Attorneys
                        2500 Tulare Street, Suite 4401
                        Fresno, CA 93721-1331

For the Defendant:      **ANTHONY CAPOZZI**
                        LAW OFFICE OF PATRICK CAPOZZI
                        1233 W. Shaw Avenue, Suite 102
                        Fresno, CA 93711-3718

REPORTED BY:  RACHAEL ESPINOZA, CSR #13815
Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

```
    TUESDAY, NOVEMBER 14, 2017                    Fresno, California
    1:30 p.m.
        (The following excerpt of testimony was given before the
    Court, counsel, parties and the jury:)
 5  BY MR. GAPPA:
 6      Q.   Detective Hively, let me next show you what's been
 7  marked as Government's 28.11, 28.12, and 28.13.  Do you see
 8  these as they are shown to you?
 9      A.   Yes, sir.
10      Q.   Do you recognize them?
11      A.   I do.
12      Q.   What are they?
13      A.   They are, again, screen captures of A.T. while
14  she's in the restroom at the Burman Drive address.
15      Q.   So we're clear on this, again, when you say
16  "they're screen captures," did you find them somewhere on any
17  device that you examined?
18      A.   Yes.  In the same location as the others, 28.1
19  through 28.10.
20      Q.   Where specifically was that?
21      A.   On Exhibit 9 in the folder path, "Personal, not
22  okay, misc., people, A.T." And the last folder was "PICS."
23      Q.   So just to be clear, did you create these three
24  screen captures?
25      A.   No.  I located those in my folder.
```

```
 1            MR. GAPPA:  Your Honor, I'd ask those be admitted
 2   as 28.1, 28.2, 23.3 -- -13.
 3            MR. CAPOZZI:  I'll object as to 28.13.  I don't
 4   object to 28.11 and 28.12.  But I do object to 28.13 as being
 5   not found on the -- any files.  This is -- I'm just going to
 6   object.  I'll later on explain more to the Court.
 7            THE COURT:  Well, the witness has testified as to
 8   where he claims to have found this photo.
 9            MR. CAPOZZI:  And --
10            THE COURT:  You can cross-examine him.  What's the
11   basis for the objection?  You want to approach?
12            MR. CAPOZZI:  Yeah.
13       (Sidebar held.)
14            THE COURT:  I must say that 28.13 does not appear
15   to be A.T. to me.
16            MR. CAPOZZI:  All right, then.  Look, I just -- do
17   you have it there?
18            That's not, because we weren't supplied this, to be
19   honest with you.  Hold on.  We were given 12 snapshots of two
20   girls in the bathroom.  That was it.  I don't know who this
21   is.
22            THE COURT:  As opposed to?
23            MR. CAPOZZI:  Yeah, yeah.  There's two of those
24   like that.
25            Yeah, another.  Yeah, no.  There's one more.  One
```

```
 1   more.  Yeah, those two.
 2           THE COURT:  I must admit, when I looked at this I
 3   thought it was somebody else.
 4           MR. GAPPA:  Your Honor, what we can do is, show the
 5   video, that that --
 6           THE COURT:  It is her?
 7           MR. GAPPA:  Yeah.
 8           THE COURT:  It is?
 9           MR. CAPOZZI:  Who is it?
10           MR. GAPPA:  A.T.
11           MR. CAPOZZI:  That's A.T.  We were never given this
12   one, I can tell you that.  You've got 1-10 in the bedroom,
13   two in the bathroom, that's why I'm stunned when I saw this.
14           MR. GAPPA:  But it was in your binder.
15           THE COURT:  It's been in my exhibit binder all
16   along.  I saw it a while ago.
17           MR. CAPOZZI:  It has -- I didn't look at that one.
18           Again, there were 12.
19           THE COURT:  The defense is objecting to the ground
20   that they weren't provided this in discovery.  What do you
21   say?
22           MR. GAPPA:  They were.
23           MR. CAPOZZI:  Where?
24           THE COURT:  Well --
25           MR. CAPOZZI:  Where?
```

| | |
|---|---|
| 1 | MR. GAPPA:  I mean, among other places, it's in the |
| 2 | exhibit binder. |
| 3 | MR. CAPOZZI:  Well, now it is. |
| 4 | THE COURT:  Was it turned over in discovery? |
| 5 | MR. GAPPA:  It's in the -- |
| 6 | MR. CAPOZZI:  Where was this in discovery?  In his |
| 7 | report he says there's 12 snapshots in the -- just ten in the |
| 8 | bath -- bedroom, and ten in the -- two in the bathroom.  Not |
| 9 | that one.  Remember the motion in limine for submitted of all |
| 10 | of snapshots, that wasn't in there. |
| 11 | MR. GAPPA:  Your Honor, I can pull up our discovery |
| 12 | file. |
| 13 | MR. CAPOZZI:  I'd like to see that. |
| 14 | MR. GAPPA:  We provided all of the electronic |
| 15 | copies of these particular video images and videos in our |
| 16 | drive, so -- |
| 17 | THE COURT:  The defense preserves their objection |
| 18 | on the ground of *Brady*, B-R-A-D-Y, you can either stick by -- |
| 19 | hear your desire to move this into evidence despite that |
| 20 | objection.  If it turns out that Mr. Capozzi establishes that |
| 21 | this was never provided in discovery, then you've got a |
| 22 | problem that you're going to have to deal with.  Frankly, I'm |
| 23 | not sure. |
| 24 | MR. CAPOZZI:  It's in the binder here. |
| 25 | THE COURT:  I'm not sure about -- why a lot of this |

```
 1   evidence is coming in.  Beats the heck out of me.
 2       (End of sidebar.)
 3           THE COURT:  Which exhibits are -- is the Government
 4   now moving into evidence?
 5           MR. GAPPA:  Thank you, Your Honor.  It's 28.11,
 6   28.12, 28.13.
 7           THE COURT:  And does the --
 8           MR. CAPOZZI:  I object to -13, Judge.
 9           THE COURT:  All right.  And the Court will admit
10   all three exhibits noting Defendant's objection, and the
11   basis for that objection as stated at sidebar.
12           MR. GAPPA:  Thank you, Your Honor.  And then
13   permission to publish.
14           THE COURT:  You may.
15           MR. GAPPA:  If we can go first to 28.11.
16           Then 28.12.
17           And then 28.13.
18           And if we can take that down.
19       (The end of excerpt at 1:36 p.m.)
20           I, RACHAEL ESPINOZA, Certified Shorthand Reporter,
21   do hereby certify the foregoing transcript as true and
22   correct.
23
24   DATED:  2nd of February, 2018        /s/ Rachael Espinoza
                                          RACHAEL ESPINOZA, CSR
25                                        Certificate No. 13815
```

6