McGREGOR W. SCOTT
United States Attorney
DAVID GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-0409-AWI |
|---|---|
| Plaintiff, | GOVERNMENT RESPONSE TO REQUEST FOR ADDITIONAL EVIDENTIARY HEARING |
| v. | DATE: February 12, 2018 |
| ADAM ALAN HENRY, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

The defendant moved on January 10, 2018, that the court continue the sentencing hearing and instead conduct another evidentiary hearing that that would revisit the court's earlier rulings on the testimony of government rebuttal witness Antonio Ruezga. The government objects to the defense request, because the court conducted an evidentiary hearing on November 15, 2017, shortly after the rebuttal witness testified before the trial jury. The court then made a legally correct ruling that denied the defense motion to strike Ruezga's testimony. Docket Entry 230. The defense then renewed its motion, and supplemented the record with additional documents, the next day. The court amended its initial ruling but again concluded that Ruezga was neither a law enforcement officer nor acting as an agent of law enforcement. Instead, the questions he asked the defendant were for purposes of an interview for Stanislaus County Child Protective Service, a civil agency with a mission different than law enforcement. Docket Entries 231, 235.

///

The defendant has not developed any new or different facts that undermine the court's rulings, nor has the defendant shown that there is any realistic possibility that he could elicit any additional facts that would support a different conclusion.   The government objects to revisiting this issue for a third time.

Dated:  February 6, 2018

McGREGOR W. SCOTT
United States Attorney

By:  /s/ DAVID GAPPA
DAVID GAPPA
ROSS PEARSON
Assistant United States Attorneys