McGREGOR W. SCOTT
United States Attorney
DAVID GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-0409-AWI |
| Plaintiff, | GOVERNMENT RESPONSE TO MOTION TO PRODUCE PREVIOUSLY-PROVIDED EVIDENCE |
| v. | |
| ADAM ALAN HENRY, | DATE: February 12, 2018 TIME: 10:00 a.m. COURT: Hon. Dale A. Drozd |
| Defendant. | |

The defendant requested on January 10, 2018, that the government produce "the screenshot image and any police reports regarding Government's Trial Exhibit 28.13." This exhibit depicts a minor victim whom the defendant and Angele Henry conspired to sexually exploit. The attached items and the record confirm that that the government previously provided the requested image to the defense.

Indeed, the government's position has been that all of the evidence seized in this case has been available for review by the defendant's attorneys (initially Dan Harralson and then current counsel). Attachment A at 4. To accommodate the defense's review of digital evidence in this case, the government agreed to make and then provide a duplicate copy of any item requested by the defense. As of no later than March 27, 2014, the government provided a copy of each item of evidence that the defense had requested. Attachment A at 1. Included in the items that were copied and provided for defense review was the network attached storage device (NAS) that became Government's Exhibit 9. Attachment A at 6-9. Within that item were images that became Government's Exhibits 28.1 – 28.13.

Attachment A at 10-11.

The defendant created those still images from videos that were surreptitiously recorded with a video camera hidden in the guest bathroom in the residence shared by the defendant and Angele Henry. The defendant created the image that became Exhibit 28.13 from a video that was recorded on April 8, 2013 (also previously provided to the defense and which became Government Exhibit 27.7).   Although the government did not place exhibit stickers on specific images until it created the exhibit binders, the government had referred to the images that became Government's Exhibits 28.1 – 28.13 in a report that Detective Hively prepared months prior to the trial.  That report was provided as supplemental discovery on August 16, 2017.  Attachment B at 1-3.  It is clear that the defendant received the image in question multiple times even before it became a trial exhibit.

Dated:  February 6, 2018                                    McGREGOR W. SCOTT
                                                           United States Attorney


                                                    By:   /s/ DAVID GAPPA
                                                          DAVID GAPPA
                                                          ROSS PEARSON
                                                          Assistant United States Attorneys