# Attachment A

| | |
|---|---|
| **From:** | Mary Isaak |
| **To:** | Gappa, David (USACAE) |
| **Cc:** | Britton Moore; Arthur Hively; Marcus Lawson; Ashley Morehead |
| **Subject:** | RE: US v. Adam Henry |
| **Date:** | Tuesday, April 08, 2014 9:23:56 AM |

Thank you for the update, this is our first notification that the media is ready for review, I will arrange scheduling with our FBI contact.

Regards,

Mary Isaak

---

**From:** Gappa, David (USACAE) [mailto:David.Gappa@usdoj.gov]
**Sent:** Tuesday, April 08, 2014 8:17 AM
**To:** Mary Isaak
**Cc:** Britton Moore; Arthur Hively
**Subject:** RE: US v. Adam Henry

Ms. Isaak:

All of the requested evidence has been available for review in Sacramento at the FBI facility. Here's the relevant portion of a message I sent to Mr. Capozzi on 3/27/14: "I've just been told that the last items of evidence have been copied and will be at the FBI's Sacramento office available for review shortly. We already have a protective order in place, so Marcus Lawson should be able to do whatever work he wants to do."

Let me know if there are any other questions.

Thanks.

---

**From:** Arthur Hively [mailto:Arthur.Hively@ci.ceres.ca.us]
**Sent:** Tuesday, April 08, 2014 6:28 AM
**To:** MaryI@gcsforensics.com
**Cc:** Britton Moore; Gappa, David (USACAE)
**Subject:** RE: US v. Adam Henry

Ma'am,

I am sorry for any confusion. But, yes, Mr. Larson did respond to my questions about a month after I sent the email to you. As I told him in my response, Mr. Gappa has since requested that all communication between the defense (and defense related parties) go through him.

I have copied him in this email and I am sure he will be able to respond to your question.

Again, sorry for any inconvenience this may cause,

\>\>\> Mary Isaak <MaryI@gcsforensics.com> 04/07/14 7:20 PM \>\>\>

Mr. Hively,

I believe Marcus responded to answer your inquiry, can you please tell me the status on the forensic images for the case?

Thank you,

Mary

---

**From:** Arthur Hively [mailto:Arthur.Hively@ci.ceres.ca.us]
**Sent:** Sunday, March 02, 2014 3:11 PM
**To:** Mary Isaak
**Cc:** Britton Moore; David.Gappa@usdoj.gov
**Subject:** Fwd: US v. Adam Henry

Ms. Isaak,

I am Art Hively, Detective Moore's partner. I have an update for you and a couple of questions.

Detective Moore and I have split up the work on this case, so each of us has the responsibility to complete a portion of the defense's request for evidence file discovery.

I have completed the copying and verification of the image files for Items 7, 8 and 13. Detective Moore is working on Items 1 and 18.

With regard to Item 9, the Netgear ReadyNAS, you state, "Item 9 needs 8TB total." I don't want to make any assumptions, but it appears based on that, you want the four images that were created from the four 2TB drives. Is that correct?

Lastly, on Item 16, your statement was a bit confusing. But to clarify, I will provide to you, eight evidence files (one for each HDD inside the computer). Is that satisfactory?

\>\>\> Britton Moore 03/02/14 2:42 PM \>\>\>
Here you Go!

\>\>\> Mary Isaak <MaryI@gcsforensics.com> 2/27/2014 2:22 PM \>\>\>

Good afternoon Detective Moore,

Thank you for the speaking with me today, I took the following from notes that Marcus compiled while reading the discovery on the Henry matter and made line items that we believe will be relevant for the review in this case. You should have received 12TB in hard drives, hopefully it will be enough to create the forensic images we are requesting, but should you have any issues or concerns let me know.

2

Item 1 needs 1TB

Items 7, 8, and 13 are hard drives that contain voyeurism videos. The reports do not give a size but based on the size of other single items seized, I'd say 500GB each or 1.5 TB

Item 9 needs 8TB total

Item 16 (a logical acquisition because LE couldn't make a forensic one) no size is stated but will estimate 1TB

Item 18 needs 500GB

Best regards,

*Mary Isaak*, Director of Administration
Evidence Custodian

**Global CompuSearch, LLC**
225 West Main, Suite 100
Spokane, WA 99201 - Headquarters  509.443.9293

Portland, OR: 503.542.7448 | Spokane, WA: 509.443.9293 | Palm Springs, CA: 760.459.2122 | Sacramento, CA: 916.760.7362

*"Legal Consulting for a Digital Age"*

www.GCSforensics.com

****
CONFIDENTIALITY NOTICE: This e-mail is intended only for the personal and confidential use of the individual(s) named as recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It may contain information that is privileged, confidential and/or protected from disclosure under applicable law including, but not limited to, the attorney client privilege and/or work product doctrine. If you are not the intended recipient of this transmission, please notify the sender immediately by telephone. Do not deliver, distribute or copy this transmission, disclose its contents or take any action in reliance on the information it contains.
****

| | |
|---|---|
| **From:** | Gappa, David (USACAE) |
| **To:** | Tony Capozzi (abinger@comcast.net) |
| **Subject:** | FW: Activity in Case 1:13-cr-00409-AWI-BAM USA v. Henry Order - CR |
| **Date:** | Friday, January 17, 2014 1:29:00 PM |

**Tony:**

**I've provided this order to Ceres PD and the FBI. You told me that you want a copy of "everything" that was seized. I'm told that this will require 20 TB of drive space. Ceres PD has asked that one or more new drives be provided to them so that they can start the copying process. They mentioned that the fewer drives that are used, the more efficiently the process will work (meaning one drive is better than four smaller drives).**

**Thanks.**

---

**Notice of Electronic Filing**

The following transaction was entered on 1/16/2014 at 12:34 PM PST and filed on 1/16/2014
**Case Name:**        USA v. Henry
**Case Number:**      1:13-cr-00409-AWI-BAM
**Filer:**
**Document Number:** 20

**Docket Text:**
**PROTECTIVE ORDER Concerning Digital Media Containing Child Pornography as to Adam Alan Henry signed by District Judge Anthony W. Ishii on 1/16/14. (Marrujo, C)**

4

# CERES
## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 1 of 3

Date: March 15, 2014

**FACTS:**

During the week of January 13, 2014, AUSA D. Gappa told Detective Moore that the defense counsel in this case was requesting all of the digital evidence in this case to be turned over to them. Detective Moore asked for clarification on specifically what was required and on February 27, 2014, Detective B. Moore received an email from Mary Isaak defining the specifics (see attached printed email). (Later AUSA Gappa requested that all communications between the defense in this case go through him and not directly between the defense personnel and the detectives.)

Through AUSA Gappa, Detective B. Moore had previously requested that the defense provide to the Ceres Police Department new HDDs in the original manufacturer packaging, if possible.

On approximately February 24, 2014, four HDDs arrived at the Ceres PD for the process of copying the evidence files. The shipping document indicated that they had been provided by CompuSearch (via NEWEGG). Each was in a sealed anti-static bag and inside of a sealed cardboard box. These items were inside a shipping cardboard box.

I opened each item and using my forensic software, verified that each was data free. Each HDD was the same manufacturer and model, Seagate Barracuda, Model: ST3000DM001, 3TB. I formatted and provided labels to each HDD:

| Label: | S/N: |
|---|---|
| Defense Disk One | Z1F3SA0F |
| Defense Disk Two | Z1F3ST8W |
| Defense Disk Three | Z1F3SA0K |
| Defense Disk Four | Z1F2SA2N |

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|

5

# CERES
## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 2 of 3

Below is each HDD identified as well as the contents that have been provided:

**Defense Disk One**

    Evidence Item 7
    Evidence Item 8
    Evidence Item 13
    Evidence Item 9 (Netgear ReadyNAS) - Disk 3

**Defense Disk Two**

    Evidence Item 9 (Netgear ReadyNAS) - Part II of Disk 2
    Evidence Item 16 (Eight Image Files)

**Defense Disk Three**

    Evidence Item 9 (Netgear ReadyNAS) - Disk 1
    Evidence Item 9 (Netgear ReadyNAS) - Part I of Disk 2

**Defense Disk Four**

    Evidence Item 9 (Netgear ReadyNAS) - Disk 4

After copying each evidence file to the defense disk, I verified each copy via my forensic software. I then provided a PDF document demonstrating that each item was copied correctly and verified. These reports are on the associated HDDs with each evidence file.

After copying the above listed files to the associated disks, I provided the four HDDs to Detective B. Moore.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR.  ☐INV.  ☐DRUG UNIT         EMERGENCY SERVICES: ☐CMCPL ☐B/C  ☐F/M  ☐CAPT.
☐PATROL  ☐INTEL  ☐RECORDS ☐PROPERTY  ☐CSO     COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
☐COURT LIAISON ☐VIPS  ☐CHAPLAINS  ☐COMPUTERS  CITY HALL: ☐CITY MNGR.  ☐CITY ATTY  ☐PUBLIC WORKS
COUNTY: ☐DA  ☐S/O  ☐SDEA ☐PROBATION ☐HEALTH   STATE/FED: ☐CII ☐ABC  ☐FBI ☐PAROLE ☐DOJ ☐DMV
☐SCFW ☐ANIMAL CONTROL  ☐DEPT. ENV. RES.
☐OTHER

| RELATED FILE NUMBERS: | | Tran by: | Date Tran: |
|---|---|---|---|

# CERES
## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 3 of 3

**HARDWARE/SOFTWARE USED IN THIS CASE:**

Guidance Software, Inc.'s EnCase Forensic Software

**DISPOSITION:**

Attach this supplemental report to the original report and forward copies to the Stanislaus County District Attorney's Office, AUSA David Gappa in Fresno, and FBI SA M. Lucas in Salida.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| COPIES TO: <br> DPS: ☐CHIEF ☐CMDR.  ☐INV.  ☐DRUG UNIT <br> ☐PATROL  ☐INTEL  ☐RECORDS  ☐PROPERTY  ☐CSO <br> ☐COURT LIAISON  ☐VIPS  ☐CHAPLAINS  ☐COMPUTERS <br> COUNTY:  ☐DA  ☐S/O  ☐SDEA  ☐PROBATION  ☐HEALTH <br> ☐SCFW  ☐ANIMAL CONTROL  ☐DEPT. ENV. RES. <br> ☐OTHER ||||  EMERGENCY SERVICES:  ☐CMCPL  ☐B/C  ☐F/M  ☐CAPT. <br> COURT:  ☐MUNI ☐TRAFFIC  ☐JUVENILE <br> CITY HALL:  ☐CITY MNGR.  ☐CITY ATTY  ☐PUBLIC WORKS <br> STATE/FED:  ☐CII ☐ABC  ☐FBI  ☐PAROLE  ☐DOJ  ☐DMV ||||
| **RELATED FILE NUMBERS:** |||||| Tran by: | Date Tran: |

7

| | |
|---|---|
| Name | untitled |
| Primary Path | F:\Disk 1.E01 |
| Evidence Paths | • |
| GUID | 4eda03e94f8ddbc64d7f879b060eac23 |
| Index File | J:\EvidenceCache\CPD 213-005447\4EDA03E94F8DDBC64D7F879B060EAC23\DeviceIndex.L01 |
| Actual Date | 10/17/13 06:25:25 PM |
| Target Date | 10/17/13 06:25:25 PM |
| File Integrity | Completely Verified, 0 Errors |
| Acquisition MD5 | 4eda03e94f8ddb064d7f879b060eac23 |
| Verification MD5 | 4eda03e94f8ddb064d7f879b060eac23 |
| Acquisition SHA1 | 86c5dfb414ffcc16cbf13d0e757a3815c3f7debd |
| Verification SHA1 | 86c5dfb414ffcc16cbf13d0e757a3815c3f7debd |
| EnCase Version | ADI3.1.2.0 |
| Error Granularity | 0 |
| Read Errors | 0 |
| Missing Sectors | 0 |
| CRC Errors | 0 |
| Compression | None |
| Source Type | Evidence File |
| Case Number | 213-004554 (Item#9) Disk 1 |
| Examiner Name | B. Moore |
| Notes | |
| Processing Status | Unprocessed |
| Time Zone | (UTC-08:00) Pacific Time (US & Canada) |
| Cache Status | None |
| Read File System | • |
| Parse Link Files | • |
| Drive Type | Fixed |
| System Version | Windows 7 |
| Is Physical | • |
| Open Mode | Evidence File |
| Evidence Number | 213-004554 (Item#9) Disk 1 |
| Geometry | 0 |
| Network Port | 0 |
| Total Sectors | 3,907,029,168 |
| Bytes Per Sector | 512 |
| Parity Level | 0 |
| Interface | None |

**Evidence Paths**

| Name |
|---|
| F:\Disk 1.E01 |

| | |
|---|---|
| Name | untitled |
| Primary Path | F:\Disk 2\Disk 2.E01 |
| Evidence Paths | • |
| Extra Paths | • |
| GUID | 85b77d12712e8dca4cc02ff53af4e210 |
| Index File | J:\EvidenceCache\CPD 213-005447\85B77D12712E8DCA4CC02FF53AF4E210\DeviceIndex.L01 |
| Actual Date | 10/18/13 08:21:53 PM |
| Target Date | 10/18/13 08:21:53 PM |
| File Integrity | Completely Verified, 0 Errors |
| Acquisition MD5 | 85b77d12712e8dda4cc02ff53af4e210 |
| Verification MD5 | 85b77d12712e8dda4cc02ff53af4e210 |
| Acquisition SHA1 | c313d30b6c87aebe98a2187f78304c66b3cd1271 |
| Verification SHA1 | c313d30b6c87aebe98a2187f78304c66b3cd1271 |
| EnCase Version | ADI3.1.2.0 |
| Error Granularity | 0 |
| Read Errors | 0 |
| Missing Sectors | 0 |
| CRC Errors | 0 |
| Compression | None |
| Source Type | Evidence File |
| Case Number | 213-004554 Nas Images |
| Examiner Name | B. Moore |
| Notes | |
| Processing Status | Unprocessed |
| Time Zone | (UTC-08:00) Pacific Time (US & Canada) |
| Cache Status | None |
| Read File System | • |
| Parse Link Files | • |
| Drive Type | Fixed |
| System Version | Windows 7 |
| Is Physical | • |
| Open Mode | Evidence File |
| Evidence Number | 213-004554 Nas Images |
| Geometry | 0 |
| Network Port | 0 |
| Total Sectors | 3,907,029,168 |
| Bytes Per Sector | 512 |
| Parity Level | 0 |
| Interface | None |

**Evidence Paths**

| Name |
|---|
| F:\Disk 2\Disk 2.E01 |

**Extra Paths**

| Name |
|---|
| G:\Item 9 Evidence\Disk 2 from EXC-FIH |

9

0213-004554 (Item #9) Aurrora Folder.ad1\PinkLagoon\Aurrora\Copy\Coy\Storted\Personal\Not OK\Misc People\Alyssa\Pics



0213-004554 (Item #9) Aurrora Folder.ad1\PinkLagoon\Aurrora\Personal\Not OK\Misc People\Alyssa\Pics



**Attachment B**



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

Phillip A. Talbert
*United States Attorney*

|  |  |
|---|---|
| 2500 Tulare St., Suite 4401 | Phone 559/497-4000 |
| Fresno, CA 93721 | Fax   559/497-4099 |
|  | TTD   559/497-4500 |

August 16, 2017

Anthony P. Capozzi
Attorney at Law
1233 W. Shaw Ave., Suite 102
Fresno, CA 93711

      Re:    <u>**United States v. Adam Alan HENRY**</u>
             **1:13-CR-00409 AWI**

Dear Mr. Capozzi:

     Enclosed please find supplemental discovery materials consisting of *Bates Stamp Numbers 1284-1316*. Please be advised that the attached pages replace pages 1250-1282 which have previously been sent to you as supplemental discovery. There is a protective order in place that controls how the material may be accessed.

     By accepting and retaining this discovery, you agree that these materials will be used only by you and your staff and that you will not copy or use these materials for purposes other than for the preparation of the defendant in this case.

     Please feel free to contact our office if you have any questions. Thank you.

                              Sincerely yours,

                              PHILLIP A. TALBERT
                              United States Attorney

               By    */s/ David L. Gappa*
                         DAVID L. GAPPA
                         Assistant U.S. Attorney

Attachments

# CERES
## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 19 of 33



| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: DV |

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS WORKS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER
EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

RELATED FILE NUMBERS: | Tran by: | Date Tran:

U.S. v. ADAM HENRY; 001302

# CERES
## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 20 of 33



| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: | (signature) |

**COPIES TO:**
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS ☐WORKS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

**RELATED FILE NUMBERS:**

Tran by:    Date Tran:

U.S. v. ADAM HENRY; 001303

3