CAED 435
(Rev. 03/15)

United States District Court, Eastern District of California

**FOR COURT USE ONLY**

**DUE DATE:**

## TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME Anthony P. Capozzi | 2. EMAIL whitney@capozzilawoffices.com | 3. PHONE NUMBER (559) 221-0200 | 4. DATE 1/29/2018 |
|---|---|---|---|

| 5. MAILING ADDRESS 1233 W. Shaw Ave., Ste. 102 | 6. CITY Fresno | 7. STATE CA | 8. ZIP CODE 93711 |
|---|---|---|---|

| 9. CASE NUMBER 1:13-cr-00409 | 10. JUDGE David A. Drozd | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM 11/9/2017 | 12. TO 11/9/2017 |

| 13. CASE NAME USA v. Adam Alan Henry | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Fresno | 15. STATE California |

16. ORDER FOR

| ☐ APPEAL No. _____ | ☐ CRIMINAL | ☑ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Testimony of A.T. | 11/9/2017 | Espinoza |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

18. ORDER                    (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/ Anthony P. Capozzi | PROCESSED BY |
|---|---|
| 20. DATE 1/29/2018 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |

| DEPOSIT PAID | DEPOSIT PAID |
|---|---|
| TRANSCRIPT ORDERED | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE |