1
**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
2
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
3
PHONE: (559) 221-0200
FAX: (559) 221-7997
4
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com
5

6
ATTORNEY FOR Defendant,
ADAM ALAN HENRY
7

8

9                    **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11                             * * * * * *

12   UNITED STATES OF AMERICA,          Case No.: 1:13-CR-00409 DAD-BAM

13                    Plaintiff,        **STIPULATION AND [PROPOSED]**
                                        **ORDER TO CONTINUE MOTIONS**
14          v.                          **HEARING**

15
                                        **Date: February 12, 2018**
16   ADAM ALAN HENRY,                    **Time: 10:00 a.m.**
                                        **Court: 5**
17                    Defendant.        **Hon. David A. Drozd**

18

19          Plaintiff, United States of America, by and through its counsel of record, and

20   Defendant, by and through his counsel of record, hereby stipulate as follows:

21          1.      By previous request a motions hearing was set for February 12, 2018, at 10:00

22   a.m.

23          2.      By this stipulation, Defendant now moves to continue the motions hearing to

24   **March 5, 2018, at 10:00 a.m.**

25          3.      The parties agree and stipulate, and request that the Court find the following:

26          a.      The Government filed their opposition to Defendant's Request for

27   Production of Discovery on February 6, 2018.

28          b.      Defendant requires additional time to respond to the opposition and

---

                                    1

1    review the discovery.

2              c.      The government does not object to the continuance.

3

4                                          Respectfully submitted,

5    Dated:        February 8, 2018      By:   */s/David L. Gappa*

6                                              DAVID L. GAPPA
                                               Assistant United States Attorney
7

8                                          Respectfully submitted,

9    Dated:        February 8, 2018      By:   */s/Anthony P. Capozzi*

10                                             ANTHONY P. CAPOZZI
                                               Attorney for ADAM ALAN HENRY
11

12

13

14

15

16                                  **ORDER**

17

18       For reasons set forth above, the continuance requested by the parties is granted for

19   good cause.

20       **IT IS ORDERED** that the motion to continue and motion produce discovery hearing

21   currently set for February 12, 2018, at 10:00 a.m. is now continued to **March 5, 2018, at 10:00**

22   **a.m.**

23   **IT IS SO ORDERED.**

24

25

26   Dated:        _____       _____

27                                              Honorable David A. Drozd
                                               United States District Court Judge
28