**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM ALAN HENRY,<br><br>　　　　Defendant. | Case No.: 1:13-CR-00409-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING**<br><br>Date: February 12, 2018<br>Time: 10:00 a.m.<br>Court: 5<br>Hon. David A. Drozd |

　　　　Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

　　　　1.　　By previous request a motions hearing was set for February 12, 2018, at 10:00 a.m.

　　　　2.　　By this stipulation, Defendant now moves to continue the motions hearing to **March 5, 2018, at 10:00 a.m.**

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a.　　The Government filed their opposition to Defendant's Request for Production of Discovery on February 6, 2018.

　　　　　　b.　　Defendant requires additional time to respond to the opposition and

review the discovery.

        c.     The government does not object to the continuance.

Respectfully submitted,

Dated: February 8, 2018    By: */s/David L. Gappa*
                                                DAVID L. GAPPA
                                                Assistant United States Attorney

Respectfully submitted,

Dated: February 8, 2018    By: */s/Anthony P. Capozzi*
                                                ANTHONY P. CAPOZZI
                                               Attorney for ADAM ALAN HENRY

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause. Hearing on defendant's motion to continue (Doc. 261), motion produce discovery (Doc. 260), and motion for new trial (Doc. 254) are continued to **March 5, 2018, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: **February 8, 2018**                             /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE