CAED 435 (Rev. 03/15)

**United States District Court, Eastern District of California**

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| | | | |
|---|---|---|---|
| 1. YOUR NAME<br>Anthony P. Capozzi | 2. EMAIL<br>whitney@capozzilawoffices.com | 3. PHONE NUMBER<br>(559) 221-0200 | 4. DATE<br>2/5/2018 |
| 5. MAILING ADDRESS<br>1233 W. Shaw Ave., Ste. 102 | | 6. CITY<br>Fresno | 7. STATE CA  8. ZIP CODE 93711 |
| 9. CASE NUMBER<br>1:13-cr-00409 | 10. JUDGE<br>David A. Drozd | DATES OF PROCEEDINGS | |
| | | 11. FROM  11/14/2017 | 12. TO  11/14/2017 |
| 13. CASE NAME<br>USA v. Adam Alan Henry | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY  Fresno | 15. STATE  California |

16. ORDER FOR
- [ ] APPEAL No. _____
- [ ] CRIMINAL
- [x] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Det. Hively testimony re: Exh. 28.13 | 11/14/2017 | Espinoza |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| [ ] | | | | | |
| [ ] | | | | | |

18. ORDER    (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE  /s/ Anthony P. Capozzi

PROCESSED BY

20. DATE  2/5/2018

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |