**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAM ALAN HENRY,<br><br>　　　　　Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTIONS HEARING**<br><br>Date: March 5, 2018<br>Time: 10:00 a.m.<br>Court: 5<br>Hon. David A. Drozd |

　　　　Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

　　　　1.　　That the motions hearing set for March 5, 2018, at 10:00 a.m. be vacated and that all post-trial motions be set for **April 9, 2018 at 1:30 p.m.**

　　　　2.　　The Government filed their Opposition to Defendant's Motion for Acquittal under Rule 29(c) and for New Trial under Rule 33(a) on February 26, 2018. (Doc 278).

　　　　3.　　Defendant shall file a reply to the Government's opposition by March 19, 2018.

///

///

///

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  February 27, 2018   By:  /s/David L. Gappa
                                 DAVID L. GAPPA
                                 Assistant United States Attorney

Dated:  February 27, 2018   By:  /s/Anthony P. Capozzi
                                 ANTHONY P. CAPOZZI
                                 Attorney for ADAM ALAN HENRY

## ORDER

The continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the Defendant's reply to the Government's opposition is due on March 19, 2018, and the hearing is continued to **April 9, 2018, at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: _____
                                 Honorable David A. Drozd
                                 United States District Court Judge