**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br>ADAM ALAN HENRY,<br><br>    Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING**<br><br>**Date: March 5, 2018**<br>**Time: 10:00 a.m.**<br>**Court: 5**<br>**Hon. Dale A. Drozd** |

    Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

    1.    That the motions hearing set for March 5, 2018, at 10:00 a.m. be vacated and that all post-trial motions be set for **April 9, 2018 at 1:30 p.m.**

    2.    The Government filed their Opposition to Defendant's Motion for Acquittal under Rule 29(c) and for New Trial under Rule 33(a) on February 26, 2018. (Doc. 278).

    3.    Defendant shall file a reply to the Government's opposition by March 19, 2018.

///

///

///

1  IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 27, 2018  By: */s/David L. Gappa*
DAVID L. GAPPA
Assistant United States Attorney


Dated: February 27, 2018  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY

## **ORDER**

The continuance requested by the parties is granted. Defendant's reply to the Government's opposition is now due on March 19, 2018, and the hearing on all post-trial motions is hereby continued to **April 9, 2018, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: **March 1, 2018**  _____
UNITED STATES DISTRICT JUDGE