**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM ALAN HENRY,<br><br>　　　　Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTIONS HEARING**<br><br>**Date: April 9, 2018**<br>**Time: 1:30 p.m.**<br>**Court: 5**<br>**Hon. David A. Drozd** |

　　　Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

　　　1.　　That the motions hearing and sentencing set for April 9, 2018, at 1:30 p.m. be vacated and that all post-trial motions and sentencing be set for **April 30, 2018 at 1:30 p.m.**

　　　2.　　Defense counsel had a death in the family and will be out of the state from March 10, 2018, through March 17, 2018, and requires additional time to reply to the Government's opposition and file any objections to the Presentence Investigation Report.

　　　3.　　Defendant's Reply and any Informal Objections shall be filed by April 2, 2018.

　　　4.　　Formal objections and sentencing memorandums will be due on April 16, 2018.

///

IT IS SO STIPULATED.

                                                     Respectfully submitted,

Dated:     March 14, 2018     By:  */s/David L. Gappa*
                                             DAVID L. GAPPA
                                             Assistant United States Attorney

Dated:     March 14, 2018     By:  */s/Anthony P. Capozzi*
                                             ANTHONY P. CAPOZZI
                                             Attorney for ADAM ALAN HENRY

## **ORDER**

The continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the Defendant's reply to the Government's opposition is due on April 2, 2018, along with any informal objections. Formal objections and sentencing memorandums shall be due on April 16, 2018. The post-trial motions hearing and sentencing is continued to **April 30, 2018, at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: _____

                                             Honorable David A. Drozd
                                             United States District Court Judge