# Attachment A

# CERES

## POLICE DEPARTMENT
### SUPPLEMENTAL REPORT

0213-004554

Page 1 of 3

Date: December 14, 2017

**FACTS:**

Based on a request from AUSA D. Gappa to research whether or not Adam Henry, while using the Shareaza program, had made downloaded child pornography files available for sharing, I researched this topic as well as preformed a number of tests with Shareaza in order to determine whether or not files had been available for sharing.

As a part of my research, I located and read a white paper from the National White Collar Crime Center (NW3C) titled, *Areas of evidentiary Interest on Peer-2-Peer Clients*.

This document reviewed Shareaza 2.3.1. Adam Henry used version 2.6.0 and I tested version 2.7.8.

The NW3C document explained that the default sharing folders for a Shareaza installation are:

C:\Users\<username>\AppData\Shareaza\Collections
C:\Users\<username>\AppData\Shareaza\Torrents (if used)
C:\Users\<username>\Documents\Shareaza Downloads

In the case against Adam Henry, it was determined that during the installation process, he changed the default download locations to only one, "C:\Shareaza".

When files were downloaded and before he moved them from this folder, they were available for sharing.

The NW3C paper indicated that all folders available for sharing are listed at the beginning of the Library1.dat file. (I tested this through a number of different iterations and found it accurate.)

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | OV | ID #: | 374 |
|---|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☒RECORDS ☐PROPERTY ☐CSO
☐COURT LIAISON ☒VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☒OTHER  AUSA Gappa 12/15/17

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

RELATED FILE NUMBERS:

| Tran by: | Date Tran: |
|---|---|

U.S. v. HENRY; 001372

# CERES

## POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

0213-004554

Page 2 of 3

The first line in the Library1.dat file from Exhibit 1A (Lock-N-Stitch), computer tower, is:

îS° ô´Î·····L···Ã···"··· ·········ÿþÿ·C·:·\·S·h·a·r·e·a·z·a···········

The portion that states, "C:\Shareaza", indicates that any file residing in that folder was available for sharing. That would be any file downloaded by Adam Henry using the Shareaza program, to include child pornography.

At the time of the search warrant, that folder was empty. On the morning of the day of the search warrant, Adam Henry had moved the only two files (videos) from that folder to one on his desktop for a later move to his home.

Those two were:

| | Name |
|---|---|
| ☐ 1 | (Pthc Pedo) Candygirls - Ira 12Yo.avi |
| ☐ 2 | 21 Guys Fuck 13 Young Fertile Girls And Cum Inside Their Pussy (Babymaker Creampie Compilation).avi |

The first is a child pornography video file.

The Library1.dat file, besides showing which folder was available for sharing ("C:\Shareaza"), it also has data showing which files were available for sharing:

·C·:·\·S·h·a·r·e·a·z·a·····ÿþÿc2·1·   ·G·u·y·s·   ·F·u·c·k·   ·1·3·
·Y·o·u·n·g· ·F·e·r·t·i·l·e· ·G·i·r·l·s· ·A·n·d· ·C·u·m· ·I·n·s·i·d·e·
·T·h·e·i·r·   ·P·u·s·s·y·   ·(·B·a·b·y·   m·a·k·e·r·   ·C·r·e·a·m·p·i·e·
·C·o·m·p·i·l·a·t·i·o·n·)··a·v·i·Ã···Ð¼Î·····xå:bô´Î················^·
s·c·h·e·m·a·s·/·v·i·d·e·o··x·s·d·ÿþÿ·v·i·d·e·o·ÿþÿ···ÿþÿÿ%(·P·t·h·c·
·P·e·d·o·)· ·C·a·n·d· ·y·g·i·r·l·s· ·-· ·I·r·a· ·1·2·Y·o··a·v·i

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | DV | ID #: | 374 |
|---|---|---|---|---|---|---|---|
| COPIES TO: <br> DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| RELATED FILE NUMBERS: | | | | | | Tran by: | Date Tran: |

U.S. v. HENRY; 001373

# CERES
## POLICE DEPARTMENT
### SUPPLEMENTAL REPORT

0213-004554

Page 3 of 3

As can be seen from the metadata, the CP video was available for sharing. This would apply to all files downloaded, to include all CP.

It is my opinion, based on my examinations of Adam Henry's computer and digital evidence, my research and my testing of the settings of the Shareaza program, that Adam Henry did have files available for sharing (to include child pornography).

**DISPOSITION:**

Forward a copy of this supplemental report to AUSA David Gappa.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: DV | | ID #: | 374 |
|---|---|---|---|---|---|---|---|
| **COPIES TO:** <br> DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT <br> ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO <br> ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS <br> COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH <br> ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. <br> ☐OTHER | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. <br> COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE <br> CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS <br> STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| **RELATED FILE NUMBERS:** | | | | | | Tran by: | Date Tran: |

U.S. v. HENRY; 001374

# CERES
## POLICE DEPARTMENT
### SUPPLEMENTAL REPORT

0213-004554

Page 1 of 4

Date: December 20, 2017

**FACTS:**

This report continues the theme of my last report regarding Windows artifacts that would indicate whether or not Adam Henry was sharing files while using the Shareaza program over the years. After additional research I have discovered a Windows artifact in the Windows Registry that indicates, at the time of last shut down, whether or not Shareaza had sharing enabled.

This artifact is located in the following location in the Software hive:

Software\Shareaza\Shareaza\Community

The Key is "ServeFiles". The value, "1", indicates that sharing is enabled. If the value is "0", sharing has been turned off.

The following snapshots are from two computers; Item 1, from Lock-N-Stitch has two hard disk drives, Items 1A and 1B. Item 16, from the garage of the Burman Road home.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: | 374 |
|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☒RECORDS ☐PROPERTY ☐CSO
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☒OTHER AUSA 12/20/17

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|

U.S. v. HENRY_001377

# CERES
## POLICE DEPARTMENT
### SUPPLEMENTAL REPORT

0213-004554

Page 2 of 4

Item 1A



As of the Last Written date (8/23/2013), Item 1A (with child pornography) had sharing disabled. There is no way to indicate if sharing was on before that date.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: DV | ID #: | 374 |
|---|---|---|---|---|---|---|

**COPIES TO:**
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|

U.S. v. HENRY_001378

# CERES
## POLICE DEPARTMENT
### SUPPLEMENTAL REPORT

0213-004554

Page 3 of 4

Item 1B



Item 1B (no child pornography on device) had the sharing on as of 6/21/2011 (ServeFiles - 1).

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: DV | ID #: | 374 |
|---|---|---|---|---|---|---|

**COPIES TO:**
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|

U.S. v. HENRY_001379

# CERES
## POLICE DEPARTMENT
### SUPPLEMENTAL REPORT

0213-004554

Page 4 of 4

Item 16



From the computer in the garage (with child pornography), the sharing was enabled as of the Last Written Date of 4/28/2009.

**DISPOSITION:**

Forward a copy of this supplemental report to AUSA David Gappa.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: DV | | ID #: | 374 |
|---|---|---|---|---|---|---|---|
| **COPIES TO:** <br> DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS <br> COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. <br> ☐OTHER | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. <br> COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE <br> CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS <br> STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| **RELATED FILE NUMBERS:** | | | | | | Tran by: | Date Tran: |

# Attachment B

# CERES
## POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

213-004554

Page 1 of 2

Date: May 7, 2015

**FACTS:**

The Assistant United States Attorney, Michael Tierney, requested follow up from me on this case. He asked that I provide a list of titles and associated created dates regarding my comment in my report dated October 23, 2013, (page 28 0f 31, last paragraph). In my report, I state that I had located 17 CP video files with date ranges from 2007 to 2009. He asked for the titles and created dates for these files.

As can be seen below, I was in error in my report with respect to the dates. Instead of the time range 2007 to 2009, the correct years are 2005 to 2008.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: DV | | ID #: | 774 |
|---|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☒RECORDS ☐PROPERTY ☐CSO
☒COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☒DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☒OTHER AUSA  5/8/15

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

RELATED FILE NUMBERS:

| Tran by: | Date Tran: |
|---|---|

HENRY - 000678

# CERES
## POLICE DEPARTMENT
### SUPPLEMENTAL REPORT

213-004554

Page 2 of 2

| Name | Date |
|---|---|
| - Best 2 underage lolitas play with whips and a young boy toy joins in (r@ygold re... | 11/4/2005 3:53 AM |
| swallow R@YGOLD child porn sex underage illegal incest lolita preteen !Y! incest y... | 4/4/2006 10:51 AM |
| - Best little girl in a pink dress, r@ygold hello video (illegal underage lolita preteen... | 11/28/2006 7:37 AM |
| ((hussyfan)) pthc lolita8-famex_617.777.300 (mom licks 11yo, dad fucks 13yo dau... | 3/25/2007 10:13 AM |
| milk-012-pregnant-20 Days After Given Birth Mother Milk-04-Breastfeeding.mpg | 4/18/2007 9:17 PM |
| 13 or 14 yr teen girl masturbates in front of webcam, hairless cutie from germany ... | 4/23/2007 2:05 AM |
| (Pthc) Father Seduces 7Yo Daughter.mpg | 5/24/2007 11:13 PM |
| (pthc) CUM INSIDE 1YO.mpg | 6/20/2007 10:11 AM |
| PTHC-14yo prostitute in motel room.mpg | 7/24/2007 5:18 PM |
| (Pthc) Private Pae 2 - (Mother & Daughter 3Yo).mpg | 8/21/2007 11:32 AM |
| 12 years old masturbate.avi | 9/13/2007 7:08 PM |
| zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest_3m8s_exQ_sound_36,7... | 12/5/2007 1:12 PM |
| pthc 16yo babysitter Edina fucks 3 underage teen boys 12.02.mpg | 12/15/2007 3:25 PM |
| Pthc - Family 1-Mom, 16Yo Son & 6Yo Daughter Have Orgy.mpg | 4/7/2008 11:47 PM |
| Webcam - 13yo_Boy&Two Girls.avi | 8/18/2008 3:51 AM |
| (Pthc) Young 15Yo Bitch vidéo porno sexe teens Webcam Strip Fuck bonnasse be... | 9/6/2008 4:34 PM |
| (Pthc) Webcam - New Sexy lil bitch 11 yo.avi | 9/7/2008 2:30 AM |

**DISPOSITION:**

Please forward a copy of this supplemental report to AUSA Michael Tierney (Michael.Tierney@usdoj.gov) and Stanislaus County DDA M. Saina.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: DV | | ID #: | 374 |
|---|---|---|---|---|---|---|---|
| **COPIES TO:** DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER ||||EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV||||
| **RELATED FILE NUMBERS:** |||||| Tran by: | Date Tran: |

Ext 213-004554 1.5TB (F:) ▶ Child Pornography ▶ Complete CP Files

ry ▼    Share with ▼    Play all    Burn    New folder

| Name | Date | Type | Size | Length |
|---|---|---|---|---|
| PTHC - Sweet Lil' 11 Webcam Collection... | 6/16/2013 1:16 AM | VLC media file (.avi) | 752,154 KB | 03:13:26 |
| Russian Lolita 15Yo (Original Complete) ... | 10/10/2009 5:57 AM | VLC media file (.avi) | 708,476 KB | 03:01:25 |
| Pthc Moscow 45 long version (01.41.08)(... | 5/30/2013 1:06 AM | VLC media file (.avi) | 745,613 KB | 01:41:08 |
| pthc Pedoland Frifam 2010 --- meine Wi... | 5/29/2013 2:30 PM | VLC media file (.avi) | 433,772 KB | 01:13:10 |
| (pthc) moskow-russian-nablot - mosko... | 5/29/2013 9:44 AM | VLC media file (.avi) | 619,970 KB | 01:10:16 |
| (pthc) Father & Daughter 12yo mirror mi... | 9/4/2013 10:37 AM | VLC media file (.m... | 604,036 KB | 00:59:11 |
| ((Hussyfan)) Pthc Lolita8-Famex 617.777.... | 9/11/2013 2:53 AM | VLC media file (.m... | 603,299 KB | 00:59:04 |
| ((hussyfan)) pthc lolita8-famex_617.777.... | 3/25/2007 10:13 AM | VLC media file (.m... | 603,299 KB | 00:59:04 |
| ((hussyfan)) pthc lolita8-famex_617.777.... | 3/25/2007 10:13 AM | VLC media file (.m... | 603,299 KB | 00:59:04 |
| (pthc) the ultimate collection pae cbaby ... | 9/4/2013 6:21 PM | VLC media file (.avi) | 224,688 KB | 00:53:08 |
| (pthc) JhO - Small Wonders of the World... | 9/6/2013 8:49 PM | VLC media file (.m... | 678,393 KB | 00:48:47 |
| A Family Affair Pt 3 - Mom,Son,Dad,Dau... | 8/23/2013 7:16 AM | VLC media file (.avi) | 577,970 KB | 00:48:10 |
| Pthc - 10Yo Girl Fucks Older Man (With ... | 9/4/2013 6:30 AM | VLC media file (.avi) | 322,706 KB | 00:46:57 |
| [PTHC] A2A (Mom & daughter sex).mpg | 8/22/2013 12:53 AM | VLC media file (.m... | 466,116 KB | 00:45:38 |
| teen Prostitute Teaching 14-16Yo Boys.avi | 8/13/2008 4:11 AM | VLC media file (.avi) | 399,855 KB | 00:40:51 |
| pthc Pedoland Frifam twins.little.girl.ne... | 8/22/2013 3:20 AM | VLC media file (.avi) | 94,486 KB | 00:38:33 |
| (Children-sf-1man) Pthc - Kleuterkutje (... | 5/31/2013 12:10 PM | VLC media file (.avi) | 391,712 KB | 00:37:53 |
| Nablot (Pthc) 4Yo 8Yo 11Yo Girls Compil... | 9/5/2013 10:45 AM | VLC media file (.m... | 545,728 KB | 00:37:19 |
| 2 [ R@Ygold - Pthc - Sup Slave Russian R... | 6/6/2013 10:49 PM | VLC media file (.avi) | 131,557 KB | 00:33:59 |
| ____ Pthc R@Ygold Hussyfan __ Kid.mpg | 9/3/2013 2:24 PM | VLC media file (.m... | 387,251 KB | 00:30:14 |
| (Pthc) Private Pae 2 - (Mother & Daught... | 8/21/2007 11:32 AM | VLC media file (.m... | 301,262 KB | 00:30:12 |
| (Pthc) Private Pae 2 - (Mother & Daught... | 8/21/2007 11:32 AM | VLC media file (.m... | 301,262 KB | 00:30:12 |
| colombia prostitute ((Hussyfan)) PTHC ... | 8/16/2008 9:56 PM | VLC media file (.m... | 289,943 KB | 00:29:04 |
| Colombia Prostitute ((Hussyfan)) Pthc 5... | 2/2/2007 6:48 PM | VLC media file (.m... | 289,943 KB | 00:29:04 |
| 23Pedo Little Preteen Incest Hidden Ca... | 8/20/2013 5:38 PM | VLC media file (.m... | 259,615 KB | 00:26:02 |
| Babysitter Abuse g3Yo Lez Yw -Pthc r@y... | 6/3/2007 4:21 AM | VLC media file (.m... | 259,615 KB | 00:26:02 |
| Babysitter Abuse g3Yo Lez Yw -Pthc r@y... | 6/3/2007 4:21 AM | VLC media file (.m... | 259,615 KB | 00:26:02 |
| 12Yr Old Puebla Mexicana Girl Pthc Ped... | 5/25/2007 5:52 AM | VLC media file (.m... | 256,437 KB | 00:25:42 |
| Pedo (Pthc) - 2 8Yo Mexicans Preteens ... | 6/1/2013 5:37 AM | VLC media file (.m... | 354,765 KB | 00:25:01 |
| Fixed(Kinderkutje) pthc Pedoland Frifam... | 5/29/2013 12:37 PM | VLC media file (.avi) | 69,693 KB | 00:24:25 |

Bates 1381

# Attachment C

305G-SC-3444183 Serial 44

-1 of 1-

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/01/2017

      (hereinafter referred to as         ), date of birth (DOB) 01    98, was interviewed at the Ceres Police Department, 2727 3rd Street, Ceres, CA 95307. Also present during the interview was Assistant United States Attorney (AUSA) David Gappa and AUSA Ross Pearson. Prior to the interview SA Wenning provided Robert '    and              each with a copy of a trial subpoena and Robert      left the interview room. After being advised of the identity of the interviewers and the nature of the interview,      provided the following information:

      recalled that Angele Henry (hereinafter referred to as Angele) would use the Henry's home computer to play Facebook games.

  Immediately prior to the video that was taken of       trying on clothes in the Henry's bedroom, Angele asked       to wait outside the room.

      remembered three incidents with Adam Henry (hereinafter referred to as Adam) that made her uncomfortable. All three incidents occurred prior to the video of her changing. The first incident occurred while       was sitting at the computer and Adam came up behind her and touched her shoulders. She pulled away and nothing more happened. The second incident occurred while       's mom was present. Adam touched her and she immediately left the room. The third incident occurred when Adam touched her butt while walking by her.       told Adam not to touch her and he just looked at her.

      had a drawer in the bathroom at the Henry's house where she kept her bathing suit. She remember getting in the hot tub at the Henry's house with Angele and Adam and their kids, but eventually the kids got out and she was alone with Angele and Adam.

      remembered spending the night at the Henry's house at least one time.

  Sometimes       would go with Angele to pick Adam up from work.

---

Investigation on  05/12/2017   at  Ceres, California, United States (In Person)

File #  305G-SC-3444183                                    Date drafted  05/31/2017

by  Greg Wenning

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**U.S. v. HENRY; 001375**