# EXHIBIT A

FD-302 (Rev. 5-8-10)  -1 of 2 -   OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  11/20/2013

A search warrant, issued in the United States District Court for the Eastern District of California on 11/07/2013, was executed at ███████ ███████ at 7:05am on 11/13/2013. The purpose of the search was to locate evidence in support of the production and collection of child pornography. The search included the following participants:

SA Mark Lucas (Team Leader)

SA Greg Wenning

SA Justin Jacobs

SA Brian Huberty

SA Brian Lippo

TFO Britton Moore

Det. Art Hively

CPS Officer Luis Maldonado

At 7:05am the above Agents knocked and announced at the front door of the residence. The door was opened by Adam HENRY who was placed in handcuffs. Also at the residence was Angele Henry, her mother ███████ ███████, and three children. Writer instructed Angele Henry to bring her children to the front living room of the residence. Once the children were in the living room, a security sweep of the residence was executed. Adam Henry was the only individual handcuffed during the search warrant.

After the residence was cleared, writer asked Angele Henry to send the children to their room during the search of the residence. CPS Officer Moldanado conducted an interview with the children. Approximately 5 minutes after the residence was cleared, writer explained the purpose of the search warrant and provided Angele Henry a copy of the search warrant and the attachment B (items to be seized). This occurred at approximately 7:15am.

17 items were collected as evidence from the residence and recorded on

Investigation on  11/13/2013  at  Turlock, California, United States (In Person)

File #  305C-SC-3444183                                          Date drafted  11/19/2013

by  LUCAS MARK E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US v. HENRY - 000666

FD-302a (Rev. 05-08-10)

305C-SC-3444183

Continuation of FD-302 of Search of ███████████████ , On 11/13/2013 , Page 2 of 2

a FD-597 property receipt. The search warrant and property receipt were photographed in place on the kitchen table. Entry and exit photos were taken by SA Lippo and included on a CDR to the case file.

Items of note that were collected was a fake house plant located in the guest bathroom hanging in the shower. The hanging pot was pulled apart where writer observed four windows cut out of the pot and covered with a tinted clear plastic suitable for the placement of a hidden camera. There was not a camera present in the plant when it was collected.

Several small micro cameras were collected from the residence along with multiple hard drives and four laptop computers. All items were book into FBI Sacramento evidence control room.

The FD-597 was left with ██████ along with a copy of the search warrant at 9:38am. The search team departed the residence at 9:39am leaving the residence in the custody of ██████.

US v. HENRY - 000667