# EXHIBIT B

# CERES
## POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

213-004554

Page 1 of 2

Date: October 1, 2015

**WITNESS:**

Antonio Ruezga
Cell: ███████

**FACTS:**

On Wednesday, September 30, 2015, I spoke to AUSA M. Tierney regarding the case against Adam Henry and the fact that there would be a bail hearing in Federal court on Monday, October 5, 2015.

AUSA Tierney asked me to follow up with a social worker who had been involved in this case. AUSA Tierney indicated he had a CPS document that had a paragraph that contained a statement from Adam Henry to SW Antonio Ruezga on November 13, 2013.

In November, 2013, I had requested prior to the search warrant at the Henry home that a CPS worker be with us in case the children in the home needed to be taken into protective custody. SW Ruezga was assigned that task. He was present with us when the FBI search warrant was served on November 13, 2013.

While in the home, according to SW Ruezga, Adam Henry indicated to him while being interviewed by SW Ruezga that his wife (Angele Henry) had nothing to do with his charges. He told SW Ruezga that none of the children had been involved or exposed to anything inappropriate.

I spoke to SW Ruezga on today's date and he confirmed that, in fact, Adam Henry had made that statement to him regarding Angele Henry's lack of involvement with anything that he was being arrested for.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: *DV* | | ID #: | 37H |
|---|---|---|---|---|---|---|---|

**COPIES TO:**
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|

CC3: 10-2-15
AUSA Tierney

# CERES
## POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

213-004554

Page 2 of 2

**DISPOSITION:**

Please forward a copy of this supplemental report to AUSA Michael Tierney ███████████████████████.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: $\mathcal{DY}$ | | ID #: 574 |
|---|---|---|---|---|---|---|

**COPIES TO:**
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT      EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO      COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS      CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH      STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|