# EXHIBIT C

| 12/03/2013 | Stanislaus County Community Services Agency - Stanislaus | SDSVSLOG |
|---|---|---|
| 02:55 PM | Logged-On Staff Person: Valerie Castro  N3Y Castro | Page: 1 of 8 |

## DELIVERED SERVICE LOG
All Contacts, Services & Visits

FROM: 11/13/2013     TO: 12/3/2013

FOR: ████████

**Contact Date:** 11/13/2013   **On Behalf Of:** ████████
**Contact Purpose:** Investigate Referral   **Staff Person:** Jose Antonio Ruezga
**Participant(s):** Angele Henry, ████████, Adam Henry
**Method:** In-Person   **Location:** Home   **Status:** Completed

On 11/13/13 @ 6:30AM responding to an AA this SW met with CPD det. Art Hively & Britton Moore and FBI agent Mark Lucas and his team for a briefing of the search warrant. The meeting took place in the parking lot of the Celerity Baptist Church in Turlock. The search warrant for the residences of Adam and Angele Henry ████████ ████████. FBI agent Lucas reported that they were searching for various items in connection with "Receipt/distribution of child pornography and production of child pornography".

This team drove to the address and FBI agent knocked on the door and identified self and the team was invited into the residence by Adam. The home appeared clean with no safety hazards noted by this SW at the time of H/V. Adam was secured as he was hand cuffed and separated from his wife Angele, also present were their three children ████████ and Angele's mother ████████ who was holding ████ on her arms. The children ████████ were permitted to remain in their bedroom.

This SW provided her a business card and a CRB to her. SW reviewed referrals allegations with her. She was being interview by the FBI agents and SW was unable to conduct interview.

SW F/F interview with Adam Henry in the living room. SW reviewed referrals allegations with him. He reported that he was not sure of what he was being arrest for but reported that his wife had nothing to do with his charges. He denied that his children were ever involved with anything and stated that the children were not exposed to anything that was inappropriate. He reported that everything was concentrated to their (his and Angele) bedroom where the children do not have access to. He request that his children be allowed to stay in the home with his mother-in-law ████. SW advised he would not be allowed around the children until CPS had set services through FM and he agreed.

This SW F/F visit ████████ at the residence. This SW informed her that interview was voluntary and her cooperation was appreciated. She agreed to participate in interview. Interview completed in less then 30 minutes. She declined to have any one present during this interview. She appeared to be clean and healthy with no visible bruises or marks. She was able to distinguish between the truth and a lie and agreed to tell the truth during this interview. SW reviewed good vs. bad touch; it was evident that the difference between the two was understood. She denied ever been touched inappropriately. For discipline she is sent to her

bedroom.

This SW F/F visit ▮▮▮▮▮ at the residence. This SW informed him that interview was voluntary and his cooperation was appreciated. He agreed to participate in interview. Interview completed in less then 30 minutes. He declined to have any one present during this interview. He appeared to be clean and healthy with no visible bruises or marks. He was able to distinguish between the truth and a lie and agreed to tell the truth during this interview. SW reviewed good vs. bad touch; it was evident that the difference between the two was understood. He denied ever been touched inappropriately. For discipline he will made to stand in his bedroom all day.

SW F/F visit with ▮▮▮▮▮ at the residence. He appeared clean and healthy with no visible bruises or marks. He was too young to interview.

▮▮▮▮▮ the maternal grandmother was allowed to stay at the residence and care for the children. SW wrote and discussed safety plan with ▮▮▮ that she would provide care for the children and that Angele and Adam would not be allowed back in the residence. She agreed to the safety plan and signed it.

SW drove to CPD station to meet with Angele Henry to discussed referral allegations and safety plan.

At 9:35AM SW F/F visit with Angele Henry at CPD. SW reviewed referrals allegations with her. She reported that she not was aware of the child porn. She admitted that she would go on adult porn websites. She denied ever engaging with child porn. She reported that she and Adam would have people over but would always have the children out from the home with their sitter. The only time she would view any porn would be when the children were sleeping and it was only in her bedroom. She denied that she ever had any minors involved with them. SW discussed FM services with her and she agreed to FM services for counseling, and parenting. She agreed not to have any porn around the children. She agreed not to return to the residence until FM services were in place and she agreed.

SW discussed case with ER sup Leann, who agreed that FM services would be appropriate for Angele.

SW received T/C from ▮▮▮▮▮ who reported that she was contacted by Aladdin Bail Bond to bail Angele. She agreed to bail Angele and meet with this SW and FM SW at the residence at 3:00PM.

SW scheduled FM assessment for 11/13/13 at 3:00PM at the families residence.

**Contact** Date: 11/13/2013    On Behalf Of: ▮▮▮▮▮
**Contact** Purpose: Investigate Referral    Staff Person: LeAnn Wesner-Donaldson
**Participant(s):** Angele Henry, Adam Henry
**Method:** Written    Location:    Status: Completed

On 11-13-13, the undersigned requested a CLETS for Adam Henry ▮▮▮, father; and Angele Henry ▮▮▮, mother; for the purpose of completing an investigation. Livescan forms were mailed to each person.

Henry Defense 000007