CAED 435 (Rev. 03/15)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

PLEASE Read Instruction Page (attached):

| | | | |
|---|---|---|---|
| 1. YOUR NAME<br>Anthony P. Capozzi | 2. EMAIL<br>whitney@capozzilawoffices.com | 3. PHONE NUMBER<br>(559) 221-0200 | 4. DATE<br>4/30/2018 |
| 5. MAILING ADDRESS<br>1233 W. Shaw Ave., Ste. 102 | | 6. CITY<br>Fresno | 7. STATE  CA    8. ZIP CODE  93711 |
| 9. CASE NUMBER<br>1:13-cr-00409 | 10. JUDGE<br>David A. Drozd | DATES OF PROCEEDINGS<br>11. FROM 4/30/2018    12. TO 4/30/2018 | |
| 13. CASE NAME<br>USA v. Adam Alan Henry | | LOCATION OF PROCEEDINGS<br>14. CITY Fresno   15. STATE California | |

16. ORDER FOR
- ☐ APPEAL No. _____
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☑ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) You **must** provide the name of the Reporter.

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Evidentiary Hearing | 4/30/2018 | Hooven |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

18. ORDER    (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☑ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE  /s/ Anthony P. Capozzi

PROCESSED BY

20. DATE  4/30/2018

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |