McGREGOR W. SCOTT
United States Attorney
DAVID GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | CASE NO. 1:13-CR-0409-DAD<br><br>SUPPLEMENTAL ATTACHMENT FOR DOCKET ITEMS 271 and 278<br><br>COURT: Hon. Dale A. Drozd |

The government is submitting the attached declaration as a supplemental exhibit. It supports items already in the record as Docket Items 271 and 278 (pages 8-14). The court stated at the last hearing (April 29, 2018) that it would let the parties know whether any additional hearing was necessary to decide the issue of whether a social worker is a law enforcement officer. The exhibit confirms the government's position, and the court's earlier findings, that a social worker is not a law enforcement officer under California law.

Dated: May 4, 2018               McGREGOR W. SCOTT
                                 United States Attorney

                            By:  /s/ DAVID GAPPA
                                 DAVID GAPPA
                                 ROSS PEARSON
                                 Assistant United States Attorneys