IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00409 DAD |
| Plaintiff, | |
| v. | |
| ADAM ALAN HENRY, | |
| Defendant. | |

**DECLARATION**

I, Christine Huber, MSW, am an Assistant Director with Stanislaus County Community Services Agency; Adult, Child and Family Services Division.

I have reviewed relevant portions of a filing (Docket Item 285) by defense counsel in the Adam Henry case now pending in federal court in Fresno.

I am also familiar with a witness who testified in that case, Jose Antonio Ruezga, because he was employed as a Social Worker IV assigned to Emergency Response with the Stanislaus County Community Services Agency from 2005 to March 2015. A Social Worker IV performs professional casework of an advanced nature in the most difficult social services areas. The casework requires the application of high level and sophisticated social services, expertise and techniques. Typical tasks include investigating child abuse or neglect referrals and investigating Juvenile Court Dependency

1

actions. A Social Worker IV requires the possession of a Master's Degree in social work (MSW) or an approved two (2) year master's degree in counseling.

I am familiar with the responsibilities of a social worker, and I can confirm that social workers like Mr. Ruezga are not (and were not in 2013) law enforcement officers or peace officers as defined in California Penal Code section 830.3 (or elsewhere). Social workers, including Mr. Ruezga, are not authorized to carry a gun, are not issued a badge, do not have arrest authority, and do not conduct investigations for purposes of referring matters for criminal prosecution. Further, when Mr. Ruezga worked for Stanislaus County Community Services Agency, he was not P.O.S.T. (Peace Officer Standards Training) certified.

Date: 5/3/18           Christina Huber, MSW