**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br>ADAM ALAN HENRY,<br><br>        Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br>**OBJECTION TO GOVERNMENT'S SUPPLEMENTAL ATTACHMENT FOR DOCKET ITEMS 271 and 278 [DOCUMENT 295]**<br><br>Date: May 29, 2018<br>Time: 1:30 p.m.<br>Court: 5 |

**TO:   THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Adam Alan Henry, hereby objects to the filing of Document 295 and the attachment, Document 295-1, Declaration of Christine Huber, filed by the Government on May 4, 2018, and requests that it be stricken.

Document 295 purports to be a Declaration however is not filed under penalty of perjury and is merely an opinion from an individual who **does not** have the proper foundation and the legal expertise to render such an opinion in a matter of law.

California Penal Code section 830.3(h) specifically states as follows:

> **§ 830.3. Investigators, inspectors, and other employees of specified agencies.**
> The following persons are peace officers whose authority extends to any place in the state for the purpose of performing their primary duty or when making an arrest pursuant to Section 836 as to any public offense with respect to which there is immediate danger to person or property, or of the escape of the perpetrator of that offense, or pursuant to Section 8597 or 8598 of the Government Code. These peace officers may carry firearms only if authorized and under those terms and conditions as specified by their employing agencies:
>
> **(h)** All investigators of the State Departments of Health Care Services, Public Health, and Social Services, the Department of Toxic Substances Control, the Office of Statewide Health Planning and Development, and the Public Employees' Retirement System, provided that the primary duty of these peace officers shall be the enforcement of the law relating to the duties of his or her department or office. Notwithstanding any other law, investigators of the Public Employees' Retirement System shall not carry firearms.

Ms. Huber's opinion is without any foundation and is irrelevant and should be stricken.

Penal Code section 830.3(h) clearly indicates that all investigators of the Department of Social Services are peace officers. Mr. Ruezga was on the search with the FBI and local police officers performing his official duties.

Respectfully submitted,

Dated: May 23, 2018     By: */s/Anthony P. Capozzi*
                             ANTHONY P. CAPOZZI
                             Attorney for ADAM ALAN HENRY