1  **ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**

2  1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711

3  PHONE: (559) 221-0200
FAX: (559) 221-7997

4  EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

5

6  ATTORNEY FOR Defendant,
ADAM ALAN HENRY

7

8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11  * * * * * *

12  UNITED STATES OF AMERICA,                    Case No.: 1:13-CR-00409 DAD-BAM

13              Plaintiff,                       **MEMORANDUM REGARDING**
                                                 **DISCOVERY OF GOVERNMENT**
14        v.                                     **EXHBIT 28.13 AND DECLARATION OF**
                                                 **WHITNEY S. LINDER**
15

16  ADAM ALAN HENRY,

17              Defendant.                       **Date: May 29, 2018**
                                                 **Time: 1:30 p.m.**
18                                               **Court: 5**

19

20  **TO:    THE ABOVE ENTITLED COURT AND TO THE UNITED STATES**
21  **ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

22        The Government **did not** produce Government Exhibit 28.13 (the screenshot of the

23  victim) prior to the Friday before the jury trial.  Exhibit 28.13 was included in a three-ring

24  Evidence Binder which included 40 exhibits with numerous pages and pictures to each

25  Exhibit.

26        The discovery provided by the Government, which included reports from Detective

27  Art Hively only mentioned 12 screenshots from the videos taken by the Defendant and his

28  wife. (Ten screenshots from the bedroom and two screenshots from the bathroom.)

1        On bates number 304 Det. Hively states: "I located a subfolder with two snapshots of

2   V/CONFIDENTIAL that were taken from videos in which she was recorded in the Henrys'

3   bathroom while changing. They had been labeled **'bath1.jpg'** and **'bath2.jpg'**. There were an

4   additional ten screenshots of V/CONFIDENTIAL taken from the video in which she was

5   changing clothes in front of O/HENRY, Angele." (Exhibit A)

6        On bates number 522, Det. Hively mentions ten screenshots from the bedroom.

7   (Exhibit B)

8        Bates number 592 is a repeat of bates number 304 which states that Det. Hively found

9   two snapshots of V/CONFIDENTIAL from the bathroom labeled **'bath1.jpg'** and

10  **'bath2.jpg'** and an additional ten screenshots from the bedroom. (Exhibit C)

11        On bates number 721 Det. Hively burned three video files for the defense and added

12  ten still images that had been cropped from the movie files which had been located on the

13  computers as well as the video files themselves. (Exhibit D)

14  **A.**      **Grand Jury Testimony of Detective Arthur Hively**

15        Det. Arthur Hively testified before the grand jury in this case. (Exhibit E – Grand Jury

16  transcript (filed Under Seal))  On page 27 lines 17-25 (bates number 1204) he testified, under

17  oath, as follows:

18
19              I also located -- in the same folder with these videos or this
                particular video were 10 snapshots or screenshots of that video
20              that were created by somebody in the home, Angele Henry or
                Adam Henry, and then placed in that folder.

21              Q. Okay. And were there some screenshots that were also made
22             from videos that were created in the bathroom?

23              A. Yes. There were two from the bathroom showing Alyssa
                changing clothes.

24

25        On page 33, lines 19-25, Det. Hively mentioned exhibits one and two.  On page 34,

26  lines 1-20 (bates number 1211), Det. Hively describes the content of Exhibit One as

27  screenshots of the victim in the bedroom and "two [snapshots] of [the victim] in the bathroom

28  from the behind and one that **I prepared** from the shower where [the victim] was taking a

1    shower."

2           ***Request is hereby made to produce Exhibit One presented to the Grand Jury by Det.***

3    ***Art Hively prior to the hearing.***

4           On May 30, 2017, in the Motions In Limine argument the transcript reveals AUSA

5    Gappa stating at page 37, lines 14-23:

6                   MR. GAPPA: Yes, but that's not the full extent of the material on
                    that victim, the minor victim in Count 1. That's just one screen
7                   capture which I used by way of example to show the continuity
                    of the technique, that goes to show who was responsible for this.
8

9                   So it is not that is all that we have. There are approximately ten
                    videos in the bathroom, one video in a bedroom, **ten screen**
10                  **captures from the video in the bedroom, and two screen**
                    **captures from the videos in the bathroom.** (Emphasis added.)
11

12                  So there is more content of that victim.

13          On June 26, 2017, in the Motions In Limine the transcript reveals that the Defendant

14   filed a Response to Government's Brief on Count One of the Superseding Indictment

15   (Document 131) along with Exhibits A and B (filed Under Seal as Document 133).  This

16   exhibit included the ten screenshots of the bedroom video and the two screenshots of the

17   bathroom video.  These screenshots were put into evidence at trial in Government's Exhibit

18   28.1-28.12.  Government Trial Exhibit 28.13 was not included in this motion simply because

19   the defense was not aware of 28.13.

20          AUSA Gappa at page 33, lines 21-25 and page 34, lines 1-13 stated:

21                  MR. GAPPA: but, your Honor, if I could, just before we could --
                    just -- I think it might be a good use of the collective four to five
22                  minutes. The Defense has raised a couple of things which I don't
                    think are accurate. There was reference to all of the screen
23                  captures were produced from that bedroom video. That's not
                    correct. In fact, the Defendant himself, whether they realized it or
24                  not, submitted in Exhibit A, which is under seal, attachment -- the
                    attachment to their brief, two screen captures which are Bates
25                  stamped "U.S. versus Henry 001010." They both have that
                    number on it. However, they are two distinct, different images.
26                  And these are images that were created from a video that was
                    taken in the Defendant's bathroom.
27

28

MEMORANDUM REGARDING DISCOVERY OF GOVERNMENT'S EXHIBIT 28.13
CASE NO.: 1:13-CR-00409 DAD

1
2
3
4

> And I'm bringing this out for a couple of reason. One, to clarify the record that it is not correct that all of the screen captures were only made from that one bedroom video. So that's significant. But, two, these two images were created on April 7th, 2013.

5

In the trial exhibit binder, Government Exhibit 34.2 shows a screenshot which displays

6

"[Victim] Pics bath1 and bath2.jpg and Untitled 1 through Untitled 10." (Exhibit F)  These are

7

the ten screenshots from the bedroom and two screenshots from the bathroom.

8

Government Trial binder exhibit 34.8 shows a screenshot which states "[Victim]/Pics

9

bath1 and bath2.jpg 4/7/16 20:42AM; 5/27/2013 11:08 and Untitled 1 through Untitled 10

10

2/4/2013; 5/27/2013 11:08." (Exhibit G)  These are the ten screenshots from the bedroom and

11

two screenshots from the bathroom.

12

At the April 30, 2018, hearing on the Motion for New Trial at page 39, lines 2-17, the

13

court stated:

14
15
16
17

> So how do you link any of those entries on the subfolders to Government's Exhibit 28.13? What would do it for me is if you had a copy of trial Exhibit 28.13 that had a government Bates stamp number on it that showed that Government Exhibit 28.13 fell within those Bates stamp numbers that appear in that letter. That would do it for me. You got that? You should have that.

18

> MR. GAPPA: That's what this is.

19

> THE COURT: That's not that.

20

> MR. GAPPA: Can I try one more time?

21
22
23

> THE COURT: Not barking up that tree. Because that doesn't do it. Show me something that looks -- show me 28.13 that's got a Bates stamp number on it.

24

> MR. GAPPA: Well --

25
26

> THE COURT: Show me that photo with a Bates stamp number. That would do it.

27

In an attempt to display Exhibit 28.13 with a bates stamp, on May 14, 2018, the

28

Government provided discovery in bates numbers 001382 through 001388 which included two

1   pictures of Government Trial Exhibit 28.13 which are now bates stamped. (Exhibit H) Prior to

2   May 14, 2018, the defense **has never seen** these pictures or knew of their existence.

3          The Government now sets out this discovery as though it had been presented to the

4   defense in the manner that it is now presented. **This was never produced to the defense.**

5

6                                          **CONCLUSION**

7          The Government is now trying to imply that the discovery provided on May 14, 2018,

8   had been provided at time prior to the beginning of the jury trial. The discovery set out herein,

9   including Det. Hively's Grand Jury testimony clearly establishes ten screenshots from the

10  bedroom and two screenshots from the bathroom were all that was presented to the Grand Jury

11  and to the defense in discovery prior to the trial.

12

13                                          Respectfully submitted,

14  Dated:       May 23, 2018        By:   */s/Anthony P. Capozzi*
                                            ANTHONY P. CAPOZZI
15                                          Attorney for ADAM ALAN HENRY

16

17

18

19

20

21

22

23

24

25

26

27

28

MEMORANDUM REGARDING DISCOVERY OF GOVERNMENT'S EXHIBIT 28.13
CASE NO.: 1:13-CR-00409 DAD

# EXHIBIT A

# CERES

## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

**Page 9 of 10**

Many of the individuals' names related to people that O/HENRY, Adam knew before he met O/HENRY, Angele.

In the folder labeled with V/CONFIDENTIAL'S name, I located a subfolder with two snapshots of V/CONFIDENTIAL that were taken from videos in which she was recorded in the Henrys' bathroom while changing. They had been labeled "bath1.jpg" and "bath2.jpg". There were an additional ten screenshots of V/CONFIDENTIAL taken from the video in which she was changing clothes in front of O/HENRY, Angele.

I was also able to speak to one of the victims who was captured showering in the Henrys' bathroom on December 24, 2012. This was V/Brennan. She is O/HENRY, Angele's mother.

I spoke to her on November 13, 2013, because she was in the Henrys' Turlock home when the FBI served the arrest and search warrants there. I explained to her that she could be a victim and she said she was visiting during the Christmas season, 2012, and she did use the shower. She then went on to explain to me that she believes that her daughter is a "pleaser" and is easily manipulated. She felt that O/HENRY, Adam was controlling her daughter in these acts.

During this investigation Detective Moore spoke to V/CONFIDENTIAL. She told Detective Moore (refer to his three page supplemental report related to his interview) that O/HENRY, Adam started "weirding her out after a while" and he would be "touchy." She told him of one incident while she was at the Henrys' home and she was at the computer. Her neck started to hurt and O/HENRY, Adam approached her and started rubbing her shoulders. The incident made her feel uncomfortable and said it "weirding her out." Also, at different times he would tickle her, causing, again, for her to feel uncomfortable.

## DISPOSITION:

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | | Tran by: | Date Tran: |
|---|---|---|---|

US v. HENRY -000304

# EXHIBIT B

# CERES

## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

**Page 17 of 31**

The third and last video clip in this series is around 12:30 minutes long. V/CONFIDENTIAL 1 dresses in a polka dot two piece swim suit near the beginning of this clip.

S/Angele Henry then gets V/CONFIDENTIAL 1 to try on the bustier on more time, but without a bra. During this process, it is obvious V/CONFIDENTIAL 1 is shy and does not want to expose herself (breasts) in front of S/Angele Henry. She unties the back of the swim suit top and holds the cups in place with her arm while S/Angele Henry puts the bustier on over the swim suit top.

As S/Angele Henry pulls the swim suit top out of the garment, she leans on V/CONFIDENTIAL 1'S left shoulder, turning her towards the camera. She then pushes the right portion of the bustier away from V/CONFIDENTIAL 1'S right breast, ostensibly allowing for the swim suit strap to come free. When she does this, she exposes V/CONFIDENTIAL 1'S breast momentarily.

At the ten minute mark on this clip, S/Angele Henry tells V/CONFIDENTIAL 1 that she is leaving the room so V/CONFIDENTIAL 1 can have privacy in changing back into her clothes.

After she changes her clothes the video ends.

In the same folder there were ten screenshots of V/CONFIDENTIAL 1 that someone had taken from the previously described video.

**Recording 5-2012-05-26-0.mpg**
**Recording 5-2012-06-12-0.mpg**
**Recording 5-2012-06-12-1.mpg**
   The File Created date matches the titles of the movies.

In the first recording, V/CONFIDENTIAL 1 enters the bathroom, uses the toilet and then changes into a swim suit. Although the shower curtain

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|

COPIES TO:
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT    EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO    COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS    CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH    STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

| RELATED FILE NUMBERS: | | Tran by: | Date Tran: |
|---|---|---|---|

**US v. HENRY - 000522**

# EXHIBIT C

# CERES

## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

**Page 8 of 8**

Many of the individuals' names related to people that O/HENRY, Adam knew before he met O/HENRY, Angele.

In the folder labeled with V/CONFIDENTIAL's name, I located a subfolder with two snapshots of V/CONFIDENTIAL that were taken from videos in which she was recorded in the Henrys' bathroom while changing. They had been labeled "bath1.jpg" and "bath2.jpg". There were an additional ten screenshots of V/CONFIDENTIAL taken from the video in which she was changing clothes in front of O/HENRY, Angele.

I was also able to speak to one of the victims who was captured showering in the Henrys' bathroom on December 24, 2012. This was V/Brennan. She is O/HENRY, Angele's mother. I spoke to her on November 13, 2013, because she was in the Henrys' Turlock home when the FBI served the arrest and search warrants there. I explained to her that she could be a victim and she said she was visiting during the Christmas season, 2012, and she did use the shower. She then went on to explain to me that she believes that her daughter is a "pleaser" and is easily manipulated. She felt that O/HENRY, Adam was controlling her daughter in these acts.

During this investigation Detective Moore spoke to V/CONFIDENTIAL. She told Detective Moore (refer to his three page supplemental report related to his interview) that O/HENRY, Adam started "weirding her out after a while" and he would be "touchy." She told him of one incident while she was at the Henrys' home and she was at the computer. Her neck started to hurt and O/HENRY, Adam approached her and started rubbing her shoulders. The incident made her feel uncomfortable  and said it "weirding her out." Also, at different times he would tickle her, causing, again, for her to feel uncomfortable.

## DISPOSITION:

Attach this supplemental report to the original report.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|
| **COPIES TO:** <br> DPS: ☐CHIEF ☐CMDR.  ☐INV.  ☐DRUG UNIT <br> ☐PATROL  ☐INTEL  ☐RECORDS  ☐PROPERTY  ☐CSO <br> ☐COURT LIAISON ☐VIPS ☐CHAPLAINS  ☐COMPUTERS <br> COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH <br> ☐SCFW ☐ANIMAL CONTROL  ☐DEPT. ENV. RES. <br> ☐OTHER | | | | **EMERGENCY SERVICES:** ☐CMCPL ☐B/C ☐F/M ☐CAPT. <br> **COURT:** ☐MUNI ☐TRAFFIC ☐JUVENILE <br> **CITY HALL:** ☐CITY MNGR.  ☐CITY ATTY ☐PUBLIC WORKS <br> **STATE/FED:** ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| **RELATED FILE NUMBERS:** | | | | | **Tran by:** | **Date Tran:** | |

US v. HENRY - 000592

# EXHIBIT D

# CERES

## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

**Page 1 of 1**

Date: May 28, 2014

**FACTS:**

On today's date, Detective B. Moore requested that I copy videos in this case to a DVD for the defense counsel for O/Angele Henry. He specifically requested that I provide the three video files related to the recording of V/CONFIDENTIAL and O/Angele Henry in the Henrys' bedroom.

I burned these three video files and added ten still images that had been cropped from the movie files. I had located these on the computers as well as the video files themselves.

**DISPOSITION:**

Attach this supplemental report to the original report and forward to the Stanislaus County DA's Office.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | | ID #: | |
|---|---|---|---|---|---|---|---|

**COPIES TO:**
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☒RECORDS ☐PROPERTY ☐CSO
☒COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
COUNTY: ☒DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC WORKS
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|

**US v. HENRY_000721**

# EXHIBIT F



GOVERNMENT
EXHIBIT

34.2

# EXHIBIT G

| Recording Location | Description | Title | Date/Time | |
|---|---|---|---|---|
| **Item #7** | | Recording 5-2012-05-26-0.mpg | | |
| | | Recording 5-2012-06-12-0.mpg | | |
| | | Recording 5-2012-06-12-1.mpg | | |
| | | | | |
| **Item #8** | | | | |
| | V/C1 Showers | 2013_4_8_12_15_8.MP4 | | |
| | V/C1 Changes | 2013_4_8_12_31_56.MP4 | | |
| | V/C1 Changes | 2013_4_8_12_36_49.MP4 | | |
| | | | | |
| **Item #9** | | | | |
| | V/C1 with Angele Henry | 00100.MTS | 1/2/2013 | |
| These files are | Personal\Not OK\ | 00101.MTS | | |
| on both shares | Misc People\ | 00102.MTS | | |
| | ▬Vid\15 | | | |
| | | | | |
| | ▬Vid\15\ | | | |
| | Hot Tub (With Sherri) | | | |
| | | | | |
| | V/C1 Showers | 2013_4_8_12_15_8.MP4 | (From Item #8) | |
| | V/C1 Changes | 2013_4_8_12_31_56.MP4 | | |
| | V/C1 Changes | 2013_4_8_12_36_49.MP4 | | |
| | | | | |
| | ▬Vid\14 | Recording 5-2012-05-26-0.mpg | (From Items #7 and #13) | |
| | V/C1 1st video: uses toilet | Recording 5-2012-06-12-0.mpg | | |
| | and changes into a swimsuit | Recording 5-2012-06-12-1.mpg | | |
| | 2nd: Adam Henry removes | | | |
| | the shower curtain and V/C1 | | | |
| | changes clothes | | | |
| | 3rd: V/C1 chanes back into | | | |
| | her street clothes | | | |
| | | | | |
| | ▬Pics | bath1 and bath2.jpg | 4/7/16 20:42 AM | 5/27/2013 11:08 |
| | | Untitled1 through Untitled 10 | 2/4/2013 | 5/27/2013 11:08 |
| | | | | |
| | | | | |
| **Ite 11B** | Deleted from this | Recording 5-2012-05-26-0.mpg | | |
| | this thumb drive | Recording 5-2012-06-12-0.mpg | | |
| | | Recording 5-2012-06-12-1.mpg | | |
| | | | | |
| **Item #13** | | Recording 5-2012-05-26-0.mpg | | |
| | | Recording 5-2012-06-12-0.mpg | | |
| | | Recording 5-2012-06-12-1.mpg | | |
| | V/C1 uses toilet | Recording 5-2012-06-12-3.mpg | | |
| | V/C1 uses toilet | Recording 5-2012-06-21-0.mpg | | |
| | V/C1 uses toilet | Recording 5-2012-06-21-1.mpg | | |
| | V/C1 uses toilet | Recording 5-2012-07-29-0.mpg | | |

GOVERNMENT EXHIBIT 34.8