1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>        Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br><br>**DECLARATION OF WHITNEY S. LINDER** |

I, WHITNEY S. LINDER, DECLARE:

1.    I am employed by the Law Offices of Anthony P. Capozzi.

2.    On December 9, 2013, Anthony P. Capozzi substituted in as attorney of record for Defendant, Adam Alan Henry.

3.    On February 24, 2014, a Motion for Reconsideration and a Motion for Bail Review was held before Judge Barbara A. McAuliffe.

4.    On February 25, 2014, I sent an email to Assistant US Attorney David Gappa requesting copies of the videos that were used as exhibits during the Bail Review hearing. I was informed that videos had not been used but "still images" were included in the exhibits

---

1  and had been provided to Mr. Capozzi. (Exhibit D-1)

2      5.      After receiving clarification from Mr. Capozzi, I again requested copies of the

3  videos that the still images came from that were used as exhibits in the Bail Review hearing.

4  Mr. Gappa responded that a 75GB storage device was required for the video files. He asked

5  for "some time" and a hard drive to be provided to Ceres Police Department to use in making

6  the copy. (Exhibit D-1)

7      6.      On March 10, 2014, I was again asked by Mr. Capozzi to inquire with the

8  AUSA as to the status of a copy of the videos that were used to make still images which were

9  included in the exhibits at the February 24, 2014, hearing.

10     7.      On or about March 21, 2014, we received a hard drive marked "Ceres P.D.

11 213-004554, A. Henry, DEFENSE COPY, Bates Number 000604" from the US Attorney.

12 (Exhibit D-2)  The letter that accompanied the hard drive stated that the "hard drive contains

13 some of the material that was seized from one or more computers that the defendant used. As

14 requested, other items of electronic evidence are in the process of being copied and sent to the

15 FBI's Sacramento facility for review there. There is a protective order in place that controls

16 how the material may be accessed."

17     8.      Sometime during the week of October 3-7, 2016, I attempted to view the

18 videos on the external hard drive with bates number 000604.  Unfortunately, I was unable to

19 make the hard drive work. On October 11, 2016, I sent an email to AUSA Michael Tierney

20 requesting another copy of the files and offered to send him a 128GB Lexar Jump drive.  I

21 was told the Mr. Gappa was returning to the case and I should forward my request to him,

22 which I did on October 13, 2016. (Exhibit D-3)

23     9.      Mr. Gappa asked us to purchase a 2TB hard drive and bring it down to him at

24 the US Attorney's office on October 24, 2016, because he was traveling to the Ceres Police

25 Department on Thursday, October 27, 2016, to review some of the evidence. (Exhibit D-4)

26     10.     I ordered a Western Digital My Passport Ultra 2TB portable external hard

27 drive and it was delivered to our office on Wednesday, October 26, 2016.  I immediately

28 drove the hard drive down to the US Attorney's office and gave it to the person working at the

1   front desk. (Exhibit D-5)

2       11.     I received an email from Mr. Gappa late on October 27, 2016, telling me that a

3   second copy of the information was copied onto the new hard drive and he wanted to know if

4   we wanted it mailed or if we would be picking up the hard drive.  Mr. Capozzi requested that

5   I drive down and pick it up which I did on Friday, October 28, 2016. (Exhibit D-6)

6       12.     When I picked up the hard drive from the US Attorney's office it was still in its

7   original packaging, but I noticed that a Bates Number sticker with the number 001010 had

8   been placed on the box and not on the hard drive itself. (Exhibit D-7)

9       13.     The hard drive contained one folder labeled BN 1010. I changed the name of

10  the folder to Bates 1010 to match the rest of this office's internal computer folders.

11      14.     BN 1010 contained two subfolders, each with multiple sub-subfolders. In

12  folder "Contents Based on 8 Page Summary Report" is a folder labeled "Page 7 of 8

13  Numerous."   Within that folder is a folder labeled "V CONFIDENTIAL." In the V

14  CONFIDENTIAL folder are thirteen videos and 12 screenshots in their native file formats

15  only. The screenshots are labeled "bath1.jpg, bath2.jpg, Untitled1.jpg, Untitled2.jpg,

16  Untitled3.jpg, Untitled4.jpg, Untitled5.jpg, Untitled6.jpg, Untitled7.jpg, Untitled8.jpg,

17  Untitled9.jpg, and Untitled10.jpg." (See Exhibit D-8 – Filed Under Seal)

18      15.     On June 21, 2017, defense counsel decided to include copies of the 12

19  screenshots in its Opposition to the Government's Brief on Count One of the Superseding

20  Indictment (Document 131).  Exhibits A and B to Document 131 were filed Under Seal as

21  Document 133.  Exhibit A was a compact disk with copies of the videos and Exhibit B was a

22  printout of the screenshots produced as Government's bates number 1010.  For the purposes

23  of the court filing, I printed the native files into a .PDF file format and using the

24  Government's bates number system, I bates numbered the pictures "US v. Henry – 001010."

25  (Exhibit D-9 – Filed Under Seal)

26      16.     This declarant has looked through all of the subfolders in Bates Numbers 1010,

27  1011, 1124, 1222, and 1283 for "Untitled11.jpg" and it does not appear in any of the many

28  folders contained in those five bates numbers.

1      I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.

3      Executed this 23rd day of May 2018, at Fresno, California.

4                              Respectfully submitted,

5          By:   */s/Whitney S. Linder*

6                WHITNEY S. LINDER
                 Declarant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT D-1

**Whitney Linder**

| | |
|---|---|
| **From:** | Gappa, David (USACAE) <David.Gappa@usdoj.gov> |
| **Sent:** | Wednesday, February 26, 2014 10:13 AM |
| **To:** | Whitney Linder |
| **Subject:** | RE: USA v. Adam Henry |

Approximately 75GB of storage space will be necessary to copy over all the video files referenced in the 8-page report and the 15-page report.  That will require some time and a hard drive.  Let me know if you can provide a hard drive for Ceres PD to use in making the copy.

**From:** Whitney Linder [mailto:whitney@capozzilawoffices.com]
**Sent:** Wednesday, February 26, 2014 8:21 AM
**To:** Gappa, David (USACAE)
**Subject:** RE: USA v. Adam Henry

Good Morning David.

Tony is asking for the videos in which the still images were taken from.  He needs them as soon as possible.

Thanks!

Whitney

**From:** Gappa, David (USACAE) [mailto:David.Gappa@usdoj.gov]
**Sent:** Tuesday, February 25, 2014 5:21 PM
**To:** Whitney Linder
**Subject:** RE: USA v. Adam Henry

Hello Whitney:

I have not used any videos at any of the detention hearings.  Dan Haralson and Tony were provided with and kept copies of the exhibits (which included still images) that I provided to the court.

**From:** Whitney Linder [mailto:whitney@capozzilawoffices.com]
**Sent:** Tuesday, February 25, 2014 2:41 PM
**To:** Gappa, David (USACAE)
**Cc:** Anthony Capozzi
**Subject:** USA v. Adam Henry

David,

Tony has asked that I email you requesting copies of the videos you used as exhibits in the bail hearing for Adam Henry.

Thanks!

*Whitney S. Linder*

Certified Paralegal
Law Offices of Anthony P. Capozzi
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Phone: (559) 221-0200
Fax: (559) 221-7997
E-mail: whitney@capozzilawoffices.com
www.capozzilawoffices.com


IMPORTANT: This e-mail, including all attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6140 / Virus Database: 4419/10717 - Release Date: 09/28/15

**Whitney Linder**

| | |
|---|---|
| **From:** | Gappa, David (USACAE) <David.Gappa@usdoj.gov> |
| **Sent:** | Tuesday, March 11, 2014 1:04 PM |
| **To:** | Anthony P. Capozzi (capozzilaw@aol.com) |
| **Cc:** | Whitney Linder |
| **Subject:** | RE: Henry |

Tony:

Let me know if there's a good time today for me to call you to talk about this case.  I have court from about 1:30 until 2:00 but can otherwise be available.

Thanks.

**From:** Gappa, David (USACAE)
**Sent:** Monday, March 10, 2014 10:54 AM
**To:** 'Whitney Linder'; Anthony P. Capozzi (capozzilaw@aol.com)
**Subject:** RE: Henry

I just spoke with the case agent.  He drove down this morning and dropped off some evidence that I hope to review ASAP.  If it's as suggested, I should be able to provide it to you in the next day or so.  I'll give you an update when I can.

**From:** Whitney Linder [mailto:whitney@capozzilawoffices.com]
**Sent:** Monday, March 10, 2014 10:20 AM
**To:** Gappa, David (USACAE)
**Cc:** Anthony Capozzi
**Subject:** FW: Henry

David,

I spoke to Tony about Adam Henry this morning and he would like to know the status of the video that we requested on February 28th.

Thanks!

Whitney Linder

**From:** Anthony P. Capozzi [mailto:capozzilaw@aol.com]
**Sent:** Friday, February 28, 2014 4:00 PM
**To:** whitney@capozzilawoffices.com
**Subject:** Fwd: Henry

-----Original Message-----
From: Anthony P. Capozzi <capozzilaw@aol.com>
To: David.Gappa <David.Gappa@usdoj.gov>
Sent: Fri, Feb 28, 2014 3:59 pm
Subject: Re: Henry

Ok that one and the video where you obtained the pictures from the defendant's bathroom.


Thanks



-----Original Message-----
From: Gappa, David (USACAE) (USACAE) <David.Gappa@usdoj.gov>
To: Anthony P. Capozzi <capozzilaw@aol.com>
Sent: Fri, Feb 28, 2014 3:55 pm
Subject: RE: Henry

I have thus far only received a paper copy of the reports that I've shared with the court and counsel.  If you want just videos of the babysitter victim, let me know.  I'll tell them to put those on a separate drive and do that first.

**From:** Anthony P. Capozzi [mailto:capozzilaw@aol.com]
**Sent:** Friday, February 28, 2014 3:50 PM
**To:** Gappa, David (USACAE)
**Subject:** Re: Henry

How did you get the pictures if you don't have the video. Did Ceres PD send the pictures to you? How can I quickly get the video that the pictures came from?



-----Original Message-----
From: Gappa, David (USACAE) (USACAE) <David.Gappa@usdoj.gov>
To: Anthony P. Capozzi <capozzilaw@aol.com>
Sent: Fri, Feb 28, 2014 3:32 pm
Subject: RE: Henry

I was in court so just heard the voice message now.  I actually don't have any of the material now.  Ceres PD has been preparing a copy for me.  If/when I get it, I will see if I can find the video that you want.  As mentioned in my earlier message, if you just want a subset of the entire evidence set, let me know.  I don't think it would take six weeks to make a copy of the items that were used for purposes of the detention hearing.

**From:** Anthony P. Capozzi [mailto:capozzilaw@aol.com]
**Sent:** Friday, February 28, 2014 2:00 PM
**To:** Gappa, David (USACAE)
**Subject:** Henry

We spoke to the Ceres Police Dept. about the videos requested. It would be faster if you supplied the one video we requested. Please call.

Tony

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6140 / Virus Database: 4419/10717 - Release Date: 09/28/15

# EXHIBIT D-2



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

Benjamin B. Wagner
*United States Attorney*

---

| | |
|---|---|
| 2500 Tulare St., Suite 4401 | Phone 559/497-4000 |
| Fresno, CA 93721 | Fax    559/497-4099 |
| | TTD   559/497-4500 |

March 21, 2014

Anthony P. Capozzi
Attorney at Law
1233 W. Shaw Ave., Suite 102
Fresno, CA 93711

   **Re:** **United States v. Adam Alan HENRY**
      **1:13-CR-00409 AWI**

Dear Mr. Capozzi:

  Enclosed please find supplemental discovery material bearing *Bates Stamp Number 000604*. This is a hard drive that contains some of the material that was seized from one or more computers that the defendant used.   As requested, other items of electronic evidence are in the process of being copied and sent to the FBI's Sacramento facility for review there.   There is a protective order in place that controls how the material may be accessed.

  By accepting and retaining this discovery, you agree that these materials will be used only by you and your staff and that you will not copy or use these materials for purposes other than for the preparation of the defendant in this case.

  Under Criminal Rule 440 of the Local Rules of U.S. District Court for the Eastern District of California, the United States further requests that any discovery by the defendant be provided to the government within twenty (20) days of this letter.

       Sincerely yours,

       BENJAMIN B. WAGNER
       United States Attorney

   By  */s/ David L. Gappa*
       DAVID L. GAPPA
       Assistant U.S. Attorney

Enclosed









# EXHIBIT D-3

**Whitney Linder**

| | |
|---|---|
| **From:** | Whitney Linder <whitney@capozzilawoffices.com> |
| **Sent:** | Tuesday, October 11, 2016 12:07 PM |
| **To:** | michael.tierney@usdoj.gov |
| **Subject:** | Adam Henry |
| **Attachments:** | Discovery Ltr BS 604_Henry.pdf |

Hi Mike.

I have a favor to ask. Attached is a letter from David Gappa dated March 21, 2014 that came with a Western Digital passport (external hard drive) that contained some of the videos that were obtained from Adam's computers. I went to open that hard drive last week and it wouldn't open. Our tech guy told me that it was completely unusable and doubted if any of the information could be recovered. Would it be possible to get another copy of the information on the hard drive? I have a 128GB jump drive that I can get to you to have the information uploaded on to make things easier. Please let me know.

Thanks!

*Whitney S. Linder*
Certified Paralegal
Law Offices of Anthony P. Capozzi
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Ph: (559) 221-0200
Fax: (559) 221-7997
Email: whitney@capozzilawoffices.com
www.capozzilawoffices.com

IMPORTANT: This e-mail, including all attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.

# EXHIBIT D-4

**Whitney Linder**

| | |
|---|---|
| **From:** | Gappa, David (USACAE) <David.Gappa@usdoj.gov> |
| **Sent:** | Monday, October 24, 2016 5:05 PM |
| **To:** | Anthony P. Capozzi (capozzilaw@aol.com); Whitney Linder |
| **Subject:** | hard drive, etc. for Henry case |

If you could get the 2 TB drive to me at the USAO tomorrow or Wednesday, I can take it to Ceres on Thursday and try to get the copy made then.  I plan to go to the Ceres PD office to review some evidence that morning.  Also, please let me know what Cellebrite evidence you are requesting and if it has been the subject of previous communication(s) while I was away.

Thanks.

# EXHIBIT D-5



**Whitney Linder**

| | |
|---|---|
| **From:** | Whitney Linder <whitney@capozzilawoffices.com> |
| **Sent:** | Wednesday, October 26, 2016 2:34 PM |
| **To:** | 'Gappa, David (USACAE)' |
| **Cc:** | Anthony Capozzi |
| **Subject:** | RE: hard drive, etc. for Henry case |

The hard drive just delivered and I am on my way out the door with it right now.  As for the new trial dates, I have not heard back from our expert regarding his availability.  I can check on that when I get back.

**From:** Gappa, David (USACAE) [mailto:David.Gappa@usdoj.gov]
**Sent:** Wednesday, October 26, 2016 2:28 PM
**To:** Whitney Linder
**Subject:** RE: hard drive, etc. for Henry case

Hi Whitney:

Did you drop off the drive?  I need to leave early today, but I'm planning to be in the office briefly tomorow just before I leave tomorrow morning.

Also, where are we with moving the trial date?  Are we waiting for Wendy to provide possible new dates, or is it contingent on the custody issue?  It seems like the custody issue should wait until both defendants resolve their criminal cases.  I haven't had an opportunity to reach out to the people for whom you provided contact information.

Thanks.

**From:** Whitney Linder [mailto:whitney@capozzilawoffices.com]
**Sent:** Tuesday, October 25, 2016 7:56 AM
**To:** Gappa, David (USACAE) <DGappa@usa.doj.gov>
**Subject:** RE: hard drive, etc. for Henry case

I expect it to deliver tomorrow.  I'll get it down to you just as soon as it arrives.

**From:** Gappa, David (USACAE) [mailto:David.Gappa@usdoj.gov]
**Sent:** Monday, October 24, 2016 5:05 PM
**To:** Anthony P. Capozzi (capozzilaw@aol.com); Whitney Linder
**Subject:** hard drive, etc. for Henry case

If you could get the 2 TB drive to me at the USAO tomorrow or Wednesday, I can take it to Ceres on Thursday and try to get the copy made then.  I plan to go to the Ceres PD office to review some evidence that morning.  Also, please let me know what Cellebrite evidence you are requesting and if it has been the subject of previous communication(s) while I was away.

Thanks.

# EXHIBIT D-6

**Whitney Linder**

| | |
|---|---|
| **From:** | Whitney Linder <whitney@capozzilawoffices.com> |
| **Sent:** | Friday, October 28, 2016 9:37 AM |
| **To:** | 'Gappa, David (USACAE)' |
| **Cc:** | Anthony Capozzi |
| **Subject:** | RE: hard drive, etc. for Henry case |

David,

Tony would like the hard drive and phone records picked-up.  I can come pick-up the drive today if you agree to release it to me. If the records will be ready today too, then I can wait to come down there to pick-up both.  If they are not, then I will only come for the drive.  Just let me know when each are available.

In answer to your question about the CPS matter, we have only answered questions and provided information from the Stanislaus County Superior Court website to CPS Worker Michael Blalock. Due to a breakdown in the postal service we have also forwarded Adam's wishes and other information to attorney Leena Kwon.  I have been informed by Tony that we cannot do anything else. Adam has two other attorneys that are working on the CPS/Family law side of things.

As Tony mentioned before, CPS wants to give full custody back to the mother, but we feel that if the court saw the one video of her with the young female victim they might hold off until after Adam's trial.  Since there is a protective order we need your agreement to submit a stipulation and order to Judge Ishii requesting release of the video so that we may send the video to Michael Blalock and/or the attorneys.

Thanks!

Whitney

---

**From:** Gappa, David (USACAE) [mailto:David.Gappa@usdoj.gov]
**Sent:** Thursday, October 27, 2016 5:31 PM
**To:** Whitney Linder
**Cc:** Anthony P. Capozzi (capozzilaw@aol.com)
**Subject:** RE: hard drive, etc. for Henry case

Someone was able to transfer another copy of the material onto the drive you gave me yesterday, and I have it at the USAO.  I've also requested the Cellebrite report(s), and I'll either get that material tomorrow or Monday.  If you want, I can let you know when the phone records are ready to be picked up; or we can just send everything through the mail.

Has your office made any effort to get the CPS case postponed?  If so, can you let me know who you contacted and whether anyone has any opposition?  I can follow up with them if necessary.

Thanks.

---

**From:** Whitney Linder [mailto:whitney@capozzilawoffices.com]
**Sent:** Wednesday, October 26, 2016 2:34 PM
**To:** Gappa, David (USACAE) <DGappa@usa.doj.gov>

**Cc:** Anthony Capozzi <anthony@capozzilawoffices.com>
**Subject:** RE: hard drive, etc. for Henry case

The hard drive just delivered and I am on my way out the door with it right now.  As for the new trial dates, I have not heard back from our expert regarding his availability.  I can check on that when I get back.

---

**From:** Gappa, David (USACAE) [mailto:David.Gappa@usdoj.gov]
**Sent:** Wednesday, October 26, 2016 2:28 PM
**To:** Whitney Linder
**Subject:** RE: hard drive, etc. for Henry case

Hi Whitney:

Did you drop off the drive?  I need to leave early today, but I'm planning to be in the office briefly tomorow just before I leave tomorrow morning.

Also, where are we with moving the trial date?  Are we waiting for Wendy to provide possible new dates, or is it contingent on the custody issue?  It seems like the custody issue should wait until both defendants resolve their criminal cases.  I haven't had an opportunity to reach out to the people for whom you provided contact information.

Thanks.

---

**From:** Whitney Linder [mailto:whitney@capozzilawoffices.com]
**Sent:** Tuesday, October 25, 2016 7:56 AM
**To:** Gappa, David (USACAE) <DGappa@usa.doj.gov>
**Subject:** RE: hard drive, etc. for Henry case

I expect it to deliver tomorrow.  I'll get it down to you just as soon as it arrives.

---

**From:** Gappa, David (USACAE) [mailto:David.Gappa@usdoj.gov]
**Sent:** Monday, October 24, 2016 5:05 PM
**To:** Anthony P. Capozzi (capozzilaw@aol.com); Whitney Linder
**Subject:** hard drive, etc. for Henry case

If you could get the 2 TB drive to me at the USAO tomorrow or Wednesday, I can take it to Ceres on Thursday and try to get the copy made then.  I plan to go to the Ceres PD office to review some evidence that morning.  Also, please let me know what Cellebrite evidence you are requesting and if it has been the subject of previous communication(s) while I was away.

Thanks.

# EXHIBIT D-7



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

Phillip A. Talbert
Acting *United States Attorney*

---

| | |
|---|---|
| 2500 Tulare St., Suite 4401 | Phone 559/497-4000 |
| Fresno, CA 93721 | Fax   559/497-4099 |
| | TTD  559/497-4500 |

October 28, 2016

Anthony P. Capozzi
Attorney at Law
1233 W. Shaw Ave., Suite 102
Fresno, CA 93711

      Re:    <u>**United States v. Adam Alan HENRY**</u>
               **1:13-CR-00409 AWI**

Dear Mr. Capozzi:

      Enclosed please find supplemental discovery material bearing *Bates Stamp Number 001010*. This is a hard drive that contains some of the material that was seized from one or more computers that the defendant used. There is a protective order in place that controls how the material may be accessed.

      By accepting and retaining this discovery, you agree that these materials will be used only by you and your staff and that you will not copy or use these materials for purposes other than for the preparation of the defendant in this case.

      Under Criminal Rule 440 of the Local Rules of U.S. District Court for the Eastern District of California, the United States further requests that any discovery by the defendant be provided to the government within twenty (20) days of this letter.

                      Sincerely yours,

                      PHILLIP A. TALBERT
                      Acting United States Attorney

                      By      */s/ David L. Gappa*
                      DAVID L. GAPPA
                      Assistant U.S. Attorney

Enclosed



