**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ADAM ALAN HENRY,<br><br>          Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND [PROPOSED] ORDER** |

**TO:   THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Adam Alan Henry, by and through his attorney Anthony P. Capozzi, hereby requests that Exhibit E – Grand Jury Testimony of Detective Arthur Hively and Exhibit H – Government Discovery letter dated May 14, 2018, and Discovery bates numbers 1382-1388, to the Memorandum Regarding Discovery of Government Exhibit 28.13 and Exhibits D-8, screenshot of victim videos and D-9, printed pictures of victim, to the Declaration of Whitney S. Linder be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to

all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's and the victim's privacy rights.

It is therefore requested that Exhibits E, H, D-8, and D-9, be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:   May 23, 2018    By:  */s/Anthony P. Capozzi*
　　　　　　　　　　　　　　　　　　ANTHONY P. CAPOZZI
　　　　　　　　　　　　　　　　　　Attorney for ADAM ALAN HENRY

**ORDER**

For reasons set forth above, the Defendants request to have Exhibit E – Grand Jury Testimony of Detective Arthur Hively and Exhibit H – Government Discovery letter dated May 14, 2018, and Discovery bates numbers 1382-1388, to the Memorandum Regarding Discovery of Government Exhibit 28.13 and Exhibits D-8, screenshot of victim videos and D-9, printed pictures of victim, to the Declaration of Whitney S. Linder filed Under Seal is hereby granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated:

　　　　　　　　　　　　　　　　　　Honorable David A. Drozd
　　　　　　　　　　　　　　　　　　United States District Court Judge