UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM ALAN HENRY,<br><br>    Defendant. | Case No.  1:13-cr-00409-DAD-BAM<br><br>ORDER GRANTING DEFENDANT'S<br>REQUEST TO SEAL DOCUMENTS<br><br>(Doc. 300) |

The court has reviewed and considered defendant's request for an order sealing documents (Doc. 300) in this case. Pursuant to Local Rule 141(b) and good cause appearing, defendant's Exhibits E, H, D-8, and D-9, to the Declaration of Whitney S. Linder (Doc. 299-1) shall be filed under seal until further order of the court.  It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

IT IS SO ORDERED.

Dated:   **May 24, 2018**                                   _Dale A. Drozd_____

UNITED STATES DISTRICT JUDGE