# Attachment A

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Benjamin B. Wagner*
*United States Attorney*

| | |
|---|---|
| 2500 Tulare St., Suite 4401 | Phone 559/497-4000 |
| Fresno, CA 93721 | Fax 559/497-4099 |
| | TTD 559/497-4500 |

December 5, 2013

Daniel L. Harralson
Attorney at Law
P.O. Box 26688
Fresno, CA 93729
Attorney for Defendant; Adam Alan Henry

Re: <u>United States v. Adam Alan HENRY</u>
Case No. 1:13-CR-00409 AWI

Dear Counsel:

Enclosed please find initial discovery materials in this case bearing *Bates Stamp numbers 000001 through 000290.* Please review this material and let me know immediately if any pages are missing and/or are poorly scanned. As additional discovery becomes available, it will be provided separately.

By accepting and retaining this discovery, you agree that these materials will be used only by you and your staff and that you will not copy or use these materials for purposes other than the preparation of the defense in this case.

In addition, as we discussed by phone yesterday, the government will provide a copy of the digital evidence in this case to your expert at the FBI office in Sacramento. I will send separately a proposed protective order that has been entered in other similar cases. I'm told that Marcus Lawson's office should provide to Ceres Police Detective Britton Moore one or more hard drives onto which approximately 15 TB of data can be copied. Lawson's office can contact Detective Moore directly at 209-538-5627 to make arrangements for shipment of the drive(s) to the Ceres Police Department. Once the data has been copied, Detective Moore will have it sent to the Sacramento FBI office. This procedure has worked well in other cases.

Under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure, the United States hereby requests reciprocal discovery of the following:

*U.S. v. Henry*
December 5, 2013
Page 2

1. All books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence-in-chief at trial.

2. All results of any reports of physical or mental examinations and or specific tests or experiments made in connection with this case within the possession or control of defendant, which the defendant intends to introduce as evidence-in-chief at trial, or which have been prepared by a witness whom defendant intends to call at trial.

3. All other discovery to which the Government is entitled under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure.

Under Local Rule 16-440 of the Local Rules of U.S. District Court for the Eastern District of California, the United States further requests that any discovery by the defendant be provided to the government within twenty (21) days of this letter.

Sincerely yours,

BENJAMIN B. WAGNER
United States Attorney

By: *[signature]*
David L. Gappa
Assistant U.S. Attorney

DLG/sks
Enclosures

# Attachment B

# CERES

## DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

213-004554

Page 1 of 33

Date: March 21, 2017

**FACTS:**

On December 6, 2016, AUSA D. Gappa, Detective B. Moore and I met at the Ceres Police Department to work on issues related to the upcoming trial of Adam Henry. AUSA Gappa requested that I obtain from the FBI the below listed items for additional review:

1B1 Hanging Macramé Plant
1B2 64GB Thumb Drive
1B3 MicroSD Card
1B5 Canon Vixia Camcorder
1B6 Security Cameras
1B7 Mini Digital Cameras
1B10 Toshiba Laptop
1B11 HP Laptop
1B12 Micro Camera
1B14 Ext HDD and Dock
1B15 Sony Laptop
1B16 Dell Laptop
1B17 32GB Thumb Drive

These items had been seized by the FBI on November 13, 2013. On December 15, 2016, I was provided the above listed items from SA G. Wenning.

AUSA Gappa also asked that I review the following evidence that had been seized by the Ceres PD on September 19, 2013:

Item #9 Netgear ReadyNAS:

He requested that I attempt to locate the specific file locations of the child pornography on this device and, if possible, determine where

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: DV #374  3-21-17 |
|---|---|---|---|---|---|
| COPIES TO: 3/22/17 <br> DPS: ☐CHIEF ☐CMDR ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☒RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS WORKS 3/22/17 <br> COUNTY: ☒DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. <br> COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE <br> CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC <br> STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV <br> TD: AUSA | | |
| **RELATED FILE NUMBERS:** | | | | Tran by: | Date Tran: |

U.S. v. HENRY; 001085

# CERES

## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 2 of 33

the files came from (other media). I also searched for all the locations where V/CONFIDENTIAL'S videos and images resided on the systems.

The additional analysis regarding the child pornography and their locations as well as the files regarding V/CONFIDENTIAL 1 was complicated by the fact that many of the digital video files were on more than one device (media). In one example, three video files of V/CONFIDENTIAL 1 were actually on four different media. In another example, six CP videos located on Item #1 (from Lock-N-Stitch) were also located on the secure share of Item #9, Netgear ReadyNAS. In yet another example, at least 50 CP video files located on Item #18 (loose HDD) were also located on the secure share of Item #9.

Another complication was the fact that a number of the computers had multiple disks in RAID formats. As an example, Item #16 (Generic Computer Tower from garage, Burman Drive) had eight HDDs and these were designed in two RAIDs, one of five disks and one of three disks. These RAIDs are, at times, difficult to reconstruct within the forensic software (EnCase) without the proper parameters.

Thumb Drives, Items 11A and 11B:

He requested that I review my previous report's results indicating that I could not show that Adam Henry had used these two devices on Item 3 from the Henry home. He also asked that I review the registry files for Item 8 from the Henry home as well as Item 1 from Lock-N-Stitch for the same information.

I reviewed the System files from Items 3 and 8 from the Burman Drive address and Item 1 from Soderquist Road. I could not find the name of the two thumb drives, nor their serial numbers in the USBSTOR or MOUNTED keys. There were a few entries of generic thumb drives attached, but nothing specific to these two devices.

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: DV #774 |
|---|---|---|---|---|---|
| **COPIES TO:** DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS ☐WORKS COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER ||||| EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV |
| **RELATED FILE NUMBERS:** ||||| Tran by:    Date Tran: |

U.S. v. HENRY; 001086

# CERES

## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 3 of 33

One goal of the additional analysis was to attach ownership to the media items of importance. There is a separate category below for this topic. I also attempted to locate all of the instances of the Shareaza P2P program across the different platforms and located the version and install date.

I was also asked to locate all of the video files (even if redundant) of V/CONFIDENTIAL 1. The following spreadsheet is the result of that effort:

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: OV #3714 |
|---|---|---|---|---|---|
| COPIES TO: <br> DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT <br> ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO <br> ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS <br> WORKS <br> COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH <br> ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. <br> ☐OTHER | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. <br> COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE <br> CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC <br> STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | |
| RELATED FILE NUMBERS: | | | | Tran by: | Date Tran: |

U.S. v. HENRY; 001087

# CERES
## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 19 of 33

Media Share File Created Dates

🏠 Home | 🔍 Evidence ×

◀ ◎ ⇧ Viewing (Entry) ▼ | ⬜ Split Mode ▼ | ⟨≡ Condition ▼ | ⚐ Filter ▼ | ⌐ Tags ▼ | 🗁 Review Package ▼ | ⎌ Raw Sear

- ☐ 🗁 Entries
  - ☐ CPD 213-004554
    - ☐ media
      - ☐ Videos
        - ☐ Aurrora
          - ☐ S&S2
          - ☐ TeenyBopper Sites
          - ☐ Play List
          - ☐ Personal
            - ☐ Not OK
              - ☐ Misc People
                - ☐ Alyssa
                  - ☐ Pics
                  - ☐ Vid
                    - ☐ 15
                      - ☐ Hot Tub (With Sherri)
                      - ☐ 14
                - ☐ Carmen Collins-Jackson
                - ☐ Krista
                - ☐ AFF Amanda
              - ☐ Me Vids
              - ☐ Exes
            - ☐ OK
            - ☐ S&S
            - ☐ New Misc
            - ☐ DareDorm
              - ☐ New folder
              - ☐ mov
      - ☐ Pictures
      - ☐ Recycle Bin
      - ☐ Music

📋 Table | ⏱ Timeline | 🖼 Gallery

⇧ ▦ ▼ ↕ ▼ ☐ Selected 0/11525

| | Name | File Created |
|---|---|---|
| ☐ 1 | Untitled5.jpg | 05/27/13 10:47:50 AM |
| ☐ 2 | Untitled10.jpg | 05/27/13 10:47:50 AM |
| ☐ 3 | Untitled7.jpg | 05/27/13 10:47:50 AM |
| ☐ 4 | Untitled4.jpg | 05/27/13 10:47:50 AM |
| ☐ 5 | Untitled8.jpg | 05/27/13 10:47:50 AM |
| ☐ 6 | Untitled2.jpg | 05/27/13 10:47:50 AM |
| ☐ 7 | Untitled11.jpg | 05/27/13 10:47:50 AM |
| ☐ 8 | Untitled3.jpg | 05/27/13 10:47:50 AM |
| ☐ 9 | bath2.jpg | 05/27/13 10:47:50 AM |
| ☐ 10 | Untitled9.jpg | 05/27/13 10:47:50 AM |
| ☐ 11 | Untitled6.jpg | 05/27/13 10:47:50 AM |
| ☐ 12 | Untitled1.jpg | 05/27/13 10:47:50 AM |
| ☐ 13 | bath1.jpg | 05/27/13 10:47:50 AM |

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: DV #374 | 9/21/17 |
|---|---|---|---|---|---|---|

**COPIES TO:**
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
WORKS
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|

# CERES
## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 20 of 33

**Last Written Dates**

🏠 Home | 🗂 Evidence ✕

⊙ ⊙ ↑ Viewing (Entry) ▼ ⬛ Split Mode ▼ {≡ Condition ▼ ⌕ Filter ▼ ⌔ Tags ▼ ⌕ Review Package ▼ ≈ Raw Search Selected ▼ ⟳

- ▣ Entries
  - ▣ CPD 213-004554
    - ▣ media
      - ▣ Videos
        - ▣ Aurrora
          - ▣ S&S2
          - ▣ TeenyBopper Sites
          - ▣ Play List
          - ▣ Personal
            - ▣ Not OK
              - ▣ Misc People
                - ▣ Alyssa
                  - ▣ Pics
                  - ▣ Vid
                    - ▣ 15
                      - ▣ Hot Tub (With Sherri)
                    - ▣ 14
                - ▣ Carmen Collins-Jackson
                - ▣ Krista
                - ▣ AFF Amanda
              - ▣ Me Vids
              - ▣ Exes
            - ▣ OK
          - ▣ S&S
          - ▣ New Misc
          - ▣ DareDorm
            - ▣ New folder
          - ▣ mov
    - ▣ Pictures
    - ▣ Recycle Bin
    - ▣ Music

📋 Table | 🕘 Timeline | 🖼 Gallery

↑ ▦ ▼ ↕ ▼ ☐ Selected 0/11525

| | Name | Last Written |
|---|---|---|
| ☐ 1 | Untitled1.jpg | 02/04/13 08:01:07 PM |
| ☐ 2 | Untitled2.jpg | 02/04/13 08:04:01 PM |
| ☐ 3 | Untitled3.jpg | 02/04/13 08:05:57 PM |
| ☐ 4 | Untitled4.jpg | 02/04/13 08:07:20 PM |
| ☐ 5 | Untitled5.jpg | 02/04/13 08:10:59 PM |
| ☐ 6 | Untitled7.jpg | 02/04/13 08:12:16 PM |
| ☐ 7 | Untitled6.jpg | 02/04/13 08:14:00 PM |
| ☐ 8 | Untitled8.jpg | 02/04/13 08:15:40 PM |
| ☐ 9 | Untitled9.jpg | 02/04/13 08:18:24 PM |
| ☐ 10 | Untitled10.jpg | 02/04/13 08:20:36 PM |
| ☐ 11 | bath2.jpg | 04/07/13 10:42:19 AM |
| ☐ 12 | bath1.jpg | 04/07/13 10:42:39 AM |
| ☐ 13 | Untitled11.jpg | 04/21/13 09:06:56 AM |

| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: /N #37N | 8/21/17 |
|---|---|---|---|---|---|---|

**COPIES TO:**
DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT
☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO
☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS
**WORKS**
COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH
☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES.
☐OTHER

EMERGENCY SERVICES: ☐CMCPL. ☐B/C ☐F/M ☐CAPT.
COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE
CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC
STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV

| RELATED FILE NUMBERS: | Tran by: | Date Tran: |
|---|---|---|

**U.S. v. HENRY; 001104**

# Attachment C

# CERES

## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 19 of 33



| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: *DV* | |
|---|---|---|---|---|---|---|
| **COPIES TO:** | | | | | | |
| DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS WORKS | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC | | | |
| COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER | | | | STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | | |
| **RELATED FILE NUMBERS:** | | | | | Tran by: | Date Tran: |

U.S. v. ADAM HENRY; 001302

# CERES
## DEPARTMENT OF PUBLIC SAFETY
### SUPPLEMENTAL REPORT

213-004554

Page 20 of 33



| OFFICER: | HIVELY | ID #: | 627 | APPROVED: | ID #: *(signature)* | |
|---|---|---|---|---|---|---|
| **COPIES TO:** | | | | | | |
| DPS: ☐CHIEF ☐CMDR. ☐INV. ☐DRUG UNIT ☐PATROL ☐INTEL ☐RECORDS ☐PROPERTY ☐CSO ☐COURT LIAISON ☐VIPS ☐CHAPLAINS ☐COMPUTERS WORKS | | | | EMERGENCY SERVICES: ☐CMCPL ☐B/C ☐F/M ☐CAPT. COURT: ☐MUNI ☐TRAFFIC ☐JUVENILE CITY HALL: ☐CITY MNGR. ☐CITY ATTY ☐PUBLIC | | |
| COUNTY: ☐DA ☐S/O ☐SDEA ☐PROBATION ☐HEALTH ☐SCFW ☐ANIMAL CONTROL ☐DEPT. ENV. RES. ☐OTHER | | | | STATE/FED: ☐CII ☐ABC ☐FBI ☐PAROLE ☐DOJ ☐DMV | | |
| **RELATED FILE NUMBERS:** | | | | | Tran by: | Date Tran: |

U.S. v. ADAM HENRY; 001303