**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409 DAD-BAM |
| Plaintiff, | |
| v. | **DECLARATION OF MARCUS K. LAWSON** |
| ADAM ALAN HENRY, | |
| Defendant. | |

I, MARCUS K. LAWSON, DECLARE**:**

1. I was retained by the Law Offices of Anthony P. Capozzi as a computer forensic expert regarding the matter of *USA v. Adam Alan Henry*.

2. On May 29, 2018, I provided testimony at the Evidentiary Hearing regarding the production of the Government's Trial Exhibit 28.13 before the start of the trial.

3. My testimony may have been confusing as to whether, as a defense expert I am allowed to take screen captures of any pictures depicting child pornography in the Government's discovery.

4. Pursuant to the Protective Order, Document 20 (attached hereto) I am

prohibited from removing any image from the Government's discovery that is considered to be Child Pornography.

5. More specifically, I could not take a screen capture of Government Exhibit 28.13 from the Government's discovery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 31st day of May 2018, at Fresno, California.

Respectfully submitted,

By: */s/Marcus K. Lawson*
MARCUS K. LAWSON
Declarant

1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   CR-F-13-00409 AWI
                                    )
10           Plaintiff,              )   PROTECTIVE ORDER CONCERNING
                                    )   DIGITAL MEDIA CONTAINING CHILD
11      v.                           )   PORNOGRAPHY
                                    )
12                                  )
                                    )
13 ADAM HENRY,                       )   Honorable Anthony W. Ishii
                                    )
14           Defendant.              )
   _____          )
15

16
                                  ORDER
17
        IT IS HEREBY ORDERED AS FOLLOWS:
18
        1.   The Ceres Police Department and/or Federal Bureau of Investigation shall make a
19
   duplicate copy of the hard drive(s) and any attendant storage media available for defense analysis.
20
   The defendant shall be responsible for providing the drive(s) onto which evidence is copied.
21

22

23

24

25

26

27

28

1    2.    The duplicate copy of the digital evidence shall be made available for defense counsel, Tony Capozzi, and defendant's proposed expert, Marcus Lawson or a colleague at the same employer (Global CompuSearch), to review at the Sacramento, California FBI office for the purpose of preparing for the defense of the above-entitled action. The digital evidence shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

    3.    A private room will be provided for the defense examination.

    4.    The expert will be permitted to bring whatever equipment, books, or records he or she believes necessary to conduct the examination;

    5.    Neither the defense expert nor defense attorney shall remove the hard drive or other storage media from the FBI office.

    6.    With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive(s) is not altered.   The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, (under federal law) and that he has not caused any child pornography to be sent from the FBI premises by any means including any electronic transfer of files.

    7.    Except when a defense expert fails to provide this certification, no government agent, or any person connected with the government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis.   Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

    8.    When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

1  9.  Any disputes regarding the above or problems implementing this order shall be brought
2  to the attention of the court through representative counsel after first consulting opposing counsel.
3
4  IT IS SO ORDERED.
5  Dated:   January 16, 2014
             _____
                  SENIOR   DISTRICT   JUDGE

3