**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br><br>ADAM ALAN HENRY,<br><br>             Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br>**MOTION TO CONTINUE SENTENCING AND [PROPOSED] ORDER**<br><br>Date: August 6, 2018<br>Time: 10:00 a.m.<br>Court: 5<br>Hon. Dale A. Drozd |

   Defendant, Adam Alan Henry, by and through his attorney of record, Anthony P. Capozzi, requests a continuance of the sentencing currently scheduled for August 6, 2018, at 10:00 a.m.

   Said request is based on the Declaration of Anthony P. Capozzi.

### DECLARATION OF ANTHONY P. CAPOZZI

   I, ANTHONY P. CAPOZZI, DECLARE:

   1.   The Defendant was convicted by a jury on November 17, 2017.

   2.   Defense counsel filed a motion for new trial (Doc. 254) on January 8, 2018, and a motion to produce discovery (Doc. 260) on January 10, 2018.

3.  After numerous hearings, the last of which was held on May 29, 2018, this court issued its denial order on July 13, 2018 (Doc. 306), and set the sentencing hearing for August 6, 2018.

4.  Defense counsel was out of town at Commission on Judicial Performance hearings when the order was filed and was unable to completely review it until his return on July 16, 2018.

5.  Defense counsel under-went surgery on July 18, 2018, and has been slow to recover and has not been able to prepare for sentencing or to thoroughly review the court's order of July 13, 2018.

6.  The Defendant's family has tried in vain to clear conflicting issues so that they may attend the sentencing hearing however, they are unable to attend on August 6, 2018.

7.  Defendant has been in custody since the inception of this case.

8.  This attorney has attempted to contact Assistant US Attorneys David Gappa and Ross Pearson both of whom are out until August 6, 2018.

9.  Defense counsel respectfully requests that the sentencing hearing currently set for August 6, 2018, be continued to September 10, 2018, at 10:00 a.m. so that he may meet with the Defendant to prepare for the sentencing hearing and thoroughly explain the courts order of July 13, 2018, and so that the Defendant's family can attend the sentencing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of August 2018, at Fresno, California.

By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for ADAM ALAN HENRY