**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br><br>ADAM ALAN HENRY,<br><br>　　　　Defendant. | Case No.: 1:13-CR-00409 DAD-BAM<br><br><br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**<br><br>(Doc. 307) |

The court has reviewed and considered defendant's motion to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for August 6, 2018, is continued until **September 10, 2018, at 10:00 a.m.** in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

　Dated:　__**August 2, 2018**__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE