# EXHIBIT E

```
                    UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA

                     HON. ANTHONY W. ISHII


 UNITED STATES OF AMERICA,    )
                              ) 1:13-cr-409  AWI-BAM
           Plaintiff,         )
                              ) MOTIONS IN LIMINE AND TRIAL
      vs.                     ) CONFIRMATION
                              )
 ADAM ALAN HENRY,             )
                              )
           Defendant.         )
                              )
```

Fresno, California                       Tuesday, May 30, 2017


REPORTER'S TRANSCRIPT OF PROCEEDINGS

**APPEARANCES OF COUNSEL**:

For the Government:        **DAVID L. GAPPA**
                           Assistant U.S. Attorney
                           2500 Tulare Street, Rm. 4401
                           Fresno, California  93721

For the Defendant:         **ANTHONY P. CAPOZZI**
                           Attorney at Law
                           1233 W. Shaw Ave.
                           Suite 102
                           Fresno, CA  93711


REPORTED BY:  PEGGY J. CRAWFORD, RDR, CRR, Official Reporter


Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

## INDEX

**DEFENDANT'S WITNESSES**:

**ANGELE HENRY**                                              4
  DIRECT EXAMINATION BY MR. CAPOZZI                           6

\* \* \* \* \*

## EXHIBITS

**GOVERNMENT'S**                                         Marked

  1                                                       14
  2                                                       22
  3                                                       24
  4                                                       26
  5                                                       30
  6                                                       32
  7                                                       33

\* \* \* \* \*

1    THE COURT:  Certainly not in terms of adults.
2    And then so do you have other exhibits or whatever?
3    MR. GAPPA:  The videos?
4    THE COURT:  No, no, no.  I mean as far as anything
5 new or different.  Basically, as I understand, you are
6 showing, and the representation by the government that will be
7 shown to the jury will be possibly still images or videos of
8 the alleged victim, the minor victim in this case.
9    And at least I saw one still, I guess, it was a -- of
10 the backside of the female.  And as I understand it, she is
11 going to come and testify that she did not know and did not
12 give permission to be videoed in the bathroom.
13    But is that the gist?
14    MR. GAPPA:  Yes, but that's not the full extent of
15 the material on that victim, the minor victim in Count 1.
16 That's just one screen capture which I used by way of example
17 to show the continuity of the technique, that goes to show who
18 was responsible for this.
19    So it is not that is all that we have.  There are
20 approximately ten videos in the bathroom, one video in a
21 bedroom, ten screen captures from the video in the bedroom,
22 and two screen captures from the videos in the bathroom.
23    So there is more content of that victim.
24    THE COURT:  Of that victim?
25 ///

1      MR. GAPPA:  Correct, of the 14 and 15-year-old girl.
2      MR. CAPOZZI:  But nothing to tie it into this
3 defendant, your Honor.  The video that the government is
4 talking about, and the essence of their case, is taken in
5 their bedroom.
6      And it is Mrs. Henry setting up a camera and bringing
7 this young girl in to try out a corset.  And we need to see
8 that video because it is not going to show sexually explicit
9 activity.  Every time anything could possibly be seen, the
10 back is turned toward the camera and she is wearing a corset.
11 The Court needs to see that before we play it to the jury.
12      THE COURT:  All right.  Is that an accurate
13 description of what I would see, would be then Mrs. Henry with
14 the alleged minor trying on a corset or fitting on a corset?
15      MR. GAPPA:  That's one of the videos, your Honor.
16 That's the video in the bedroom.  But there are multiple
17 videos of her using the bathroom, using the shower, and then
18 screen captures of that activity.
19      So the vast majority over time is material that's
20 produced in the bathroom.
21      MR. CAPOZZI:  We haven't seen any video of her
22 using -- of the minor using the shower.  Now, if it is there,
23 I haven't seen it.
24      THE COURT:  Okay.  All right.  Let me just say.  So
25 far what I have seen leading up to what I assume was the

1   sexually explicit conduct, were the initial exhibits, if you
2   will, for the purpose of this hearing, the timeline, the text
3   messages back and forth, to establish the relationship between
4   Mr. Henry and the then Mrs. Henry, their interest in at least
5   some sexual aspects.
6           And then the photo video of the different stages of
7   Mr. Henry setting up the camera, refining it, in the bathroom,
8   et cetera, and showing that he was actually videoing women in
9   the bathroom who, unbeknownst to them, were being videoed,
10  either using any of the facilities in there, whether it is the
11  toilet or the shower.
12          And then a video, or at least a screen shot, of the
13  minor in the bathroom.
14          And then the representation that I understand the
15  minor in the bedroom with then Mrs. Henry with a corset.
16          And I can understand all that, and that would all be
17  relevant leading up to sexually explicit conduct.
18          The concern I have is if that's what we have here,
19  surreptitious showing of the minor in the bathroom using the
20  facility, surreptitious filming of the minor with Mrs. Henry,
21  then Mrs. Henry, maybe trying on some clothes, et cetera, I
22  don't see the sexually explicit conduct.
23          What I see is basically a peeping Tom.
24          MR. CAPOZZI:  Voyeur.
25          THE COURT:  Voyeurs filming a minor, unbeknownst to