1  **ANTHONY P. CAPOZZI, CSBN: 068525**
    **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
    FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
    FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
    www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
    ADAM ALAN HENRY
7

8

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11                                   * * * * * *

12  UNITED STATES OF AMERICA,              Case No.: 1:13-CR-00409 DAD-BAM

13          Plaintiff,

14                                         **REQUEST TO PRODUCE EXHIBIT 1 TO**
                                           **GRAND JURY TESTIMONY OF**
15     v.                                  **DETECTIVE BRITTON MOORE**

16

17  ADAM ALAN HENRY,

18          Defendant.

19

20

21      Defendant, Adam Alan Henry, by and through his attorney of record, Anthony P.

22  Capozzi, requests that the Government produce to the defense, Exhibit 1 to the Grand Jury

23  testimony of Britton Moore.

24      Detective Moore's testimony was provided to the defense as bates numbers 838-860,

25  but the Exhibit thereto was not presented to the defense.

26      This exhibit is relevant to determine how many and which screenshots were produced to

27  the defense.

28      The Government alleges that this Exhibit was produced to the defense. It is requested

1  that the Government produce to the Court and the defense the bates number related to this
2  Exhibit.

    Date:   September 6, 2018    By:  */s/Anthony P. Capozzi*
                                                                    ANTHONY P. CAPOZZI
                                                                    Attorney for ADAM ALAN HENRY