**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ADAM ALAN HENRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00409-DAD-BAM |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL AND REQUEST TO PROCEED IN FORMA PAUPERIS** |
| ADAM ALAN HENRY, | |
| Defendant. | |

Defendant Adam Alan Henry, by and through his attorney, Anthony P. Capozzi, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment of conviction and sentence imposed in this case. On September 10, 2018, the district court sentenced Mr. Henry to 240 months imprisonment. Judgment was entered on September 13, 2018, docket number 316.

Respectfully submitted,

Date:  September 18, 2018   By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ADAM ALAN HENRY