UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

<u>**USA,**</u>
   Plaintiff

  v.               **CASE NO. 1:13–CR–00409–DAD–BAM**

<u>**ADAM ALAN HENRY ,**</u>
   Defendant

  You are hereby notified that a Notice of Appeal was filed on **September 18, 2018** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 18, 2018

        **MARIANNE MATHERLY**
        **CLERK OF COURT**

      **by:** /s/ R. Gonzalez
       Deputy Clerk