UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:13−CR−00409−DAD−BAM** |
| USDC Judge: | **DISTRICT JUDGE DALE A. DROZD** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **USA vs. ADAM ALAN HENRY** |
| Type: | **CRIMINAL** |
| Complaint Filed: | **11/8/2013** |
| Appealed Order/Judgment Filed: | **9/13/2018** |
| Court Reporter Information: | **Karen Hooven** |

FEE INFORMATION

**Fee Status: CJA or IFP granted on 11/15/2013**

Information prepared by: /s/ **R. Gonzalez , Deputy Clerk**