| CAED 435 (Rev. 03/15) | United States District Court, Eastern District of California | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME Anthony P. Capozzi | 2. EMAIL whitney@capozzilawoffices.com | 3. PHONE NUMBER (559) 221-0200 | 4. DATE 10/5/2018 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS 1233 W. Shaw Ave., Ste. 102 | | 6. CITY Fresno | 7. STATE CA | 8. ZIP CODE 93711 |
| 9. CASE NUMBER 1:13-cr-00409 | 10. JUDGE Dale A. Drozd | DATES OF PROCEEDINGS | | |
| | | 11. FROM | 12. TO | |
| 13. CASE NAME USA v. Adam Alan Henry | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY  Fresno | 15. STATE  California | |

**16. ORDER FOR**
- ☑ APPEAL No. 18-10358
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☑ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☑ ENTIRE TRIAL | 11/7/17 - 11/17/17 | MULTIPLE | ☑ OTHER (Specify Below) | | |
| ☑ JURY SELECTION | | | MOTIONS HEARING | 1/9/2017 | ESPINOZA |
| ☑ OPENING STATEMENTS | | | MOTIONS HEARING | 5/8/2017 | HOOVEN |
| ☑ CLOSING ARGUMENTS | | | MOTIONS HEARING | 5/30/2017 | CRAWFORD |
| ☑ JURY INSTRUCTIONS | | | MOTIONS HEARING | 6/26/2017 | ECRO - THORP |
| ☑ MOTIONS HEARING | 11/13/2017 | ESPINOZA | MOTIONS HEARING | 9/29/2017 | CRAWFORD |
| ☑ MOTIONS HEARING | 11/6/2017 | HOOVEN | MOTIONS HEARING | 10/16/2017 | ECRO - ROSALES |

**18. ORDER**  (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/ Anthony P. Capozzi | PROCESSED BY |
|---|---|
| 20. DATE 10/9/2018 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

CAED 435 (Rev. 03/15)

Case 1:13-cr-00409-ADA-BAM   Document 320   Filed 10/09/18   Page 2 of 2

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Anthony P. Capozzi | 2. EMAIL<br>whitney@capozzilawoffices.com | 3. PHONE NUMBER<br>(559) 221-0200 | 4. DATE<br>10/5/2018 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>1233 W. Shaw Ave., Ste. 102 | | 6. CITY<br>Fresno | 7. STATE<br>CA | 8. ZIP CODE<br>93711 |
| 9. CASE NUMBER<br>1:13-cr-00409 | 10. JUDGE<br>Dale A. Drozd | DATES OF PROCEEDINGS | | |
| | | 11. FROM | 12. TO | |
| 13. CASE NAME<br>USA v. Adam Alan Henry | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY  Fresno | 15. STATE  California | |

**16. ORDER FOR**
- [✓] APPEAL No. 18-10358
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [✓] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | MOTIONS HEARING | 4/30/2018 | HOOVEN |
| [ ] OPENING STATEMENTS | | | MOTIONS HEARING | 5/29/2018 | HOOVEN |
| [ ] CLOSING ARGUMENTS | | | SENTENCING | 9/10/2018 | HOOVEN |
| [ ] JURY INSTRUCTIONS | | | | | |
| [ ] | | | | | |
| [ ] | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [✓] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ Anthony P. Capozzi | PROCESSED BY |
|---|---|
| 20. DATE<br>10/9/2018 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |