1

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HONORABLE ANTHONY W. ISHII, JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:13-CR-00409 DAD |
| ) | |
| ADAM ALAN HENRY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Fresno, California                     Monday, January 9, 2017


REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES OF COUNSEL:

For the Government:    **DAVID GAPPA and ROSS PEARSON**
                       Assistant U.S. Attorneys
                       2500 Tulare Street, Suite 4401
                       Fresno, CA 93721-1331


For the Defendant:     **ANTHONY CAPOZZI**
                       LAW OFFICE OF PATRICK CAPOZZI
                       1233 W. Shaw Avenue, Suite 102
                       Fresno, CA 93711-3718


REPORTED BY:  RACHAEL LUNDY, CSR #13815
Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

MONDAY, JANUARY 9, 2017                Fresno, California.

9:16 p.m.

      COURTROOM DEPUTY:  Please be seated.  Court calls item number 1:13-cr-409, United States versus Allen -- excuse me, Adam Alan Henry.

      MR. GAPPA:  Good morning, Your Honor.  David Gappa and Ross Pearson for the United States.

      MR. CAPOZZI:  Your Honor, Tony Capozzi, for the Defendant, Adam Henry, who's present in custody.

      THE COURT:  All right.  This is the date and time set for the trial confirmation, consideration motion in limine.

      I did receive a motion on behalf of Mr. Henry to continue the case.  We did have some email correspondence.  And bottom line is, I believe that the Government is not going to object to the continuance; is that correct?

      MR. GAPPA:  Yes, Your Honor.  That is correct.

      THE COURT:  Okay.  And given that, then, what's the updated status of the case, then?

      MR. GAPPA:  Your Honor, I think we are able to request a new trial date of April 25th.

      THE COURT:  All right.  And is that agreeable with both sides?

      MR. CAPOZZI:  Yes, Your Honor.  There's one caveat, though, and I think there's one witness the Government may have a problem with.

       MR. GAPPA:  Your Honor, it appears that since I've spoken with Mr. Capozzi in the last ten minutes that I may have that issue resolved.

       There is still those -- we have three main law enforcement witnesses, and they are -- we'll be able to resolve any conflict on those witnesses, but I haven't had the chance to check with all witnesses.  But if, for some reason, this date doesn't work, we'll let the Court and counsel know as soon as possible.

       THE COURT:  Sure, that's fine.

       Let's see, that would put our trial confirmation hearing motions in limine for Monday, April the 10th, if that works?

       MR. CAPOZZI:  I wonder if we shouldn't do it sooner.

       MR. GAPPA:  Your Honor, is it possible to do it in March?

       THE COURT:  We could do it, let's see, March -- March 13th.

       MR. CAPOZZI:  What date was that, Judge?

       THE COURT:  That would be Monday, March the 13th.

       MR. CAPOZZI:  13th.

       MR. GAPPA:  That works for the Government, Your Honor.

       MR. CAPOZZI:  Is that the only Monday you're available in March, Judge?

>           THE COURT:  That would be, yes.
>
>           MR. CAPOZZI:  I have a trial, but I'll work it in somehow.
>
>           THE COURT:  Again, if the dates don't work out, you can always just ask, maybe, for a date that we can get the other, and if we need to move any dates around, we can go ahead and do that.
>
>           Okay.  Now, if -- and I recognize that there is going to be some further investigation probably by both sides.  So all of the current motions in limine, I'll set over to the March 13th date.  If there are any new motions in limine, they can be filed and served by February 13th, and opposition in a response by February 27th, and a reply by March 6th.  That will give us enough time by March 13th, if there are any new motions in limine.
>
>           Mr. Henry, did you hear and understand what we've been saying about your case?
>
>           THE DEFENDANT:  Yes.
>
>           THE COURT:  You're entitled to a speedy trial under both the constitution and statute.  We do have it set for February 14th.  Your attorneys indicated that based on some newly discovered information that he needs to do some more investigation research on your behalf.  You understand that?
>
>           THE DEFENDANT:  Yes.
>
>           THE COURT:  And you agree, then, to continue your

trial date from February 14th to March the 25th?

       THE DEFENDANT:  Yes, sir.

       THE COURT:  Very well.

       All right.  And I will statutorily exclude time through and including April 25th, finding that the end of justice served outweighs the best interesting of the public and the Defendant's speedy trial in order to allow time for continuing pretrial investigation, trial preparation as outlined by defense in the motion for the continuance of the trial date.

       Now, with that, then, and just -- I won't send out a new pretrial order, just the dates.  We'll do it by docket entry.  The things that were due the Thursday before trial are still due the Thursday before trial, which would then be April the 20th, okay?

       All right.  Anything else today by either side while we're on the record?

       MR. GAPPA:  No, thank you, Your Honor.

       MR. CAPOZZI:  I think that's it, Judge.

       THE COURT:  Okay.  That will be the order of the Court, then.

       (Proceedings concluded at 9:22 a.m.)

       I, RACHAEL LUNDY, Certified Shorthand Reporter, do hereby certify the foregoing transcript as true and correct.

DATED:  21st of November, 2018       /s/ Rachael Lundy
                                                  RACHAEL LUNDY, CSR
                                                  Certificate No. 13815