FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 4 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 18-10358 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 1:13-cr-00409-DAD-BAM-1 |
| v. | Eastern District of California, Fresno |
| ADAM ALAN HENRY, | ORDER |
| Defendant-Appellant. | |

Before: W. FLETCHER, CLIFTON, and MILLER, Circuit Judges.

The petition for panel rehearing is denied.