UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 12 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff - Appellee,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>       Defendant - Appellant. | No. 18-10358<br><br>D.C. No. 1:13-cr-00409-DAD-BAM-1<br>U.S. District Court for Eastern California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered January 13, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT

                                          By: Rebecca Lopez
                                          Deputy Clerk
                                          Ninth Circuit Rule 27-7