| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Michael Hartman | 2. EMAIL<br>michael.hartman@standa.org | 3. PHONE NUMBER<br>209-525-6903 | 4. DATE<br>7/27/2020 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>832 12th St., Suite 300 | | 6. CITY<br>Modesto | 7. STATE<br>CA | 8. ZIP CODE<br>95354 |
| 9. CASE NUMBER<br>1:13-cr-00409-DAD-BAM-1 | 10. JUDGE<br>Dale A. Drozd | DATES OF PROCEEDINGS | | |
| | | 11. FROM 11/8/17 | 12. TO 11/17/17 | |
| 13. CASE NAME<br>U.S. v. Adam Alan Henry | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Fresno | 15. STATE CA | |

16. ORDER FOR
- [ ] APPEAL No.
- [✔] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [✔] ENTIRE TRIAL | Nov 8,9,13,14 2017; Nov 15-17 2017 | Rachel Lundy; Karen Hooven | [ ] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | | | |
| [✔] OPENING STATEMENTS | | | | | |
| [✔] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER  (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [✔] | [✔] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE  *[signed]* | PROCESSED BY |
|---|---|
| 20. DATE<br>7/27/2020 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |