PHILLIP A. TALBERT
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00409-DAD |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER DIRECTING PAYMENT OF RESTITUTION |
| v. | |
| ADAM ALAN HENRY, | COURT: Hon. Dale A. Drozd |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, David L. Gappa, and defendant, by and through counsel, ask the court to issue the attached proposed order to enable the district court clerk's office to direct payment of restitution to one of the victims identified on the judgment filed on September 13, 2018. The clerk's office for the Eastern District of California has requested that the United States Attorney's Office assist in the preparation of this amendment to the judgement. The only requested change relates to the identification of one minor victim and the address to which any restitution payment(s) will be made. The proposed order will permit payment to that minor victim while protecting the identity of the minor victim and the victim's address.

Accordingly, the parties respectfully request that the court issue the attached proposed order.

Dated:  April 27, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

Dated: April 27, 2021

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Adam Alan Henry

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ADAM ALAN HENRY,<br><br>      Defendant. | 1:13-CR-00409-DAD<br><br>[PROPOSED] ORDER TO AMEND JUDGEMENT REGARDING PAYMENT OF RESTITUTION TO ONE MINOR VICTIM |

**ORDER**

  The court has reviewed and considered the stipulation of the parties that was filed on April 27, 2021.  Good cause appearing for the requested action,

  IT IS HEREBY ORDERED that the amended judgement filed on September 13, 2018, be amended to change reference to "PT" (on page 8 of 9) to "Minor Victim 1."  The United States Attorney's Office, through its Victim Witness Unit, will provide to the Clerk's Office, Financial Department, the name and mailing address to use for distribution of any restitution payment(s) to this victim.  This order will not modify in any way the previous order that restitution be paid to other victims.

DATE:_____         _____
                                Honorable Dale A. Drozd
                                United States District Judge