AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): ADAM ALAN HENRY | Docket or Case No.: 1:13-CR-00409-DAD-BAM |
| Place of Confinement: 3600 Guard Road, LOMPOC FEDERAL CORRECTIONAL INSTITUTION Lompoc, CA 93436 | Prisoner No.: 71064-097 |
| UNITED STATES OF AMERICA V. | Movant (include name under which convicted) ADAM ALAN HENRY |

FILED NOV 08 2021 CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA
   FRESNO DIVISION
   2500 TULARE STREET, ROOM 1501, FRESNO, CA 93721

   (b) Criminal docket or case number (if you know): 1:13-CR-409

2. (a) Date of the judgment of conviction (if you know): 11/17/2017

   (b) Date of sentencing: 9/10/2018

3. Length of sentence: 240 MONTHS

4. Nature of crime (all counts):

   COUNT 1: CONSPIRACY TO SEXUALLY EXPLOIT A MINOR (18 U.S.C. §2251(a) & (e)).

   COUNT 2: RECEIPT AND DISTRIBUTION OF CHILD PORNOGRAPHY (18 U.S.C. §2252(a)(2)).

5. (a) What was your plea? (Check one)
   (1) Not guilty [✓]    (2) Guilty [ ]    (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   RECEIVED NOV 08 2021 CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK

6. If you went to trial, what kind of trial did you have? (Check one)    Jury [✓]    Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes [✓]    No [ ]

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes [✓]   No [ ]

9. If you did appeal, answer the following:

   (a) Name of court: UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

   (b) Docket or case number (if you know): 18-10358

   (c) Result: CONVICTION AND SENTENCE AFFIRMED

   (d) Date of result (if you know): 1/13/2020

   (e) Citation to the case (if you know): Unpublished

   (f) Grounds raised:

   I. THE DISTRICT COURT ERRED IN DENYING MOTION FOR ACQUITTAL, NEW TRIAL, AND FOR MISTRIAL

   II. THE GOVERNMENT'S FAILURE TO PRODUCE MATERIAL DISCOVERY VIOLATED DUE PROCESS

   III. EVIDENCE ON COUNT 1 IS NOT SUFFICIENT TO SUSTAIN A CONVICTION

   IV. GOVERNMENT'S COMMENTS IN FINAL ARGUMENTS WERE IMPROPER AND HIGHLY PREJUDICIAL

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [✓]   No [ ]

   If "Yes," answer the following:

   (1) Docket or case number (if you know): 20-5912

   (2) Result: PETITION FOR WRIT OF CERTIORARI DENIED

   (3) Date of result (if you know): 11/9/2020

   (4) Citation to the case (if you know): UNPUBLISHED

   (5) Grounds raised:

   WHETHER IN 18 U.S.C. §2256(2)(A)(v) THE DEFINITION OF "SEXUALLY EXPLICIT CONDUCT" DEFINED AS TEH LASCIVIOUS EXHIBITION OF THE GENITALS OR PUBIC AREA OF ANY PERSON IS VAGUE, AMBIGUOUS, OVERBROAD AND A VIOLATION OF DUE PROCESS.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [✓]   No [ ]

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: U.S. District Court for the Eastern District of California - Fresno

        (2) Docket or case number (if you know): Doc. 254

        (3) Date of filing (if you know): 1/8/2018

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding: Motion for New Trial

    (5) Grounds raised:

    I. Insufficient evidence
    II. Rule 33(a) (Interests of Justice)

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes [✓]   No [ ]

    (7) Result: Denied

    (8) Date of result (if you know): 5/29/2018

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket of case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes [ ]   No [ ]

    (7) Result:

    (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:   Yes [ ]   No [ ]
    (2) Second petition:  Yes [ ]   No [ ]

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I. COUNSEL FAILED TO ARGUE LACK OF JURISDICTION ON COUNT 1
See Ground Three for a short discussion of the lack of jurisdiction. Counsel failed to make such an argument.

II. COUNSEL FAILED TO INVESTIGATE AVAILABLE DISCOVERY
In the available discovery, it is easy to prove that Angele had all my passwords, had access to my work computer, and access to item 16 in the relevant time frames to frame me for Count 2.

III. COUNSEL FAILED TO IMPEACH WITNESSES
Many lies were told on the witness stand that Counsel failed to identify to the Jury.

IV. COUNSEL FAILED TO UNDERSTAND THE TECHNICAL ISSUES AND LAW OF THE CASE
Counsel was computer illiterate, and attempted to defend me in a case that was all about computer technology.

V. COUNSEL FAILED TO INTRODUCE EVIDENCE
Angele had framed her ex-husband before me for sexual battery/rape. Angele's psychological evaluations established her, more than I as a sexual deviant. Angele provably lied during her police interview(s).

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance of Counsel Claims are reserved for habeas review under 28 U.S.C. §2255.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** INEFFECTIVE ASSISTANCE OF APPELLATE COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Appellate counsel failed to argue jurisdictional questions on principal brief, instead introducing them only in the reply brief, assuring that the Ninth Circuit would not rule on the issue as new issues are not allowed to be brought up on reply brief, only prinicpal.

Were appellate counsel to have been effective, he would have brought the issue of lacking jurisdiction to convict on Count 1 in the principal brief. Were he to do so, the Ninth Circuit would have ruled on the issue and found that the government lacked jurisdiction to prosecute the Conspiracy to Sexually Exploit a Minor charge.

This would result in the 2 points added for multiple counts to be dropped and my sentence reduced by those two points.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

AO 243 (Rev. 09/17)

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance of Counsel Claims are reserved for habeas review under 28 U.S.C. §2255.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** THE GOVERNMENT LACKED JURISDICTION TO PROSECUTE ON COUNT 1

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The only element of the offense charged in Count 1 that could possibly establish federal jurisdiction over the Conspiracy to Sexually Exploit a Minor charge was not established, and could not be established.

The videos recorded by Angele Henry, my ex-wife, were neither transported out of California, electronically or otherwise. Neither were they sold or offered for sale at all. There was not interstate nexus there.

The only available option to prove an interstate nexus to establish jurisdiction would lie in the cameras used to make the recordings being manufactured and transported across state/international lines. The camera used to make the videos in question was never identified. Therefore, no federal jurisdiction could be established.

This caused prejudice by the 2 points that were added to the adjusted offense level for multiple counts. Thus, cause and prejudice are both established by this argument.

(b) **Direct Appeal of Ground Three:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes [✓]   No [ ]
    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes [ ]   No [✓]
    (2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes [ ]   No [ ]
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes [ ]   No [ ]
    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes [ ]   No [ ]

AO 243 (Rev. 09/17)

   (6)  If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

   (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

  (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

  (b)  **Direct Appeal of Ground Four:**
    (1)  If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☐
    (2)  If you did not raise this issue in your direct appeal, explain why:

  (c)  **Post-Conviction Proceedings:**
    (1)  Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Ineffective assistance of counsel claims are not germane for direct appeal and, instead, are reserved for 2255 proceedings. Further, the Jurisdictional argument was made improperly by defense counsel to the Ninth Circuit and was therefore not considered on direct appeal.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging? Yes ☐ No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At the preliminary hearing:
    Daniel I. Harralson, PO Box 26688, Fresno, CA 93729

    (b) At the arraignment and plea:
    Daniel I. Harralson, PO Box 26688, Fresno, CA 93729

    (c) At the trial:
    Anthony P. Capozzi, 1233 W. Shaw Ave., Suite 102, Fresno, CA 93711

    (d) At sentencing:
    Anthony P. Capozzi, 1233 W. Shaw Ave., Suite 102, Fresno, CA 93711

    (e) On appeal:
    Anthony P. Capozzi, 1233 W. Shaw Ave., Suite 102, Fresno, CA 93711

    (f) In any post-conviction proceeding:
    n/a

    (g) On appeal from any ruling against you in a post-conviction proceeding:
    n/a

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The Petition for Writ of Certiorari to the United States Supreme Court was denied on November 9, 2020. Therefore, this motion is timely if filed on or before November 8, 2021.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
        (1)  the date on which the judgment of conviction became final;
        (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

Vacate the verdicts on Counts 1 & 2 and set this case for a new trial.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  11/4/2021   November 4, 2021 .
(month, date, year)

Executed (signed) on 11/3/2021   November 3, 2021    (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.