Adam Alan Henry #71064-097
   FCI Lompoc
   Federal Correctional Institution
   3600 Guard Road
   Lompoc, CA 93436

Petitioner/Movant in *pro se*

FILED
DEC 15 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CV-01619-DAD |
|---|---|
| Plaintiff, | Criminal No. 1:13-CR-00409-DAD |
| v. | **NOTICE TO THE COURT** |
| ADAM ALAN HENRY, | |
| Defendant. | Before Hon. Dale A. Drozd |

**NOW COMES** ADAM ALAN HENRY, giving notice to this Court of two matters regarding the Government's Motion for an Order Regarding a Partial Waiver of the Attorney-Client and Work Product Privileges, and for an Extension of Time [Doc. 351] and this Court's Order Granting in Part and Denying in Part *Ex Parte* Application Regarding Order of Waiver of Attorney-Client and Work Product Privileges, and Granting Extension of Time [Doc. 352].



RECEIVED
DEC 15 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

## I. Allowance to Withdraw Allegations of Ineffective Assistance of Counsel

In this Court's order, I was given twenty-one (21) days to notify this Court if it is my intention to withdraw my claims of ineffective assistance of counsel, by which I would preserve the attorney-client privileges between myself and attorney Capozzi.

> "Alternatively, if in light of the above finding of the waiver of these privileges, petitioner wishes to no longer proceed with his pending § 2255 motion asserting an ineffective assistance of counsel claim, he must notify this Court within twenty-one (21) days from the date of this order by withdrawing the allegations concerning ineffective assistance f counsel in his pending motion." Order at *3.

NOTICE IS HEREBY GIVEN that the I do not wish to withdraw my claims of ineffective assistance of counsel and that I ascent to the waiver of attorney-client privilege only insofar as the order of this Court [Doc. 352] allows.

I request reciprocal discovery disclosure and discretionary appointment of counsel to handle that reciprocal discovery in an accompanying motion.

## II. Service of Documents

Before receiving the Order of this Court in this matter, I was unaware that the government had moved for an order regarding partial waiver of the attorney-client and work product privileges between myself and attorney Capozzi. This is because I never received a copy of that motion, and had very little time to prepare and respond to it after this Court's order was received.

NOTICE IS HEREBY GIVEN that the government did not comply with Fed.R.Civ.P. 5(b) because they did not serve me with a copy of their Motion for Partial Waiver of Attorney-Client and Work Product Privileges. Because this Court's Order required a time-sensitive response, the failure of the government to serve their motion upon the opposing party (me) is seen as a bad faith gesture.

Submitted this 10th day of December, 2021

                                                */s/ Adam Henry*
                                        ADAM ALAN HENRY #71064-097
                                            Lompoc FCI
                                            Federal Correctional Institution
                                            3600 Guard Road
                                            Lompoc, CA 93436
                                         Pro Se Defendant, Petitioner

<u>Certificate of Service</u>

With my signature above, I attest that I have served a true and correct copy of the foregoing brief upon the Clerk of the U.S. District Court for the Eastern District of California, Fresno Division, at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Room 1501, Fresno California, 93721. As registered EM/ECF users, the government has consented to electronic service and is therefore served pursuant to Fed. R. Civ. P. 5 once the Clerk has docketed this brief.