UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Petitioner-Movant. | No. 1:13-cr-00409-DAD-BAM-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RECIPROCAL DISCLOSURE AND DENYING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. No. 353) |

Before the court is petitioner's motion for reciprocal disclosure and motion for appointment of counsel pertaining to his pending motion filed pursuant to 28 U.S.C. § 2255. (Doc. Nos. 348, 350, 353.) On November 22, 2021, this court issued an order granting in part the government's *ex parte* application for an order finding a waiver of the attorney-client privilege with respect to all communications between petitioner Henry and his former attorney, Anthony Capozzi, and of the work product privilege with respect to the work product of attorney Capozzi, concerning the events and facts related to petitioner's claims of ineffective assistance of counsel asserted in his pending § 2255 motion. (Doc. No. 352.) Petitioner subsequently filed a motion seeking reciprocal discovery of the "work product of attorney Capozzi" that the government may receive. (Doc. No. 353 at 2.) Good cause appearing, petitioner's request will be granted.

/////

1

1       Petitioner also requests appointment of counsel.  (*Id.*)  "When an evidentiary hearing is
2  warranted in a § 2255 proceeding, an indigent defendant is entitled to the appointment of
3  counsel."  *United States v. Valenzuela*, No. 1:14-cr-00188-LJO-SKO-1, 2021 WL 5146185, at *1
4  (E.D. Cal. Jan. 27, 2021) (citing Rule 8(c), Rules Governing Section 2255 Cases in the U.S.
5  District Courts).  Here, however, no evidentiary hearing has been scheduled in connection with
6  the pending motion, and the court declines to appoint counsel at this time.
7       Accordingly,
8  1.  The government shall produce any declaration or other records obtained from
9      attorney Anthony Capozzi, including attorney Capozzi's staff and agents,
10     concerning the events and facts related to petitioner's claims of ineffective
11     assistance of counsel asserted in petitioner's pending § 2255 motion filed in
12     *United States v. Adam Alan Henry*, No. 1:13-cr-00409-DAD-BAM (E.D. Cal.);
13 2.  Petitioner's request for appointment of counsel (Doc. No. 353) is denied at this
14     time without prejudice; and
15 3.  The Clerk of the Court is directed to serve a copy of this order to petitioner at the
16     address below:

Adam Alan Henry
71064-097
Federal Correctional Center Lompoc
3600 Guard Road
Lompoc, CA 93436

IT IS SO ORDERED.

Dated:   **January 6, 2022**                    _____
                                                 UNITED STATES DISTRICT JUDGE