# EXHIBIT

# G

# Law Offices of Anthony P. Capozzi

**INVOICE**

1233 West Shaw Avenue Suite 102
Fresno, CA 93711
Phone: 559-221-0200
Fax: 559-221-7997
Email: contact@capozzilawoffices.com
www.capozzilawoffices.com

Invoice # 250
Date: 11/25/2015
Due On: 12/25/2015

Adam Henry

## 00165-Henry

## Sexual Exploitation of a Minor

### Services

| Date | Type | Total | Description | Rate | Quantity | Total |
|------|------|-------|-------------|------|----------|-------|
| 12/02/2013 | Service | $700.00 | Anthony P. Capozzi: Conference with Robin about case. | $350.00 | 2.00 | $700.00 |
| 12/05/2013 | Service | $350.00 | Anthony P. Capozzi: Conference with defendant. | $350.00 | 1.00 | $350.00 |
| 12/05/2013 | Service | $20.00 | Whitney Linder (Paralegal): Open file and sub of atty form. | $100.00 | 0.20 | $20.00 |
| 12/09/2013 | Service | $350.00 | Anthony P. Capozzi: Court Appearance. | $350.00 | 1.00 | $350.00 |
| 12/12/2013 | Service | $525.00 | Anthony P. Capozzi: Conference with client. | $350.00 | 1.50 | $525.00 |
| 12/13/2013 | Service | $75.00 | Whitney Linder (Paralegal): Put together stip to vacate TC & JT w/David Gappa wording. Corrections and email for approval & file. | $100.00 | 0.75 | $75.00 |
| 12/23/2013 | Service | $350.00 | Anthony P. Capozzi: Court Appearance - Status. | $350.00 | 1.00 | $350.00 |
| 12/30/2013 | Service | $175.00 | Anthony P. Capozzi: Phone call - Expert Marcus Lawson & Louise Reed. | $350.00 | 0.50 | $175.00 |
| 01/03/2014 | Service | $20.00 | Whitney Linder (Paralegal): Process check for trust account. Call Joe with question about invoicing. | $100.00 | 0.20 | $20.00 |
| 01/14/2014 | Service | $20.00 | Whitney Linder (Paralegal): Email protective order to Marcus Lawson for approval. Call Thomas White and CPS SW Valerie Castro re: 1/17 CPS hearing. | $100.00 | 0.20 | $20.00 |
| 01/15/2014 | Service | $50.00 | Whitney Linder (Paralegal): Phone call from CPS re: hearing. Emails with updates for Robin. Phone call with Robin about APC-White call. | $100.00 | 0.50 | $50.00 |

| 01/15/2014 | Service | $87.50 | Anthony P. Capozzi: Phone call with Thomas White re: CPS case. | $350.00 | 0.25 | $87.50 |
|---|---|---|---|---|---|---|
| 01/16/2014 | Service | $10.00 | Whitney Linder (Paralegal): Cut check from trust for Marcus Lawson and mail. | $100.00 | 0.10 | $10.00 |
| 01/22/2014 | Service | $10.00 | Whitney Linder (Paralegal): Cut check from trust for Wife's legal fees. | $100.00 | 0.10 | $10.00 |
| 01/24/2014 | Service | $40.00 | Whitney Linder (Paralegal): Motion to appeal detention order. Corrections and file. | $100.00 | 0.40 | $40.00 |
| 01/31/2014 | Service | $700.00 | Anthony P. Capozzi: Review and prep for bail motion. | $350.00 | 2.00 | $700.00 |
| 01/31/2014 | Service | $75.00 | Whitney Linder (Paralegal): Prep discovery for forwarding to GlobalCompuServe. | $100.00 | 0.75 | $75.00 |
| 02/01/2014 | Service | $700.00 | Anthony P. Capozzi: Conference with client and prep for hearing. | $350.00 | 2.00 | $700.00 |
| 02/03/2014 | Service | $700.00 | Anthony P. Capozzi: Court Appearance. | $350.00 | 2.00 | $700.00 |
| 02/03/2014 | Service | $20.00 | Whitney Linder (Paralegal): Burn disk and mail to GlobalCompuSearch. | $100.00 | 0.20 | $20.00 |
| 02/04/2014 | Service | $700.00 | Anthony P. Capozzi: Review discovery, phone call with AUSA & expert. | $350.00 | 2.00 | $700.00 |
| 02/04/2014 | Service | $50.00 | Whitney Linder (Paralegal): Go through discovery with APC re: what was sent to expert. Email to AUSA about gap in bates number's. | $100.00 | 0.50 | $50.00 |
| 02/05/2014 | Service | $700.00 | Anthony P. Capozzi: Review discovery & phone call to Stephen Foley. | $350.00 | 2.00 | $700.00 |
| 02/12/2014 | Service | $350.00 | Anthony P. Capozzi: Conference with Client & Attorney Thomas White. | $350.00 | 1.00 | $350.00 |
| 02/13/2014 | Service | $350.00 | Anthony P. Capozzi: Review declaration of Thomas White and discovery. | $350.00 | 1.00 | $350.00 |
| 02/13/2014 | Service | $10.00 | Whitney Linder (Paralegal): Mail CPS report back to Thomas White. | $100.00 | 0.10 | $10.00 |
| 02/19/2014 | Service | $700.00 | Anthony P. Capozzi: Prepare motion for release. | $350.00 | 2.00 | $700.00 |
| 02/23/2014 | Service | $525.00 | Anthony P. Capozzi: Conference with client. | $350.00 | 1.50 | $525.00 |
| 02/24/2014 | Service | $700.00 | Anthony P. Capozzi: Bail hearing. | $350.00 | 2.00 | $700.00 |
| 02/24/2014 | Service | $10.00 | Whitney Linder (Paralegal): Scan and email responses to Thomas White. | $100.00 | 0.10 | $10.00 |
| 02/24/2014 | Service | $30.00 | Whitney Linder (Paralegal): Second motion to reconsider detention. Email court about hearing date. | $100.00 | 0.30 | $30.00 |

| Date | Type | Amount | Description | Rate | Hours | Total |
|------|------|--------|-------------|------|-------|-------|
| 02/25/2014 | Service | $50.00 | Whitney Linder (Paralegal): Research local rules about reconsideration, call to PTS, emails to AUSA and court. | $100.00 | 0.50 | $50.00 |
| 02/27/2014 | Service | $30.00 | Whitney Linder (Paralegal): Call from Thomas White about new CPS report. Call to Robin with update. | $100.00 | 0.30 | $30.00 |
| 02/28/2014 | Service | $10.00 | Whitney Linder (Paralegal): Call Det. Moore at Ceres PD re: hard drives. | $100.00 | 0.10 | $10.00 |
| 03/10/2014 | Service | $10.00 | Whitney Linder (Paralegal): Email Jill Simmons about medical attention for Adam. | $100.00 | 0.10 | $10.00 |
| 03/19/2014 | Service | $50.00 | Whitney Linder (Paralegal): Phone call from Robin re: NAC jail visit to see Adam. | $100.00 | 0.50 | $50.00 |
| 03/21/2014 | Service | $20.00 | Whitney Linder (Paralegal): Phone call from Robin about car impounded. Cut check from trust to get car. | $100.00 | 0.20 | $20.00 |
| 04/02/2014 | Service | $10.00 | Whitney Linder (Paralegal): Email to Jill Simmons about medical report from Fresno County Jail. | $100.00 | 0.10 | $10.00 |
| 04/03/2014 | Service | $100.00 | Whitney Linder (Paralegal): Call from Monty Olson about judge wanting motion and declarations from doctors. Type motion and declaration for APC review. | $100.00 | 1.00 | $100.00 |
| 04/22/2014 | Service | $500.00 | Whitney Linder (Paralegal): Motion for release, review med records, etc. | $100.00 | 5.00 | $500.00 |
| 05/02/2014 | Service | $50.00 | Whitney Linder (Paralegal): Call to Fresno County Jail, fax signed HIPAA form to Elvia Chavez in the infirmary. Call Lerdo Pre-trial and fax signed HIPAA form to Michelle in Medical Services. | $100.00 | 0.50 | $50.00 |
| 05/07/2014 | Service | $10.00 | Whitney Linder (Paralegal): Mail Kara Hitchcock copies of medical request slips. | $100.00 | 0.10 | $10.00 |
| 05/20/2014 | Service | $10.00 | Whitney Linder (Paralegal): Email to Sgt. Moreno about records. Call from Elvia from Medical services re: records. | $100.00 | 0.10 | $10.00 |
| 05/27/2014 | Service | $20.00 | Whitney Linder (Paralegal): Pay HealthPort bill online for medical records. | $100.00 | 0.20 | $20.00 |
| 06/04/2014 | Service | $10.00 | Whitney Linder (Paralegal): Call to Lerdo Medical Services - records received. | $100.00 | 0.10 | $10.00 |
| 06/04/2014 | Service | $20.00 | Whitney Linder (Paralegal): Return call to Lerdo Medical Services. Call to Robin to ask if she called Lerdo about med records. | $100.00 | 0.20 | $20.00 |

| Date | Type | Amount | Description | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 06/05/2014 | Service | $10.00 | Whitney Linder (Paralegal): Received Fresno medical records. Scan & email with Lerdo records to Kara Hitchcock. | $100.00 | 0.10 | $10.00 |
| 06/16/2014 | Service | $10.00 | Whitney Linder (Paralegal): Convert BS 305-598 to PDF for OCR. | $100.00 | 0.10 | $10.00 |
| 06/17/2014 | Service | $300.00 | Whitney Linder (Paralegal): Review medical records - memo to APC | $100.00 | 3.00 | $300.00 |
| 06/21/2014 | Service | $2,100.00 | Anthony P. Capozzi: Visit client at Lerdo Pre-Trial Facility - Bakersfield. | $350.00 | 6.00 | $2,100.00 |
| 06/23/2014 | Service | $700.00 | Anthony P. Capozzi: Research. Phone calls with Pre-trial Services. | $350.00 | 2.00 | $700.00 |
| 06/24/2014 | Service | $100.00 | Whitney Linder (Paralegal): Email Monty about sending him the medical records. Corrections to bail review motion. | $100.00 | 1.00 | $100.00 |
| 06/24/2014 | Service | $1,050.00 | Anthony P. Capozzi: Prepare Bail motion. Phone call with AUSA. Review discovery. | $350.00 | 3.00 | $1,050.00 |
| 06/30/2014 | Service | $150.00 | Whitney Linder (Paralegal): Corrections to motion & declaration, print emails for exhibit, file & email med records to AUSA & Pre-trial | $100.00 | 1.50 | $150.00 |
| 06/30/2014 | Service | $1,050.00 | Anthony P. Capozzi: Prepare bail motion. Research. | $350.00 | 3.00 | $1,050.00 |
| 07/01/2014 | Service | $87.50 | Anthony P. Capozzi: Phone call with AUSA and Marshal's. | $350.00 | 0.25 | $87.50 |
| 07/02/2014 | Service | $75.00 | Whitney Linder (Paralegal): Mtn for Reconsideration, email for date & file | $100.00 | 0.75 | $75.00 |
| 07/07/2014 | Service | $700.00 | Anthony P. Capozzi: Bail motion and conference. | $350.00 | 2.00 | $700.00 |
| 07/15/2014 | Service | $75.00 | Whitney Linder (Paralegal): Type up handwritten notes re: case | $100.00 | 0.75 | $75.00 |
| 08/11/2014 | Service | $350.00 | Anthony P. Capozzi: Court Appearance. | $350.00 | 1.00 | $350.00 |
| 08/22/2014 | Service | $50.00 | Whitney Linder (Paralegal): Set-up Global Tel-Link for calls from Lerdo. | $100.00 | 0.50 | $50.00 |
| 09/08/2014 | Service | $10.00 | Whitney Linder (Paralegal): Mail Adam case'o the week opinion. | $100.00 | 0.10 | $10.00 |
| 09/09/2014 | Service | $25.00 | Whitney Linder (Paralegal): Cut check from trust for Global CompuSearch (Lawson) | $100.00 | 0.25 | $25.00 |
| 09/22/2014 | Service | $350.00 | Anthony P. Capozzi: Court Appearance. | $350.00 | 1.00 | $350.00 |
| 09/24/2014 | Service | $75.00 | Whitney Linder (Paralegal): Email to Marcus about discovery received. Email APC all | $100.00 | 0.75 | $75.00 |

| Date | Type | Amount | Description | Rate | Hours | Total |
|------|------|--------|-------------|------|-------|-------|
| | | | discovery letters received. Print specific bates discovery from AUSA email & mail to Henry. | | | |
| 09/24/2014 | Service | $10.00 | Whitney Linder (Paralegal): Email Seymour for recommendation of Kern County psychologist for evaluation. | $100.00 | 0.10 | $10.00 |
| 10/27/2014 | Service | $350.00 | Anthony P. Capozzi: Court Appearance. | $350.00 | 1.00 | $350.00 |
| 11/07/2014 | Service | $25.00 | Whitney Linder (Paralegal): Look through discovery to make sure we have everything. | $100.00 | 0.25 | $25.00 |
| 12/08/2014 | Service | $350.00 | Anthony P. Capozzi: Court Appearance. | $350.00 | 1.00 | $350.00 |
| 12/12/2014 | Service | $150.00 | Whitney Linder (Paralegal): Letters to Adam & Sgt. Black regarding discovery disk. Burn disk and mail. | $100.00 | 1.50 | $150.00 |
| 12/12/2014 | Service | $150.00 | Whitney Linder (Paralegal): Letters to Adam & Sgt. Black re: discovery. Review discovery and burn to disks for mailing. | $100.00 | 1.50 | $150.00 |
| 01/15/2015 | Service | $25.00 | Whitney Linder (Paralegal): Phone call re: discovery and pictures | $100.00 | 0.25 | $25.00 |
| 01/16/2015 | Service | $75.00 | Whitney Linder (Paralegal): Phone call with Adam re: discovery. Emails and phone calls with AUSA about recordings. | $100.00 | 0.75 | $75.00 |
| 01/26/2015 | Service | $25.00 | Whitney Linder (Paralegal): Phone call re: discovery | $100.00 | 0.25 | $25.00 |
| 03/04/2015 | Service | $20.00 | Whitney Linder (Paralegal): Coordinate transport from Lerdo and confirm with Dr. Seymour about interview. | $100.00 | 0.20 | $20.00 |
| 03/05/2015 | Service | $350.00 | Anthony P. Capozzi: P/C with Stephen Foley. Research. | $350.00 | 1.00 | $350.00 |
| 03/10/2015 | Service | $100.00 | Whitney Linder (Paralegal): Assemble documents for Dr. Seymour. | $100.00 | 1.00 | $100.00 |
| 03/11/2015 | Service | $350.00 | Anthony P. Capozzi: Conference with client and psychologist. | $350.00 | 1.00 | $350.00 |
| 03/17/2015 | Service | $10.00 | Whitney Linder (Paralegal): Email to expert re: corrupted files | $100.00 | 0.10 | $10.00 |
| 03/18/2015 | Service | $10.00 | Whitney Linder (Paralegal): Forward APC response to Lawson to Foley's paralegal re: discovery. | $100.00 | 0.10 | $10.00 |
| 03/19/2015 | Service | $25.00 | Whitney Linder (Paralegal): Email and phone call with AUSA re: discovery. | $100.00 | 0.25 | $25.00 |
| 04/02/2015 | Service | $10.00 | Whitney Linder (Paralegal): Email to Lawson re: costs to proceed. | $100.00 | 0.10 | $10.00 |

| Date | Type | Amount | Description | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 04/21/2015 | Service | $350.00 | Anthony P. Capozzi: Phone call with Ross, client, emails. Review file. | $350.00 | 1.00 | $350.00 |
| 05/27/2015 | Service | $60.00 | Whitney Linder (Paralegal): Phone call with Gary Reed re: work calendar | $100.00 | 0.60 | $60.00 |
| 05/28/2015 | Service | $20.00 | Whitney Linder (Paralegal): Print & mail calendar to Adam. | $100.00 | 0.20 | $20.00 |
| 06/01/2015 | Service | $25.00 | Whitney Linder (Paralegal): Copy discovery & mail to Adam | $100.00 | 0.25 | $25.00 |
| 06/25/2015 | Service | $25.00 | Whitney Linder (Paralegal): Coordinate meeting with Tony, Lawson & Adam. | $100.00 | 0.25 | $25.00 |
| 07/01/2015 | Service | $1,050.00 | Anthony P. Capozzi: Conference with client & Lawson. | $350.00 | 3.00 | $1,050.00 |
| 07/07/2015 | Service | $10.00 | Whitney Linder (Paralegal): Mail emails to Adam | $100.00 | 0.10 | $10.00 |
| 07/16/2015 | Service | $350.00 | Anthony P. Capozzi: Phone call with AUSA, client. Review file. | $350.00 | 1.00 | $350.00 |
| 07/29/2015 | Service | $50.00 | Whitney Linder (Paralegal): Phone call from Adam re: docs received from San Joaquin County; mail envelope to Adam to send San Joaquin docs to us. | $100.00 | 0.50 | $50.00 |
| 07/29/2015 | Service | $100.00 | Whitney Linder (Paralegal): Review CPS file for statements by kids & daycare parents re: Adam | $100.00 | 1.00 | $100.00 |
| 08/05/2015 | Service | $350.00 | Anthony P. Capozzi: Conference with client. | $350.00 | 1.00 | $350.00 |
| 08/05/2015 | Service | $10.00 | Whitney Linder (Paralegal): Copy CPS report from Adam | $100.00 | 0.10 | $10.00 |
| 08/06/2015 | Service | $50.00 | Whitney Linder (Paralegal): Prep Motion for Release | $100.00 | 0.50 | $50.00 |
| 08/06/2015 | Service | $150.00 | Whitney Linder (Paralegal): Research release pending bail cases | $100.00 | 1.50 | $150.00 |
| 08/06/2015 | Service | $300.00 | Whitney Linder (Paralegal): Read San Joaquin report, memo to APC | $100.00 | 3.00 | $300.00 |
| 08/12/2015 | Service | $50.00 | Whitney Linder (Paralegal): Email San Joaquin report to Dr. Seymour, calculate Lawson fees, email report re: new discovery to Lawson | $100.00 | 0.50 | $50.00 |
| 09/01/2015 | Service | $350.00 | Anthony P. Capozzi: Phone call with Gary Reed, CPS Stockton and research. | $350.00 | 1.00 | $350.00 |
| 09/09/2015 | Service | $20.00 | Whitney Linder (Paralegal): Mail Dr. Seymour report to Adam | $100.00 | 0.20 | $20.00 |

| 09/17/2015 | Service | $20.00 | Whitney Linder (Paralegal): Phone call & email with Leena Kwon re: contact w/APC, email Robin supplemental report | $100.00 | 0.20 | $20.00 |
|---|---|---|---|---|---|---|
| 09/17/2015 | Service | $40.00 | Whitney Linder (Paralegal): Motion for Release, email to Robin re: supplemental report from Blalock | $100.00 | 0.40 | $40.00 |
| 09/17/2015 | Service | $1,050.00 | Anthony P. Capozzi: Research and prep bail motion | $350.00 | 3.00 | $1,050.00 |
| 09/18/2015 | Service | $75.00 | Whitney Linder (Paralegal): Motion for Release & exhibits. | $100.00 | 0.75 | $75.00 |
| 09/18/2015 | Service | $350.00 | Anthony P. Capozzi: Review motion | $350.00 | 1.00 | $350.00 |
| 09/21/2015 | Service | $25.00 | Whitney Linder (Paralegal): File request to seal & motion, email exhibits to court & AUSA & mail hard copy of motion to Adam. | $100.00 | 0.25 | $25.00 |
| 09/22/2015 | Service | $10.00 | Whitney Linder (Paralegal): Email Court re: sealed docs. | $100.00 | 0.10 | $10.00 |
| 09/22/2015 | Service | $40.00 | Whitney Linder (Paralegal): Phone call with Adam re: mail & hearing. email to Robin re: hearing date & time. | $100.00 | 0.40 | $40.00 |
| 09/23/2015 | Service | $10.00 | Whitney Linder (Paralegal): Email to Robin re: package not scanned. Not sure where package is. Contact jail about it being mailed. | $100.00 | 0.10 | $10.00 |
| 09/25/2015 | Service | $700.00 | Anthony P. Capozzi: Review briefs | $350.00 | 2.00 | $700.00 |
| 09/28/2015 | Service | $700.00 | Anthony P. Capozzi: Court Appearance | $350.00 | 2.00 | $700.00 |
| 10/05/2015 | Service | $350.00 | Anthony P. Capozzi: Court Appearance | $350.00 | 1.00 | $350.00 |
| 10/16/2015 | Service | $350.00 | Anthony P. Capozzi: Phone call with client. Review discovery. | $350.00 | 1.00 | $350.00 |
| 11/04/2015 | Service | $2,100.00 | Anthony P. Capozzi: Conference with client. | $350.00 | 6.00 | $2,100.00 |
| 11/16/2015 | Service | $350.00 | Anthony P. Capozzi: Prep motion to continue trial | $350.00 | 1.00 | $350.00 |
| 11/17/2015 | Service | $100.00 | Whitney Linder (Paralegal): 2 phone calls with Adam re: discovery (work calendar and times of downloads) | $100.00 | 1.00 | $100.00 |
| 11/23/2015 | Service | $350.00 | Anthony P. Capozzi: Court Appearance - motion to continue granted. | $350.00 | 1.00 | $350.00 |

**Quantity Subtotal**   112.45

**Services Subtotal**   $29,245.00

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 02/03/2014 | Postage to mail discovery disk to Global CompuSearch LLC. | 1.00 | $1.35 | $1.35 |
| Expense | 06/21/2014 | Mileage to Lerdo to visit Adam. (214mi @ $0.560/mi) | 1.00 | $119.84 | $119.84 |
| Expense | 09/08/2014 | Postage | 1.00 | $1.62 | $1.62 |
| Expense | 09/08/2014 | Photocopy of a case for Adam to read. | 1.00 | $1.60 | $1.60 |
| Expense | 09/24/2014 | Photocopies of discovery referred to by AUSA in email of 9.23.14 (82pgs @ $0.10/pg) | 1.00 | $8.20 | $8.20 |
| Expense | 09/26/2014 | Postage | 1.00 | $5.05 | $5.05 |
| Expense | 12/12/2014 | Postage - mailed disk w/discovery to Lerdo | 1.00 | $5.05 | $5.05 |
| Expense | 12/12/2014 | Postage: discovery disk & docs to Lerdo | 1.00 | $5.05 | $5.05 |
| Expense | 02/24/2015 | Discovery pages 108-112 B/W - 5pgs @ $0.10/pg Discovery pages 465-469 Col - 5pgs @ $0.25/pg | 1.00 | $1.75 | $1.75 |
| Expense | 05/28/2015 | Postage | 1.00 | $5.05 | $5.05 |
| Expense | 05/28/2015 | Printout of Lock N Stich work calendar (97pgs @ $0.10/pg) | 1.00 | $9.70 | $9.70 |
| Expense | 06/01/2015 | Postage | 1.00 | $5.50 | $5.50 |
| Expense | 06/01/2015 | Photocopies of report (14pgs @ $0.10/pg) | 1.00 | $1.40 | $1.40 |
| Expense | 07/07/2015 | Postage | 1.00 | $0.49 | $0.49 |
| Expense | 07/29/2015 | Postage | 1.00 | $6.55 | $6.55 |
| Expense | 08/05/2015 | Copy of CPS report | 1.00 | $3.00 | $3.00 |
| Expense | 09/09/2015 | Copy of Dr. Seymour Report (11pgs @ $0.10/pg) | 1.00 | $1.10 | $1.10 |
| Expense | 09/09/2015 | Postage | 1.00 | $1.40 | $1.40 |
| Expense | 09/28/2015 | Copy Gov't Response (34pgs @ $0.10/pg) | 1.00 | $3.40 | $3.40 |
| Expense | 09/28/2015 | 2 copies of Blalock report (29pgs @ $0.10/pg x 2) | 1.00 | $5.80 | $5.80 |
| Expense | 10/19/2015 | Copies of new discovery (7pgs @ $0.10/pg) | 1.00 | $0.70 | $0.70 |
| Expense | 10/19/2015 | Postage | 1.00 | $1.20 | $1.20 |
| Expense | 10/28/2015 | Postage | 1.00 | $0.98 | $0.98 |

|  |  |  | Expenses Subtotal | | $195.78 |
|--|--|--|--|--|--|
|  | Quantity Total | | 112.45 | | |
|  |  |  | Subtotal | | $29,440.78 |

Invoice # 250

|  |  |
|---|---:|
| **Total** | **$29,440.78** |
| **Payment (11/25/2015)** | **-$25,000.00** |
| **Balance Owing** | **$4,440.78** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 250 | 12/25/2015 | $29,440.78 | $25,000.00 | $4,440.78 |

|  |  |
|---|---:|
| **Outstanding Balance** | **$4,440.78** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$4,440.78** |

### Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 01/03/2014 | Deposit | Deposit | 00165-Henry | | $42,328.03 | $42,328.03 |
| 01/06/2014 | | Advanced Fees to Anthony Capozzi | 00165-Henry | $25,000.00 | | $17,328.03 |
| 01/16/2014 | Expense | Expert Fees | 00165-Henry | $5,000.00 | | $12,328.03 |
| 01/22/2014 | Legal Fees | Wife's legal fees | 00165-Henry | $7,000.00 | | $5,328.03 |
| 03/21/2014 | | Impound fees for Adam's car. | 00165-Henry | $280.00 | | $5,048.03 |
| 05/27/2014 | Payment | Reimbursement for HealthPort Inv. 0147657789. | 00165-Henry | $53.84 | | $4,994.19 |
| 06/10/2014 | payment | Invoice # P5114 - medical records from the Fresno County Jail. | 00165-Henry | $13.40 | | $4,980.79 |
| 09/10/2014 | | Expert Fees: Invoices 2999 & 3040 | 00165-Henry | $4,980.79 | | $0.00 |

|  |  |
|---|---:|
| **Trust Account Balance** | **$0.00** |

Invoice # 250

**Operating Account**

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|------|------|-------------|--------|----------|----------|---------|
| 01/06/2014 | | Advanced Fees to Anthony Capozzi | 00165-Henry | | $25,000.00 | $25,000.00 |
| 11/25/2015 | | Payment for invoice #250 | 00165-Henry | $25,000.00 | | $0.00 |
| | | | **Operating Account Balance** | | **$0.00** | |
| | | | **Total Account Balance** | | **$0.00** | |

Please make all amounts payable to: Law Offices of Anthony P. Capozzi

Please pay within 30 days.

| 3/5/2015 | Henry, Adam | P/C Stephen Foley. Research | 1.00 | $ 500.00 | $ 500.00 |
|---|---|---|---|---|---|
| 3/10/2015 | Henry, Adam | Conference with client & psychologist | 1.00 | $ 500.00 | $ 500.00 |
| 4/21/2015 | Henry, Adam | P/C with Russ, client, emails, review file | 1.00 | $ 500.00 | $ 500.00 |
| 7/1/2015 | Henry, Adam | Conference w/client & Lawson | 3.00 | $ 500.00 | $ 1,500.00 |
| 7/16/2015 | Henry, Adam | P/C with AUSA & client. Review file. | 1.00 | $ 500.00 | $ 500.00 |
| 8/5/2015 | Henry, Adam | Conference with client | 1.00 | $ 500.00 | $ 500.00 |
| 9/1/2015 | Henry, Adam | P/C with client, Gary Reed, & SJ CPS. Research | 1.00 | $ 500.00 | $ 500.00 |
| 9/15/2015 | Henry, Adam | P/C with client | 0.25 | $ 500.00 | $ 125.00 |
| 9/17/2015 | Henry, Adam | Research - prep bail mtn | 3.00 | $ 500.00 | $ 1,500.00 |
| 9/18/2015 | Henry, Adam | Review Motion | 1.00 | $ 500.00 | $ 500.00 |
| 9/25/2015 | Henry, Adam | Review briefs | 2.00 | $ 500.00 | $ 1,000.00 |
| 9/28/2015 | Henry, Adam | Court Appearance | 1.00 | $ 500.00 | $ 500.00 |
| 10/5/2015 | Henry, Adam | Court Appearance | 1.00 | $ 500.00 | $ 500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/16/2015 | Henry, Adam | P/C with client. Review discovery | 1.00 | $ 500.00 | $   500.00 |
| 11/4/2015 | Henry, Adam | Conference with client (Lerdo) | 6.00 | $ 500.00 | $ 3,000.00 |
| 11/16/2015 | Henry, Adam | Prepare motion to continue | 1.00 | $ 500.00 | $   500.00 |
| 11/23/2015 | Henry, Adam | Court Appearance - motion granted | 1.00 | $ 500.00 | $   500.00 |
| 1/30/2016 | Henry, Adam | Trial Prep | 4.00 | $ 129.00 | $   516.00 |
| 2/1/2016 | Henry, Adam | Trial Prep | 3.00 | $ 129.00 | $   387.00 |
| 2/1/2016 | Henry, Adam | Conference w/client & Lawson. Review file. | 3.00 | $ 129.00 | $   387.00 |
| 2/26/2016 | Henry, Adam | P/C with client. Review offer & discovery | 2.00 | $ 129.00 | $   258.00 |
| 3/10/2016 | Henry, Adam | Conference with client - Jail | 2.00 | $ 129.00 | $   258.00 |
| 3/16/2016 | Henry, Adam | Conference with client - Jail | 2.00 | $ 129.00 | $   258.00 |
| 4/29/2016 | Henry, Adam | Conference with client & prep. | 2.00 | $ 129.00 | $   258.00 |
| 6/12/2016 | Henry, Adam | Review Canadian court records | 1.00 | $ 129.00 | $   129.00 |
| 6/13/2016 | Henry, Adam | Conference with client - jail | 2.50 | $ 129.00 | $   322.50 |
| 8/11/2016 | Henry, Adam | Review CPS report from Stanislaus County | 1.00 | $ 129.00 | $   129.00 |
| 8/19/2016 | Henry, Adam | Read Stanislaus County CPS report | 1.00 | $ 129.00 | $   129.00 |
| 8/26/2016 | Henry, Adam | Review discovery - Angele's Dr's reports | 1.00 | $ 129.00 | $   129.00 |

| 8/29/2016 | Henry, Adam | Review discovery - BS 1010 video 101 | 1.00 | $ 129.00 | $ 129.00 |
| 8/30/2016 | Henry, Adam | P/C with Gary Reed. Review file. | 0.50 | $ 129.00 | $ 64.50 |
| 9/15/2016 | Henry, Adam | P/C with Gary Reed. Review discovery pags. | 1.00 | $ 129.00 | $ 129.00 |
| 10/3/2016 | Henry, Adam | Interview witnesses: Silva & Reed | 7.00 | $ 129.00 | $ 903.00 |
| 10/21/2016 | Henry, Adam | Travel to Turlock | 3.00 | $ 129.00 | $ 387.00 |
| 10/27/2016 | Henry, Adam | Review discovery - trial prep | 4.00 | $ 129.00 | $ 516.00 |
| 11/3/2016 | Henry, Adam | Conference w/Bob Gonzalez, trial prep. P/C with Dr. Malinek | 2.00 | $ 129.00 | $ 258.00 |
| 11/4/2016 | Henry, Adam | P/C with client - review discovery pgs. | 1.00 | $ 129.00 | $ 129.00 |
| 11/5/2016 | Henry, Adam | Trial prep - conference with client | 8.00 | $ 129.00 | $ 1,032.00 |
| 11/7/2016 | Henry, Adam | Trial Prep - In limine mtns | 3.00 | $ 129.00 | $ 387.00 |
| 11/15/2016 | Henry, Adam | Research defenses. Trial prep - respond to in limine mtns | 6.00 | $ 129.00 | $ 774.00 |
| 11/23/2016 | Henry, Adam | Conference w/Adam - prep for in limine mtns | 3.50 | $ 129.00 | $ 451.50 |
| 12/13/2016 | Henry, Adam | Prep motions & review discovery pgs. _____. P/C with Adam Pearce. | 6.00 | $ 129.00 | $ 774.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2016 | Henry, Adam | P/C with Gary Reed. Review discovery pags. | 1.00 | $ 129.00 | $ 129.00 |
| 12/16/2016 | Henry, Adam | Interview witnesses: Silva & Reed | 7.00 | $ 129.00 | $ 903.00 |
| 12/16/2016 | Henry, Adam | Travel to Turlock | 3.00 | $ 129.00 | $ 387.00 |
| 12/18/2016 | Henry, Adam | Review discovery - trial prep | 4.00 | $ 129.00 | $ 516.00 |
| 12/19/2016 | Henry, Adam | Conference w/Bob Gonzalez, trial prep. P/C with Dr. Malinek | 2.00 | $ 129.00 | $ 258.00 |
| 12/21/2016 | Henry, Adam | P/C with client - review discovery pgs. | 1.00 | $ 129.00 | $ 129.00 |
| 12/23/2016 | Henry, Adam | Trial prep - conference with client | 8.00 | $ 129.00 | $ 1,032.00 |
| 12/27/2016 | Henry, Adam | Trial Prep - In limine mtns | 3.00 | $ 129.00 | $ 387.00 |
| 12/28/2016 | Henry, Adam | Research defenses. Trial prep - respond to in limine mtns | 6.00 | $ 129.00 | $ 774.00 |
| 12/29/2016 | Henry, Adam | Conference w/Adam - prep for in limine mtns | 3.50 | $ 129.00 | $ 451.50 |
| 12/30/2016 | Henry, Adam | Prep motions & review discovery pgs. _____. P/C with Adam Pearce. | 6.00 | $ 129.00 | $ 774.00 |
| 1/3/2017 | Henry, Adam | P/C with Malinek - review Lawson | 0.50 | $ 129.00 | $ 64.50 |
| 1/4/2017 | Henry, Adam | P/C with DA Ruiz, prep motion & order | 1.00 | $ 129.00 | $ 129.00 |

| 1/5/2017 | Henry, Adam | Conference w/client. Review video discovery | 3.00 | $ 129.00 | $    387.00 |
| 1/9/2017 | Henry, Adam | Court Appearance | 1.00 | $ 129.00 | $    129.00 |
| 1/11/2017 | Henry, Adam | Conference w/Malinek - review reports | 3.00 | $ 129.00 | $    387.00 |
| 2/9/2017 | Henry, Adam | Conference with client | 2.00 | $ 129.00 | $    258.00 |
| 2/23/2017 | Henry, Adam | Conference with client, review mental health reports | 4.00 | $ 129.00 | $    516.00 |
| 3/17/2017 | Henry, Adam | Review Superseding indictment | 0.50 | $ 129.00 | $     64.50 |
| 3/29/2017 | Henry, Adam | Conference with client | 1.50 | $ 129.00 | $    193.50 |
| 3/29/2017 | Henry, Adam | Review new discovery - BS 1118 - 1124 | 0.50 | $ 129.00 | $     64.50 |
| 4/7/2017 | Henry, Adam | Conference w/client re: discovery | 2.50 | $ 129.00 | $    322.50 |
| 4/8/2017 | Henry, Adam | Conference w/client re: video's discvoery etc. & review | 6.00 | $ 129.00 | $    774.00 |
| 4/16/2017 | Henry, Adam | Review tapes & discovery, CPS records, etc. | 4.00 | $ 129.00 | $    516.00 |
| 4/17/2017 | Henry, Adam | Review discovery - research 18 USC 2251(a) | 5.00 | $ 129.00 | $    645.00 |
| 4/18/2017 | Henry, Adam | Trial prep - research motions | 3.00 | $ 129.00 | $    387.00 |
| 4/19/2017 | Henry, Adam | Prep for expert interview | 3.00 | $ 129.00 | $    387.00 |
| 4/19/2017 | Henry, Adam | Conference w/client & expert | 3.00 | $ 129.00 | $    387.00 |

| 4/30/2017 | Henry, Adam | Conference w/ client | 5.00 | $ 129.00 | $ 645.00 |
|---|---|---|---|---|---|
| 5/3/2017 | Henry, Adam | Prep motions - research, trial prep | 6.00 | $ 129.00 | $ 774.00 |
| 5/4/2017 | Henry, Adam | Conference with client | 3.00 | $ 129.00 | $ 387.00 |
| 5/4/2017 | Henry, Adam | Trial prep | 2.00 | $ 129.00 | $ 258.00 |
| 5/7/2017 | Henry, Adam | Prep for motion hearing | 1.00 | $ 129.00 | $ 129.00 |
| 5/8/2017 | Henry, Adam | Court Appearance, argue motion, P/C with Lawson | 3.00 | $ 129.00 | $ 387.00 |
| 5/9/2017 | Henry, Adam | Prepare list of points for Lawson to investigate - P/C with Lawson | 2.00 | $ 129.00 | $ 258.00 |
| 5/10/2017 | Henry, Adam | Conference w/client. Prep for trial | 6.00 | $ 129.00 | $ 774.00 |
| 5/11/2017 | Henry, Adam | Trial prep. Review videos & transcripts | 5.00 | $ 129.00 | $ 645.00 |
| 5/12/2017 | Henry, Adam | Conference w/client & trial prep | 5.00 | $ 129.00 | $ 645.00 |
| 5/16/2017 | Henry, Adam | Trial prep - review interviews - client, Todd, Angele | 3.00 | $ 129.00 | $ 387.00 |
| 5/17/2017 | Henry, Adam | Conference w/client | 2.00 | $ 129.00 | $ 258.00 |
| 5/17/2017 | Henry, Adam | Trial prep | 2.00 | $ 129.00 | $ 258.00 |
| 5/18/2017 | Henry, Adam | Conference w/client | 2.00 | $ 129.00 | $ 258.00 |
| 5/18/2017 | Henry, Adam | Research in limine mtns | 3.00 | $ 129.00 | $ 387.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/19/2017 | Henry, Adam | Prep in limine mtns, P/C with Lawson, trial prep, etc. | 7.00 | $ 129.00 | $ 903.00 |
| 5/20/2017 | Henry, Adam | Conference w/client | 3.00 | $ 129.00 | $ 387.00 |
| 5/20/2017 | Henry, Adam | Research 2252(a), review file, prep | 5.00 | $ 129.00 | $ 645.00 |
| 5/21/2017 | Henry, Adam | Review notes & discovery | 6.00 | $ 129.00 | $ 774.00 |
| 5/22/2017 | Henry, Adam | Review police reports & notes | 5.00 | $ 129.00 | $ 645.00 |
| 5/23/2017 | Henry, Adam | Research re: child pornography & review file | 4.00 | $ 129.00 | $ 516.00 |
| 5/24/2017 | Henry, Adam | Research jury instructions & case law | 3.00 | $ 129.00 | $ 387.00 |
| 5/25/2017 | Henry, Adam | Review forensic evidence | 4.00 | $ 129.00 | $ 516.00 |
| 5/26/2017 | Henry, Adam | Research motions & prep for hearing | 4.00 | $ 129.00 | $ 516.00 |
| 5/30/2017 | Henry, Adam | Research and prep for motions hearing | 4.00 | $ 129.00 | $ 516.00 |
| 5/30/2017 | Henry, Adam | Court Appearance | 2.00 | $ 129.00 | $ 258.00 |
| 6/2/2017 | Henry, Adam | Read cases re: child porn; P/C with AUSA | 2.00 | $ 132.00 | $ 264.00 |
| 6/5/2017 | Henry, Adam | Review Mel King report & conference with client | 3.00 | $ 132.00 | $ 396.00 |
| 6/20/2017 | Henry, Adam | Research memo & write | 6.00 | $ 132.00 | $ 792.00 |
| 6/21/2017 | Henry, Adam | Research memo & write | 6.00 | $ 132.00 | $ 792.00 |
| 6/22/2017 | Henry, Adam | Research memo & write | 6.00 | $ 132.00 | $ 792.00 |

| 6/24/2017 | Henry, Adam | Conference at Jail & prep for Motion | 5.00 | $ 132.00 | $ 660.00 |
|---|---|---|---|---|---|
| 6/25/2017 | Henry, Adam | Prep for motion hearing | 2.00 | $ 132.00 | $ 264.00 |
| 6/26/2017 | Henry, Adam | Prep for motion hearing | 2.00 | $ 132.00 | $ 264.00 |
| 6/26/2017 | Henry, Adam | Court Appearance | 1.00 | $ 132.00 | $ 132.00 |
| 7/5/2017 | Henry, Adam | Review expert responses & discovery | 3.00 | $ 132.00 | $ 396.00 |
| 8/2/2017 | Henry, Adam | Review statements of victim, experts, etc. | 2.00 | $ 132.00 | $ 264.00 |
| 8/4/2017 | Henry, Adam | Conference with client - jail | 3.00 | $ 132.00 | $ 396.00 |
| 8/7/2017 | Henry, Adam | Prep expert witness list - review expert reports | 2.00 | $ 132.00 | $ 264.00 |
| 8/30/2017 | Henry, Adam | Research & trial prep | 6.00 | $ 132.00 | $ 792.00 |
| 9/13/2017 | Henry, Adam | Research re: polygraph testimony | 3.00 | $ 132.00 | $ 396.00 |
| 9/14/2017 | Henry, Adam | Research & write motion re: polygraph | 4.00 | $ 132.00 | $ 528.00 |
| 9/14/2017 | Henry, Adam | Write brief & review research | 4.00 | $ 132.00 | $ 528.00 |
| 9/19/2017 | Henry, Adam | Review motion for expert - P/C with King - research | 1.00 | $ 132.00 | $ 132.00 |
| 9/27/2017 | Henry, Adam | Review gov't brief on polygraph & research for hearing | 2.00 | $ 132.00 | $ 264.00 |
| 9/27/2017 | Henry, Adam | Conference with client at jail | 2.00 | $ 132.00 | $ 264.00 |

| 9/28/2017 | Henry, Adam | Research & write reply | 3.00 | $ 132.00 | $ 396.00 |
|---|---|---|---|---|---|
| 9/29/2017 | Henry, Adam | Prep for motion | 1.00 | $ 132.00 | $ 132.00 |
| 9/29/2017 | Henry, Adam | Court Appearance | 2.00 | $ 132.00 | $ 264.00 |
| 10/3/2017 | Henry, Adam | Conference with client - jail | 2.00 | $ 132.00 | $ 264.00 |
| 10/6/2017 | Henry, Adam | Prep jury instructions & objections - research & trial prep | 4.00 | $ 132.00 | $ 528.00 |
| 10/9/2017 | Henry, Adam | Research jury instructions & evidentiary issues - trial prep | 6.00 | $ 132.00 | $ 792.00 |
| 10/10/2017 | Henry, Adam | Trial prep - P/C with witnesses, prep jur isntructions & expert reports | 4.00 | $ 132.00 | $ 528.00 |
| 10/11/2017 | Henry, Adam | Research - lesser included offenses | 4.00 | $ 132.00 | $ 528.00 |
| 10/12/2017 | Henry, Adam | Research expert witnesses & jury instructions - trial prep | 5.00 | $ 132.00 | $ 660.00 |
| 10/13/2017 | Henry, Adam | P/C with Gappa - review JT - trial prep - organize file - review reports | 6.00 | $ 132.00 | $ 792.00 |
| 10/16/2017 | Henry, Adam | Prep for Court Appearance | 1.00 | $ 132.00 | $ 132.00 |
| 10/16/2017 | Henry, Adam | Court Appearance - motions hrg | 1.00 | $ 132.00 | $ 132.00 |
| 10/16/2017 | Henry, Adam | Conference with client at courthouse | 1.00 | $ 132.00 | $ 132.00 |

| 10/16/2017 | Henry, Adam | Trial prep - read discovery - P/C's Seymour & Lawson | 2.00 | $ 132.00 | $ 264.00 |
|---|---|---|---|---|---|
| 10/17/2017 | Henry, Adam | Conference with client - jail | 2.50 | $ 132.00 | $ 330.00 |
| 10/17/2017 | Henry, Adam | Prep motion for Deposition of Silva | 1.00 | $ 132.00 | $ 132.00 |
| 10/19/2017 | Henry, Adam | Research & prep reply memo to Gov Opposition | 2.00 | $ 132.00 | $ 264.00 |
| 10/23/2017 | Henry, Adam | Prep subpoena & conference with client - trial prep | 4.00 | $ 132.00 | $ 528.00 |
| 10/24/2017 | Henry, Adam | Prep for Silva Depo & P/C with Silva | 1.00 | $ 132.00 | $ 132.00 |
| 10/24/2017 | Henry, Adam | Trial prep - review police reports & expert testimony | 3.00 | $ 132.00 | $ 396.00 |
| 10/24/2017 | Henry, Adam | Review transcripts of in limine motions | 2.00 | $ 132.00 | $ 264.00 |
| 10/25/2017 | Henry, Adam | Silva Deposition | 2.00 | $ 132.00 | $ 264.00 |
| 10/25/2017 | Henry, Adam | Read transcripts of grand jury testimony & mtns in limine hrgs | 5.00 | $ 132.00 | $ 660.00 |
| 10/26/2017 | Henry, Adam | Meeting w/client @ jail (AM) | 3.00 | $ 132.00 | $ 396.00 |
| 10/26/2017 | Henry, Adam | Meeting w/client @ jail (PM) | 3.00 | $ 132.00 | $ 396.00 |
| 10/29/2017 | Henry, Adam | Review memos & research | 2.00 | $ 132.00 | $ 264.00 |
| 10/30/2017 | Henry, Adam | Review discovery - witness statements | 2.00 | $ 132.00 | $ 264.00 |

| 10/30/2017 | Henry, Adam | Conference w/Marcus Lawson & USA | 3.00 | $ 132.00 | $ 396.00 |
|---|---|---|---|---|---|
| 10/30/2017 | Henry, Adam | Conference with AUSA & trial prep | 3.00 | $ 132.00 | $ 396.00 |
| 10/31/2017 | Henry, Adam | Conference w/client at jail | 2.50 | $ 132.00 | $ 330.00 |
| 10/31/2017 | Henry, Adam | Trial prep & research | 6.00 | $ 132.00 | $ 792.00 |
| 11/1/2017 | Henry, Adam | Conference with client @ jail | 2.00 | $ 132.00 | $ 264.00 |
| 11/1/2017 | Henry, Adam | Prep Voir Dire, Witness List, Exhibits List, etc. - trial prep | 7.00 | $ 132.00 | $ 924.00 |
| 11/2/2017 | Henry, Adam | P/C with Court & AUSA; prep exhibits, witness list, voir dire & trial | 6.00 | $ 132.00 | $ 792.00 |
| 11/3/2017 | Henry, Adam | P/C with court & AUSA; trial prep; finalize exhibits; voir dire; research instruction | 6.00 | $ 132.00 | $ 792.00 |
| 11/3/2017 | Henry, Adam | Conference with client at jail | 5.00 | $ 132.00 | $ 660.00 |
| 11/4/2017 | Henry, Adam | Conference with client at jail | 3.00 | $ 132.00 | $ 396.00 |
| 11/4/2017 | Henry, Adam | Trial Prep | 2.00 | $ 132.00 | $ 264.00 |
| 11/5/2017 | Henry, Adam | Trial prep. Prep for motions hrg & research | 5.00 | $ 132.00 | $ 660.00 |
| 11/6/2017 | Henry, Adam | Prep for motions; research | 3.00 | $ 132.00 | $ 396.00 |
| 11/6/2017 | Henry, Adam | Conference with client at jail | 1.00 | $ 132.00 | $ 132.00 |
| 11/6/2017 | Henry, Adam | Court Appearance | 1.00 | $ 132.00 | $ 132.00 |
| 11/6/2017 | Henry, Adam | Conference with client at jail | 1.00 | $ 132.00 | $ 132.00 |

| 11/7/2017 | Henry, Adam | Trial prep - review hively reports & conference with client | 4.00 | $ 132.00 | $ 528.00 |
|---|---|---|---|---|---|
| 11/7/2017 | Henry, Adam | Trial | 4.50 | $ 132.00 | $ 594.00 |
| 11/8/2017 | Henry, Adam | Trial prep & trial | 9.00 | $ 132.00 | $ 1,188.00 |
| 11/9/2017 | Henry, Adam | Trial Prep & conference with client at jail | 3.00 | $ 132.00 | $ 396.00 |
| 11/9/2017 | Henry, Adam | Trial | 4.50 | $ 132.00 | $ 594.00 |
| 11/12/2017 | Henry, Adam | Conference with client at jail | 3.00 | $ 132.00 | $ 396.00 |
| 11/12/2017 | Henry, Adam | Trial prep | 3.00 | $ 132.00 | $ 396.00 |
| 11/13/2017 | Henry, Adam | Research & write memo opposing introduction of add'l videos | 2.00 | $ 132.00 | $ 264.00 |
| 11/13/2017 | Henry, Adam | Trial Prep | 3.00 | $ 132.00 | $ 396.00 |
| 11/13/2017 | Henry, Adam | Trial | 4.50 | $ 132.00 | $ 594.00 |
| 11/13/2017 | Henry, Adam | Conference with client at jail (5p-8p) | 3.00 | $ 132.00 | $ 396.00 |
| 11/14/2017 | Henry, Adam | Trial prep | 3.00 | $ 132.00 | $ 396.00 |
| 11/14/2017 | Henry, Adam | Conference with client at jail | 1.00 | $ 132.00 | $ 132.00 |
| 11/14/2017 | Henry, Adam | Trial | 4.00 | $ 132.00 | $ 528.00 |
| 11/14/2017 | Henry, Adam | Conference with client at jail | 2.00 | $ 132.00 | $ 264.00 |
| 11/15/2017 | Henry, Adam | Trial prep | 3.00 | $ 132.00 | $ 396.00 |
| 11/15/2017 | Henry, Adam | Trial - Day 6 | 4.50 | $ 132.00 | $ 594.00 |
| 11/15/2017 | Henry, Adam | Trial Prep (next day) - review witness stmts, testimony, Rule 29 mtn, prep CA; Research Miranda issue | 3.00 | $ 132.00 | $ 396.00 |
| 11/15/2017 | Henry, Adam | Research Miranda Issue | 1.00 | $ 132.00 | $ 132.00 |
| 11/16/2017 | Henry, Adam | Trial - Day 7 | 9.00 | $ 132.00 | $ 1,188.00 |
| 11/17/2017 | Henry, Adam | Verdict - Day 8 | 1.00 | $ 132.00 | $ 132.00 |

| 11/21/2017 | Henry, Adam | Req EOT to file post trial motions | 1.00 | $ 132.00 | $ 132.00 |
|---|---|---|---|---|---|
| 11/22/2017 | Henry, Adam | Conference at jail | 1.00 | $ 132.00 | $ 132.00 |
| 11/28/2017 | Henry, Adam | P/C with client. Research - agent of law enforcement | 0.25 | $ 132.00 | $ 33.00 |
| 12/18/2017 | Henry, Adam | Conference with client & PSR interview | 2.00 | $ 132.00 | $ 264.00 |
| 12/28/2017 | Henry, Adam | Phone call | 0.10 | $ 132.00 | $ 13.20 |
| 1/6/2018 | Henry, Adam | Read closing arguments - research for motion for new trial [Doc. 254] | 6.00 | $ 132.00 | $ 792.00 |
| 1/7/2018 | Henry, Adam | Research & write motion for acquital &/or new trial [Doc. 254] | 7.00 | $ 132.00 | $ 924.00 |
| 1/8/2018 | Henry, Adam | Research & write motion for acquital &/or new trial [Doc. 254] | 5.00 | $ 132.00 | $ 660.00 |
| 1/10/2018 | Henry, Adam | Review motion [Doc. 254] and prep motion for discovery [Doc. 260] & sent. Continuance [Doc. 261] | 1.00 | $ 132.00 | $ 132.00 |
| 2/7/2018 | Henry, Adam | Email AUSA, review A.T. transcript [Doc. 267], stip, & read memos [Docs. 271, 272] | 2.00 | $ 132.00 | $ 264.00 |

| 2/14/2018 | Henry, Adam | Review Hively transcript (Doc. 269)- email to Lawson | 0.10 | $ 132.00 | $ 13.20 |
|---|---|---|---|---|---|
| 2/28/2018 | Henry, Adam | P/C with client - review new trial opposition [Doc. 278] | 1.00 | $ 132.00 | $ 132.00 |
| 3/21/2018 | Henry, Adam | Research for reply to motion for new trial [Doc. 285] | 2.00 | $ 132.00 | $ 264.00 |
| 3/25/2018 | Henry, Adam | Research reply brief [Doc. 285] | 2.00 | $ 132.00 | $ 264.00 |
| 3/30/2018 | Henry, Adam | Research and write reply to opp to new trial [Doc. 285] | 6.00 | $ 132.00 | $ 792.00 |
| 3/31/2018 | Henry, Adam | Research and write reply to opp to new trial [Doc. 285] | 7.00 | $ 132.00 | $ 924.00 |
| 4/1/2018 | Henry, Adam | Write reply to opp to new trial [Doc. 285] | 4.00 | $ 140.00 | $ 560.00 |
| 4/2/2018 | Henry, Adam | Review PSR and prepare informal objections | 2.00 | $ 140.00 | $ 280.00 |
| 4/14/2018 | Henry, Adam | Conference w/client at jail. | 1.50 | $ 140.00 | $ 210.00 |
| 4/14/2018 | Henry, Adam | Review PSR [Doc. 286] | 2.00 | $ 140.00 | $ 280.00 |
| 4/16/2018 | Henry, Adam | Prepare formal objections, P/C's with client, Probation & Reeds, etc. | 2.50 | $ 140.00 | $ 350.00 |
| 4/16/2018 | Henry, Adam | P/C's with client, Micheli & Reeds | 0.50 | $ 140.00 | $ 70.00 |
| 4/27/2018 | Henry, Adam | Research & prep memo | 3.00 | $ 140.00 | $ 420.00 |
| 4/29/2018 | Henry, Adam | Prep for argument | 2.00 | $ 140.00 | $ 280.00 |

| 4/29/2018 | Henry, Adam | Conference w/client | 1.00 | $ 140.00 | $ 140.00 |
|---|---|---|---|---|---|
| 4/30/2018 | Henry, Adam | Court Appearance Argue motions | 1.50 | $ 140.00 | $ 210.00 |
| 4/30/2018 | Henry, Adam | Conference with client | 0.50 | $ 140.00 | $ 70.00 |
| 5/1/2018 | Henry, Adam | Review discovery re: Exhibit 28.13 (Doc 272 w/sealed exhibits & Hively's 4.13.18 email) | 0.50 | $ 140.00 | $ 70.00 |
| 5/20/2018 | Henry, Adam | Research re: Memo for New Trial | 2.00 | $ 140.00 | $ 280.00 |
| 5/21/2018 | Henry, Adam | Research re: Memo for New Trial | 2.00 | $ 140.00 | $ 280.00 |
| 5/23/2018 | Henry, Adam | Objection to Gov't filing Doc. 295 [Doc. 298]; Memo re: Exh. 28.13 [Doc. 299]; Request to Seal [Doc. 300] | 1.00 | $ 140.00 | $ 140.00 |
| 5/25/2018 | Henry, Adam | Review Gov't Response [Doc. 303] & research | 2.00 | $ 140.00 | $ 280.00 |
| 5/26/2018 | Henry, Adam | Conference w/client at jail & research Gov't memo | 2.00 | $ 140.00 | $ 280.00 |
| 5/28/2018 | Henry, Adam | Conference w/client at jail. Research re: production of discovery & review discovery (BN 1382-1388) | 3.00 | $ 140.00 | $ 420.00 |
| 5/29/2018 | Henry, Adam | Prep for evid. Hrg. | 2.00 | $ 140.00 | $ 280.00 |

| 5/29/2018 | Henry, Adam | Court Appearance - Argue Discovery motion | 2.00 | $ 140.00 | $ 280.00 |
|---|---|---|---|---|---|
| 5/31/2018 | Henry, Adam | P/C with Lawson; prep declaration | 0.50 | $ 140.00 | $ 70.00 |
| 6/1/2018 | Henry, Adam | Conference with client at jail | 0.50 | $ 140.00 | $ 70.00 |
| 7/17/2018 | Henry, Adam | Conference with client at jail | 1.00 | $ 140.00 | $ 140.00 |
| 7/20/2018 | Henry, Adam | Research new trial order [Doc. 306] | 3.00 | $ 140.00 | $ 420.00 |
| 7/22/2018 | Henry, Adam | Review order [Doc. 306] & research new trial | 3.00 | $ 140.00 | $ 420.00 |
| 7/23/2018 | Henry, Adam | Research court order [Doc. 306] | 3.00 | $ 140.00 | $ 420.00 |
| 7/24/2018 | Henry, Adam | Research court order [Doc. 306] | 2.00 | $ 140.00 | $ 280.00 |
| 8/1/2018 | Henry, Adam | Review PSR | 0.50 | $ 140.00 | $ 70.00 |
| 8/1/2018 | Henry, Adam | Prepare motion & stip to continue | 0.50 | $ 140.00 | $ 70.00 |
| 8/24/2018 | Henry, Adam | Research and write reconsideration brief (doc. 311) | 4.00 | $ 140.00 | $ 560.00 |
| 8/26/2018 | Henry, Adam | Further research & writing recon brief (doc. 311) | 6.00 | $ 140.00 | $ 840.00 |
| 8/27/2018 | Henry, Adam | Write Request for Reconsideration (doc. 311) | 4.00 | $ 140.00 | $ 560.00 |
| 8/27/2018 | Henry, Adam | Conference w/client - jail | 1.00 | $ 140.00 | $ 140.00 |
| 9/8/2018 | Henry, Adam | Conference w/client - Jail | 1.50 | $ 140.00 | $ 210.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/9/2018 | Henry, Adam | Prep for motion & sentencing. Review docs 286, 288, 290, 291, 311, 312 & 313. | 1.00 | $ 140.00 | $ 140.00 |
| 9/10/2018 | Henry, Adam | Sentencing hearing | 2.50 | $ 140.00 | $ 350.00 |
| 9/20/2018 | Henry - App | Review appeal letter & scheduling order | 0.50 | $ 140.00 | $ 70.00 |
| 12/14/2018 | Henry - App | 1st EOT | 0.50 | $ 140.00 | $ 70.00 |
| 2/8/2019 | Henry-App | 2nd EOT | 0.50 | $ 148.00 | $ 74.00 |
| 2/12/2019 | Henry-App | Review court order for EOT (Doc. 9) | 0.50 | $ 148.00 | $ 74.00 |
| 2/15/2019 | Henry-App | Prep draft AOB | 2.00 | $ 148.00 | $ 296.00 |
| 3/1/2019 | Henry-App | Review motions filed in D.C. - research AOB | 2.00 | $ 148.00 | $ 296.00 |
| 3/3/2019 | Henry-App | Review D.C. transcripts | 4.00 | $ 148.00 | $ 592.00 |
| 3/4/2019 | Henry-App | Research & review issues for AOB | 3.00 | $ 148.00 | $ 444.00 |
| 3/6/2019 | Henry-App | Research & write AOB | 6.00 | $ 148.00 | $ 888.00 |
| 3/7/2019 | Henry-App | Research & write AOB | 4.00 | $ 148.00 | $ 592.00 |
| 3/8/2019 | Henry-App | Research, write & review AOB | 4.00 | $ 148.00 | $ 592.00 |
| 3/9/2019 | Henry-App | Review brief - further research - add additional argument | 3.00 | $ 148.00 | $ 444.00 |
| 3/10/2019 | Henry-App | Further research - amend brief, re-read Henry testimony | 4.00 | $ 148.00 | $ 592.00 |
| 7/19/2019 | Henry-App | Review Gov't Resp. Brief - EOT for reply | 1.00 | $ 148.00 | $ 148.00 |

| 8/30/2019 | Henry-App | Read AOB & ROB, research & P/C with client | 6.00 | $ 148.00 | $ 888.00 |
|---|---|---|---|---|---|
| 9/1/2019 | Henry-App | Research reply brief | 5.00 | $ 148.00 | $ 740.00 |
| 9/2/2019 | Henry-App | Research reply brief | 7.00 | $ 148.00 | $ 1,036.00 |
| 9/3/2019 | Henry-App | Research & write reply brief | 7.00 | $ 148.00 | $ 1,036.00 |
| 9/4/2019 | Henry-App | Research & write reply brief | 7.00 | $ 148.00 | $ 1,036.00 |
| 9/5/2019 | Henry-App | Review & revise reply brief | 3.00 | $ 148.00 | $ 444.00 |
| 11/9/2019 | Henry-App | Review & research reply brief | 1.00 | $ 148.00 | $ 148.00 |
| 11/30/2019 | Henry-App | Prepare for Oral Arguments | 3.00 | $ 148.00 | $ 444.00 |
| 12/1/2019 | Henry-App | Travel to SF for Oral Arguments | 5.00 | $ 148.00 | $ 740.00 |
| 12/1/2019 | Henry-App | Prep argument & research | 3.00 | $ 148.00 | $ 444.00 |
| 12/2/2019 | Henry-App | Prep argument & research | 1.00 | $ 148.00 | $ 148.00 |
| 12/2/2019 | Henry-App | Oral Arguments | 2.00 | $ 148.00 | $ 296.00 |
| 12/2/2019 | Henry-App | Return travel to Fresno | 5.00 | $ 148.00 | $ 740.00 |
| 1/16/2020 | Henry, Adam | Review & research Appellate Memorandum | 1.00 | $ 152.00 | $ 152.00 |
| 1/23/2020 | Henry, Adam | Review cases for petition for rehearing | 2.00 | $ 152.00 | $ 304.00 |
| 1/24/2020 | Henry, Adam | Review 9th Memo & research | 2.00 | $ 152.00 | $ 304.00 |
| 1/25/2020 | Henry, Adam | Research & write petition | 6.00 | $ 152.00 | $ 912.00 |
| 1/26/2020 | Henry, Adam | Review & corrections to petition | 2.00 | $ 152.00 | $ 304.00 |

| 6/27/2020 | Henry-App | Research Petition for Writ of Certiorari | 4.00 | $ 152.00 | $ 608.00 |
|---|---|---|---|---|---|
| 6/28/2020 | Henry-App | Research, review prior briefs & transcripts | 6.00 | $ 152.00 | $ 912.00 |
| 6/29/2020 | Henry-App | Research petition, write petition | 6.00 | $ 152.00 | $ 912.00 |
| 7/1/2020 | Henry-App | Prep & research SCOTUS petition | 7.00 | $ 152.00 | $ 1,064.00 |
| 7/2/2020 | Henry-App | Prep & write petition | 8.00 | $ 152.00 | $ 1,216.00 |
| 7/3/2020 | Henry-App | Finalize petition | 3.00 | $ 152.00 | $ 456.00 |
| 7/6/2020 | Henry-App | Email to client explaining petition & why certain issues not included | 1.00 | $ 152.00 | $ 152.00 |
| 10/6/2020 | Henry-App | Review of petition and exhibits - research | 1.00 | $ 152.00 | $ 152.00 |
| 10/7/2020 | Henry-App | P/C with Hank Aspill - research 2251 | 1.00 | $ 152.00 | $ 152.00 |
| 10/23/2020 | Henry-App | Review petition - P/C & memo to NACDL | 1.00 | $ 152.00 | $ 152.00 |
| 10/26/2020 | Henry-App | P/C & research re: writ process | 0.30 | $ 152.00 | $ 45.60 |
| 1/16/2020 | Henry, Adam | Review & research Appellate Memorandum | 1.00 | $ 152.00 | $ 152.00 |
| 1/23/2020 | Henry, Adam | Review cases for petition for rehearing | 2.00 | $ 152.00 | $ 304.00 |
| 1/24/2020 | Henry, Adam | Review 9th Memo & research | 2.00 | $ 152.00 | $ 304.00 |
| 1/25/2020 | Henry, Adam | Research & write petition | 6.00 | $ 152.00 | $ 912.00 |

| 1/26/2020 | Henry, Adam | Review & corrections to petition | 2.00 | $ 152.00 | $ 304.00 |
|---|---|---|---|---|---|
| 6/27/2020 | Henry-App | Research Petition for Writ of Certiorari | 4.00 | $ 152.00 | $ 608.00 |
| 6/28/2020 | Henry-App | Research, review prior briefs & transcripts | 6.00 | $ 152.00 | $ 912.00 |
| 6/29/2020 | Henry-App | Research petition, write petition | 6.00 | $ 152.00 | $ 912.00 |
| 7/1/2020 | Henry-App | Prep & research SCOTUS petition | 7.00 | $ 152.00 | $ 1,064.00 |
| 7/2/2020 | Henry-App | Prep & write petition | 8.00 | $ 152.00 | $ 1,216.00 |
| 7/3/2020 | Henry-App | Finalize petition | 3.00 | $ 152.00 | $ 456.00 |
| 7/6/2020 | Henry-App | Email to client explaining petition & why certain issues not included | 1.00 | $ 152.00 | $ 152.00 |
| 10/6/2020 | Henry-App | Review of petition and exhibits - research | 1.00 | $ 152.00 | $ 152.00 |
| 10/7/2020 | Henry-App | P/C with Hank Aspill - research 2251 | 1.00 | $ 152.00 | $ 152.00 |
| 10/23/2020 | Henry-App | Review petition - P/C & memo to NACDL | 1.00 | $ 152.00 | $ 152.00 |
| 10/26/2020 | Henry-App | P/C & research re: writ process | 0.30 | $ 152.00 | $ 45.60 |
| | | TOTAL HOURS | 859.80 | | |