PHILLIP A. TALBERT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
United States Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00409 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | INDEX FOR ATTACHMENTS TO UNITED STATES' OPPOSITION TO MOTION FILED UNDER 28 U.S.C. § 2255 |
| ADAM ALAN HENRY, | |
| Defendant. | |

The United States of America filed its opposition to the defendant's motion on February 25, 2022. Unfortunately, although it was referenced in the opposition, Mr. Capozzi's declaration was inadvertently omitted as an attachment. It is submitted with this filing. The government is also including an index of all exhibits that might be of assistance.

PHILLIP A. TALBERT
United States Attorney

By: /s/ David Gappa
David Gappa
Assistant United States Attorney

1

INDEX FOR ATTACHMENTS TO UNITED STATES'
OPPOSITION TO MOTION FILED UNDER 28 U.S.C. § 2255

| ECF Number | Attachment | Pages | Brief Description |
|---|---|---|---|
| 357-1 | 1 | 2-7 | Declaration of Tony Capozzi dated January 26, 2022 |
| 356-1 | A | 2-3 | E-mail message from Adam Henry to Whitney Linder dated 3/8/19 |
| 356-1 | B | 5 | E-mail message from Adam Henry to Whitney Linder dated 10/5/19 |
| 356-1 | C | 7-9 | Curriculum Vitae for Marcus Lawson |
| 356-1 | D | 11-14 | To Do List from Adam Henry to Marcus Lawson dated 5/9/17 |
| 356-1 | E | 16 | E-mail message from Marcus Lawson to Whitney Linder dated June 29, 2017 |
| 356-1 | F | 18 | E-mail message from Marcus Lawson to Tony Capozzi dated May 19, 2017 |
| 356-2 | G | 2-31 | Billing records from Tony Capozzi detailing 859.80 hours of work |
| 356-3 | H | 2-31 | Canadian court records related to Docket C54307 |
| 356-4 | I | 2-9 | Canadian court records related to case involving Adam Pearce |
| 356-4 | J | 10-17 | Notices of proposed expert testimony |
| 356-4 | K | 19-20 | Adam Henry personal notes to Tony Capozzi dated 2/24/14 |
| 356-4 | L | 22-29 | Undated set of Adam Henry personal notes to Tony Capozzi |
| 356-4 | M | 31-32 | E-mail message from Marcus Lawson to Whitney Linder dated November 14, 2017 |
| 356-4 | N | 34-35 | E-mail message from Marcus Lawson to Whitney Linder dated November 15, 2017 |
| 356-4 | O | 37-38 | Report of Forensic Findings of Marcus Lawson dated 4/15/2016 |

CERTIFICATE OF SERVICE BY MAIL

The undersigned certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on March 1, 2022, I caused to be served a filed copy of the Index of Attachments to United States' Opposition to Adam Alan Henry's Motion under 28 U.S.C. § 2255 and Declaration of Tony Capozzi by placing a copy in a postpaid envelope addressed to Adam Alan Henry, at the place and address stated below, which is Henry's last known address, and by depositing the envelope and contents in the United States Mail at Fresno, California.

ADAM ALAN HENRY
REGISTER NUMBER 71064-097
FCI LOMPOC
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD ROAD
LOMPOC, CA  93436

/s/ David L Gappa
DAVID L. GAPPA
Assistant United States Attorney