Adam Alan Henry #71064-097
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

Petitioner/Movant in *pro se*



MAR 17 2022



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CV-01619-DAD |
|---|---|
| Plaintiff, | Criminal No. 1:13-CR-00409-DAD |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT OPPOSITION TO §2255** |
| ADAM ALAN HENRY, | |
| Defendant. | Before Hon. Dale A. Drozd |

**NOW COMES** ADAM ALAN HENRY, moving for an 60-day extension of time to file a reply to the Government's Opposition [Doc. 356] to my §2255 filing [Doc. 348]. This time extension is needed to ensure that I have the opportunity to fully brief this Court, allowing a decision in this case to be made on the merits as opposed to one made with incomplete briefing.

For the reasons stated herein, there is a need for extra time to file the reply brief. This is because I am at a disadvantage as an inmate, because the government has purposefully delayed my receipt of their opposition, and because the government failed to send me all of the discovery it was ordered to disclose to me.

## I. Need for Extra Time

I am currently an inmate incarcerated at the Federal Correctional Institution at Lompoc, California. I do not have the abundant time and resources the government does to develop the arguments needed to effectively brief this Court on the issues relevant to a reply.

To begin, I have limited access to the education department to type out any responses. I also have limited time to access the law library for source citation. I am not a trained attorney, and I have no formal education in law. In short, it will take some extra time for me to fully craft a response to the government's opposition brief, which ran a full 151 pages with exhibits.

At present, the government was given 45 days to respond in opposition to my initial §2255 filing, and I was given 30 days after their opposition was filed to submit a reply. Doc. 349. The government filed their opposition on February 25, 2022, making my reply brief due on March 27, 2022.

In order to craft a complete reply to the government's opposition, I will need more time than this. Therefore I ask for a 60-day extension of time to complete the reply.

## II. Timeliness of Service

The government may have filed their opposition to my §2255 on Friday, February 25th but the package I received in the mail was not postmarked until Monday, February 28th. This meant that I did not receive the package until March 5th, giving me only 22 days to craft and mail out my reply brief.

I do not know why the government chose to wait until after the weekend to send me *my* copy of their reply brief, but the fact remains that this is what they did. This took more than a week off of the available time given to me, by this Court, to craft my response, and it seems that was done in bad faith.

To account for this, the Court should grant my request for an extension of time to file a reply brief.

### III. Withholding of Discovery

This Court ordered that any discovery made, upon the government's request to pierce the attorney-client-privilege I had between myself and Defense Counsel Capozzi, would be made reciprocally. Doc. 355. I have not received anything from the government concerning the production of these documents. In this Court's order, it was mandated that:

> "The government shall produce any declarations or other records obtained from attorney Anthony Capozzi, including attorney Capozzi's staff and agents, concerning the events and facts related to petitioner's claims of ineffective assistance of cousnel asserted in petitioner's pending §2255 motion..."

This means that the government was required to produce (read: disclose to me) any and all documents received from attorney Capozzi, his staff, or his agents, concerning the Court's order on the attorney-client-privilege and work-product associated with the claims I've made in this petition. This has not been done.

Instead, the only evidence I have that the government received *anything* from attorney Capozzi's office, are the exhibits attached to the government's brief in opposition. Doc. 356. These documents do not represent the entirety of the disclosure from Capozzi's office, only those documents that helped the government's argument.

This, again, was intentionally done by the government in bad faith. When I received service of their opposition, it came with an undocketed cover letter that told me to get the documents myself from Capozzi, as though that were routine and not impossible for me as an inmate. See Exhibit 1.

In addition to the extension of time requested here, I also ask that the Court order the government to immediately supply me with all documents given to the government by Capozzi's office.

Submitted this 14th day of March, 2022

                                              ADAM ALAN HENRY #71064-097
                                              Lompoc FCI
                                              Federal Correctional Institution
                                              3600 Guard Road
                                              Lompoc, CA 93436
                                              Pro Se Defendant, Petitioner

Certificate of Service

With my signature above, I attest that I have served a true and correct copy of the foregoing brief upon the Clerk of the U.S. District Court for the Eastern District of California, Fresno Division, at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Room 1501, Fresno California, 93721. As registered EM/ECF users, the government has consented to electronic service and is therefore served pursuant to Fed. R. Civ. P. 5 once the Clerk has docketed this brief.