PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00409 DAD-BAM |
|---|---|
| Plaintiff, | UNITED STATES' NON-OPPOSITION TO REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY |
| v. | |
| ADAM ALAN HENRY, | COURT: Hon. Dale A. Drozd |
| Defendant. | |

The government does not oppose the defendant's request for additional time to file a reply to the government's opposition. The government completed and filed its opposition by the deadline set by the court, but mail from the U.S. Attorney's Office had already been picked up on that Friday afternoon. There was no deliberate effort to cut short the defendant's time for a reply.

In addition, the government provided the defendant with Bates numbered discovery separate from the attachments to the opposition. The government referenced the additional discovery in a cover letter that also mentioned the separate opposition with attachments. The defendant has been entitled to obtain a complete copy of that file directly from Mr. Capozzi during and after Mr. Capozzi's representation.

///

///

///

The government will, by separate transmission to the defendant, provide him with a complete copy of the file that Mr. Capozzi's office maintained while representing the defendant.

Dated:  March 17, 2022

Respectfully submitted,

PHILIP A. TALBERT
Acting United States Attorney

/s/ David Gappa
DAVID L. GAPPA
Assistant U.S. Attorney

CERTIFICATE OF SERVICE BY MAIL

The undersigned certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on March 17, 2022, I caused to be served a filed copy of the United States' Nonopposition to Adam Alan Henry's Motion for An Extension of Time by placing a copy in a postpaid envelope addressed to Adam Alan Henry, at the place and address stated below, which is Henry's last known address, and by depositing the envelope and contents in the United States Mail at Fresno, California.

ADAM ALAN HENRY
REGISTER NUMBER 71064-097
FCI LOMPOC
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD ROAD
LOMPOC, CA  93436

/s/ David L Gappa
DAVID L. GAPPA
Assistant United States Attorney