1  Adam Alan Henry #71064-097
2  FCI Lompoc
   Federal Correctional Institution
3  3600 Guard Road
   Lompoc, CA 93436
4
5  Petitioner/Movant in *pro se*



FILED

MAR 21 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CV-01619-DAD |
|---|---|
| Plaintiff, | Criminal No. 1:13-CR-00409-DAD |
| v. | **SUPPLEMENT TO [358] MOTION FOR EXTENSION OF TIME** |
| ADAM ALAN HENRY, | |
| Defendant. | Before Hon. Dale A. Drozd |

**NOW COMES** ADAM ALAN HENRY, requesting that this Court allow a supplement to the record of filing 358; MOTION FOR EXTENSION OF TEIM TO FILE REPLY TO GOVERNMENT OPPOSITION TO §2255.

In that filing, I detailed how the government had not complied with the Court's ruling on reciprocal discovery regarding privileged documents and communications between myself and defense counsel Anthony Capozzi. Doc. 355.

In that explanation, I mentioned the Cover Letter the government sent along with its 151-page opposition brief to my §2255. That Cover Letter told me, essentially, that if I wanted documents obtained from Mr. Capozzi's office in the discovery request that were not attached to their opposition brief, I could get it myself.

RECEIVED
MAR 21 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

I intended to attach that cover letter to the motion itself, but neglected to do so. Therefore, here, I am supplementing the record with that exhibit attached to this brief. I pray the Court allow such supplementation so the record may be complete for that request.

Submitted this 16th day of March, 2022

/s/ Adam Henry
ADAM ALAN HENRY #71064-097
Lompoc FCI
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436
Pro Se Defendant, Petitioner

Certificate of Service

With my signature above, I attest that I have served a true and correct copy of the foregoing brief upon the Clerk of the U.S. District Court for the Eastern District of California, Fresno Division, at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Room 1501, Fresno California, 93721. As registered EM/ECF users, the government has consented to electronic service and is therefore served pursuant to Fed. R. Civ. P. 5 once the Clerk has docketed this brief.

# EXHIBIT 1



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

Phillip A. Talbert
United States Attorney

| | |
|---|---|
| 2500 Tulare Street, Suite 4401 | Phone 559/ 497-4000 |
| Fresno, CA 93721 | Fax   559/ 497-4099 |
| | TTD   559/ 497-4500 |

February 28, 2022

VIA U.S. MAIL

ADAM ALAN HENRY
REGISTER NUMBER 71064-097
FCI LOMPOC
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD ROAD
LOMPOC, CA  93436

    Re: United States v. Adam Alan Henry
       1:13-CR-00409-DAD-BAM

Dear Mr. Henry:

    Please find enclosed supplemental discovery for this case which consists of a PDF with Bates numbers 001389 through 001419. These items were provided by defense counsel under authority of the court's order that granted the government access to your file. There are other items in that file which were not copied, but if you do not already have access to the complete file, you should contact Mr. Capozzi's office.

    The government is also enclosing a copy of its opposition to your pending motion filed under 28 U.S.C. § 2255.

                                   Sincerely,

                                   PHILLIP A. TALBERT
                                   United States Attorney

               By:  */s/ David L. Gappa*
                    DAVID L. GAPPA
                    Assistant United States Attorney