Adam Alan Henry #71064-097
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

Petitioner/Movant in pro se

**RECEIVED**
MAY 19 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**FILED**
MAY 19 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br><br>Defendant. | Case No. 1:21-CV-_____<br><br>Criminal No. 1:13-CR-00409-DAD<br><br>MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT OPPOSITION TO §2255<br><br>Before Hon. Dale A. Drozd |

**NOW COMES** ADAM ALAN HENRY, defendant in the above-enumerated criminal case, and petitioner in the instant MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE PURSUANT TO 28 U.S.C. §2255. Doc 348. Petitioner hereby moves this Court to extend the time allotted to file a brief in reply to the UNITED STATES' OPPOSITION TO MOTION FILED UNDER 28 U.S.C. §2255 [Doc. 356] filed on February 25, 2022.

On a similar motion, this Court granted one extension of time request filed on March 21, 2022. Docs. 358 & 560. This extended the time to file the reply brief until May 26, 2022. As that date approaches, circumstances beyond my control have created a need for me to request another extension of time to file the reply.

## I. NEED FOR EXTENSION

I am incarcerated at FCI Lompoc and, recently, there has been a new outbreak of COVID-19 cases in my unit. This outbreak has caused a two-week quarantine. A quarantine like this prohibits access to the Education Department here, which is the only place I am able to access the electronic discovery for this case.

With effort, I could have adjusted my time spent researching and writing the reply brief to accommodate a two-week quarantine. However, each time my unit is re-tested for COVID-19, the quarantine is extended (restarted) by the Warden here because new cases are discovered. The quarantine has been reset multiple times now, and I am unable to determine when I will have access to digital discovery again.

There is an interest in preserving judgment on §2255 motions on the merits of those petitions because, "In general, §2255 provides the exclusive procedural mechanism by which a federal prisoner may test the legality of detention." *Lorentsen v. Hood,* 223 F.3d 950, 953 (9th Cir. 2000) (citing *United States v. Pirro,* 104 F.3d 297, 299 (9th Cir. 1997). See also 28 U.S.C. §2255(b) ("… the court shall … determine the issues and make findings of fact and conclusions of law with respect thereto.").

In the interests of the instant petition being fully briefed, preserving a judgment on the merits of the issues, an extension of time is required here because I am simply unable to complete the reply brief before May 26th. This is, again, due to circumstances that are completely out of my control.

I ask for a 45-day extension to the May 26th filing deadline for my reply brief. This would make that filing due on or before July 10, 2022. However, because the tenth of July is a Sunday, I would ask that the new deadline for filing be ordered on or before July 11th.

## II. CONCLUSION

For these reasons, an extension of time is needed and warranted. I ask the Court to grant this motion and allow me another 46 days after May 26th to properly reply to the government's opposition to my §2255 filing. Such an extension would make the reply due on or before July 11, 2022.

Submitted this 15th day of May, 2022

/s/ Adam Henry
ADAM ALAN HENRY #71064-097
Lompoc FCI
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436
Pro Se Defendant, Petitioner

Certificate of Service

With my signature above, I attest that I have served a true and correct copy of the foregoing brief upon the Clerk of the U.S. District Court for the Eastern District of California, Fresno Division, at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Room 1501, Fresno California, 93721. As registered EM/ECF users, the government has consented to electronic service and is therefore served pursuant to Fed. R. Civ. P. 5 once the Clerk has docketed this brief.