




Adam Alan Henry #71064-097
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

Petitioner/Movant in *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ADAM ALAN HENRY,<br>Defendant. | Case No. 1:21-CV-_______________<br>Criminal No. 1:13-CR-00409-DAD<br><br>**MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT OPPOSITION TO §2255**<br><br>Before Hon. Dale A. Drozd |

NOW COMES ADAM ALAN HENRY, defendant in the above-enumerated criminal case, and petitioner in the instant MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE PURSUANT TO 28 U.S.C. §2255. Doc 348. Petitioner hereby moves this Court to extend the time allotted to file a brief in reply to the UNITED STATES' OPPOSITION TO MOTION FILED UNDER 28 U.S.C. §2255 [Doc. 356] filed on February 25, 2022.

This Court granted two extension-of-time requests previously filed on March 21st and May 19th of 2022. Docs. 358 & 363 (requests), 360 & 364 (orders granting). This extended the time to file the reply brief until May 26, 2022. Pursuant to the most recent request made, my deadline to file is July 11, 2022.

There has become a need to file one more request for extension of time in order to fully brief all issues related to my §2255 motion and, therefore, I must ask for such an extension one last time.

## I. NEED FOR EXTENSION

When service of the Opposition Brief was made, that package contained both the fifteen (15) accompanying exhibits, along with 30 pages of disclosure/discovery given to the government by Mr. Capozzi's office, pursuant to this Court's order partially allowing the waiver of attorney-client privilege. Doc. 352.

Upon initial examination, tt was immediately apparent that those 30 pages did not amount to the complete set of privileged and work-product documents disclosed by Mr. Capozzi's office. For starters, not all of the exhibit entries (quite obviously part of that document set) were included in those 30 pages. Second, the letter to me from Mr. Gappa which came with the service of the Opposition Brief noted that, if I wanted that disclosure set, I should obtain it myself from Mr. Capozzi's office.

In turn, I notified this Court that the government was purposefully non-compliant with the Court's order for reciprocal disclosure. Doc. 355. On or about April 15, 2022, and after two failed attempts by Mr. Gappa to comply with BOP special mail regulations,[1] I was finally delivered the reciprocal disclosure from the government. This document set contained approximately 700 pages of new information to sort through, organize, and catalog.

Some of the scans are difficult to read and take a lot of time to process through. My time to do so is limited because I can only access much of my case discovery in the Education Department here at FCI Lompoc, which is only open during specific daytime hours. Often this conflicts with my responsibilities like my inmate-job as an orderly for my unit. While I have made significant progress in the brief so far, there is an interest in fully briefing all issues on the merits. I need more time to do so.

---

1 BOP Program Statement 5800.16, Chapter 3, section 3.8: "Special Mail".

## II. CONCLUSION

For the reasons above, an extension of time is needed and warranted. I ask the Court to grant this motion and allow one more extension of 45 days to properly reply to the Opposition Brief. While it is likely I will not require the full amount of this time, I am requesting it out of an abundance of caution.

Should the Court grant this request, my due date for filing this reply will become August 25, 2022.

Submitted this 3rd day of July, 2022.

ADAM ALAN HENRY #71064-097
Lompoc FCI
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436
Pro Se Defendant, Petitioner

Certificate of Service

With my signature above, I attest that I have served a true and correct copy of the foregoing brief upon the Clerk of the U.S. District Court for the Eastern District of California, Fresno Division, at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Room 1501, Fresno California, 93721. As registered EM/ECF users, the government has consented to electronic service and is therefore served pursuant to Fed. R. Civ. P. 5 once the Clerk has docketed this brief.